UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MINHYE PARK,

                Plaintiff,

-against-

DAVID DENNIS KIM, M.D.,

                Defendant.
------------------------------------------------------------------------X

Index No.: 1:20-cv-02636

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, the undersigned hereby appears as counsel for Defendant DAVID DENNIS KIM, M.D. in the above-captioned matter, and hereby requests that copies of all papers, pleadings, and notices be served upon them at the address set forth below.

Dated: White Plains, New York
       October 22, 2020

Respectfully submitted,

HEIDELL, PITTONI, MURPHY & BACH, LLP

By: _____
HAYLEY B. NEWMAN (HN 5509)
Attorneys for Defendant
DAVID DENNIS KIM, M.D.
99 Park Avenue, 7th Floor
New York, New York 10016
Tel.: (212) 286-8585
Fax: (212) 490-8966
Email: hnewman@hpmb.com

BY ECF

TO:    JSL LAW OFFICES, P.C.
        Attorneys for Plaintiff
        626 RXR Plaza
        Uniondale, NY 11556