UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
MINHYE PARK,

                         Plaintiff,

      -against-

DAVID DENNIS KIM, M.D.,

                         Defendant.
----------------------------------------------------------------------X

Index No.:  1:20-cv-02636

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE** that, the undersigned hereby appears as counsel for

Defendant DAVID DENNIS KIM, M.D. in the above-captioned matter, and hereby requests that

copies of all papers, pleadings, and notices be served upon them at the address set forth below.

Dated:  White Plains, New York
       October 22, 2020

                        Respectfully submitted,

                        HEIDELL, PITTONI, MURPHY & BACH, LLP

                        By:    _____
                               OLIVIA DARIUS  (OD 1006)
                               Attorneys for Defendant
                               DAVID DENNIS KIM, M.D.
                               81 Main Street
                               White Plains, New York  10601
                               Tel: (914) 559 – 3100
                               Fax: (914) 949 – 1160
                               E-mail: odarius@hpmb.com

VIA ECF

TO:    JSL LAW OFFICES, P.C.
        Attorneys for Plaintiff
        626 RXR Plaza
        Uniondale, NY 11556

2297153.1