# UNITED STATES DISTRICT COURT
## FOR THE Eastern District of New York
### Brooklyn

Minhye Park

                Plaintiff,

v.                                      Case No.: 1:20–cv–02636–PKC–LB
                                               Judge Pamela K. Chen

David Dennis Kim

                Defendant.

## SCHEDULING ORDER

Pursuant to Fed. R. Civ. P.16, the court having conferred with counsel, **IT IS HEREBY ORDERED:**

                                                                  s/ Magistrate Judge Lois Bloom
                                                                       United States District Judge

October 23, 2020