UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MINHYE PARK,

                          Plaintiff,

-against-

DAVID DENNIS KIM, M.D.,

                          Defendant.
------------------------------------------------------------------------X

Index No.: 1:20-cv-02636

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE** that, the undersigned hereby appears as counsel for Defendant DAVID DENNIS KIM, M.D. in the above-captioned matter, and hereby requests that copies of all papers, pleadings, and notices be served upon them at the address set forth below.

Dated:  White Plains, New York
          October 26, 2020

                                          Respectfully submitted,

                                          HEIDELL, PITTONI, MURPHY & BACH, LLP

                                  By:  _____
                                          ROBERT B. GIBSON (RG 3797)
                                          Attorneys for Defendant
                                          DAVID DENNIS KIM, M.D.
                                          81 Main Street
                                          White Plains, New York 10601
                                          Tel: (914) 559 – 3100
                                          Fax: (914) 949 – 1160
                                          E-mail: rgibson@hpmb.com

VIA ECF

TO:    JSL LAW OFFICES, P.C.
         Attorneys for Plaintiff
         626 RXR Plaza
         Uniondale, NY 11556

2297167.1