AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MINHYE PARK

*Plaintiff(s)*

v.

DAVID DENNIS KIM, M.D

*Defendant(s)*

Civil Action No. 1:20-cv-02636-PKC-LB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DAVID DENNIS KIM, M.D.
143-16 Sanford Ave
Flushing, New York 11355

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JSL LAW OFFICES, P.C.
626 RXR PLAZA
UNIONDALE, NY 11556

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Douglas C. Palmer
CLERK OF COURT

Date: December 09, 2020

*Marc V. Brown*

*Signature of Clerk or Deputy Clerk*

**Administrative Case Manager**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-02636-PKC-LB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Dennis Kim
was received by me on *(date)* 12/10/2020 .

☒ I personally served the summons on the individual at *(place)* 143 16 Sanford Ave Flushing, NY 11355
on *(date)* 12/14/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/14/2020

*Server's signature*

Harry Lichtmacher
*Printed name and title*

248 46 Rushmore Ave Little Neck, NY 11362
*Server's address*

Additional information regarding attempted service, etc: