HPM&B
ATTORNEYS AT LAW

99 PARK AVENUE NEW YORK, NY 10016-1601
TEL: 212-286-8585 FAX: 212-490-8966
WWW.HPMB.COM

**Hayley Newman**
**Partner**
hnewman@hpmb.com

June 1, 2021

**VIA ECF**

Honorable Pamela Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Minhye Park v. David Kim, M.D.
Docket 1:20-CV-02636(PC)
Our File 778-1018

Dear Judge Chen:

Our law firm represents Dr. David Kim in this action for medical malpractice and we are writing to request more time to complete fact discovery. Plaintiff is a resident of South Korea and her relevant prior and subsequent medical records are all located in South Korea. Despite our best efforts, we have not been able to obtain all of the necessary/relevant records pertaining to her claims in this case, including her insurance records which may reveal the names of the providers who performed prior procedures identical to the procedure at issue in this lawsuit. We have written to plaintiff's counsel for assistance in obtaining these records and attempted to process our own authorization but despite diligent efforts, we have not yet obtained these medical records.

In addition to the above, we are still waiting to receive supplemental discovery responses from plaintiff's counsel regarding interrogatories served by our firm several months ago. It is unclear whether there may be additional records that support the lost earnings claim or, other alleged damages described in the Complaint.



Honorable Pamela Chen
Re: Minhye Park v. David Kim, M.D.
June 1, 2021
Page -2-

      This is the first application for this request.  All fact discovery was ordered to be complete by June 15, 2021, however, due to the difficulty in obtaining necessary records, depositions have not been held.  We request an extension to September 30, 2021 to complete fact discovery and an extension of time for pre-trial motion letters until October 15, 2021.  Plaintiff's counsel consents to this request for an extension of time.

      Respectfully submitted,

      Hayley Newman

HN:mn

cc:   **<u>VIA ECF</u>**

      JSL Law

2406611.1