UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

MINHYE PARK,

                                                  Index No.:  1:20-cv-02636

               Plaintiff,

   -against-

DAVID DENNIS KIM, M.D.,

               Defendant.

---------------------------------------------------------------------X

## NOTICE OF MOTION TO COMPEL

**PLEASE TAKE NOTICE** that upon the accompanying declaration of Hayley Newman, Esq., the exhibits attached hereto, and the accompanying Declaration, Rule 37  Certification and Memorandum of Law in Support of Defendant's Motion to Compel, dated July 29, 2021, Defendant, David Dennis Kim, M.D., will move on August 11, 2021 for an Order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure granting Defendant's motion for an order compelling the production of discovery, documents and answers to interrogatories.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's July 22, 2021 Order, Plaintiff's oppositions papers shall be served on or before August 5, 2021.

Dated:  New York, New York
       July 29, 2021

                           Respectfully submitted,

                           HEIDELL, PITTONI, MURPHY & BACH, LLP

By:  _____
                        Hayley Newman  (HN 5509)
                        99 Park Avenue
                        New York, New York 10016
                        Tel:  (212) 286-8585
                        Fax:  (212) 490-8966
                        hnewman@hpmb.com

                        Attorneys for Defendant
                        DAVID DENNIS KIM, M.D.

2434959.1

**<u>VIA ECF</u>**

TO:  Jae Lee, Esq.
     JSL LAW OFFICES, P.C.
     Attorneys for Plaintiff
     626 RXR Plaza
     Uniondale, New York 11556

2434959.1