UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

MINHYE PARK,

                Plaintiff,

  -against-

DAVID DENNIS KIM, M.D.,

                Defendant.

-----------------------------------------------------------------------X

Index No.: 1:20-cv-02636

**DECLARATION IN SUPPORT OF MOTION TO COMPEL**

**HAYLEY NEWMAN** declares under the penalty of perjury as follows:

I am a partner of the law firm of HEIDELL, PITTONI, MURPHY & BACH, LLP, counsel for Defendant DAVID DENNIS KIM, M.D. I am fully familiar with the facts set forth below based on my review of the file maintained by this office for the defense of this action.

1. Attached as Exhibit A is a true and correct copy of the Summons and Complaint.

2. Attached as Exhibit B is a true and correct copy of Defendant's Answer.

3. Attached as Exhibit C is a true and correct copy of Defendant's First Set of Interrogatories and First Demand for the Production of Documents.

4. Attached as Exhibit D is a true and correct copy of Plaintiff's Response to Defendant's First Demand for Interrogatories and her Rule 26 Disclosures.

5. Attached as Exhibit E is a true and correct copy of Defendant's Letter to Plaintiff date February 8, 2021.

6. Attached as Exhibit F is a true and correct copy of Defendant's Letter to Plaintiff dated March 9, 2021.

2434971.1

7. Attached as Exhibit G is a true and correct copy of Defendant's Letter to Plaintiff dated April 29, 2021.

8. Attached as Exhibit H is a true and correct copy of Defendant's Second Demand for Production of Documents.

9. Attached as Exhibit I is a true and correct copy of Defendant's Letter to Plaintiff dated June 21, 2021.

10. Attached as Exhibit J is a true and correct copy of Plaintiff's medical records from her treatment with Dr. Kim.

11. Attached as Exhibit K is a true and correct copy of Plaintiff's First Request for Admission.

12. Attached as Exhibit L is a true and correct copy of Defendant's Letter to Plaintiff dated March 9, 2021 concerning Plaintiff's First Request for Admissions.

13. Attached as Exhibit M is a true and correct copy of the Sharefile Receipt documenting that plaintiff's counsel was sent Dr. Kim's chart on February 10, 2021.

Dated: New York, New York
July 29, 2021

Respectfully submitted,

HEIDELL, PITTONI, MURPHY & BACH, LLP

By: _____
Hayley Newman  (HN 5509)
99 Park Avenue
New York, New York 10016
Tel:  (212) 286-8585
Fax:  (212) 490-8966
hnewman@hpmb.com

Attorneys for Defendant
DAVID DENNIS KIM, M.D.

2434971.1

TO: **VIA ECF**
Jae Lee, Esq.
JSL LAW OFFICES, P.C.
Attorneys for Plaintiff
626 RXR Plaza
Uniondale, NY 11556

2434971.1