# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MINHYE PARK,                                        Index No.:  1:20-cv-02636

                            Plaintiff,              **ANSWER**

        -against-

                                                    **TRIAL BY JURY**
DAVID DENNIS KIM, M.D.,                              **DEMANDED**

                            Defendant.
-------------------------------------------------------------------X

        Defendant DAVID DENNIS KIM, M.D., by his attorneys, HEIDELL, PITTONI,

MURPHY & BACH, LLP, upon information and belief, answers the Complaint herein as

follows:

## AS AND TO "PRELIMINARY STATEMENT"

        FIRST:  Denies knowledge or information sufficient to form a belief as to the

allegations contained in the paragraph of the complaint designated "1" except admits that at

times not specifically referenced in the Complaint, Defendant provided treatment to Plaintiff in

accordance with the standard of care and otherwise begs leave to refer all questions of law to the

court and all questions of fact to the trier thereof.

## AS AND TO "JURISDICTION"

        SECOND:  Denies knowledge or information sufficient to form a belief as to the

allegations contained in the paragraphs of the complaint designated "2" and "3" and otherwise

begs leave to refer all questions of law to the court and all questions of fact to the trier thereof.

## AS AND TO "VENUE"

        THIRD:  Denies knowledge or information sufficient to form a belief as to the

allegations contained in the paragraph of the complaint designated "4" and otherwise begs leave

to refer all questions of law to the court and all questions of fact to the trier thereof.

2297064.1

## AS AND TO "JURY DEMAND"

FOURTH:  There are two paragraphs numbered "5" in the Complaint but in response to Plaintiff's first paragraph "5," the Answering Defendant respectfully demands trial by jury on any issue triable of right by a jury pursuant to Fed. R. Civ. P. 38(b).

## AS AND TO "THE PARTIES"

FIFTH:  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraphs of the complaint in response to Plaintiff's second paragraph"5" and paragraph"6" and otherwise begs leave to refer all questions of law to the court and all questions of fact to the trier thereof.

## AS AND TO "GENERAL ALLEGATIONS"

SIXTH:  Denies the allegations contained in the paragraphs of the complaint designated "7," "8," "9," "10," and "11", except admits that at certain times not specifically set forth in the Complaint, the Answering Defendant was and is a Board certified physician duly licensed to practice medicine in the State of New York whose office is located at 143-16 Sanford Avenue, Flushing, NY 11355 and otherwise begs leave to refer all questions of law to the court and all questions of fact to the trier thereof.

SEVENTH:  Denies the allegations contained in the paragraphs of the complaint designated "12," "13," "14," and "15" except admits that at certain times not specifically set forth in the Complaint, the Answering Defendant rendered certain professional services to and for the Plaintiff in accordance with accepted standards of care and otherwise begs leave to refer all questions of law to the court and all questions of fact to the trier thereof.

EIGHTH:  Denies the allegations contained in the paragraphs of the complaint designated "16," "17," and "18".

2297064.1

NINTH:  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph of the complaint designated "19" and otherwise begs leave to refer all questions of law to the court and all questions of fact to the trier thereof.

TENTH:  Denies the allegations contained in the paragraphs of the complaint designated "20," "21," and "22."

ELEVENTH:  The allegations in paragraphs "23" and "24" contain legal conclusions to which no answer is required and the defendant otherwise begs leave to refer all questions of law to the court and all questions of fact to the trier thereof.

## AS AND TO THE FIRST CAUSE OF ACTION

TWELFTH:  Answering the paragraph of the complaint designated "25," the Answering Defendant repeats and realleges each and every denial and admission in answer to the paragraphs of the complaint designated "1" through "24" with the same force and effect as if herein set forth at length.

THIRTEENTH:  Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph of the complaint designated "26" and otherwise begs leave to refer all questions of law to the court and all questions of fact to the trier thereof.

FOURTEENTH:  Denies the allegations contained in the paragraphs of the complaint designated "27," "28," and "29".

## AS AND TO THE SECOND CAUSE OF ACTION

FIFTEENTH:  Answering the paragraph of the complaint designated "30," the Answering Defendant repeats and realleges each and every denial and admission in answer to the paragraphs of the complaint designated "1" through "29" with the same force and effect as if herein set forth at length.

SIXTEENTH:  Denies the allegations contained in the paragraphs of the complaint designated "31," "32," and "33".

## FOR A FIRST DEFENSE

SEVENTEENTH:  The court does not have jurisdiction over the defendant because defendant was not properly served with a copy of the summons and complaint due to insufficient process.

## FOR A SECOND DEFENSE

EIGHTEENTH:  The court does not have jurisdiction over the defendant because defendant was not properly served with a copy of the summons and complaint due to insufficient service of process.

## FOR A THIRD DEFENSE

NINETEENTH:  That this action was not commenced against defendant until after the expiration of the time period specified in the applicable statute of limitations and any recovery based on the alleged causes of action herein is barred.

## FOR A FOURTH DEFENSE

TWENTIETH:  That the equitable share of liability, if any, of defendant DAVID DENNIS KIM, M.D. shall be determined pursuant to the provisions of Article 16 of the CPLR.

## FOR A FIFTH DEFENSE

TWENTY-FIRST:  That one or more of the causes of action in the complaint fail to state a cause of action upon which relief may be granted.

## FOR A SIXTH DEFENSE

TWENTY-SECOND:  That this defendant reserves the right to amend his answers and/or affirmative defenses that may be determined applicable in the future by discovery in this matter.

2297064.1

## FOR A SEVENTH DEFENSE

TWENTY-THIRD:  Plaintiff has failed to mitigate her alleged damages claimed herein.

## FOR A EIGHTH DEFENSE

TWENTY-FOURTH:  This action is barred or defendant is entitled to a set-off against any award herein as plaintiffs have previously recovered sums for all or part of the damages claimed herein.

## FOR A NINTH DEFENSE

TWENTY-FIFTH:  The amount of alleged damages claimed by plaintiff should be reduced pursuant to CPLR §4545 to the extent of any collateral source benefits, remuneration or compensation received.

## FOR A TENTH DEFENSE

TWENTY-SIXTH:  That as to the cause of action in the Complaint alleging lack of informed consent, Defendant pleads the defenses in New York State Public Health Law § 2805-d.

## FOR AN ELEVENTH DEFENSE

TWENTY-SEVENTH:  That the Complaint was served in contravention of CPLR § 3012-a and is therefore a nullity.

## FOR A TWELFTH DEFENSE

TWENTY-EIGHTH:  That whatever damages may have been sustained at the time and place alleged in the complaint by plaintiff were caused, in whole or in part, by the culpable conduct of plaintiff and without any negligence on the part of defendant.  Damages, if any, are to be diminished proportionally to the culpable conduct of the plaintiff.

2297064.1

## **FOR A THIRTEENTH DEFENSE**

TWENTY-NINTH:  That the Answering Defendant denies any and all allegations

of plaintiff's complaint not specifically admitted herein.

WHEREFORE, defendant DAVID DENNIS KIM, M.D. demands judgment

dismissing the complaint herein, together with the costs and disbursements of this action.

Dated: White Plains, New York
        October 22, 2020

                           Yours, etc.,

                           HEIDELL, PITTONI, MURPHY & BACH, LLP


                           By: _____
                                HAYLEY B. NEWMAN
                                Attorneys for Defendant
                                DAVID DENNIS KIM, M.D.
                                99 Park Avenue, 7th Floor
                                New York, New York 10016
                                Tel.: (212) 286-8585
                                Fax: (212) 490-8966
                                Email: hnewman@hpmb.com


BY ECF

TO:    Jae Lee, Esq.
       JSL LAW OFFICES, P.C.
       Attorneys for Plaintiff
       626 RXR Plaza
       Uniondale, NY 11556
       jae@lawjsl.com

2297064.1

**Answers to Complaints**

[1:20-cv-02636-PKC-LB Park v. Kim](#)

ACO

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered by Newman, Hayley on 10/22/2020 at 8:57 AM EDT and filed on 10/22/2020

| | |
|---|---|
| **Case Name:** | Park v. Kim |
| **Case Number:** | [1:20-cv-02636-PKC-LB](#) |
| **Filer:** | David Dennis Kim |

**Document Number:** [7](#)

**Docket Text:**
**ANSWER to [1] Complaint by David Dennis Kim. (Newman, Hayley)**

**1:20-cv-02636-PKC-LB Notice has been electronically mailed to:**

Hayley B Newman     hnewman@hpmb.com

Jae Soog Lee     jae@lawjsl.com

**1:20-cv-02636-PKC-LB Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=10/22/2020] [FileNumber=15285575-0
] [828f6e7f110e370bbd0851ddb993f774ff74ee72256d9d7b3a32ce6ab1e99bea9f8
50e0f9e8a15255354cd999cd786c4830b7c8a0277534aff49c3b3b5b2e654]]