# EXHIBIT F



**HPM&B**
ATTORNEYS AT LAW

81 MAIN STREET   WHITE PLAINS, NY 10601-1711
TEL: (914) 559-3100   FAX: (914) 949-1160
WWW.HPMB.COM

**Bianca M. Van Deusen**
Associate
bvandeusen@hpmb.com

March 9, 2021

**VIA E-MAIL** - *jae@lawjsl.com*

Jae Lee, Esq.
JSL Law Offices, P.C.
626 RXR Plaza
Uniondale, New York 11556

Re:     Minhye Park v. David Dennis Kim, M.D.
        Index No.:  1:20-cv-02636-PKC-LB
        Our File No.:  778-1018

Dear Ms. Lee:

As you know, our firm represents Dr. David Dennis Kim in this action.  Please allow this correspondence to serve as a good faith effort to obtain outstanding discovery.  As noted in our previous good faith letter dated February 8, 2021, responses to Defendant's First Demand for Production of Documents dated November 19, 2020 remain outstanding.  Additionally, your responses to Defendant's First Set of Interrogatories dated January 18, 2021 and your Rule 26 Disclosures were deficient.  These deficiencies were extensively outlined in our February 8, 2021 letter.  A courtesy copy of this letter is enclosed.

Please respond to this correspondence and provide supplemental discovery responses within 10 days.  Thank you for your attention to this matter.  Please feel free to contact me with any questions.

Very truly yours,

Bianca M. Van Deusen

BVD/ja

2363500.1

**HEIDELL, PITTONI, MURPHY & BACH, LLP**
NEW YORK   |   CONNECTICUT   |   WESTCHESTER   |   LONG ISLAND