# EXHIBIT H

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MINHYE PARK,

                                  Plaintiff,

   -against-

DAVID DENNIS KIM, M.D.,

                                  Defendant.
------------------------------------------------------------------------X

Index No.: 1:20-cv-02636

**DEFENDANT'S SECOND DEMAND FOR PRODUCTION OF DOCUMENTS**

       **PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, defendant DAVID DENNIS KIM, M.D. hereby demands that Plaintiff, MINHYE PARK, produce the following within twenty (20) days:

### DEMAND FOR PRODUCTION

1. Produce copies of MINYE PARK's records from the NATIONAL HEALTH INSURANCE SERVICE (NHIS) of South Korea;

2. Any and all other collateral source records for MINYE PARK's treating providers from 2010 to the present; and

3. All employment records from 2015 through 2018 that Plaintiff intends to rely upon to support claims for lost earnings.

       **PLEASE TAKE FURTHER NOTICE,** that all documents are to be produced in English and if the originals exist in Korean, a transcription of those documents along with copies of the original are to be produced.

2403278.1

Dated: New York, New York
May 24, 2021

Respectfully submitted,

HEIDELL, PITTONI, MURPHY & BACH, LLP

By: _____
HAYLEY B. NEWMAN (HN 5509)
99 Park Avenue, 7th Floor
New York, New York 10016
Tel.: (212) 286-8585
Fax: (212) 490-8966
hnewman@hpmb.com

Attorneys for Defendant
DAVID DENNIS KIM, M.D.

TO: **VIA REGULAR MAIL and
VIA E-MAIL -** *jae@lawjsl.com*
Jae Lee, Esq.
JSL LAW OFFICES, P.C.
Attorneys for Plaintiff
626 RXR Plaza
Uniondale, NY 11556

2403278.1