# EXHIBIT M

## View Message



Toni D. Quinones has sent you files.  Expires 8/12/21

A note from Toni D. :

Good afternoon Ms. Lee,

I hope all is well. Attached herewith is a letter response along with a bate stamped, certified copy of Dr. Kim's chart.

Should you have any questions, please do not hesitate to contact me. Thank you for your attention herein.

Best regards,

Toni D. Quinones
Paralegal
Heidell, Pittoni, Murphy & Bach, LLP
81 Main Street
White Plains, NY 10601
Tel: (914) 559 - 3100 - Direct Dial (914)559-3136
Fax: (914) 949 - 1160
www.hpmb.com

Download

Trouble with the above link? You can copy and paste the following URL into your web browser:
https://hpmb.sharefile.com/d-cef69ad6733f46ae

ShareFile is a tool for sending, receiving, and organizing your business files online. It can be used as a password-protected area for sharing information with clients and partners, and it's an easy way to send files that are too large to e-mail.

Powered By Citrix ShareFile 2021

Ok

# Sent Message Details

This report was generated at 2/10/21 3:26 PM.

## Recipients

| User | Downloaded | Message Options |
|---|---|---|
| jae@lawjsl.com | No | Resend \| View |
| Hhnewman@hpmb.com | No | Resend \| View |

## Contents

| Item Name | Size |
|---|---|
| PARK LTR TO PC ATTACHING CLIENT RECS.pdf<br>File Box/PARK LTR TO PC ATTACHING CLIENT RECS.pdf | 54 KB |
| PARK - RECORD - (BATE STAMPED-CERTIFIED) DR DAVID KIM (CLIENT).PDF<br>File Box/PARK - RECORD - (BATE STAMPED-CERTIFIED) DR DAVID KIM (CLIENT).PDF | 7 MB |

## History (Last 90 days)

| Item Name | Recipients | Activity Type | Date |
|---|---|---|---|