UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MINHYE PARK,                                                    Case No. 1:20-cv-02636

                Plaintiff,

    -against-

DAVID DENNIS KIM, M.D.,

                Defendant.
------------------------------------------------------------------X

## MEMORANDUM OF LAW IN SUPPORT PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO COMPEL

Plaintiff respectfully submits this memorandum of law in support of her objection to Defendant's motion to compel Plaintiff to produce documents and discovery in response to Defendant's discovery demands and to provide complete answers to Defendant's interrogatories.

Defendant's motion must be denied because Defendant seeks incredibly overbroad and irrelevant to this action and violation of Plaintiff's right to privacy under Health Insurance and Accountability Act of 1966, in addition to the limitation of Rule 26.

Plaintiff served all necessary and material discovery responses and production of documents relevant to this action, including all medical records from the two physicians, Mirae Obstetrics and ROSEMOM BOGY CLINIC in South Korea. With respect to the collateral source records, Plaintiff provided authorizations for the collateral source records of the insurance records. That's the Defendant's responsibility to obtain the records.

The defendant is using the discovery process to harass Plaintiff and Plaintiff has supplied

sufficient discovery. And therefore, Plaintiff respectfully requests a settlement conference. As stated in <u>Miranda v. Haywood</u>, 2010 U.S. Dist. LEXIS 256780 (E.D.N.Y. Jan. 22, 2010), the United States Magistrate Judge noted that "[a]s a matter of course, this Court routinely schedules settlement conferences in every case before the court when the parties request such a conference or when the parties have exchanged sufficient information to make such a conference appropriate."

Respectfully submitted,

Dated: Uniondale, NY
August 5, 2020

JSL LAW OFFICE P.C.

_____
JAE S. LEE
626 RXR PLAZA
UNIONDALE, NY 11556
(718) 461-8000