Age   Gravida:   Para:   LMP   QuestQuanum™

Chief Complaint:
- [ ] Annual GYN visit
- [ ] Vaginal discharge
- [ ] Vaginal itch
- [ ] Missed period
- [ ] Irregular menses
- [ ] Pregnancy
- [ ] Birth control
- [ ] Infertility
- [ ] Medicine refill
- [ ] Patient recalled

DOS 12/13/2017 Patient was recalled by my office to review the results of the pathology report from her procedure on 11/27/2017. Patient denies any complaints of fever, chills, abdominal/pelvic pain or vaginal bleeding.

HPI:   see progress notes from 11/16/2017 and 11/21/2017.

Medical History:
- [ ] Patient denies the medical conditions below except for those checked in the box.
  - [ ] Hypertension
  - [ ] Asthma
  - [ ] Diabetes
  - [ ] Thyroid disorder
  - [ ] Anemia
  - [ ] Blood dyscrasia

Surgical History:
- [ ] Patient denies any history of surgical procedures.

Family History:
- [ ] Patient denies family history of any known gynecologic cancer or breast cancer.

Obstetrical History:
- [ ] Patient denies any obstetrical history.

Gynecologic History:
- [ ] Patient denies any history of gynecologic

Social History:
Marital status:
- [ ] Single   [ ] Married   [ ] Divorced   [ ] Widowed

Occupational status:
- [ ] Denies   [ ] Employed   [ ] Student

Toxic habits:
- [ ] Denies toxic habits
  - [ ] Smokes cigarettes
  - [ ] Drinks alcohol
  - [ ] Uses recreational drugs

Medications:

Allergies:
- [ ] NKDA

---000028---

PHYSCIAL EXAM:                                QuestQuanum™              Chaparrone present
Height:    inches   Wieght    lbs.  PULSE:        beats per min         |_ CELIA ASHLEY – Secretary
                                    BP:           /       mmHg          |_ JASMIN KIM – Secretary
                                    RR:           breaths per min       |_ SHARON – Secretary
HEENT:  ☑ NCAT                      TEMP:         °F                    |_ EILEEN KIM – Manager
        |_ PERRLA                                                       |_ ALSO AS KOREAN TRANSLATOR
        |_ Throat clear/supple. No palpable goiter.
        General appearance: No apparent distess.

Cardiac:  ☑ S1S2
          ☑ Regular rate and rhythm.
          ☑ No murmurs appreciated
          Vitals: p 76 bp 110/62 rr 18

Lungs:    ☑ Clear to ausculatation bilaterally

Abdomen: ☑ Soft              |_ Tender   |_ Generalized tenderness     Guarding    |_ NO    |_ YES
         ☑ +Bowel sounds                 |_ Right lower quadrant       Rebound     |_ NO    |_ YES
         ☑ Non Tender                    |_ Left lower quadrant        Rigidity    |_ NO    |_ YES
         ☑ No palpable masses            |_ Right upper quadrant
                                         |_ Left upper quadrant

Extremities: ☑ No calf tenderness bilaterally
             ☑ No edema bilaterally

Skin:     ☑ No visible skin lesions
          ☑ Normal skin turgor

Pelvic:   External Female Genitalia:
          ☑ Normal external female genitalia
          Vagina:
          ☑ Normal appearing rugae
          ☑ No visible discharge
          Cervix:
          ☑ No cervical motion tenderness        Cervical OS: closed and no bleeding.
          ☑ No obvious cervical lesions
          Uterus:
          ☑ AV  |_ Mid Position |_ Retroverted
          ☑ Non Tender
          |_ Gravid
          Adnexae:
          ☑ No adnexal tenderness bilaterally
          ☑ No palpable masses bilaterally
          Rectovaginal:
          |_ No palpable masses
          |_ Normal sphincter tone

Page 3 of 4

## Assessment & Plan
QuestQuanum™

Patient was recalled to review the results of the termination of pregnancy on 11/27/2017. Patient reports to have occasional nausea, but denies any fever chills, pelvic pain or vaginal bleeding. The result of the pathology report reported decidua with reactive changes. No villi

**Tests Performed/Ordered**

- [ ] PAP Smear
- [ ] Genprobe
- [ ] Mammogram
- [ ] Dexa Scan


**Assessment & Plan**
QuestQuanum™

seen. . Pelvic exam: non tender uterus and the cervical os was closed without any bleeding visualized. Bedside sonogram: small fetus with movement visualized. Gestational age by LMP of 11/16/2017 is 8 weeks and 3 day. I explained to the patient that the pregnancy was still present

**Tests Performed/Ordered**

- [ ] PAP Smear
- [ ] Genprobe 
- [ ] Mammogram
- [ ] Dexa Scan

000031