| 진료실 | | 예진. 상담 기록부 | | | 원본대조필 2017-12-19 | | |
|---|---|---|---|---|---|---|---|
| 등록번호 | 70167 | 종 별 | 국민건강보험 | | 보험조합명 | | |
| 환자 | 성 명 | 박민혜 | 성별/년령 | F  29 | 피보험자 | 기 호 | |
| | 주민등록번호 | 88█████-2█████ | | | | 번 호 | 30026659587 |
| | 주 소 | 경남 창원시 의창구 평산로131번길 7 (서상동) | | | | 성 명 | 박민혜 |
| | 자격취득일 | 2016-04-06 | 전 화 | | | 주민등록번호 | |
| | E-mail | | | | | | |
| 보호자 이름 | 배병현 flushing 6.5al A | | 직업: | | | 연락처 010-7605-7662 | |

주 호소(C. C)
11/27 마흥에서 D&C 하고
(주사에 50ml 상 위가 남았다고 다시 D&C
해야 된다고 함.)
Vag bleeding (—)

마흐이흫
Pill 2.3 정도

Prenatal care:
Local,      Hospital,      None

| | 성명 | 직업 | 혈액형 | 키 | 체중 |
|---|---|---|---|---|---|
| 산 모 | | | O+ | 161cm | 51 kg |
| 남 편 (만  세) | | | | cm | kg |

활력징후 Bp 114/75  Pulse      Temp

| | | 가족력 | 과거력 | | | |
|---|---|---|---|---|---|---|
| 신 장 병 | | | | 월경력 | LMP | 10/13 |
| 심 장 병 | | | | | PMP | |
| 고 혈 압 | | | | | EDC | |
| 결 핵 | | | | | Onset | |
| 성 병 | | | | | Interval | regular |
| 갑상선 기능장애 | | | | | Duration | 4일 |
| 당 뇨 병 | | | | | Amount | Mod |
| 현재복용중인 약 | · | | | | Dysmenorrhea | · |
| 천 식 | | | | | Menarche | |
| 간 질 | | | | | Menopause | |
| 정 신 과 질 환 | | | | | | |
| 혈 액 질 환 | | | | Contraception | | |
| 수 혈 | | | | | | |
| 수술 및 사고 | · | | | 결혼력 (S,) M, W, D, Sep,   Yrs Married | | |
| 주사및약물부작용 | | | | | | |
| 기 타 | | | | Parity G: 3 . P:     Prem: | | |
| | | | | AA: 3    SA:    Alive: | | |

산과력

| 임신중독증( ) | 제왕절개술( 회) | 산후출혈( ) | 염색체검사( ) |
|---|---|---|---|
| 자궁근종수술( ) | 자궁경관무력증( ) | 양수과다증( ) | 태아발육지연( ) |
| 다태임신( ) | 알레르기반응( ) | 기형(태아)( ) | 기타: |

분만력

| 분만년도 | 임신기간 | 진통시간 | 태아상태 | 분만방법 | 성 별 | 출생시 체중 | Remarks |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Pelv. ex | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ext. Gen | | | | | | P.P. : | | FHR : |
| Vag | | | | | | O.S. : | | Station : |
| Cx. | | | | | | Effacement : | | Memb : |
| Ut. | Posit. | Av. | T. | Rv | | | | |
| | Size | | | | | | | |
| | Consi. | S. | F. | | | | | |
| | Mob. | Good | Fair | Poor | | | | |
| | Tend | mild | mod. | sev | | | | |
| Adnexa | Rt. | | | | | | | |
| | Lt. | | | | | | | |
| Gul-de-sac | | | | | | | | |
| Rec. Ex | | | | | | Abd.ex | | |

IMPRESSION

| 날짜 | 진 료 내 역 | 서 명 |
|---|---|---|
| 2017.12.19 | ur ens 1nd (R: 낭종 3x4cm | (signature) |





