# Rosemom OBGY CLINIC

| 원본대조필 | | | No. 42313 | 진료실 3 |
|---|---|---|---|---|
| Date: 2017. 06 | 010-5895-5382 (055) - | 기 호 | 1 | |
| Name: 박민혜 | Age: 28 | 번 호 | 30026659587 | |
| Address: 경상남도 창원시 의창구 평산로131번길 7 (서상동) | | 기관명칭 | | |
| IMPRESSION: Lost 김권 2016년 (결사) 미혼 coitus (+) Last 흫동띠 2016년 | | 주민등록 번 호 | 88____-____ | |
| | | 피보험자 | 박민혜  자격취득일 2016-04-06 | |
| C.C  Pap. TVS, 사후피임약처방 | | | | |

| MENS: | LMP 6/12 | PMP | | EDC | |
|---|---|---|---|---|---|
| PARITY: | ♂ —   ♀ — | (NSVD / C/S) | | last D/C: | |
| PH: | Medical | Hypertension DM. | Hepatic. | Renal. Tbc. | others: |
| | Operation | | | | |
| | Drug hypersensitivity: | | | | |

Physical exam:   Ht:    Wt:    BP:    P/R

General

E.N.T.                                                     백신 (—)

Heart & Lungs

abdomen

Extremities

others

Pelvic exam:

| Date | Progress & Treatment | Dr. sign |
|---|---|---|
| 2017.06.22 | Vag. spotting 몇달간 COC 복용하다 한달전 끊음 | LMP: 6.12 (?) pnp: R |

USG (TV)
Ut : n.s ∈ n-triple line
Adn : Neg both
  Rt - DF
Cx : n.s 5 ⊕
V.D : spotting (-)

Rx) 토스라 1. L-Pap.
                                        7b

2017.11.06  LMP 10/17   oxxxx g/o S.
LAP / leukorrhea / foul odor

USG : N-S              ) tender (±)
Cx MT (±)              )
V.D : yellowish  ↯↯

Rx) p.o × 5d.
                                        7b

9.  LMP 10/13  ||| 종은 뭐 (뭐 : ㅂ)  임신 ? , 상담 want
↑ 122 BP
↓ 57kg  (11/27) DC (마지막)  시간주 2구기 OC 복용  USG
       (마지막)                                    경남 창원시 의창구 명신로 96
                                                웰빙프라자3층 309,310호
CRL 8+4        EDC 2018. 7.24.    로즈맘여성산부인과의원
FHT OK                             원장 전 희 기 (인)

로즈맘여성산부인과

이원의료재단 EONE Laboratories

## LABORATORY REPORT

| 01 HEMATOLOGY | 03 URINALYSIS | 05 GTT(50g) | |
|---|---|---|---|
| WBC(4.91~12.3) 11.4 ×10³/ml | Glucose | GTT(100g) FBS(95mg/dl) | mg/dl |
| RBC(3.80~5.05) 463 ×10⁶/ml | Protein | 1hr(180mg/dl) | mg/dl |
| Hb(11.93~14.3) 13.8 g/dl | PH | 2hr(155mg/dl) | mg/dl |
| Hct(36.81~43.71) 44.7 % | Occult blood | 3hr(140mg/dl) | mg/dl |
| MCV(83.89~100.66) fL | WBC /HPF | | |
| MCH(27.21~33.27) pg | RBC /HPF | 06 CHEMISTRY | 07 W/S & Gram Stain |
| MCHC(31.85~33.87) g/dl | Yeast | GOT(AST) 34 0-31 u/l | WBC /HPF |
| Plt(202.39~323.95) 3?0 ×10³/ml | Trichomonas | GPT(ALT) 56 0-32 u/l | Yeast /HPF |
| Seg(52.84~78.53) 70 % | 04 SEROLOG & E/A | T.Protein 7.5 6.2-8.4 g/dl | Trichomonas /HPF |
| Lym(18.65~41.01) % | HBsAg NEGATIVE | Albumin 4.4 3.5-5.0 g/dl | Gram(+) cocci or rods |
| Mono(2.48~6.15) % | HBsAb | BUN 10 4.6-23.3 mg/dl | Gram(-) cocci or rods |
| 2 Blood Group | AIDS | Creatine 0.7 0.5-0.9 mg/dl | Gram(-) diplococci intra or extra |
| ABO Group O | β-HCG(CLIA) mlu/ml | Glucose 86 55-115 mg/dl | |
| RH type + | | | |



요양기관번호 38330776  검사 및 결과문의 055)285-9914  결과조회 www.han-lab.co.kr
51431 경상남도 창원시 의창구 광지로 225 3층 304호(용호동, 롯데아파트상가)

한병리과의원 Han Pathology Clinic  의료 법인 이원의료재단

| | | | | |
|---|---|---|---|---|
| 성명 | 녹면혜 (F/29) | 의뢰 병원 | | 접수일 2017-12-20 |
| 주민번호 | 881215-2****** | 과명 중 | 산부인과/ | |
| 차트번호 | 42313 | 접수번호 | 조지혜 | 결과보고일 2017-12-21 07:32 |
| 검체종류 | S:Serum | | 43-20171220-0457 | 기 타 |

| 보험코드 | 검사 명 | 결 과 | 판정 | 참 고 치 | 검체 |
|---|---|---|---|---|---|
| CY170003 | 25-OH Vitamin D,Total | 9.06 | | 성인<br>Deficiency < 10.00<br>Insufficiency 10.00~30.00<br>Sufficiency 30.01~100.00<br>Toxicity > 100.00 ng/mL<br>소아<br>Severe deficiency ≤ 5.00<br>Deficiency ≤ 15.00<br>Insufficiency 15.01~20.00<br>Sufficiency 20.01~100.00<br>Excess > 100.00<br>Toxicity > 150.00 ng/mL | S |
| C4861003 | HAV Ab IgG | Negative(0.11) ✓ | | Negative < 1.0 S/co | S |
| C4862003 | HAV Ab IgM | Negative(0.24) | | Negative < 0.8<br>Equivocal 0.8 ~ <1.2<br>Positive ≥ 1.2 S/CO | S |
| C468241C | Rubella IgG | Positive(15.05) | | Negative < 5.00<br>Equivocal 5.00~9.99<br>Positive > 9.99 IU/mL | |
| C468341C | Rubella IgM | Negative(0.11) | | Negative < 1.20<br>Equivocal 1.20~1.59<br>Positive > 1.59 Index | S |
| 360003 | TSH (Pregnancy) | 0.430 | | 1st Trimester 0.1~2.5<br>2nd Trimester 0.2~3.0<br>3rd Trimester 0.3~3.5 mIU/L | S |

상기항목 중 • 표시된 검사항목은 전문의가 검증하였습니다.

검사보고 완료입니다.

이원의료재단 EONE Laboratories  검사기관기호 41341673

본 검사실은 대한진단검사의학회(KSLM) 및 CAP의 신임 인증을
받은 우수검사실로서 검사결과의 정확성 및 신뢰도를 보증합니다.

인천광역시 연수구 화목나로 291 TEL 1800-0021 FAX 032-210-0020

| 검사자 | 서한익 | MT (3577) |
| 보고자 | 이정수 | MD (542) |
| 보고자 | 오귀영 | MD (607) |

