QuestQuanum™

**David D. Kim, MD**
**Obstetrics and Gynecology**
143-16 Sanford Ave., 1st Floor
Flushing, NY 11355

Tel. 718-445-1700
Fax. 718-445-3097

## Patient Consent Form

Our Notice of Privacy Practices provides information about how we may use and disclosed protected health information about you. The Notice contains a Patient Rights section describing your rights under the law. You have the right to review our Notice before signing this Consent. The terms of our Notice may change. If we change our Notice you may obtain a revised copy by contacting our office.

You have the right to request that we restrict how the protected health information about you is used or disclosed for treatment, payment, or health care operation. We are not required to agree to this restriction, but if we do, we shall honor that agreement.

By signing this form you consent to our use and disclosure of protected health information about you for treatment, payment, and healthcare operations. You have the right to revoke this Consent, in writing, signed by you. However, such a revocation shall not affect any disclosures we have made in reliance on your prior Consent. The Practice provides this form to comply with the Health Insurance Portability and Accountability Act of 1996 (HIPPA).

The Patient understands that :

1. Protected health information my be disclosed or used for treatment, payment, or healthcare operations.
2. The Practice has a Notice of Privacy Practices and that the patient has the opportunity to review this Notice
3. The practice reserves that right to change the Notice of Privacy Practices.
4. The patient has the right to restrict the uses of their information but the Practice does not have to agree to those restrictions.
5. The Patient may revoke this Consent in writing at any time and all future disclosures will then cease
6. The Practice may condition receipt of treatment upon the execution of this Consent.

This consent was signed by ___Park Min hye___  11/16/17
(printed name of patient or representative)

_____
Signature (I have received a copy of the privacy notices)    Date
                                                             2017.11.16

Witness: _____
(Printed name of Practice representative )    Date

_____
Signature    Date

QuestQuanum™

**David D. Kim, MD**
**Obstetrics and Gynecology**
143-16 Sanford Ave., 1st Floor
Flushing, NY 11355

Tel. 718-445-1700
Fax. 718-445-3097

## Patient Demographic Insurance Form

Name(이름): _Park Min hye_    Date(날짜): _2017. 11. 16_

Address(주소): _43-11 220 St Bayside NY 11361_

City: _____  State: _____  Zip Code: _____

Date of Birth (생년월일): _[redacted]_    Cell Phone(전화번호): _917 683 3535_
Home Phone: _____
Work Phone: _____

Primary Insurance Carrier: _____

Insurance ID #: _____  Date Insurance Started: _____

Reason for Visit: _____

Referring Doctor / Friend: _____

Would you like to have a female present as a chaperone during your exam?    YES  (NO)
(검사도중 여성분이 같이 계시길 원하시나요?)
Would you like to have a Korean translator?(한국어 통역이 필요하신가요?)    (YES)  NO

May Dr. Kim's office call you and leave a message? (음성메시지를 남겨도 괜찮은가요?)    (YES)  NO

The provider (David D. Kim, MD) may release to governmental agencies, insurance carriers, or their designated agents or the legal or financial departments representing me or the provider, all information needed to substantiate payment for my medical care and permit representative thereof to examine and make copies of records in relation to such care and treatment.

I hereby assign, transfer and set over to David Kim, MD monies and/or benefits to which I may be entitled from governmental agencies, and insurance carriers or others who are financially liable for my hospitalization and/or medical care to cover the costs of treatment rendered to myself or dependent I will contact David Kim, MD in writing within 30 days of any changes to my insurance and; or of the above information and agree to pay him in full any deductible and co-payment my insurance requires me to pay.

Signature of Patient(서명): _[signature]_    Date(날짜): _2017. 11. 16_

QuestQuanum™

환자분께서는 의료보험이 현재 유효한지 환자분께서 직접 확인하시고 진찰에 임하셔야 됩니다.
만료된 의료보험으로 진찰을 받으실 경우, 환자분께서 **PAY** 하셔야 합니다.

IT IS YOUR RESPONSIBILITY TO CHECK THE ELIGIBILITY OF YOUR INSURANCE BEFORE THE VISIT. IF YOUR INSURANCE IS NOT ACTIVE AT THE TIME OF SERVICE, YOU HAVE TO **PAY** FOR THE VISIT.

SIGNATURE OF PATIENT: _____

DATE: 2017. 11. 16

QuestQuanum™

# 린치증후군 및 유전성 유방암 및 난소암 증후군에 대한 위험 평가

환자 이름: Park Min hye  
생년월일: 681215  
담당 의사: _____  
작성 일자: 11/16/17

지침: 귀하와/또는 귀하 가족 (모계(어머니) 또는 부계(아버지)쪽 모두)에 해당하는 경우 Y에 동그라미 표시를 하십시오. 각 내용 다음에, 귀하와의 관계 및 진단 연령을 적으십시오. 귀하 및 다음과 같은 가족 구성원이 해당됩니다:

부모, 형제, 자매, 아들, 딸, 조부모, 손자녀, 숙모, 숙부, 조카, 질녀,  
배다른 형제, 사촌, 증조부 및 증손자녀

각각의 항목은 개별적으로 답변하여야 합니다; 질문에 답힐 때 동일한 암 진단을 한 번 이상 적을 수 있습니다. 본 설문지는 유전성 유방 및 난소암 증후군, 그리고 린치 증후군의 일반적인 양상에 대한 선별검사 도구입니다. 이 내용을 귀하의 의료진과 공유하여 귀하의 유전성 암 위험을 판정하는데 도움이 되도록 하십시오.

| 대장 및 자궁암 | 자신 | 가족 | 진단 시 연령 |
|---|---|---|---|
| 예 (아니오) 50세 이전에 자궁(자궁내막) 암 | | | |
| 예 (아니오) 50세 이전에 대장암 | | | |
| 예 (아니오) 동일인 또는 부계 또는 모계 쪽에서 2건 이상의 린치 증후군* | | | |

*다음을 포함한 린치 증후군 관련 암: 대장/직장, 자궁/자궁내막, 난소, 위, 신장/요도, 담관, 수장, 췌장, 뇌, 그리고 피지 선종/암종

| 유방 및 난소 암 | 자신 | 가족 | 진단 시 연령 |
|---|---|---|---|
| 예 (아니오) 50세 이전에 유방암 | | | |
| 예 (아니오) 난소암 | | | |
| 예 (아니오) 동일인 또는 부계 또는 모계 쪽에서 2건의 원발성(무관한) 유방암* | | | |
| 예 (아니오) 남성 유방암 | | | |
| 예 (아니오) 삼중 음성 유방암† (병리검사상 ER-, PR-, HER2-) | | | |
| 예 (아니오) 모든 연령대에서 3건 이상의 HBOC 관련 암‡§ | | | |
| 예 (아니오) 모든 연령대에서 HBOC 관련 암의 아시케나지 유대인(Ashkenazi Jewish) 조상 및 개인 또는 가족력‡§ | | | |

‡HBOC 관련 암은 유방(DCIS 포함), 난소, 췌장, 그리고 공격성 전립선 암을 포함합니다.  
§가족은 부계 및 모계의 1, 2, 3차 직계 존/비속을 포함합니다.

예 (아니오) 귀하나 귀하의 가족 중에 유전성 암 위험에 대한 검사를 받은 사람이 있습니까? 있는 경우 기록해 주십시오.

환자 서명: [signature]  일자: 11/16/17

설문 검사자 용  
☐ 추가적인 위험 평가 및/또는 유전자 검사 대상자: ○ 린치  ○ HBOC  
☐ 검토를 위해 환자에게 알린 정보  
☐ 추적관찰 내원 일정  날짜: _____

☐ 환자에게 유전자 검사 제안 결과:  
○ 수락  ○ 거절  
의료진 서명: [signature]  일자: 11/16/17

† 삼중 음성 유방암에 대해 자세히 아시려면 귀하의 의료진에게 물어 보십시오.  
의료 협회 가이드라인에 근거한 평가 기준. 개별 협회 가이드라인에 대해서는 웹사이트 를 방문하십시오.  
Myriad 및 Myriad 로고는 미국 및 기타 법적 관할지에서 Myriad Genetics, Inc.의 상표 또는 동목 상표입니다. ©2013

PCRA/09-13  MYRIAD®

000005