# Docket Activity Report

## U.S. District Court -- Eastern District of New York

### Report Filed Period: 8/11/2021 - 8/11/2021

| Case Number/Title | Dates | Category/Event | Docketed by | Notes |
|---|---|---|---|---|
| 1:20-cv-02636-PKC-LB<br>Park v. Kim | Entered: 08/11/2021 15:28:55<br>Filed: 08/11/2021 | Category: minutes<br>Event: Telephone Conference | G. Rein<br>Type: crt | Cause: 28:1332 Diversity-Medical Malpractice<br>NOS: Personal Inj. Med. Malpractice<br>Office: Brooklyn<br>Presider: Pamela K. Chen<br>Referral: Lois Bloom<br>Jury demand: Plaintiff<br>Case Flags: ACO |
| |  | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Telephone Conference held on 8/11/2021. (AT&T Log #11:38-12:17.) (Rein, Gilbert) | | |
| | Entered: 08/11/2021 15:33:17<br>Filed: 08/11/2021 | Category: order<br>Event: Order on Motion for Discovery Order on Motion to Compel Order on Motion for Hearing | G. Rein<br>Type: crt | |

ORDER: The Court held a telephone conference in plaintiff's medical malpractice case on August 11, 2021. Defendant's motion to compel, ECF Nos. 15 - 17, is granted. By September 10, 2021, plaintiff shall provide: records regarding her lost earnings; the names of her experts and their expert reports; and authorizations for collateral source insurance records from 2010 through the present. **This is a Court Order and plaintiff must comply.** Plaintiff is warned that if she fails to comply with the Court's Order to produce discovery, she may be subject to sanctions, which could include dismissal of this action.

The parties shall complete all discovery, including depositions, by September 30, 2021. Plaintiff shall make herself available for her deposition ahead of the September 30, 2021 deadline. Depositions should be conducted remotely.

Plaintiff's request for a settlement conference, ECF No. 19, is denied without prejudice. Ordered by Magistrate Judge Lois Bloom on 8/11/2021. (Rein, Gilbert)

### Selection Criteria for Report

| | |
|---|---|
| Case number | 1:20-cv-2636 |
| Only cases to which I am linked | Yes |
| Filed Date | 8/11/2021 - 8/11/2021 |