# JSL Law Offices, P.C.

**626 RXR PLAZA, Uniondale, NY 1156**
Tel: (718) 461-8000
Fax: (866) 449-8003

_____

August 9, 2021

***VIA ECF***

Honorable Pamela Chen
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>**Re**</u>**: 1:20-cv-02636**
**(Minhye Park v. David Kim, M.D.)**

Dear Judge Chen:

Our office represents Plaintiff MINHYE PARK in the above- referenced action for medical malpractice. We submit this letter to request a settlement conference that Defendant is using the discovery process to harass Plaintiff and that Plaintiff has supplied sufficient discovery. As stated in <u>Miranda v. Haywood</u>, 2010 U.S. Dist. LEXIS 256780 (E.D.N.Y. Jan. 22, 2010), the United States Magistrate Judge noted that "[a]s a matter of course, this Court routinely schedules settlement conferences in every case before the court when the parties request such a conference or when the parties have exchanged sufficient information to make such a conference appropriate." <u>Haywood</u> at 14.

### ***Defendant's Counsel Untruthfully Stated***

Plaintiff must point out that Defendant's counsel untruthfully stated that Plaintiff came to New York only to obtain the abortion. EXHBIT A (Defendant's letter dated July 17, 2021) Plaintiff was travelling in the United State before she saw the Defendant. Plaintiff visited Defendant for the first time on November 16, 2017 as her symptoms indicated that she was likely pregnant. Defendant told Plaintiff that it's too early to determine whether Plaintiff was pregnant

or not, and asked Plaintiff to come later. During her second visit on November 21, 2017, Defendant confirmed that the plaintiff was indeed pregnant and performed the surgery on November 27, 2017. The Defendant's counsel falsely alleged the above only to insult or harass the Plaintiff.  Also Defendant's counsel insulted Plaintiff by the implication that Plaintiff had two prior abortions. Finally, the Defendant's counsel incorrectly asserts that Plaintiff signed a consent form.

### *Defendant's Failure to Terminate Plaintiff's Pregnancy And NO  Expert Testimony Needed*

On December 13, 2017, Defendant Dr. Kim admitted his failure to terminate Plaintiff's pregnancy by stating that Plaintiff was recalled to review the results of the termination of pregnancy on November 27, 2017 and Defendant  explained to the Plaintiff that the pregnancy was still present. EXHIBIT B (Dr. Kim's note, page 31); *see* Def Ex. J (entire records of Dr. Kim, document #17-11)

In addition, the two physicians in South Korea examined the Plaintiff, including the use of ultrasound test, and determined the damaged fetus was still alive in Plaintiff's womb. Plaintiff provided all medical records to Defendant. And therefore, **Plaintiff does not need extra expert testimony.**  EXHIBIT C (MED REC_MIRAE Obstetrics and gynecology_12.19.2017); EXHIBIT D (MED REC_ROSEMOM BOGY CLINIC)

Due to defendant's negligence to Plaintiff, the fetus was not successfully removed from the plaintiff's womb. Our traumatized Plaintiff had to undergo a second procedure, leaving her with additional scars and a longer recovery period.  Plaintiff was caused to suffer pain, discomfort, mental anguish and emotional distress and was damaged thereby.

### *Plaintiff Has Not Consented to Waive Defendant's Liability If the Fetus Is Alive After the Surgery*

Plaintiff cannot speak English or understand spoken English.  Plaintiff confirmed that on November 16, 2017, Plaintiff signed a patient information sheet when an interpreter of the Defendant's staffs translated said sheet into Korean and it was written out in Korean as well. EXHIBIT E (Patient consent form in Korean & English 11/16/2017)

Defendant's counsel misleads this court that Plaintiff signed consent form on November 27, 2017  and that Plaintiff took the risk after surgery. The alleged consent form dated November 27, 2017 was written in **English only, not in Korean.** EXHIBIT F (Informed Consent Form 11/27/2021, page 5, Queens Surgical Care Center). There was **no Korean interpreter** on that day. And, in fact, the consent form the Defendant's counsel alleged **does not include any language specifying that Plaintiff consented to the risk that the Defendant may fail to properly remove the fetus.**

On November 27, 2017, Plaintiff met Defendant at the Queens Surgical Center. Defendant can't speak Korean. Defendant gestured for the Plaintiff to follow Defendant into a room and Defendant preformed the surgery directly.  Plaintiff did not sign any papers on November 27, 2017. **The handwritten Plaintiff's name, date and signature are not hers** but someone else's, and Plaintiff has never seen the papers before or after the surgery and no one informed any risks from

the surgery. EXHIBIT G  (Plaintiff's emails dated July 5, 2021 were translated in English. Plaintiff was unable to get it notarized due to COVID-19)

Defendant failed to obtain an informed consent to the risk that Defendant may fail to properly remove the fetus.  Had informed consent been given, Plaintiff as a reasonably prudent person would not have consented.

### *Plaintiff Is Not Required to Assist Defendant's Discovery*

Defendant's counsel kept asking for the insurance records as collateral sources to prove prior two abortions.  As Defendant's counsel has admitted Plaintiff served all authorizations to collect her medical records, including collateral sources. That insurance providers in South Korea delayed responding to Defendant is not Plaintiff's responsibility, nor is Plaintiff required to assist Defendant Discovery.

Plaintiff had only one prior abortion roughly 10 years ago from the date the Defendant's failed to remove the fetus. This occurred when Plaintiff was a teenager. At that time, her boyfriend brought her to a clinic,  and she does not remember or know the place or name of the clinic. The medical records of the Defendant Dr. Kim only shows that someone checked the box "twice" with no date or place noted.  An abortion from the 10 years ago is not relevant to this action. If the prior abortion is relevant or important to Plaintiff's surgery on November 27, 2017, Defendant Dr. Kim, must have asked the dates and places of prior abortion(s) and recorded the same in his medical notes. But nowhere is it noted in the records that the Plaintiff had two abortions.

Furthermore, requesting all the history of Plaintiff's life violates Plaintiff's privacy and civil rights as it may include the release of information related to AIDS, HIV, sexually transmitted disease, tuberculosis, or genetics, if any.  Therefore, Defendant's attempt to force Plaintiff to provide all insurance records, without any exclusion, must be denied.

### *Damage Calculation:*

An oriental doctor said that a woman requires postpartum care for at least 3 weeks after an abortion. https://news.joins.com/article/6999017   The doctor added that since an abortion causes not only physical damages but emotional distress, such abortions are much more serious than a regular delivery, and thus there is more postpartum care required as compared to a normal delivery. Upon an abortion, her body drastically changes such as, headache, stomachaches, pelvic pain, uterine inflammation, and hormonal imbalance.  Bleeding and inflammation in the process of removing a fetus may cause scratches and damages on endometrium and cervix, the doctor emphasized, as well as possible sterility in the future. *See id.*

Due to Defendant Dr. Kim's failure to terminate the fetus, Plaintiff had to undergo the abortion surgery twice,  and was forced to consult with the two Korean doctors if she could keep the fetus and deliver it. The doctors did not recommend it because Defendant Dr. Kim had already performed general anesthesia, scratched it, and administered antibiotic and other drugs to the Plaintiff.  The failure of the Defendant Dr. Kim's to exercise standard and reasonable medical care

caused the Plaintiff physical damages and severe emotional distress. In addition, the plaintiff faces the very real possibility of sterility in the future at a rate that is twice the normal rate after a successfully performed abortion. In addition Plaintiff incurred medical expenses in South Korea, urgent peak time flight ticket in December 2017 to South Korea, and postpartum care.

*Lost Wages*

During the postpartum period of one year, Plaintiff's lost wages would be calculated pursuant New York Workers' Compensation Act and the minimum wage she would have possible earned.

*Conclusion*

Plaintiff has provided sufficient discovery responses, and Defendant keeps harassing plaintiff to increase their billable hours. Plaintiff respectfully requests this court to set up a settlement conference.

Respectfully submitted,

Dated: Uniondale, New York
August 9, 2021

*/s/ Jae S. Lee*
Jae S. Lee
JSL LAW OFFICES, P.C.
*Attorneys for Plaintiff*
626 RXR PLAZA
Uniondale, New York 11556



ATTORNEYS AT LAW

99 Park Avenue  New York, NY  10016-1601
Tel: 212-286-8585  Fax: 212-490-8966
www.HPMB.COM

**Hayley Newman**
**Partner**
**hnewman@hpmb.com**

July 16, 2021

**VIA ECF**

Honorable Pamela Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Minhye Park v. David Kim, M.D.
        Docket 1:20-CV-02636(PC)
        Our File 778-1018

Dear Judge Chen:

Our law firm represents Dr. David Kim in this action for medical malpractice.  We are
requesting permission to file a discovery motion compelling plaintiff to produce her medical
records relevant to the claims at issue in this lawsuit and to produce other discovery responses
which remain outstanding.

Over the past few months and since filing the joint request for an extension of time to
complete discovery, our firm attempted to communicate with plaintiff's counsel in good faith to
resolve these issues.  In addition to sending letters and emails, we called plaintiff's counsel five
times in June.  Only some of these calls were responded to by Ms. Lee - via email.  On July 7,
2021, our firm was finally able to arrange a phone conference with Ms. Lee.  During this meet
and confer, we discussed the discovery issues that are the subject of this letter-motion.  Ms. Lee
believes her client satisfied her discovery obligations and advised that she will not produce
additional medical records, collateral source records, documentation in support of plaintiff's
claims for lost earnings or, supplemental discovery responses as to interrogatories that were
clearly insufficient.  Moreover, plaintiff has not served expert disclosure or an expert report, to
date.

HEIDELL, PITTONI, MURPHY & BACH, LLP

NEW YORK  |  CONNECTICUT  |  WESTCHESTER  |  LONG ISLAND

2425586.1

Honorable Pamela Chen
Re: Minhye Park v. David Kim, M.D.
July 16, 2021
Page -2-



Briefly, plaintiff claims our client, Dr. Park, negligently performed an abortion in November 2017. Plaintiff is a resident of South Korea and traveled to New York for the procedure. All of plaintiff's relevant prior and subsequent medical records are located in South Korea. Unfortunately, this means that the Court and our firm cannot compel production of records from this country. It is uncontroverted that prior to the abortion at issue in this case, Ms. Park underwent two previous abortions. To date, we have been unable to obtain the records of the prior procedures. These are relevant to our expert's review of the case as well as plaintiff's claim for informed consent asserted in this action.

In addition to medical records, we have been unable to obtain any insurance/collateral source records from South Korea which would contain the names of plaintiff's physicians and we could discern the identity of the relevant prior/subsequent providers based upon these records. It is plaintiff's position that the records are irrelevant. She also advised our firm that her client may not recall the name of the prior abortion providers, which is why the insurance records are of particular importance.

To date, plaintiff has not produced any records in support of the claims for lost earnings, despite claiming her client was unable to work for several months as a result of the treatment at issue. Nor has she produced any subsequent gynecology records from 2019 to present that would reveal whether plaintiff's alleged injuries are ongoing or fully resolved. Plaintiff did not produce records in support of the claims for emotional distress, either.

With respect to discovery, plaintiff's counsel served interrogatory responses some of which are inadequate or not responsive to the demands (i.e. when asked to identify witnesses, plaintiff's counsel stated that plaintiff's family are witnesses to the events described in the Complaint but failed to identify family members by name, description and failed to provide an address). This information should have been produced in plaintiff's Rule 26(a) response. Without witness disclosures, defendant cannot determine whether there will be nonparty witnesses to depose about the events at issue.

Plaintiff also produced photographs allegedly taken in a physician's office but failed to respond to our demand for the metadata for each photograph, as well as information as to where each photograph was taken and who is depicted in the photo.

Without this discovery, defendant is prejudiced in defending this case. Moreover, our office cannot conduct an informed deposition of the plaintiff.

Given the issues above, we respectfully request permission to file a motion pursuant to Rule 37 to compel plaintiff to produce all outstanding discovery or, issue in sanctions and reasonable costs due to plaintiff's non-compliance and/or, dismiss the case should plaintiff fail to comply by a date-certain.

Honorable Pamela Chen
Re: Minhye Park v. David Kim, M.D.
July 16, 2021
Page -3-



      This is the first application for this request. At present, the deadline to complete fact discovery is September 30, 2021.

Respectfully submitted,

HN:mn

Hayley Newman

cc:  **<u>VIA ECF</u>**

     JSL Law

2425586.1

`Age`  Gravida:  Para:  LMP  QuestQuanum™

**Chief Complaint:**

- Annual GYN visit
- Vaginal discharge
- Vaginal itch
- Missed period
- Irregular menses
- Pregnancy
- Birth control
- Infertility
- Medicine refill
- Patient recalled

DOS 12/13/2017 Patient was recalled by my office to review the results of the pathology report from her procedure on 11/27/2017. Patient denies any complaints of fever, chills, abdominal/pelvic pain or vaginal bleeding.

HPI:   see progress notes from 11/16/2017 and 11/21/2017.

**Medical History:**
|_ Patient denies the medical conditions below except for those checked in the box.
- Hypertension
- Asthma
- Diabetes
- Thyroid disorder
- Anemia
- Blood dyscrasia

**Surgical History:**
|_ Patient denies any history of surgical procedures.

**Family History:**
|_ Patient denies family history of any known gynecologic cancer or breast cancer.

**Obstetrical History:**
|_ Patient denies any obstetrical history.

**Gynecologic History:**
|_ Patient denies any history of gynecologic

**Social History:**
Marital status:
|_ Single   |_ Married   |_ Divorced   |_ Widowed

Occupational status:
|_ Denies   |_ Employed   |_ Student

Toxic habits:
|_ Denies toxic habits
- Smokes cigarrettes
- Drinks alcohol
- Uses recreational drugs

Medications:

Allergies:
|_ NKDA

**PHYSCIAL EXAM:**

QuestQuanum™

Chaparrone present
|_ CELIA ASHLEY – Secretary
|¯ JASMIN KIM – Secretary
|¯ SHARON – Secretary
|¯ EILEEN KIM – Manager
|_ ALSO AS KOREAN TRANSLATOR

Height:      inches      Weight      lbs.    PULSE:        beats per min
                                             BP:        /      mmHg
                                             RR:          breaths per min

HEENT:    |¯NCAT
          |¯PERRLA
          |¯Throat clear/supple. No palpable goiter.      TEMP:     °F
          General appearance: No apparent distess.

Cardiac:  ☑S1S2
          ☑Regular rate and rhythm.
          ☑No murmurs appreciated
          Vitals: p 76 bp 110/62 rr 18

Lungs:    ☑Clear to ausculatation bilaterally

Abdomen: ☑Soft                    |_ Tender | |¯Generalized tenderness    Guarding    |_|NO    |_ YES
         ☑+Bowel sounds                       |¯Right lower quadrant      Rebound     |_|NO    |¯ YES
         ☑Non Tender                          |¯Left lower quadrant       Rigidity    |_|NO    |_ YES
         ☑No palpable masses                  |¯Right upper quadrant
                                              |¯Left upper quadrant

Extremities: ☑No calf tenderness bilaterally
             ☑No edema bilaterally

Skin:     ☑No visible skin lesions
          ☑Normal skin turgor

Pelvic:   External Female Genitalia:
          ☑Normal external female genitalia
          Vagina:
          ☑Normal appearing rugae
          ☑No visible discharge
          Cervix:
          ☑No cervical motion tenderness      Cervical OS: closed and no bleeding.
          ☑No obvious cervical lesions
          Uterus:
          ☑AV | |Mid Position|_Retroverted
          ☑Non Tender
          |_|Gravid
          Adnexae:
          ☑No adnexal tenderness bilaterally
          ☑No palpable masses bilaterally
          Rectovaginal:
          |¯No palpable masses
          |¯Normal sphincter tone

Page 3 of 4

**Assessment & Plan**
QuestQuanum™

Patient was recalled to review the results of the termination of pregnancy on 11/27/2017. Patient reports to have occasional nausea, but denies any fever chills, pelvic pain or vaginal bleeding. The result of the pathology report reported decidua with reactive changes. No villi

**Tests Performed/Ordered**

|_ PAP Smear

|_ Genprobe

|_ Mammogram

|_ Dexa Scan

000030

**Assessment & Plan**
QuestQuanum™

seen. . Pelvic exam: non tender uterus and the cervical os was closed without any bleeding visualized. Bedside sonogram: small fetus with movement visualized. Gestational age by LMP of 11/16/2017 is 8 weeks and 3 day. I explained to the patient that the pregnancy was still present

**Tests Performed/Ordered**

|_|PAP Smear

|_ Genprobe

|_|Mammogram

|_|Dexa Scan

Page 4 of 4

## 예진. 상담 기록부

【 진료실 】

2017-12-19

| 등록번호 | 70167 | | 종 별 | 국민건강보험 | | 보험조합명 | | |
|---|---|---|---|---|---|---|---|---|
| 환자 | 성 명 | 박민혜 | 성별/년령 | F 29 | 피보험자 | 기 호 | | |
| | 주민등록번호 | 88 | | | | 번 호 | 30026659587 | |
| | 주 소 | 경남 창원시 의창구 평산로131번길 7 (서상동) | | | | 성 명 | 박민혜 | |
| | 취득일 | 2016-04-06 | 전 화 | | | 주민등록번호 | | |
| | E-mail | | | | | | | |

보호자 이름  배병헌  flushy    직업:     연락처 010-7605-7662

주 호소(C. C)   6 sau A

H/2기 마음에서 DEC 하심
(주차에 Sono상 위가 낭함이고 4시 DEC
해야 된다고 합.
VAf bleeding (→)
아랫아랫
Pill
23 4원

**Prenatal care:**

Local,          Hospital,          None

| | 성 명 | 직 업 | 혈액형 | 키 | 체 중 |
|---|---|---|---|---|---|
| 산 모 | | | Of | 161 cm | 51 kg |
| 남 편 | (만 세) | | | cm | kg |

활력징후 Bp 11K/75  Pulse      Temp

| 가 족 력 | | 과 거 력 | | | | |
|---|---|---|---|---|---|---|
| 신 장 병 | | | 월 경 력 | LMP | 10/13 | |
| 심 장 병 | | | | PMP | | |
| 고 혈 압 | | | | EDC | | |
| 결 핵 | | | | Onset | | |
| 성 병 | | | | Interval | regular | |
| 갑상선 기능장애 | | | | Duration | 40L | |
| 당 뇨 병 | | | | Amount | Mod | |
| 현재복용중인 약 | · | | | Dysmenorrhea | · | |
| 천 식 | | | | Menarche | | |
| 간 질 | | | | Menopause | · | |
| 정 신 과 질 환 | | | | Contraception | | |
| 혈 액 질 환 | | | | | | |
| 수 혈 | | | | | | |
| 수 술 및 사 고 | · | | | | | |
| 주사및약물부작용 | | | | | | |
| 기 타 | | | | | | |

결혼력 (S,) M, W, D, Sep, Yrs Married)

Parity  G: 3 .  P:         Prem:

           AA: 3  SA:        Alive:

**산과력**

| 임신중독증(        ) | 제왕절개술(        회) | 산후출혈(        ) | 염색체검사(        ) |
|---|---|---|---|
| 자궁근종수술(        ) | 자궁경관무력증(        ) | 양수과다증(        ) | 태아발육지연(        ) |
| 다태임신(        ) | 알레르기반응(        ) | 기형(태아)(        ) | 기타: |

**분만력**

| 분만년도 | 임신기간 | 진통시간 | 태아상태 | 분만방법 | 성 별 | 출생시 체중 | Remarks |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Case 1:20-cv-00886-RKCL-BB Document 21983 Filed 08/06/21 Page 13 of 41 PageID #1893

**Pelv. ex**

| Ext. Gen | | | | |
|---|---|---|---|---|
| Vag | | | | |
| Cx. | | | | |

P.P. :　　　　　FHR :

O.S. :　　　　　Station :

Effacement :　　　Memb :

| | | | | |
|---|---|---|---|---|
| | Posit. | Av. | T. | Rv |
| | Size | | | |
| Ut. | Consi. | S. | F. | |
| | Mob. | Good | Fair | Poor |
| | Tend | mild | mod. | sev |
| Adnexa | Rt. | | | |
| | Lt. | | | |

Gul-de-sac

Rec. Ex

Abd.ex

IMPRESSION

| 날 짜 | 진　료　내　역 | 서　명 |
|---|---|---|
| 2017 12. 19 | | |







# Rosemom OBGY CLINIC

원본대조필

010-5895-5382
(055) -

No. 42313   진료실 3

Date : 2017. 06

Name : 박민혜    Age : 28

Address : 경상남도 창원시 의창구 평산로131번길 7 (서상동)

| 기 호 | 1 |
| --- | --- |

| 번 호 | 30026659587 |
| --- | --- |

IMPRESSION :

LASt 경관   2016년(개시)

비혼   r o + ws (+)   LASt 홍홍윽 2016년

| 기관명칭 | |
| --- | --- |

| 주민등록<br>번 호 | 88 |
| --- | --- |

| 피보험자 | 박민혜 | 자격취득일 | 2016-04-06 |
| --- | --- | --- | --- |

C.C   Pap, TVS, 사후피임약처방

MENS : LMP 6/12         PMP              EDC

PARITY : ♀ —   ♀ —   (NSVD / C/S)       last D/C :

PH :   Medical   Hypertension   DM.   Hepatic.   Renal.   Tbc.   others :

　　Operation

　　Drug hypersensitivity :

Physical exam :   Ht :        Wt :      BP :          P / R

　　General

HUMANGATE T:02-798-3119

GJC00325H15749

　　E.N.T.                                백신 ( — )

　　Heart & Lungs

　　abdomen

　　Extremities

　　others

Pelvic exam :

Case 1:20-cv-00886-RCL-BB Document 21-34 Filed 08/06/21 Page 16 of 41 PageID #1296

| Date | Progress & Treatment | Dr. sign |
|------|---------------------|----------|

2017. 6. 22

Vag. spotnig
명요간 COC 복용하다 최근및 끊음

LMP 6.12 (?)
pnp : R

USG(TV)

Ut : m.S en-triple line
Adn : Neg both
Rt - DF
Cx : n.s ⊼ Ⓟ
V.D : spotty (-)

Rec) 드스탄 1. L-Pap.

2017. 11. 04   LMP 10/7   Oxxymynn   >b

LAP / leukorrhea / foul odor

USG : N-S                     # tender (+)
Cx MT (±)                  X
V.D : yellowish U

Rec) p.o × 5d.

                                              2b
... 9.   LM 10/13   11/중순 확인 예정   임신거사 , 상담 want

11/2 1221nP
Cx. 5]kg   (1/27)  DC (마지막)   시음수 2주7 OC복용   USG
                   (마취)                           경북 창원시 의창구 평산로 96
                                                    웰빙프라자3층
CRL 8+4  >  EDC 내년. 7. 4   로즈맘여성산부인과
FUT OK                                    전 화

이원의료재단
EONE Laboratories
검사기관기호 41341673

본 검사실은 대한진단검사의학회(KSLM) 및 CAP의 신빙 인증을
받은 우수검사실로서 검사결과의 신뢰성 및 신빙도를 보증합니다.

| 검사자 | 서한익 | MT (3577) |
| 분공자 | 이정수 | MD (542) |
| 보고자 | 오귀영 | MD (607) |

인천광역시 연수구 센트니스 29* TEL 1600-0021 FAX 032/210-2233 www.eonelab.co.kr eone-LR001Rev.8) 2017.4

# LABORATORY REPORT

OB Lab

□ 외래  □ 병실

| 발행일자 | 20 년 월 일 | | 생년월일 | | | | | □ STAT | □ ROUTINE |
| 등록번호 | | | LMP | | | 1과 | 2과 | 3과 | (5과) |
| 성 명 | 05 | | 보고일시 20 | | | 몸 무 게 | | | kg |



| 01 HEMATOLOGY | | 03 URINALYSIS | | 05 GTT(50g) | | | |
| WBC(4.91~12.3) ×10³/ml | | Glucose | | GTT(100g) FBS(95mg/dl) | | | mg/dl |
| RBC(3.80~5.05) ×10⁶/ml | | Protein | | 1hr(180mg/dl) | | | mg/dl |
| Hb(11.93~14.3) g/d | | PH | | 2hr(155mg/dl) | | | mg/dl |
| Hct(36.81~43.71) % | | Occult blood | | 3hr(140mg/dl) | | | mg/dl |
| MCV(83.89~100.66) fL | | WBC /HPF | | | | | mg/dl |
| MCH(27.21~33.27) pg | | RBC /HPF | | 06 CHEMISTRY | | | |
| MCHC(31.85~33.87) g/dl | | Yeast | | GOT(AST) 0-31 u/l | | 07 W/S & Gram Stain | |
| Plt(202.39~323.95) ×10³/ml | | Trichomonas | | GPT(ALT) 0-32 u/l | | WBC | /HPF |
| Seg(52.84~78.53) % | 04 | SEROLOG & E/A | | T.Protein 6.2~8.4 g/dl | | Yeast | /HPF |
| Lym(18.65~41.01) % | | HBsAg | | Albumin 3.5~5.0 g/dl | | Trichomonas | /HPF |
| Mono(2.48~6.15) % | | HBsAb | | BUN 4.6~23.3 mg/dl | | Gram(+) cocci or rods | |
| 2 Blood Group | | AIDS | | Creatine 0.5~0.9 mg/dl | | Gram(-) cocci or rods | |
| ABO Group | | β-HCG(CLIA) mlu/mL | | Glucose 55~115 mg/dl | | Gram(-) diplococci intra or extra | |
| RH type | | | | | | | |

요양기관번호  38330776  검사 및 결과문의  02)590-985-9914  결과조회  www.eone-lab.co.kr
5431 경상남도 창원시 의창구 봉리로 225 3층 304호(봉호동, 롯데마트창가)

한병리과의원  이원의료재단
Han Pathology Clinic  EONE Laboratories

| | 박민혜 (F/29) | | 산부인과 / | | 2017-12-20 |
| --- | --- | --- | --- | --- | --- |
| | 881215-2*****  | | 조지혜 | 결과보고일 | 2017-12-21 07:32 |
| | 42313 | 접수번호 | 43-20171220-0457 | 기 타 | |
| | S:Serum | | | | |

| 보험코드 | 검 사 명 | 결 과 | 판 정 | 참 고 치 | |
| --- | --- | --- | --- | --- | --- |
| CY170003 | 25-OH Vitamin D.Total | 9.06 | | 성인 | S |
| | | | | Deficiency < 10.00 | |
| | | | | Insufficiency 10.00~30.00 | /g |
| | | | | Sufficiency 30.01~100.00 | |
| | | | | Toxicity > 100.00 ng/mL | |
| | | | | 소아 | |
| | | | | Severe deficiency ≤ 5.00 | /dl |
| | | | | Deficiency ≤ 15.00 | /dl |
| | | | | Insufficiency 15.01~20.00 | /dl |
| | | | | Sufficiency 20.01~100.00 | /dl |
| | | | | Excess > 100.00 | /dl |
| C4861003 | HAV Ab IgG | | | Toxicity > 150.00 ng/mL | |
| C4862003 | HAV Ab IgM | Negative(0.11) ✓ | | Negative < 1.0 S/co | S |
| | | Negative(0.24) | | Negative < 0.8 | S |
| | | | | Equivocal 0.8 ~ <1.2 | PF |
| C468241C | Rubella IgG | | | Positive ≥ 1.2 S/co | PF |
| | | Positive(15.05) | | Negative < 5.00 | S  PF |
| | | | | Equivocal 5.00~9.99 | |
| C468341C | Rubella IgM | | | Positive > 9.99 IU/mL | |
| | | Negative(0.11) | | Negative < 1.20 | S |
| | | | | Equivocal 1.20~1.59 | |
| S360003 | TSH (Pregnancy) | | | Positive > 1.59 Index | |
| | | 0.430 | | 1st Trimester 0.1~2.5 | S |
| | | | | 2nd Trimester 0.2~3.0 | |
| | | | | 3rd Trimester 0.3~3.5 mIU/L | |

상기항목 중 · 표시된 검사항목은 전문의가 검증하였습니다.

검사보고 완료입니다.

이원의료재단  본 검사실은 대한진단검사의학회(KSLM) 및 CAP에서 신임 인증을 받은 우수검사실로서 검사결과의 정확성 및 신뢰도를 보증합니다.
EONE Laboratories
검사기관기호  41341672

인천광역시 연수구 송도과학로 291 TEL 1800-0021 FAX 032-290-

| 검사자 | 서한익 | %/T (357?) | |
| --- | --- | --- | --- |
| 보고자 | 이정수 | MD (542) | |
| 보고자 | 오귀임 | MD (607) | |



QuestQuanum™

**David D. Kim, MD**
**Obstetrics and Gynecology**
**143-16 Sanford Ave., 1st Floor**                    Tel.  718-445-1700
**Flushing, NY 11355**                                          Fax. 718-445-3097

## Patient Consent Form

Our Notice of Privacy Practices provides information about how we may use and disclosed protected health information about you. The Notice contains a Patient Rights section describing your rights under the law. You have the right to review our Notice before signing this Consent. The terms of our Notice may change. If we change our Notice you may obtain a revised copy by contacting our office.

You have the right to request that we restrict how the protected health information about you is used or disclosed for treatment, payment, or health care operation. We are not required to agree to this restriction, but if we do, we shall honor that agreement.

By signing this form you consent to our use and disclosure of protected health information about you for treatment, payment, and healthcare operations. You have the right to revoke this Consent, in writing, signed by you. However, such a revocation shall not affect any disclosures we have made in reliance on your prior Consent. The Practice provides this form to comply with the Health Insurance Portability and Accountability Act of 1996 (HIPPA).

The Patient understands that :

1.  Protected health information my be disclosed or used for treatment, payment, or healthcare operations.
2.  The Practice has a Notice of Privacy Practices and that the patient has the opportunity to review this Notice
3.  The practice reserves that right to change the Notice of Privacy Practices.
4.  The patient has the right to restrict the uses of their information but the Practice does not have to agree to those restrictions.
5.  The Patient may revoke this Consent in writing at any time and all future disclosures will then cease
6.  The Practice may condition receipt of treatment upon the execution of this Consent.

This consent was signed by ___Park Min hye___     11 /16//7

(printed name of patient or representative)

Signature (I have received a copy of the privacy notices)     Date

2010. 11 ./6

Witness:

(Printed name of Practice representative )     Date

Signature     Date

QuestQuanum™

**David D. Kim, MD**
**Obstetrics and Gynecology**
143-16 Sanford Ave., 1st Floor
Flushing, NY 11355

Tel.  718-445-1700
Fax. 718-445-3097

## Patient Demographic Insurance Form

Name(이름) : _Park Min hye_          Date(날짜): _2017. 11. 16_

Address(주소): _43-11 220 St  Bayside NY 11361_

City: _____ State: _____ Zip Code: _____

Date of Birth (생년월일): ~~_____~~          Cell Phone(전화번호): _917 683 3535_
                                                Home Phone: _____
                                                Work Phone: _____

Primary Insurance Carrier: _____

Insurance ID #: _____ Date Insurance Started: _____

Reason for Visit: _____

Referring Doctor / Friend: _____

Would you like to have a female present as a chaperone during your exam?          YES  (NO)
(검사도중 여성분이 같이 계시길 원하시나요?)
Would you like to have a Korean translator?(한국어 통역이 필요하신가요?)          (YES)  NO

May Dr. Kim's office call you and leave a message? (음성메세지를 남겨도 괜찮은가요?)          (YES)  NO

The provider (David D. Kim, MD) may release to governmental agencies, insurance carriers, or their designated agents or the legal or financial departments representing me or the provider, all information needed to substantiate payment for my medical care and permit representative thereof to examine and make copies of records in relation to such care and treatment.

I hereby assign, transfer and set over to David Kim, MD monies and/or benefits to which I may be entitled from governmental agencies, and insurance carriers or others who are financially liable for my hospitalization and/or medical care to cover the costs of treatment rendered to myself or dependent I will contact David Kim, MD in writing within 30 days of any changes to my insurance and; or of the above information and agree to pay him in full any deductible and co-payment my insurance requires me to pay.

Signature of Patient(서명): _____ Date(날짜): _2017. 11. 16_

QuestQuanum™

환자분께서는 의료보험이 현재 유효한지
환자분께서 직접 확인하시고 진찰에
임하셔야 됩니다.
만료된 의료보험으로 진찰을 받으실 경우,
환자분께서 PAY 하셔야 합니다.

# IT IS YOUR RESPONSIBILITY TO CHECK THE ELIGIBILITY OF YOUR INSURANCE BEFORE THE VISIT. IF YOUR INSURANCE IS NOT ACTIVE AT THE TIME OF SERVICE, YOU HAVE TO PAY FOR THE VISIT.

SIGNATURE OF PATIENT: _____

DATE: _____ 20 17 . 11 . 16 _____

QuestQuanum™

# 린치증후군 및 유전성 유방암 및 난소암 증후군에 대한위험 평가

환자 이름: Park Min hye

생년월일: 681215

담당 의사:

작성 일자: 11/16/17

지침: 귀하와/또는 귀하 가족 (모계(어머니) 또는 부계(아버지)쪽 모두)에 해당하는 경우 Y에 동그라미 표시를 하십시오. 각 내용 다음에, 귀하와의 관계 및 진단 연령을 적으십시오. 귀하 및 다음과 같은 가족 구성원이 해당됩니다:

부모, 형제, 자매, 아들, 딸, 조부모, 손자녀, 숙모, 숙부, 조카, 질녀,
배다른 형제, 사촌, 증조부 및 증손자녀

각각의 항목은 개별적으로 답변하여야 합니다; 질문에 답할 때 동일한 암 진단을 한 번 이상 적을 수 있습니다. 본 설문지는 유전성 유방 및 난소암 증후군, 그리고 린치 증후군의 일반적인 양상에 대한 선별검사 도구입니다. 이 내용을 귀하의 의료진과 공유하여 귀하의 유전성 암 위험을 판정하는데 도움이 되도록 하십시오.

| 대장 및 자궁암 | 자신 | 가족 | 진단 시 연령 |
|---|---|---|---|
| 예 아니오 50세 이전에 자궁(자궁내막) 암 | | | |
| 예 아니오 50세 이전에 대장암 | | | |
| 예 아니오 동일인 또는 부계 또는 모계 쪽에서 2건 이상의 린치 증후군* | | | |

*다음을 포함한 린치 증후군 관련 암: 대장/직장, 자궁/자궁내막, 난소, 위, 신장/요도, 담관, 수장, 췌장, 뇌, 그리고 피지 선종/암종

| 유방 및 난소 암 | 자신 | 가족 | 진단 시 연령 |
|---|---|---|---|
| 예 아니오 50세 이전에 유방암 | | | |
| 예 아니오 난소암 | | | |
| 예 아니오 동일인 또는 부계 또는 모계 쪽에서 2건의 원발성(무관한) 유방암* | | | |
| 예 아니오 남성 유방암 | | | |
| 예 아니오 삼중 음성 유방암† (병리검사상 ER-, PR-, HER2-) | | | |
| 예 아니오 모든 연령대에서 3건 이상의 HBOC 관련 암‡‡ | | | |
| 예 아니오 모든 연령대에서 HBOC 관련 암의 아시케나지 유대인(Ashkenazi Jewish) 조상 및 개인 또는 가족력‡‡ | | | |

†HBOC 관련 암은 유방(DCIS 포함), 난소, 췌장, 그리고 공격성 전립선 암을 포함합니다.
‡가족은 부계 및 모계의 1, 2, 3차 직계 존/비속을 포함합니다.

예 아니오 귀하나 귀하의 가족 중에 유전성 암 위험에 대한 검사를 받은 사람이 있습니까?
있는 경우 기록해 주십시오:

환자 서명

11/16/17

일자

| 설문 검사자 용 | □ 환자에게 유전자 검사 제안 결과: |
|---|---|
| □ 추가적인 위험 평가 및/또는 유전자 검사 대상자: ○ 린치 ○ HBOC | ○ 수락    ○ 거절 |
| □ 검토를 위해 환자에게 알린 정보 | |
| □ 추적관찰 내원 일정    날짜: | 의료진 서명    11 / 16 / 17 일자 |

†삼중 음성 유방암에 대해 자세히 아시려면 귀하의 의료진에게 물어 보십시오.
의료 협회 가이드라인에 근거한 평가 기준. 개별 협회 가이드라인에 대해서는 웹사이트 를 방문하십시오
Myriad 및 Myriad 로고는 미국 및 기타 법적 관할지역에서 Myriad Genetics, Inc.의 상표 또는 등록 상표입니다. ©2013

PCRA/09-13     MYRIAD®

# CERTIFICATION OF CUSTODIAN

**MINHYE PARK**

vs.

N/A

I am the authorized Custodian of Records for: QUEENS SURGICAL CARE CENTER and I have the authority to certify the attached records of:

MINHYE PARK, 11 CHANGWON-DAERO 397BEON, -GIL,UICHANG-GU HILL
STATE ARTRIUM CITY, ,
SSN: N/A, DOB: 12/15/1988
MEDICAL RECORDS & DIAGNOSTIC FILMS ON CD

Being duly sworn according to law. I hereby certify, depose and say that these records were searched and reproduced in my presence at my direction. These records were prepared in the ordinary course of business by authorized personnel on or about the time of the event or act and careful search for the records has been made by me or under my direction. Therefore, these records constitute all the records of said individual described above.

I HEREBY CERTIFY THAT THE FOLLOWING IS TRUE AND CORRECT:

A: I HAVE ATTACHED_____ PAGES / _____ # OF X-RAYS.
B: THIS INCLUDES ALL MATERIAL REQUESTED.
C: THIS INCLUDES ALL CORRESPONDENCE BETWEEN ALL FACILITIES.
D: I HAVE ATTACHEDTHE PATIENT INFORMATION SHEET OR ID SHEET WHEN APPLICABLE.
E: PRIOR APPROVAL REQUIRED FOR FEES IN EXCESS OF $250 FOR HOSPITALS
    AND $150 FOR ALL OTHER PROVIDERS.

_2/22/2021_                                    **Sign Here
Date

THE DOCUMENTS REQUESTED ARE NOT IN OUR POSESSION DUE TO THE FOLLOWING:

____ No Records           ____ Records Destroyed After _____ Years
    ** Read below

____ No X-Rays            ____ X-Rays Destroyed After _____ Years
    ** Read below
Other _____

It is to be understood that this does not mean that the requested information does not exist under another spelling or another name. However, with the information furnished to our office and to the best of my knowledge, I certify the above to be a true and accurate statement.

_____              _____
Date                          **Sign Here

## MUST SIGN AND RETURN THIS PAGE!

CE01 - 49908-03

C0, S1

2/22/2021 9:55 AM FROM: Fax QSCA LLC TO: 19732424033 PAGE: 003 OF 013

| Today's Date $11/27/17$ | | Physician | | $D \quad Kim$ $2$ |
|---|---|---|---|---|
| **Patient Information/ Registration** | | | | |

| Patient Name: Last PARK First Min hye | | Date of Birth: ▓▓▓▓ Place of Birth or Ethnicity: | | Age: |
|---|---|---|---|---|
| Street Address: $43-11$ 220th St | | | | |
| City, State, Zip: Flushing NY 11361 | | Home telephone: | | |
| Cell Phone: $(917) 683-3535$ | | Employer: | | Phone: |
| Marital Status ☒ Single ☐ Married ☐ Widowed/Divorced | | Misc. Info. | | |
| Height 5'3 Weight 110 | | ☐ Male ☐ Female | | |

May we leave messages on your answering machine?   ☐ Yes   ☐ No
*(note: the representative from our office will never leave any personal health information on an answering machine)

| Emergency Contact: Min | Telephone |
|---|---|
| Relationship: Friend | $(917)$ $873-0019$ |

Have you been seen by our practice before:   ☐ Yes   ☐ No   Date of Last Visit

Who is picking you up after surgery?  Friend

What number can we reach you at the day after your surgery?

| **Insurance Information** | | | |
|---|---|---|---|
| **Primary Insurance** | | | DR D KIM 11-27-17 |
| Company Name: none - | Policy ID# / Group ID# | Allergies | PARK, MINHYE F. DOB 12/15/1988 |
| **Secondary Insurance** | | | |
| Company Name: | Policy ID# | Asthma | Heart Disease |
| | | Diabetes | |
| | | Rh | IV |

| If Policy Holder is other than the Patient, please complete the following: | | | |
|---|---|---|---|
| Policy Holder Name: | Date of Birth | High Blood Pressure | |

| **Referring Physician Information** | | | |
|---|---|---|---|
| Physician Name: | | Is this the primary care giver? | ☐ Yes   ☐ No |
| Street Address: | | If not, name of PCP: | |
| City, State, Zip: | | Telephone: | |

I authorize the release of medical information which could include HIV status, communicable disease, or drug abuse information to and from my primary care and referring physician(s), outside laboratories or consultants, if needed, in the course of my examination and treatment and as necessary to process insurance claims, insurance applications and prescriptions until revoked in writing. I also authorize payment of medical benefits to the physician and QSCA LLC. I understand and agree that regardless of my insurance status, I am responsible for the balance of my account for any professional services rendered.

By signing this form I assure the information provided is complete and accurate to the best of my knowledge. If any of the above information should change, I understand that it is my responsibility to inform the organization of such changes. I have reviewed and understand, and a copy of the following information has been made available to me: **Information regarding the ownership of the practice; the expertise of the associated physicians; the Patient Rights and Responsibilities; the Patient Grievance Process; Notice of Privacy Practice.**

Signature of Patient or Responsible Party     Printed Name Min hye Park     Date 11/27/17

| Last Name | | | First Name | | | | DOB | / / | Date | / / |

## Patient Medical History
*** Please use back of form if more space is needed

**ALLERGIES:** (list all meds and reactions) ❑Penicillin ❑Iodine ❑Tetracycline ❑Novocain ❑Ampicillin ❑Seafood ❑Other

List all Present Illnesses/ Recent Diagnosis/Previous Surgeries:

Top

List all medications, herbs, OTC medications, vitamins currently taking

Have you had any previous negative reaction to anesthesia? ❑Yes ☒No If yes please explain

Do you take any of the following medications? ❑ Coumadin/ Warfarin ❑ Plavix ❑ Aspirin ❑ NSAIDs ☒NONE
Any issues related to: ❑ Sight Impairment ❑Hearing ❑ Communication: Language_____
Do you have a cough/cold /stuffy nose ❑Yes ☒No    Do you have? ❑ Dentures  ❑ Contact Lenses ❑ Loose Teeth
When was the last time you had something to eat? _____ 9 ___ AM/PM )  Drink?_____ 9_____ AM/PM)
Do you smoke? ☒Yes ❑No  Use Alcohol? ☒Yes ❑No  Frequency _____
Do you use any of the following? ❑ Amphetamines ❑ Crack ❑ Cocaine ❑ Heroin ❑ Marijuana ❑ Valium
        ❑ Other drug_____ Last time used_____

Who is taking you home after the proceduere? _____Friend_____

Do you have a personal or family history of any of the following? S (Self) F (Family) No (None)

| | S | F | No | | S | F | No | | S | F | No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abdominal Pain/ cramps | ❑ | ❑ | ❑ | Gastrointestinal Bleeding | ❑ | ❑ | ❑ | Mitral Valve prolapse | ❑ | ❑ | ❑ |
| Acid reflux/ heartburn | ❑ | ❑ | ❑ | Gonorrhea (V.D.) | ❑ | ❑ | ❑ | Nausea/ Vomiting | ❑ | ❑ | ❑ |
| Anemia | ❑ | ❑ | ❑ | Heart Disease | ❑ | ❑ | ❑ | Osteoporosis | ❑ | ❑ | ❑ |
| Asthma or Lung Disease | ❑ | ❑ | ❑ | Heart Murmur | ❑ | ❑ | ❑ | Ovarian cysts | ❑ | ❑ | ❑ |
| Bleeding (Excessive) | ❑ | ❑ | ❑ | Hepatitis | ❑ | ❑ | ❑ | Polyps | ❑ | ❑ | ❑ |
| Cancer (type) | ❑ | ❑ | ❑ | Herpes | ❑ | ❑ | ❑ | Pulmonary embolus | ❑ | ❑ | ❑ |
| Chlamydia | ❑ | ❑ | ❑ | High Blood Pressure | ❑ | ❑ | ❑ | Sickle cell anemia/ trait | ❑ | ❑ | ❑ |
| Clinical Depression | ❑ | ❑ | ❑ | HIV/AIDS | ❑ | ❑ | ❑ | Sleep Apnea | ❑ | ❑ | ❑ |
| Diabetes | ❑ | ❑ | ❑ | Infection of the Uterus, | ❑ | ❑ | ❑ | Stomach Ulcer | ❑ | ❑ | ❑ |
| Diarrhea | ❑ | ❑ | ❑ | Ovaries (PID) | | | | Syphilis (V.D) | ❑ | ❑ | ❑ |
| Digestive disease | ❑ | ❑ | ❑ | Irritable Bowel Syndrome | ❑ | ❑ | ❑ | Thyroid Problem | ❑ | ❑ | ❑ |
| Epilepsy, convulsions, seizures | ❑ | ❑ | ❑ | Kidney problems | ❑ | ❑ | ❑ | Tuberculosis | ❑ | ❑ | ❑ |

### Menstrual Cycle Information
Yes  No
❑  ❑  Bleeding/spotting since last menstrual period?
       When?_____
❑  ❑  Do you have cramping?
❑  ❑  Periods are usually every 25-35 days? If NO
       how often?_____
How many days do you flow_____

Date of Last Menstrual Period _6_/_6_/_1_

Previous problems with deliveries or abortions?
_____

Date of Last Pregnancy Test_____
Previous Pap Smears results: ❑ None ❑Normal ❑Abnormal

Previous surgical procedures on your cervix: ❑None
❑Colposcopy ❑Leep ❑Cryo ❑Cone biopsy ❑Laser

Birth Control Methods Used: ❑None ❑Pills ❑Patch ❑Depo
❑Condoms ❑ Sponge ❑Nuvaring ❑Diaphragm ❑ IUD ❑BTL

### Previous Pregnancies
How many times have you been pregnant? __2__

Number of live births_____

Number of Vaginal deliveries_____

Number of Caesarean sections_____

Number of abortions___2___

Number of miscarriages_____

Have you had an Ectopic pregnancy? if so how many?__

Do you have any questions you wish to remember to ask the doctor?_____
_____

TO THE BEST OF MY KNOWLEDGE, THE ABOVE INFORMATION IS TRUE AND COMPLETE.
Patient's Signature _____  Date _1/17/1_

# QSCC Corporation

136-20 38th Ave Suite 51
Flushing NY 11354

Tel (71    DR D KIM 11-27-17    39-7474
DR. ___  PARK. M NHYE



## NewPath Diagnostics

42-11 Parsons Blvd., 1st Floor
Flushing, NY 11355
Tel: (718) 321-1106
Fax: (718) 321-0159 / (718) 408-1477

F. DOB

| PATIENT INFORMATION | | | | |
|---|---|---|---|---|
| Last Nam | First Name | M.I. | D.O.B. | ☐ M  ☐ F |
| Street Address | Apt# | City | | State |
| Phone | SSN | Insured name (if different from patient) | | Insured D.O.B. |

| INSURANCE INFORMATION (ATTACH A COPY OF INSURANCE CARD) | | | | |
|---|---|---|---|---|
| Insurance Name | I.D. # | | Group # | |

☐ Bill QSCC    ☐ Bill Client    ☐ Bill Insurance    ☐ Self    ☐ Spouse    ☐ Child

Physician Name                                                        NPI #

| SPECIMEN INFORMATION | | | | |
|---|---|---|---|---|
| Date Collected | Time  AM  PM | Fasting ☐  hr | Fax results to: | Call results to: | STAT |

It is the ordering party's responsibility to order only those tests medically necessary for the diagnosis and treatment of the patient.

ICD9 code

## HISTOPATHOLOGY REQUEST

INFORMATION BELOW IS IMPORTANT FOR PROPER INTERPRETATION

**CLINICAL DIAGNOSIS**

PERTINENT MEDICAL HISTORY / OPERATIVE FINDINGS

PREVIOUS SURGERY
(IF EXAMINED AT THIS LAB INCLUDE PATHOLOGY # )

IF GYN SPECIMEN: LMP

_____
month / day / year

☐ Oral Contraceptives
☐ Pregnant
☐ Post Abortion
☐ Post Partum
☐ IUD

☐ Post Menopausal
☐ Hormonal therapy (Specify)
☐ Abnormal Bleeding
☐ DES Exposure

**TYPE OF SKIN BIOPSY**

JAR#:___ ☐ PUNCH
JAR#:___ ☐ SHAVE
JAR#:___ ☐ INCISIONAL
JAR#:___ ☐ EXCISIONAL
JAR#:___ ☐ EXCISIONAL WITH
MARGIN EXAMINATION

**SITE OF BIOPSY:**

JAR#:___ ☐ ENDOCERVIX
JAR#:___ ☐ ENDOMETRIUM
JAR#:___ ☐ CERVICAL POLYP.
JAR#:___ ☐ ENDOMETRIAL POLYP.
JAR#:___ ☐ CONE BIOPSY
JAR#:___ ☐ P.O.C.

PLEASE IDENTIFY CONTAINERS (NOT LIDS) WITH PATIENT NAME

For Lab Use Only

2/22/2021 9:55 AM FROM: Fax QSCA LLC TO: 19732424033 PAGE: 005 OF 013

136-20 38th Ave, Sui
Patients Name: _M. NHBE Ptl_ Date of Birth: _____ Da

DR D KIM 11-27-17
PARK, MINHYE
F. DOB 12/15/1988
Nos (1(17/1)

### Informed Consent for Termination of Pregnancy

I hereby give my full and informed consent to: Dr. _____ Kim _____ and his/her associates at QSCA LLC to terminate my pregnancy. I have considered my alternatives regarding this pregnancy and I voluntarily and of my own free will consent to the termination of pregnancy procedure. current future

I authorize the above physician and/or his/her associates to carry out such diagnostic procedures, administer treatment, anesthetics and/or medications, as he/she may deem necessary and advisable to insure my proper treatment.

My physician has fully explained the risks, and drawbacks involved as well as the possibility of complications from the procedure, including _DYN, BLOODING INFECTION, PERFORATION OF UTERUS_, and the benefits of the procedure. We have also discussed alternatives including no treatment; to the procedure along with those risks and benefits. I am aware that no guarantee or assurances as to the results of the procedure have been made and I have been told that no guarantee of results could be made. By signing this consent, I agree that all the foregoing has taken place to my satisfaction

I have received pre and post-operative (before and after) instructions; both written and verbal. I was given a chance to ask questions and all of my questions have been answered to my satisfaction. I am aware of the recovery period required as well as any potential problems I may encounter during this time

I represent that my medical history is accurate including medical conditions, use of medications, allergies to medications, use of any drugs (such as marijuana, crack, cocaine, heroin, valium, codeine) or alcohol. I am aware that withholding information regarding my medical history or use of drugs could be life threatening, and that the physicians treating me are NOT responsible for complications related to the information that I withhold.

Therefore, I authorize my physician in addition to any assistants whom he/she might designate, to perform this operation together with any preoperative or postoperative treatment upon me.

I authorize the operating physician to perform any procedures, which he may deem necessary in attempting to improve the condition for which I am being treated or any unforeseen condition that he may encounter during the operation.

I also consent to the administration of anesthesia, general, IV sedation, or local, to be applied by or under the direction of the Anesthesia Department and /or the operating physician, and the use of such anesthetics as deemed advisable. I understand the risks, complications and potential benefits of anesthesia; as well as potential problems associated with anesthesia during the recovery phase. These risks include but are not limited to, nausea and vomiting, trouble breathing, low blood pressure, cardiac arrhythmia, cardiac arrest, death.

I consent to observers in the procedure room as approved by my physician for the purpose of training or quality assurance. I authorize my physician to disclose complete information concerning his medical findings and treatment for the undersigned, from the initial consultation until date of the conclusion of such treatment, to those individuals who in my physicians sole determination, are required to receive such information for the purpose of medical treatment, medical quality assurance and peer review.

| | |
|---|---|
| Patient _____ Date | Witness _____ |
| Guardian/Responsible Party _____ | Relationship _____ |

I _____ have fully discussed and explained to _____
All the procedures and risks involved in the above identified procedure and hereby certify that I have explained the nature, purposes, benefits, risks, and alternatives to the proposed procedure, and have offered to answer any questions and have fully answered all such questions. I believe the patient fully understands what I have explained and answered.

Physician Signature _____ Date _____

DR D KIM 11-27-17
PARK, MINHYE
F, DOB ▉▉▉▉▉

## Consent for Anesthesia

I hereby authorize the anesthesiologist Dr. _____(1M)_____ or his/her colleague, to administrate intravenous sedation (MAC), general, or local anesthesia on me for the proposed procedure. The anesthesiologist has fully explained to me the nature, benefits, risks, possible complications and alternative treatments for the anesthesia, including no anesthesia. These risks include but are not limited to, nausea, vomiting, trouble breathing, pneumonia, aspiration, low blood pressure, cardiac arrhythmia, cardiac arrest, or death. I understand that I should not have eaten food or drank fluid at least eight hours prior to the procedure. I also understand the necessity for an escort and the potential risks in traveling after anesthesia without an escort. I have been given an opportunity to ask questions and all my questions have been answered.

## Assignment and Release

I authorize the release of any personal and medical information necessary to process this claim. I permit copy of this authorization to be used in place of the original. I authorize Dr. _____Alla_____ to apply for benefits on my behalf for covered services rendered by him or his order. I request that payment from my insurance company be made directly to the doctor. I certify that the information I have reported with regard to my insurance coverage is correct.

Patient's Name (Print): _____    Signature: _____

Witness's Name (Print): _____    Signature: _____

Physician's Signature: _____    Date: ___11/27/2017___

Patient discharge and Escort

Patient Received: Mediation Prescription ☐ Y / ☑ N  Discharge Instruction ☑ Y / ☐ N

Patient Signature: _____

Name of Responsible Adult Who Will Take Patient Home

Print: _____  Sign: _____  Date: _11/27/17_

*of Freind is downstairs*

QSCA

Date: November 27, 2017.

136-20 38TH Ave. 5l
Flushing,NY 11354
Tel. 718-939-9200

OPERATIVE REPORT

Name of patient:               MINHYE PARK

Patient date of birth:

| Preoperative Diagnosis: | ELECTIVE TERMINATION OF PREGNANCY |
|---|---|
| Procedure: | SUCTION DILATATION AND CURETTAGE |
| Postoperative Diagnosis: | ELECTIVE TERMINATION OF PREGNANCY |

| Surgeon: | David Kim, MD | Assistant: | None |
|---|---|---|---|
| Anesthesiologist: Guo, MD | | Anesthesia: | MAC |
| Complications: | None. | | |
| Estimated Blood Loss: | 20 mL | | |
| Specimen(s): | PRODUCTS OF CONCEPTION. | | |

## Description of Operative Procedure:

After risks and benefits of options were discussed with the patient, informed consent was signed and obtained. Patient understands and accepts possible risks of suction dilatation and curettage, including but not limited to bleeding, perforation of the uterus, infection, perforation of the uterus (with or without possible injury to organs surrounding the uterus (including but not limited to the urinary bladder and/or the bowel), cervical laceration, retained products of conception, Asherman's syndrome, and/or pain. Informed consent was signed and obtained. Patient voided urine in the bathroom, and then was transferred to the operating room.

MAC anesthesia was given by Dr. Guo. Patient was then placed in the dorsal lithotomy position, the patient was prepped and draped in sterile fashion. Sterile heavy weighted speculum was placed in the posterior portion of the vaginal vault. A Sims speculum was placed in the anterior portion of the vaginal vault. An Allis clamp was used to grasp the anterior lip of the cervix. The endocervical canal was gently and gradually dilated with Hanks dilators. A 6 mm suction curette was used to perform a suction curettage. A sharp curettage was then gently performed throughout the endometrial cavity until a gritty texture was appreciated. A suction curettage was repeated to remove the remaining products of conception. All instruments were then removed from the vagina. Excellent hemostasis was visualized. Instrument and sponge count were correct times two. Patient was transferred to the recovery room in stable condition.

## Discharge Instructions:

1.  Pelvic rest: No sex, no tampons, no douche, and no tub baths for 3 weeks.
2.  Call Dr. Kim and go immediately to NY Presbyterian-Queens ER if fever, severe abdominal pain. or heavy vaginal bleeding.
3.  Advil 400mg po q 6 hours with food for 3 days prn pain.
4.  Follow up with Dr. Kim in the office in 3 weeks.

2/22/2021 9:55 AM FROM: Fax QSCA LLC TO: 19732424033 PAGE: 007 OF 013

## Anesthesia Record

DR D KIM 11-27-17
PARK, MINHYE
F, DOB

Patient's Name: _____

Diagnosis: _____ Zop

Procedure: _____ Sur4Lef 182C

D.O.B.: __

Date: _____

Time: Q 00 => 11:40

### PREOPERATIVE EVALUATION

Medical History:
HTN:  YES ( ) NO ( )    DM:    YES ( ) NO ( )
CAD:  YES ( ) NO ( )    ASTHMA: YES ( ) NO ( )
OTHER: YES ( ) NO ( )   BLEEDING TENDENCY: YES ( ) NO ( )

Surgical History:  Top
Medication:
Allergies:

BP:
Height:
Cardiovascular:
Pulmonary:
Airway Assessment:
Lab:
N.P.O. Status:
ASA Class:

HR-
Weight: 110 Lb
O2Sat 99

| Time | | 15 | 30 | 45 | | 15 | 30 | 45 | Total | |
|------|--|----|----|----|--|----|----|----|-------|---|
| O2 (L/M) | 2 | | | | | | | | | **Anesthesia Management:** |
| Midazolam | | | | | | | | | | |
| Propofol (ml) | | | | | | | | | | Consent obtained |
| Ketamine(mg | | | | | | | | | | Monitors Applied |
| Fentanyl(ug) | | | | | | | | | | IV line Placed |
| | | | | | | | | | | Time Out Prior To Procedure |
| IV | | | | | | | | | | Anesthesia Type: GA ( )  MAC ( ) |
| Ventilation | | | | | | | | | | Airway Management ( ) |
| ECG | | | | | | | | | | |
| Pulse Ox | | | | | | | | | | |

NIBP:
180
160
140
120
100
80
HR
60
40

Remark

### RECOVERY & DISCHARGE

Time: | BP: | HR: | O2Sa: | RR:

Vital Signs Stable: ( )
Alert and Oriented X 3 ( )
Absence of Pain: ( )
Able to Ambulate: ( )

Notes:

**Discharge Criteria**

No anesthesia complications: ( )
Discharge with escort: ( )
Instruction given: ( )
Discharge Criteria Met ( )

Discharge Time: _____

Surgeon Name: _____

Anesthesiologist Signature:

2/22/2021 9:55 AM  FROM: Fax QSCA LLC  TO: 19732424033   PAGE: 008 OF 013

DR D KIM 11-27-17
PARK, MINHYE
F, DOB

## Post-Operative Recovery Room Record

Patient Name: _____ Date Birth /_____ Date:_____
Handoff Required ☐ No ☐Yes  Staff Performing _____ ✓ _____ Info Revised__

Monitor: _____ Patient Identification Verifies ☑ Verbal      ☐ Medical Record

Time In: ____ ☐ via Color ☐ Pink ☐ Pale  Breathing ☐ Freely ☐Obstructed

Response: ☐ Awake and Oriented ☐ Unresponsive  Time Responsive: _____

| Time | BP | HR | Resps | O2 Saturation | Comments | Initials |
|---|---|---|---|---|---|---|
| **Admission Time:** 1:40 | 108 | | 46 | 97 | | |
| **1ˢᵗ Eval after Admission:** 2:00 | 100 | 67 | 17 | 98 | | |
| **Discharged Time:** 2:50 | 105 | 62 | 17 | 98 | | |

| | Medication | Dsg | RT | Time | Initials |
|---|---|---|---|---|---|
| ☐ | Ibuprofen | 600 mg #___ | By Mouth | | |
| ☐ | Tylenol | 500mg #___ | | 2:50 | |
| ☐ | Water/Tea | | | | |
| ☑ | Hard candy | | | | |
| ☐ | Orange Juice | | | | |
| ☐ | Coffee | | | | |
| ☐ | Apple Juice | | | | |

Bleeding __ ☐ Scant ☐ Moderate ☐ Heavy

Pain Scale - Initial         Ask patient to point to face that best described their level of pain

| 0. No Pain | 1. Mild Pain | 2. Discomfort | 3. Distressing | 4. Intense | 5. Excruciating |
|---|---|---|---|---|---|

Pain Scale –Discharge         Ask patient to point to face that best described their level of pain

| 0. No Pain | 1. Mild Pain | 2. Discomfort | 3. Distressing | 4. Intense | 5. Excruciating |
|---|---|---|---|---|---|

| Discharge Scoring System: | | OUT |
|---|---|---|
| Able to do normal activity for age | 2 | |
| Minimal Assist | 1 | |
| Ambulate with assistance | 0 | |
| VS +/- 20% Pre-op level/stable | 2 | |
| VS +/- 20-50% Pre-op level/stable | 1 | |
| VS +/- 60% pre-op level/stable | 0 | |
| Voided | 2 | |
| Voiding small amounts | 1 | |
| Unable to void | 0 | |
| Tolerating liquids / solids well | 2 | |
| Needs encouragement to drink | 1 | |
| Not drinking, IV still infusing | 0 | |
| Minimal or no nausea & vomiting | 2 | |
| Moderate nausea & vomiting | 1 | |
| Unable to control nausea & vomiting | 0 | |
| Minimal or No Bleeding | 2 | |
| Bleeding Within Normal Limits | 1 | |
| Excessive Bleeding | 0 | |
| **Totals:** | | |

**Discharge Status:—**   Time of Discharge: _____
Ambulatory? ☐Yes ☐No
Instructions given: ☐Yes  To: ☐ Patient ☐ Caregiver
Patient Understands Post-up Instructions ☐ Yes
Patient Mental Status ☐ WNL ☐Altered _____
Post-op Appointment made: ☐Yes
Pain Management Plan:
☐ Pain 4 or less take pain medication as instructed in postoperative instructions
☐Pain level greater than 4: MD plan:
_____
_____

☐ Patient cleared for discharge home with an escort in stable condition.  Patient indicates she is feeling well
Notes_____
_____

Discharged by: _____ / _____ M.D.

2/22/2021 9:55 AM FROM: Fax QSCA LLC TO: 19732424033 PAGE: 009 OF 013

Physician Name:

## PRE-OPERATIVE HISTORY AND PHYSICAL EXAMINATION

Patient Name: _____ DOB: _____ Date: _____

HEIGHT ___ WEIGHT ___ TEMP ___ PULSE ___ BP ___ NPO ___ # hours

ALLERGIES/ DRUG SENSITIVITIES _____

Previous Serious Illness and Surgeries_____

Pertinent Labs: ☐ Urine Pregnancy ☐ Positive ☐ Negative ☐RH ☐ Positive ☐ Negative
☐NONE ☐ Other Labs _____
Current/Chronic Medical Issues:_____

Barriers to learning ☐ None ☐ Site impairment ☐ Hearing ☐ Speech ☐ Language_____
☐ Level of Understanding ☐ Psychosocial Status_____ ☐ Cultural Considerations_____
Plan for Effective Teaching/Education
☐ Translation Services_____ ☐ Large Print Materials ☐ Translated Written Materials
☐ Other_____

**MEDICATION MANAGEMENT:**
Current Medications ☐Unchanged from intake
☐ Other, explain_____
Anticoagulants? ☐ Yes ☐ No last dose?_____

**PHYSICAL ASSESSMENT**
Heart: ☐ Normal ☐ Other_____
Lungs ☐ Normal ☐ Other_____
Other (applicable to area to be treated) ☐ Normal ☐Other _____
General Appearance: ☐ Normal ☐ Other_____
Review of Systems ☐ WNL ☐ Other, explain_____
Bleeding Tendencies ☐ None ☐ Other_____
Other pertinent finding:_____
IMPRESSION (Pre-op diagnosis and proposed procedure)_____

**TIME OUT PROCEDURE**
**VERIFIED: Correct Patient? ☐ Name ☐ Date of birth**
Correct surgery with patient? ☐Yes ☐ No Informed Consent Obtained? ☐ Yes 2 Person Agreement ☐ Yes

☐ Site marking n/a ☐ Surgery Site Marked

*Cleared for Procedure ☐ Yes ☐No, Reason*_____

Physician Signature:_____ Date_____

Procedure Start Time_____ Procedure End Time_____

2/22/2021 9:55 AM  FROM: Fax QSCA LLC  TO: 19732424035   PAGE: 012 OF 013



**NewPath**
**Diagnostics**

## WOMEN'S HEALTH PATHOLOGY REPORT

42-11 Parsons Boulevard, 1 ST FL., Flushing, NY 11355
Phone 718-321-1108; Fax 718-321-0158

| PATIENT | PHYSICIAN | SPECIMEN | |
|---|---|---|---|
| PARK,MINHYE<br><br>Age: 28  DOB:<br>Sex: Female | DAVID KIM, M.D.<br>138-2C 38th Avenue 5I<br>Flushing, NY 11354<br>Tel #: 718-838-9200   Fax#: 718-939-7474 | Accession #: | S17-10254 |
| | | Date Collected: | 11/27/2017 |
| | | Date Received: | 11/27/2017 |
| | | Date Reported: | 12/04/2017 |
| | | # of Jars received: | 1 |
| | | Service type: | GLOBAL |

### FINAL DIAGNOSIS:

PRODUCT OF CONCEPTION, CURETTAGE

- **Decidua with reactive changes. No villi seen.**
  *Note: Report faxed to Dr. Kim's office (12/03/2017).*

### GROSS DESCRIPTION:

Product of conception, curettage received in formalin, is multiple fragment(s) of tan, soft tissue measuring 20x2Cx20 mm with possible villi but no fetal parts.
The specimen is entirely submitted in 2 cassettes.

**PATHOLOGIST:**

*[signature]*

Jianyou Tan, M.D., Ph.D./ Electronically Signed

CPT:  88305
ICD10:  Z33.2

Subject: Re: Review the documents meticulously of the name, signatures and dates, and confirm you did it or not.
From : minhye park
To: JSL LAW OFFICES, P.C.
Date: 201-07-05 1308 PM

So these 4 pages are the ones I wrote when I first went to the clinic, and where marked "x" is not my handwriting. Other than these four pages of documents, they are not written by me, and I have never seen them before.

--------------------------------------------------------------------------------------------------------------

Subject: Re: Review the documents meticulously of the name, signatures and dates, and confirm you did it or not.
From : minhye park
To: JSL LAW OFFICES, P.C.
Date: 201-07-05 11:55

 I've checked and I've written only the parts I've circled in red, and the rest of them are not the papers I've written. Other documents are the first time I look at them, and I've never seen it or heard it. That's not my handwriting, it's someone else's. Not only did I speak English, but I didn't understand spoken English. I have never heard about any side effects or anything about surgery before or after the surgery and the doctor lied to me even when he saw the ultrasound that the baby was still there and growing because the surgery went wrong.

I just heard the doctor said that the surgery went good, without knowing the baby was still growing, and I took the contraceptive pill right after the surgery, and I came to Korea to find out that the fetus was still alive. When I still think about what happened then, my whole body shakes and I feel so angry. I don't know what these documents are about, and the only part I circled is my handwriting, and the rest of the documents that I've never seen before. Those are not my handwriting. Now please stop this doctor's lying and I want to end this pain.

## Affidavit of Translation

I, _____Soohyun Park_____, am fluent in English and
_____Korean_____. I hereby certify that I have translated and verified the
following document(s) which is/are attached to this Affidavit:

Description of document(s): (title or type, document date, number of pages)

_____two email replies, sent date 7/5/21 , 1 page_____

_____

I further certify that, to the best of my knowledge, the attached document(s)
written in _English_____ is/are a true and accurate translation of
the attached document(s) written in Korean_____.

_Soohyun Park_____          Soohyun Park
*(Signature of Translator/Verifier)*      *(Print Name)*

============================================================
STATE OF _New York_____
COUNTY OF _Nassau_____

Subscribed and affirmed, or sworn to, before me on this __5th__ day of
_August_____, 20__, by _Soohyun Park_____.

_____          _Jae Lee_____
(Signature of Notary Public)            *(Print Name)*

Jae S. Lee
Notary Public State of New York
No. 02LE6279642
Qualified in Nassau County
Commission Expires April 15, 20___

Notary Seal                              My commission expires:

Roundcube Webmail :: Re: 이름과 사인, 날짜 등을 꼼꼼히 확인 하시고, 본인이 하신 것이 맞는지 연... Case 1:20-cv-02336-PKC-LB Document 21-37 Filed 08/30/21 Page 36 of 41 PageID #: 2336 https://webk125.bluehost.com:2096/cpsess9674813363/3rdparty/r...

| Subject | **Re: 이름과 사인, 날짜 등을 꼼꼼히 확인 하시고, 본인이 하신 것이 맞는지 연락 주세요.** |
|---|---|
| From | 박민혜 <jindov12@naver.com> |
| To | JSL LAW OFFICES, P.C. <office@lawjsl.com> |
| Date | 2021-07-05 13:08 |

- EC290651-51B1-40AE-8B12-5ED375B3B16E.jpeg(~296 KB)
- EFE60BA0-4A21-44A9-B207-839242BF4F78.jpeg(~348 KB)
- 2430BDEE-A0B1-428D-90BE-1F74D7BA78CD.jpeg(~245 KB)
- 9427492E-7CF2-4549-BD97-33450C0D8CC8.jpeg(~413 KB)

이렇게 4장은 제가 처음 병원에 갔을 때 작성한게 맞고 x친 부분은 제 글씨가 아닙니다 이 4장을 제외한 나머지 서류는 제가 쓴게 아니고 처음보는 서류입니다

-----Original Message-----
**From:** "JSL LAW OFFICES, P.C."<office@lawjsl.com>
**To:** "박민혜"<jindov12@naver.com>;
**Cc:**
**Sent:** 2021-07-06 (화) 01:58:12 (GMT+09:00)
**Subject:** Re: 이름과 사인, 날짜 등을 꼼꼼히 확인 하시고, 본인이 하신 것이 맞는지 연락 주세요.

이것도 보세요.

---
Very truly,

JSL Law Offices, P.C.
(Main Office)
626 RXR PLAZA
UNIONDALE, NY 11556

Tel: (718) 461-8000
Fax : (866) 449-8003
www.lawjsl.com

Confidentiality Note: This e-mail and any attachments transmitted with
it are intended solely for the use of the addressee and may contain
information that is privileged and confidential. If you are not the
intended recipient, please notify the sender by return e-mail, and
delete or destroy this e-mail and any attachments. Any unauthorized
disclosure, use, distribution, or reproduction of this e-mail or any
attachments is prohibited and may be unlawful.

On 2021-07-05 11:55, 박민혜 wrote:
> 확인해보니 제가 직접 쓴 글씨는 빨간색으로
> 동그라미 친 부분만
> 제가 쓴 거고 나머지는 제가 쓴 글자가 아닙니다
> 다른 서류들은 아예 처음 보는거고 저런 서류들을
> 저는 본 적도
> 그에 대한 설명을 들은적도 없습니다 저건 제 글씨가
> 아니고 다른사람 글씨입니다 저는 영어를 못해서
> 무슨말인지 알아듣지도 못할뿐더러 수술전이나
> 수술후에도 전혀 부작용이나 수술에 관한
> 어떤글이라거나 얘기도 듣지도 보지도 못했고
> 심지어 수술이 잘못되서 아기가 크고 있는걸
> 초음파로 보고도 의사는 저에게 거짓말을 했습니다

> 수술이 잘못되서 아기가 크고있는지도 모르고
> 수술이 잘됐다는 의사 말만 듣고 수술 후 피임약을
> 바로 복용했으며 한국에 와서 아기가 있다는걸 알게
> 되었습니다 아직도 그때 생각을 하면 온 몸이
> 떨릴정도로 화가 납니다 저는 이 서류들이 무슨
> 내용인지도 모르고 제가 동그라미 친 부분만 제
> 글씨가 맞고 나머지 서류들은 본 적도 없는 처음보는
> 글씨입니다 이것은 제 자필이 아닙니다 이제 제발 그
> 의사가 거짓말을 그만하고 이 고통을 끝내고
> 싶습니다
>
>
> -----Original Message-----
> From: "JSL LAW OFFICES, P.C."<office@lawjsl.com>
> To: <jindov12@naver.com>;
> Cc:
> Sent: 2021-07-06 (화) 00:30:56 (GMT+09:00)
> Subject: 이름과 사인, 날짜 등을 꼼꼼히 확인 하시고,
> 본인이 하신 것이 맞는지 연락 주세요.
>
>  첨부서류에 있는 이름과 사인, 날짜 등을 꼼꼼히
> 확인 하시고, 본인이 하신 것이 맞는지 연락 주세요.
>
> --
> Very truly,
>
> JSL Law Offices, P.C.
> (Main Office)
> 626 RXR PLAZA
> UNIONDALE, NY 11556
>
> Tel:  (718) 461-8000
> Fax : (866) 449-8003
> www.lawjsl.com [1]
>
> Confidentiality Note: This e-mail and any attachments transmitted with
>
> it are intended solely for the use of the addressee and may contain
> information that is privileged and confidential. If you are not the
> intended recipient, please notify the sender by return e-mail, and
> delete or destroy this e-mail and any attachments. Any unauthorized
> disclosure, use, distribution, or reproduction of this e-mail or any
> attachments is prohibited and may be unlawful.
>
>
>
>
>
>
> Links:
> ------
> [1] http://www.lawjsl.com


EC290651-51B1-40AE-8B12-5ED375B3B16E.jpeg
~296 KB

Case 1:20-cv-00866-PKC-BB Document 21-37 Filed 08/06/21 Page 38 of 81 PageID #: 2348

QuestQuanum™

**David D. Kim, MD**
**Obstetrics and Gynecology**
**143-16 Sanford Ave., 1st Floor**                                    **Tel.  718-445-1700**
**Flushing, NY 11355**                                                **Fax. 718-445-3097**

## Patient Consent Form

Our Notice of Privacy Practices provides information about how we may use and disclosed protected health information about you. The Notice contains a Patient Rights section describing your rights under the law. You have the right to review our Notice before signing this Consent. The terms of our Notice may change. If we change our Notice you may obtain a revised copy by contacting our office.

You have the right to request that we restrict how the protected health information about you is used or disclosed for treatment, payment, or health care operation. We are not required to agree to this restriction, but if we do, we shall honor that agreement.

By signing this form you consent to our use and disclosure of protected health information about you for treatment, payment, and healthcare operations. You have the right to revoke this Consent, in writing, signed by you. However, such a revocation shall not affect any disclosures we have made in reliance on your prior Consent. The Practice provides this form to comply with the Health Insurance Portability and Accountability Act of 1996 (HIPPA).

The Patient understands that :

1.     Protected health information my be disclosed or used for treatment, payment, or healthcare operations.
2.     The Practice has a Notice of Privacy Practices and that the patient has the opportunity to review this Notice
3.     The practice reserves that right to change the Notice of Privacy Practices.
4.     The patient has the right to restrict the uses of their information but the Practice does not have to agree to those restrictions.
5.     The Patient may revoke this Consent in writing at any time and all future disclosures will then cease
6.     The Practice may condition receipt of treatment upon the execution of this Consent.

This consent was signed by _____ Park Min hye _____          11 /16/17

                              (printed name of patient or representative)

                              _____
                              Signature (I have received a copy of the privacy notices)      Date

Witness:                                                                    2010. 11 ./6
                              _____
                              (Printed name of Practice representative )                Date

                              _____
                              Signature                                                  Date

000003

QuestQuanum™

**David D. Kim, MD**
**Obstetrics and Gynecology**
143-16 Sanford Ave., 1st Floor
Flushing, NY 11355

Tel. 718-445-1700
Fax. 718-445-3097

### Patient Demographic Insurance Form

Name(이름) : Park Min hye    Date(날짜): 2017. 11. 16

Address(주소): 43-11 220St Bayside NY 11361

City: _____ State: _____ Zip Code: _____

Date of Birth (생년월일): _____   Cell Phone(전화번호): 917 883 3535
Home Phone: _____
Work Phone: _____

Primary Insurance Carrier: _____

Insurance ID #: _____ Date Insurance Started: _____

Reason for Visit: _____

Referring Doctor / Friend: _____

Would you like to have a female present as a chaperone during your exam?    YES (NO)
(검사도중 여성분이 같이 계시길 원하시나요?)

Would you like to have a Korean translator?(한국어 통역이 필요하신가요?)    (YES) NO

May Dr. Kim's office call you and leave a message? (음성메세지를 남겨도 괜찮은가요?)    (YES) NO

The provider (David D. Kim, MD) may release to governmental agencies, insurance carriers, or their designated agents or the legal or financial departments representing me or the provider, all information needed to substantiate payment for my medical care and permit representative thereof to examine and make copies of records in relation to such care and treatment.

I hereby assign, transfer and set over to David Kim, MD monies and/or benefits to which I may be entitled from governmental agencies, and insurance carriers or others who are financially liable for my hospitalization and/or medical care to cover the costs of treatment rendered to my-self or dependent I will contact David Kim, MD in writing within 30 days of any changes to my insurance and; or of the above information and agree to pay him in full any deductible and co-payment my insurance requires me to pay.

Signature of Patient(서명): _____ Date(날짜): 2017. 11. 16

000002

QuestQuanum™

환자분께서는 의료보험이 현재 유효한지
환자분께서 직접 확인하시고 진찰에
임하셔야 됩니다.
만료된 의료보험으로 진찰을 받으실 경우,
환자분께서 PAY 하셔야 합니다.

IT IS YOUR RESPONSIBILITY TO
CHECK THE ELIGIBILITY OF YOUR
INSURANCE BEFORE THE VISIT. IF
YOUR INSURANCE IS NOT ACTIVE AT
THE TIME OF SERVICE, YOU HAVE
TO PAY FOR THE VISIT.

SIGNATURE OF PATIENT: _____

DATE: _____2017 . 11 . 16_____

QuestQuanum™

# 린치증후군 및 유전성 유방암 및 난소암 증후군에 대한위험 평가

환자 이름: Park Min hye

생년월일: 681215

담당 의사:

작성 일자: 11/16/17

지침: 귀하와/또는 귀하 가족 (모계(어머니) 또는 부계(아버지)쪽 모두)에 해당하는 경우 Y에 동그라미 표시를 하십시오. 각 내용 다음에, 귀하와의 관계 및 진단 연령을 적으십시오. 귀하 및 다음과 같은 가족 구성원이 해당됩니다:

부모, 형제, 자매, 아들, 딸, 조부모, 손자녀, 숙모, 숙부, 조카, 질녀,
배다른 형제, 사촌, 증조부 및 증손자녀

각각의 항목은 개별적으로 답변하여야 합니다; 질문에 답할 때 동일한 암 진단을 한 번 이상 적을 수 있습니다. 본 설문지는 유전성 유방 및 난소암 증후군, 그리고 린치 증후군의 일반적인 양상에 대한 선별검사 도구입니다. 이 내용을 귀하의 의료진과 공유하여 귀하의 유전성 암 위험을 판정하는데 도움이 되도록 하십시오.

| 대장 및 자궁암 | 자신 | 가족 | 진단 시 연령 |
|---|---|---|---|
| 예 아니오 50세 이전에 자궁(자궁내막) 암 | | | |
| 예 아니오 50세 이전에 대장암 | | | |
| 예 아니오 동일인 또는 부계 또는 모계 쪽에서 2건 이상의 린치 증후군* | | | |

*다음을 포함한 린치 증후군 관련 암: 대장/직장, 자궁/자궁내막, 난소, 위, 신장/요도, 담관, 수장, 췌장, 뇌, 그리고 피지 선종/암종

| 유방 및 난소 암 | 자신 | 가족 | 진단 시 연령 |
|---|---|---|---|
| 예 아니오 50세 이전에 유방암 | | | |
| 예 아니오 난소암 | | | |
| 예 아니오 동일인 또는 부계 또는 모계 쪽에서 2건의 원발성(무관한) 유방암* | | | |
| 예 아니오 남성 유방암 | | | |
| 예 아니오 삼중 음성 유방암† (병리검사상 ER-, PR-, HER2-) | | | |
| 예 아니오 모든 연령대에서 3건 이상의 HBOC 관련 암‡§ | | | |
| 예 아니오 모든 연령대에서 HBOC 관련 임의 아시케나지 유대인(Ashkenazi Jewish) 조상 및 개인 또는 가족력‡§ | | | |

‡HBOC 관련 암은 유방암(DCIS 포함), 난소, 췌장, 그리고 공격성 전립선 암을 포함합니다.
§가족은 부계 및 모계의 1, 2, 3차 직계 존/비속을 포함합니다.

| | | | |
|---|---|---|---|
| 예 아니오 | 귀하나 귀하의 가족 중에 유전성 암 위험에 대한 검사를 받은 사람이 있습니까? 있는 경우 기록해 주십시오: | | |

환자 서명

일자: 11/16/17

| 설문 검사자 용 | □ 환자에게 유전자 검사 제안 결과: |
|---|---|
| □ 추가적인 위험 평가 및/또는 유전자 검사 대상자: ○ 린치 ○ HBOC | ○ 수락 ○ 거절 |
| □ 검토를 위해 환자에게 알린 정보 | |
| □ 추적관찰 일정 | 날짜: |

의료진 서명: 11/16/17

†삼중 음성 유방암에 대해 자세히 아시려면 귀하의 의료진에게 물어 보십시오.
의료 협회 가이드라인에 근거한 평가 기준. 개별 협회 가이드라인에 대해서는 웹사이트를 방문하십시오
Myriad 및 Myriad 로고는 미국 및 기타 법적 관할지에서 Myriad Genetics, Inc.의 상표 또는 등록 상표입니다. ©2013

PCRA/09-13  MYRIAD®

000005