UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MINHYE PARK,

                Plaintiff,

-against-

DAVID DENNIS KIM, M.D.

                Defendants
---------------------------------------------------------------X

**NOTICE OF DEPOSITION**

Case No. 1:20-cv-02636

      PLEAE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rule of Civil Procedure, Plaintiff MINHYE PARK, by their attorneys, JSL LAW OFFICES, P.C., will take the deposition upon oral examination of Defendant DAVID DENNIS KIM, M.D. on the 1st day of September 2021 at 10:00AM EST and will continue consistent with Rule 30 (d) until it is completed. The deposition will take place via videoconferencing and to be recorded via stenographic means with American Stenographic Reporters, before a Notary Public of the State of New York or other person duly qualified to administer oaths under the Federal Rules of Civil Procedure.

Dated: Uniondale, New York
       August 11, 2021

                                                Yours, etc.

                                                Jae S. Lee, Esq.
                                                JSL LAW OFFICE, P.C.
                                                Attorneys for Plaintiff
                                                626 RXR PLAZA
                                                Uniondale, NY 11556
                                                718) 461-8000

To:   Heidell, Pittoni, Murphy & Bach, LLP
       Attorneys for Defendant
       99 Park Avenue 7th Fl
       New York, New York 10016
       212-286-8585
       hnewman@hpmb.com

## AFFIRMATION OF SERVICE

### Case No. 1:20-cv-02636

I, Jae S. Lee, Esq., an attorney duly licensed to practice law in the Courts of the State of New York, alleges and affirms, under the penalty of perjury, the following

On February 9, 2021, I served a true copy of the annexed **PLAINTIFF'S FIRST SET OF INTERROGATORIES** by first class mail and email due to ongoing COVID-19 Pandemic.

To: Heidell, Pittoni, Murphy & Bach, LLP
   Attorneys for Defendant
   99 Park Avenue 7th Fl
   New York, New York 10016
   212-286-8585
   hnewman@hpmb.com

                        Jae S. Lee, Esq.