
Case 1:20-cv-02636-RKO-LB Document 21-6 Filed 08/25/21 Page 1 of 5 PageID #: 329



| | |
|---|---|
| Subject | **RE: FINAL GOOD FAITH LETTER: Park v. Kim_ Case No. 1:20-cv-02636 : Outstanding Discovery Responses to Plaintiff** |
| From | Newman, Hayley B. <hnewman@hpmb.com> |
| To | 'jae' <jae@lawjsl.com> |
| Date | 2021-08-11 14:01 |

- HPMB_NY1-#2308909-v1-PARK_(EFILED)_-_Rule_26f_Meeting_Report_for_Magistrate_Bloom.PDF(~914 KB)
- HPMB_NY1-#2318250-v1-PARK_-_Emailed_Mailed_Notice_of_Deposition_w_AOS.PDF(~2.1 MB)

Dear Ms. Lee,

You were just ordered and directed by Judge Bloom not to file a new motion regarding the discovery you now claim to be owed.  Notwithstanding, I am only aware of a single discovery demand that we received from your office to which we could not respond because it was incomprehensible.  We did write in response to your demand, see Defendant's Exhibit L filed in support of our motion.  In the interest of cooperating in good faith, if you outline specifically what discovery you still believe is owed by the defendant and provide us with copies of your demands, we will serve a timely response.

As for the latest attempt to serve a notice of deposition on our client, Dr. Kim, this is rejected.  Please recall that we established priority to take Plaintiff's deposition when this case commenced.  You agreed to this when we had our Rule 26(f) meeting last year and this was included in the Meeting report filed with the Court on (see doc 11).  Consistent with this understanding, we also established priority in deposing your client through the service of a deposition notice for Plaintiff on November 20, 2020 and you failed to respond, object or produce your client.  We will provide you with dates for Dr. Kim's deposition after your client is deposed and we will serve you with an updated notice for her deposition shortly, to be made returnable after you produce the discovery in response to our Motion to Compel.  We do not waive deposition priority and will depose your client before producing Dr. Kim.  Attached is the meeting report filed with the court and the deposition notice previously served on your office.

We look forward to timely receiving all the discovery that you were directed to produce at today's conference.  Thank you for your attention to this correspondence.

Regards,

Hayley Newman
Partner
Heidell, Pittoni, Murphy & Bach
99 Park Avenue
New York, NY 10016
Tel:  (212) 286 - 8585
Fax:  (212) 490 - 8966
[www.hpmb.com](http://www.hpmb.com)



---

**From:** jae <jae@lawjsl.com>
**Sent:** Wednesday, August 11, 2021 12:51 PM
**To:** Newman, Hayley B. <hnewman@hpmb.com>
**Subject:** FINAL GOOD FAITH LETTER: Park v. Kim_ Case No. 1:20-cv-02636 : Outstanding Discovery Responses to Plaintiff

8/25/2021 Roundcube Webmail :: RE: FINAL GOOD FAITH LETTER - Park v. Kim_ Case No. 1:20-cv-02636 : Outstanding Discovery Responses to …

Case 1:20-cv-02636-RKE-LB Document 21-6 Filed 08/25/21 Page 2 of 5 PageID #: 330

Dear Ms. Newman,
Plaintiff sent several good faith letter to obtain discovery responses from defendant, including admission & interrogatories. However. Defendant failed to respond to the Plaintiff's demands. Please respond above by August 25, 2021. If we do not receive them by 8/25/2021, we will file a motion, including sanctions.
Thank you.

-------- Original message --------
From: "Newman, Hayley B." <hnewman@hpmb.com>
Date: 7/7/21 11:01 AM (GMT-05:00)
To: jae <jae@lawjsl.com>
Subject: RE: Park v. Kim_ Case No. 1:20-cv-02636 : Outstanding Discovery Responses to Plaintiff

I'm calling now 212-471-4618

**From:** jae <jae@lawjsl.com>
**Sent:** Tuesday, July 6, 2021 3:51 PM
**To:** Newman, Hayley B. <hnewman@hpmb.com>
**Subject:** RE: Park v. Kim_ Case No. 1:20-cv-02636 : Outstanding Discovery Responses to Plaintiff

You can reach me at (212) 860- 8000 directly. What number are you calling from? I do not answer phone calls if I don't know due to too many spam calls. Please provide the missing records from Dr. Kim and respond to our discovery demands. Thank you.

-------- Original message --------
From: "Newman, Hayley B." <hnewman@hpmb.com>
Date: 7/6/21 2:00 PM (GMT-05:00)
To: jae <jae@lawjsl.com>
Subject: RE: Park v. Kim_ Case No. 1:20-cv-02636 : Outstanding Discovery Responses to Plaintiff

What number should I reach you at?

**From:** jae <jae@lawjsl.com>
**Sent:** Tuesday, July 6, 2021 1:11 PM
**To:** Newman, Hayley B. <hnewman@hpmb.com>
**Subject:** RE: Park v. Kim_ Case No. 1:20-cv-02636 : Outstanding Discovery Responses to Plaintiff

Ms. Newman,
Yes, tomorrow 11:00 am works.

-------- Original message --------
From: "Newman, Hayley B." <hnewman@hpmb.com>
Date: 7/6/21 9:07 AM (GMT-05:00)
To: "JAE S. LEE" <jae@lawjsl.com>
Subject: RE: Park v. Kim_ Case No. 1:20-cv-02636 : Outstanding Discovery Responses to Plaintiff

Case 1:20-cv-02636-RKO-LB Document 21-6 Filed 08/25/21 Page 3 of 5 PageID #: 331

Ms. Lee,

What time are you available to discuss this by phone? How about tomorrow, between 11 am and 2 pm?

As previously indicated, we sent you complete certified copies of Dr. Kim's record and we have no control over the records of Queens Surgical Center. They are not a party to this case, you did not sue them, and we provided you the records we obtained from the as a courtesy.

Thanks,
Hayley

-----Original Message-----
From: JAE S. LEE <jae@lawjsl.com>
Sent: Monday, July 5, 2021 2:22 PM
To: Newman, Hayley B. <hnewman@hpmb.com>
Subject: Park v. Kim_ Case No. 1:20-cv-02636 : Outstanding Discovery Responses to Plaintiff

Dear Ms. Newman,
1. Admission & Interrogatories to Defendant Dr. Kim
On February 9, 20021, Plaintiff requested above and sent a good faith letter dated 6/22/2021. Please respond to each and all questions. Please consider this as the 2nd good faith letter that Plaintiff may file a motion.

2. Missing Medical Records from Defendant Dr. Kim
It appears missing records, including but not limited to on or about December 13, 2017 and December 16, 2017. Please send us at your earliest convenience. Please consider this as a good faith letter that Plaintiff may file a motion.

3. Original or Color Scanned Records from Queens Surgical Care Center with Notarized Certificate. Please consider this as a good faith letter that Plaintiff may file a motion.

---
Very truly,
JAE S. LEE, Esq.
JSL Law Offices, P.C.
(Main Office)
626 RXR PLAZA
UNIONDALE, NY 11556
Tel: (718) 461-8000
Fax: (866) 449-8003
http://www.lawjsl.com

Confidentiality Note: This e-mail and any attachments transmitted with it are intended solely for the use of the addressee and may contain information that is privileged and confidential. If you are not the intended recipient, please notify the sender by return e-mail, and delete or destroy this e-mail and any attachments. Any unauthorized disclosure, use, distribution, or reproduction of this e-mail or any attachments is prohibited and may be unlawful.

**HPM&B has converted to a paperless office environment. We request that no paper mail, including correspondence, legal documents, transcripts, or discovery materials, be sent to our offices in hard copy form except by prior agreement or unless required by law. All mail should be sent to us in digital format only, using the general email addresses listed below. Your mail be will be sorted and routed internally by our virtual mailrooms. Mail addressed to our New York office should be sent to NY@hpmb.com. Mail addressed to our White Plains office should be sent to WP@hpmb.com. Mail addressed to Garden City office should be emailed to LI@hpmb.com. Mail addressed to our**

8/25/2021 Roundcube Webmail :: RE: FINAL GOOD FAITH LETTER - Park v. Kim_ Case No. 2:20-cv-02636 - Outstanding Discovery Responses to …

Case 1:20-cv-02636-RKE-LB Document 21-6 Filed 08/25/21 Page 4 of 5 PageID #: 332

Bridgeport office should be emailed to CT@hpmb.com.

**We understand that certain items cannot be transmitted digitally. If you have a question or concern, kindly direct your inquiry to any of the above email addresses or by contacting the attorney or legal assistant handling your matter. You may also email Calendar@hpmb.com for general assistance.**

---

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and may contain confidential information intended only for the person(s) to whom this email message is addressed. This message may also contain Protected Health Information covered under HIPAA Rules and HITECH Standards. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 212-286-8585. Thank you.

---

**HPM&B has converted to a paperless office environment. We request that no paper mail, including correspondence, legal documents, transcripts, or discovery materials, be sent to our offices in hard copy form except by prior agreement or unless required by law. All mail should be sent to us in digital format only, using the general email addresses listed below. Your mail be will be sorted and routed internally by our virtual mailrooms. Mail addressed to our New York office should be sent to NY@hpmb.com. Mail addressed to our White Plains office should be sent to WP@hpmb.com. Mail addressed to Garden City office should be emailed to LI@hpmb.com. Mail addressed to our Bridgeport office should be emailed to CT@hpmb.com.**

**We understand that certain items cannot be transmitted digitally. If you have a question or concern, kindly direct your inquiry to any of the above email addresses or by contacting the attorney or legal assistant handling your matter. You may also email Calendar@hpmb.com for general assistance.**

---

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and may contain confidential information intended only for the person(s) to whom this email message is addressed. This message may also contain Protected Health Information covered under HIPAA Rules and HITECH Standards. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 212-286-8585. Thank you.

---

**HPM&B has converted to a paperless office environment. We request that no paper mail, including correspondence, legal documents, transcripts, or discovery materials, be sent to our offices in hard copy form except by prior agreement or unless required by law. All mail should be sent to us in digital format only, using the general email addresses listed below. Your mail be will be sorted and routed internally by our virtual mailrooms. Mail addressed to our New York office should be sent to NY@hpmb.com. Mail addressed to our White Plains office should be sent to WP@hpmb.com. Mail addressed to Garden City office should be emailed to LI@hpmb.com. Mail addressed to our Bridgeport office should be emailed to CT@hpmb.com.**

**We understand that certain items cannot be transmitted digitally. If you have a question or concern, kindly direct your inquiry to any of the above email addresses or by contacting the attorney or legal assistant handling your matter. You may also email Calendar@hpmb.com for general assistance.**

---

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and may contain confidential information intended only for the person(s) to whom this email message is addressed. This message may also contain Protected Health Information covered under HIPAA Rules and HITECH Standards. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 212-286-8585. Thank you.

Case 1:20-cv-03636-RKE-LB Document 21-6 Filed 08/25/21 Page 5 of 5 PageID #: 333

**HPM&B has converted to a paperless office environment. We request that no paper mail, including correspondence, legal documents, transcripts, or discovery materials, be sent to our offices in hard copy form except by prior agreement or unless required by law. All mail should be sent to us in digital format only, using the general email addresses listed below. Your mail be will be sorted and routed internally by our virtual mailrooms. Mail addressed to our New York office should be sent to NY@hpmb.com. Mail addressed to our White Plains office should be sent to WP@hpmb.com. Mail addressed to Garden City office should be emailed to LI@hpmb.com. Mail addressed to our Bridgeport office should be emailed to CT@hpmb.com.**

**We understand that certain items cannot be transmitted digitally. If you have a question or concern, kindly direct your inquiry to any of the above email addresses or by contacting the attorney or legal assistant handling your matter. You may also email Calendar@hpmb.com for general assistance.**

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and may contain confidential information intended only for the person(s) to whom this email message is addressed. This message may also contain Protected Health Information covered under HIPAA Rules and HITECH Standards. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 212-286-8585. Thank you.