# EXHIBIT A

EXHIBIT

DFT A, 9/20/21, G.D.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MINHYE PARK,　　　　　　　　　　　　　　　Index No.:  1:20-cv-02636

　　　　　　　　　Plaintiff,

　　-against-　　　　　　　　　　　　　　　**SECOND NOTICE OF**
　　　　　　　　　　　　　　　　　　　　　　**PLAINITFF'S DEPOSITION**

DAVID DENNIS KIM, M.D.,

　　　　　　　　　Defendant.
-------------------------------------------------------X

　　　　**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendant DAVID DENNIS KIM, M.D., by and through his attorneys, HEIDELL, PITTONI, MURPHY & BACH, L.L.P., will take the deposition upon oral examination of MINHYE PARK on the **20th day of September 2021 at 10:00 a.m.** EST and will continue consistent with Rule 30(d) until it is completed.  The deposition will take place via videoconferencing and to be recorded via stenographic means with Deitz Lexitas Reporters, before a Notary Public of the State of New York or other person duly qualified to administer oaths under the Federal Rules of Civil Procedure.  A court certified Korean interpreter will be retained for the deposition.  A link to the deposition will be sent via email the day prior to the deposition.

　　　　Said party is to be examined on all claims, allegations, alleged damages and evidence material and necessary in the defense of this action.

Dated: New York, New York
　　　　August 12, 2021

2442145.1

        Respectfully submitted,

        HEIDELL, PITTONI, MURPHY & BACH, LLP

By: _____
        HAYLEY B. NEWMAN (HN 5509)
        99 Park Avenue, 7th Floor
        New York, New York 10016
        Tel.: (212) 286-8585
        hnewman@hpmb.com

        Attorneys for Defendant
        DAVID DENNIS KIM, M.D.

TO: **VIA EMAIL and FIRST-CLASS MAIL**
    Jae Lee, Esq.
    JSL LAW OFFICES, P.C.
    *Attorneys for Plaintiff*
    626 RXR Plaza
    Uniondale, NY 11556
    jae@lawjsl.com

2442145.1

**From:** Borelli, Anna Marie
**Sent:** Thursday, August 12, 2021 2:44 PM
**To:** 'jae@lawjsl.com' <jae@lawjsl.com>
**Cc:** Newman, Hayley B. <hnewman@hpmb.com>
**Subject:** Park v. Kim, et.al. - Index No.: 1:20-cv-02636 - Re: Second Notice of Plaintiff's Deposition - (Our File No.: 778-1018)

**On behalf of Hayley Newman**, attached please find a Second Notice of Plaintiff's Deposition, relative to the above-referenced matter.  Thank you.

Anna Marie Borelli
Legal Secretary
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Avenue
New York, NY 10016
Tel:  (212) 286 - 8585
Fax: (212) 490 - 8966
www.hpmb.com



## Borelli, Anna Marie

| | |
|---|---|
| **From:** | Scott, James |
| **Sent:** | Thursday, August 12, 2021 3:21 PM |
| **To:** | Borelli, Anna Marie; Print & Copy Request |
| **Cc:** | Newman, Hayley B. |
| **Subject:** | RE: Park v. Kim, et.al. - Index No.: 1:20-cv-02636 - Re: Second Notice of Plaintiff's Deposition - (Our File No.: 778-1018) |

Completed

**From:** Borelli, Anna Marie <aborelli@hpmb.com>
**Sent:** Thursday, August 12, 2021 3:02 PM
**To:** Print & Copy Request <Print&Copy@hpmb.com>
**Cc:** Newman, Hayley B. <hnewman@hpmb.com>
**Subject:** FW: Park v. Kim, et.al. - Index No.: 1:20-cv-02636 - Re: Second Notice of Plaintiff's Deposition - (Our File No.: 778-1018)

Good Afternoon:

Can someone please mail a copy of the attached, **Via First-Class Mail**, to the following party:

>  Jae Lee, Esq.
>  JSL LAW OFFICES, P.C.
>  *Attorneys for Plaintiff*
>  626 RXR Plaza
>  Uniondale, NY 11556

I have attached your Affidavit of Service.  Please print and sign and put on my chair/desk, and I will have it notarized when I come in next Wednesday.

Thank you.

Anna Marie Borelli
Legal Secretary
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Avenue
New York, NY 10016
Tel:  (212) 286 - 8585
Fax: (212) 490 - 8966
www.hpmb.com



1

## AFFIDAVIT OF SERVICE
## VIA FIRST CLASS MAIL

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

**Print Name Here** James Scott being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age, and is employed by CANON BUSINESS PROCESS SERVICES.

On **August 12, 2021**, deponent served the within **SECOND NOTICE OF PLAINTIFF'S DEPOSITION**, upon the following person(s):

**VIA FIRST-CLASS MAIL**
Jae Lee, Esq.
JSL LAW OFFICES, P.C.
*Attorneys for Plaintiff*
626 RXR Plaza
Uniondale, NY 11556
jae@lawjsl.com

at the address(es) designated by said person(s) for that purpose by delivering a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service (USPS), within the State of New York, *VIA FIRST CLASS MAIL*..

_____
SIGNATURE

SWORN to before me this
24th day of August, 2021

_____
NOTARY PUBLIC

Laura G. DeSanti
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DE6419682
Qualified in New York County
Commission Expires 07/12/2025

2442145.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

**ANNA MARIE BORELLI**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and is employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

On **August 12, 2021**, deponent served the within **SECOND NOTICE OF PLAINTIFF'S DEPOSITION** upon the following attorneys at the e-mail addresses designated by said attorneys for that purpose by delivering a true copy of same **VIA ELECTRONIC MAIL.**

TO:

**VIA EMAIL**
Jae Lee, Esq.
JSL LAW OFFICES, P.C.
*Attorneys for Plaintiff*
626 RXR Plaza
Uniondale, NY 11556
jae@lawjsl.com

_____
ANNA MARIE BORELLI

SWORN to before me this
27th day of August, 2021

_____
NOTARY PUBLIC

RICHARD M SULLIVAN
Notary Public, State of New York
No. 02SU6314287
Qualified in Westchester County
Commission Expires November 03, 2022

2252497.1