# EXHIBIT B

EXHIBIT

DFT B, 9/20/21, G.D.

exhibitsticker.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

MINHYE PARK,

                            Plaintiff,

       -against-

DAVID DENNIS KIM, M.D.,

                            Defendant.

-----------------------------------------------------------------------X

Index No.:  1:20-cv-02636

**NOTICE OF DEPOSITION**

           **PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, the defendant DAVID DENNIS KIM, M.D., by and through his attorneys, HEIDELL,

PITTONI, MURPHY & BACH, L.L.P., will take the deposition upon oral examination of MINHYE

PARK on the 30th day of March 2021 at 10:00 a.m. EST and will continue consistent with Rule

30(d) until it is completed.  The deposition will take place via videoconferencing and to be recorded

via stenographic means with Deitz Lexitas Reporters, before a Notary Public of the State of New

York or other person duly qualified to administer oaths under the Federal Rules of Civil Procedure.

A court certified Korean interpreter will be retained for the deposition.

           Said party is to be examined on all evidence material and necessary in the defense

of this action.

Dated:  New York, New York
         November 20, 2020

2305786.1

Respectfully submitted,

HEIDELL, PITTONI, MURPHY & BACH, LLP

By:_____

      HAYLEY B. NEWMAN (HN 5509)
      Attorneys for Defendant
      DAVID DENNIS KIM, M.D.
      99 Park Avenue, 7th Floor
      New York, New York 10016
      Tel.: (212) 286-8585
      Fax: (212) 490-8966
      **E-Mail: hnewman@hpmb.com**

TO:    **VIA EMAIL  - *jae@lawjsl.com* AND REGULAR MAIL**
      Jae Lee, Esq.
      JSL LAW OFFICES, P.C.
      Attorneys for Plaintiff
      626 RXR Plaza
      Uniondale, NY 11556

2305786.1

Index No.:   1:20-cv-02636

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MINHYE PARK,

                    Plaintiff,

      -against-

DAVID DENNIS KIM, M.D.,

                  Defendant.

NOTICE OF DEPOSITION

## HEIDELL, PITTONI, MURPHY & BACH, LLP

Attorneys for Defendant
99 Park Avenue
New York, NY  10016
T:  (212) 286-8585
F:  (212) 490-8966

*Service of a copy of the within* _____ *is hereby admitted.*

Dated: _____    Signature: _____
                                Attorney(s) for _____

*PLEASE TAKE NOTICE*

☐   NOTICE OF ENTRY        *that the within is a (certified) true copy of a* _____*entered*
                                     *in the office of the clerk of the within named Court on* _____*, 20___.*

☐   NOTICE OF SETTLEMENT   *that an Order of which the within is a true copy will be presented for settlement to the*
                                     *Hon.* _____ *one of the judges of the within named Court,*
                                     *at* _____ *on ,* _____*. 20___. at*
                                     _____ *a.m./p.m.*

Dated:

2313675.1

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK** )
                     : ss.:
**COUNTY OF QUEENS** )

       **MARLENE NUWESRA**, being duly sworn, deposes and says:

       Deponent is not a party to the action, is over 18 years of age and is employed by Heidell, Pittoni, Murphy & Bach, LLP.

       On November 20, 2020 deponent served the within NOTICE OF DEPOSITION, upon the following attorney in this action at the email address designated by said attorney for that purpose by delivering a true copy of same VIA ELECTRONIC MAIL. Email confirmation is annexed hereto.

TO:    **VIA EMAIL** - *jae@lawjsl.com*
       Jae Lee, Esq.
       JSL LAW OFFICES, P.C.
       Attorneys for Plaintiff
       626 RXR Plaza
       Uniondale, NY 11556

                                    *Marlene Nuwesra*
                                     MARLENE NUWESRA

Sworn to before me this

20 day of Nov 2020

NOTARY PUBLIC

MYRZA S GARCIA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01GA4935570
Qualified in Bronx County
My Commission Expires: 12/12/22

**Nuwesra, Marlene**

| | |
|---|---|
| **From:** | Nuwesra, Marlene |
| **Sent:** | Friday, November 20, 2020 9:49 AM |
| **To:** | 'jae@lawjsl.com' |
| **Cc:** | Newman, Hayley B. |
| **Subject:** | Minhye Park v. David Dennis Kim, M.D. / Notice of Deposition |
| **Attachments:** | PARK NOTICE OF DEPOSITION.pdf |

On behalf of Hayley Newman, Esq., please see the attached Notice of Deposition with reference to this matter.  Thank you.

Marlene Nuwesra
Legal Secretary
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Avenue
New York, NY 10016
Tel:  (212) 286 - 8585
Fax: (212) 490 - 8966
www.hpmb.com



**Nuwesra, Marlene**

**From:** Microsoft Outlook
**To:** 'jae@lawjsl.com'
**Sent:** Friday, November 20, 2020 9:49 AM
**Subject:** Relayed: Minhye Park v. David Dennis Kim, M.D. / Notice of Deposition

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

'jae@lawjsl.com' (jae@lawjsl.com)

Subject: Minhye Park v. David Dennis Kim, M.D. / Notice of Deposition

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK** )
               : ss.:
**COUNTY OF NEW YORK**)

    **JAMES SCOTT,** being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and is employed by CANON BUSINESS PROCESS SERVICES .

    On November 20, 2020, deponent served the within NOTICE OF DEPOSITION upon the following party in this action at the address so indicated by delivering a true copy of same enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:    Jae Lee, Esq.
        JSL LAW OFFICES, P.C.
        Attorneys for Plaintiff
        626 RXR Plaza
        Uniondale, NY 11556

                                    JAMES SCOTT

Sworn to before me this

20 day of November 2020

NOTARY PUBLIC

MYRZA S GARCIA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01GA4935570
Qualified in Bronx County
My Commission Expires 2/12/22