# EXHIBIT E

## Newman, Hayley B.

**From:**          Newman, Hayley B.
**Sent:**          Tuesday, September 21, 2021 2:00 PM
**To:**            'JAE LEE'
**Subject:**       RE: FW: Activity in Case 1:20-cv-02636-PKC-LB Park v. Kim Scheduling Order
**Attachments:**   HPMB_NY1-#2458859-v1-Park_-_Joint_Ltr_in_Response_to_Court_s_Order.DOCX

Ms. Lee,

Please add your position about your client's deposition under the sub-heading Plaintiff's position and return this to me before 9/24 so that I can timely file this with the Court.

Thank you,

Hayley Newman
Partner
Heidell, Pittoni, Murphy & Bach
99 Park Avenue
New York, NY 10016
Tel:  (212) 286 - 8585
Fax: (212) 490 - 8966
www.hpmb.com



**From:** JAE LEE <jae@lawjsl.com>
**Sent:** Tuesday, September 21, 2021 1:26 PM
**To:** Newman, Hayley B. <hnewman@hpmb.com>
**Cc:** Chauhan, Rimsha <rchauhan@hpmb.com>
**Subject:** Re: FW: Activity in Case 1:20-cv-02636-PKC-LB Park v. Kim Scheduling Order

Ms. NEWMAN,
To be clear, the time of the Deposition  MUST BE IN S. KOREA TIME, which the plaintiff is answering.  The New York Time is 10:30PM to 4:00 AM. Once you confirm the time, we will set up the date.

Deposition scheduled on September 20, 2021, was rejected due to the time dispute and you have never informed how to access the remote Deposition instruction.


On Tue, Sep 21, 2021, 12:41 PM Newman, Hayley B. <hnewman@hpmb.com> wrote:


Dear Ms. Lee,

1

I am reaching out to you in accordance with the Order issued below by the Court.  We are available to conduct your client's deposition between 9:30 a.m. and 5:00 p.m. on the following dates: September 29, October 5, October 6, October 8 and October 25.  Please advise whether these work for plaintiff.

Please be further advised that our office appeared with a court reporter and Korean interpreter for your client's deposition in accordance with the Second Notice.  Attached is a transcript of the records and exhibits that were marked.

If you are unwilling to reschedule your client's deposition during the hours noted above, I will send you a draft letter and you can include your position under the "Plaintiff's position" section and we will file it with the Court before the deadline of 9/24.

Thank you for your attention to the above.

Hayley Newman

Partner

Heidell, Pittoni, Murphy & Bach

99 Park Avenue

New York, NY 10016

Tel:  (212) 286 - 8585

Fax: (212) 490 - 8966

www.hpmb.com



**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Monday, September 20, 2021 10:19 AM

**To:** nobody@nyed.uscourts.gov

**Subject:** Activity in Case 1:20-cv-02636-PKC-LB Park v. Kim Scheduling Order

> **CAUTION:** This email originated from outside the HPMB network. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 9/20/2021 at 10:19 AM EDT and filed on 9/20/2021

| | |
|---|---|
| **Case Name:** | Park v. Kim |
| **Case Number:** | 1:20-cv-02636-PKC-LB |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER: Plaintiff requests a protective order addressing the time of her scheduled deposition. ECF No. [24]. Her request states that her deposition is scheduled for today, Monday, September 20, 2021, however, she filed her request on the evening of Saturday, September 18, 2021 when the Court was unavailable. Id.**

**The parties shall file a joint status letter by September 24, 2021 stating whether they proceeded with plaintiff's deposition. If the deposition did not proceed, the parties' letter shall state an agreed upon date and time for plaintiff's rescheduled deposition. Ordered by Magistrate Judge Lois Bloom on 9/20/2021. (Rein, Gilbert)**

**1:20-cv-02636-PKC-LB Notice has been electronically mailed to:**

Robert B. Gibson  rgibson@hpmb.com

Jae Soog Lee  jae@lawjsl.com

Olivia Darius  odarius@hpmb.com

Hayley B Newman hnewman@hpmb.com

**1:20-cv-02636-PKC-LB Notice will not be electronically mailed to:**

---

**HPM&B has converted to a paperless office environment. We request that no paper mail, including correspondence, legal documents, transcripts, or discovery materials, be sent to our offices in hard copy form except by prior agreement or unless required by law. All mail should be sent to us in digital format only, using the general email addresses listed below. Your mail be will be sorted and routed internally by our virtual mailrooms. Mail addressed to our New York office should be sent to NY@hpmb.com. Mail addressed to our White Plains office should be sent to WP@hpmb.com. Mail addressed to Garden City office should be emailed to LI@hpmb.com. Mail addressed to our Bridgeport office should be emailed to CT@hpmb.com.**

**We understand that certain items cannot be transmitted digitally. If you have a question or concern, kindly direct your inquiry to any of the above email addresses or by contacting the attorney or legal assistant handling your matter. You may also email Calendar@hpmb.com for general assistance.**

---

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and may contain confidential information intended only for the person(s) to whom this email message is addressed. This message may also contain Protected Health Information covered under HIPAA Rules and HITECH Standards. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 212-286-8585. Thank you.

---

---------- Forwarded message ----------
From: GinaMarie DeMarco <gmdreporting@gmail.com>
To: "Newman, Hayley B." <hnewman@hpmb.com>
Cc:
Bcc:
Date: Mon, 20 Sep 2021 13:26:26 +0000
Subject: Re: Park - Emails

**CAUTION:** This email originated from outside the HPMB network. Do not click links or open attachments unless you recognize the sender and know the content is safe.

On Mon, Sep 20, 2021 at 9:22 AM Newman, Hayley B. <hnewman@hpmb.com> wrote:

Exhibit

Hayley Newman

Partner

Heidell, Pittoni, Murphy & Bach

99 Park Avenue

New York, NY 10016

Tel:  (212) 286 - 8585

Fax: (212) 490 - 8966

[www.hpmb.com](http://www.hpmb.com)

---

**HPM&B has converted to a paperless office environment. We request that no paper mail, including correspondence, legal documents, transcripts, or discovery materials, be sent to our offices in hard copy form except by prior agreement or unless required by law. All mail should be sent to us in digital format only, using the general email addresses listed below. Your mail be will be sorted and routed internally by our virtual mailrooms. Mail addressed to our New York office should be sent to NY@hpmb.com. Mail addressed to our White Plains office should be sent to WP@hpmb.com. Mail addressed to Garden City office should be emailed to LI@hpmb.com. Mail addressed to our Bridgeport office should be emailed to CT@hpmb.com.**

**We understand that certain items cannot be transmitted digitally. If you have a question or concern, kindly direct your inquiry to any of the above email addresses or by contacting the attorney or legal assistant handling your matter. You may also email Calendar@hpmb.com for general assistance.**

---

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and may contain confidential information intended only for the person(s) to whom this email message is addressed. This message may also contain Protected Health Information covered under HIPAA Rules and HITECH Standards. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 212-286-8585. Thank you.

---

--

*GinaMarie DeMarco*
*Court Reporter*