UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MINHYE PARK,                                                       Case No. 1:20-cv-02636

                              Plaintiff,
     -against-

DAVID DENNIS KIM, M.D.,

                              Defendant.
-------------------------------------------------------------------X

## **NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that plaintiff MINHYE PARK, in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from an Order and Judgment entered in this action on August 27, 2021, including but not limited to, granting Defendant's discovery motion to compel, denying Plaintiff's requests to file a discovery motion to compel, and Plaintiff's request for a settlement conference.

Dated: Uniondale, New York
       September 27, 2021

                                                                 JSL LAW OFFICE P.C.

                                                                 _____
                                                                 JAE S. LEE
                                                                 626 RXR PLAZA
                                                                 UNIONDALE, NY 11556
                                                                 (718) 461-8000