UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MINHYE PARK,

                    Plaintiff,

-against-

DAVID DENNIS KIM, M.D.,

                    Defendant.

------------------------------------------------------------------------X

Index No.: 1:20-cv-02636

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that, the undersigned hereby appears as counsel for Defendant, DAVID DENNIS KIM, M.D., in the above-captioned matter, and hereby requests that copies of all papers, pleadings, and notices be served upon them at the address set forth below.

Dated: White Plains, New York
         November 19, 2021

                                     Respectfully submitted,
                                     HEIDELL, PITTONI, MURPHY & BACH, LLP

                                   By: _____
                                     BIANCA M. VAN DEUSEN (BVD 7066)
                                     99 Park Avenue, 7th Floor
                                     New York, New York 10016
                                     Tel.: (212) 286-8585
                                     Fax: (212) 490-8966
                                     ***bvandeusen@hpmb.com***

                                     Attorney for Defendant
                                     DAVID DENNIS KIM, M.D.

TO:   **VIA ECF**
        JSL LAW OFFICES, P.C.
        Attorneys for Plaintiff
        626 RXR Plaza
        Uniondale, NY 11556

2468912.1