UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MINHYE PARK,  Index No.: 1:20-cv-02636

                       Plaintiff,  **NOTICE OF DEPOSITION**

   -against-

DAVID DENNIS KIM, M.D.,

                       Defendant.

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the prior Orders of this Court, the defendant, DAVID DENNIS KIM, M.D., by and through his attorneys, HEIDELL, PITTONI, MURPHY & BACH, L.L.P., will take the deposition upon oral examination of MINHYE PARK on the 5th day of January 2021 at 9:30 a.m. EST continuing until 12:30 p.m. EST and the 6th day of January 2021 at 9:30 a.m. EST continuing until 12:30 p.m. EST and thereafter continuing consistent with Rule 30(d) until it is completed. The deposition will take place via videoconferencing and to be recorded via stenographic means with Deitz Lexitas Reporters, before a Notary Public of the State of New York or other person duly qualified to administer oaths under the Federal Rules of Civil Procedure. A court certified Korean interpreter will be retained for the deposition and a link to the videoconference deposition shall be sent to all parties at least 24-hours prior to the deposition.

        Said party is to be examined on all evidence material and necessary in the defense of this action.

2497039.1

Dated: New York, New York
December 15, 2021

Respectfully submitted,
HEIDELL, PITTONI, MURPHY & BACH, LLP

By: _____
BIANCA M. VAN DEUSEN (BVD 7066)
Attorneys for Defendant
DAVID DENNIS KIM, M.D.
99 Park Avenue, 7th Floor
New York, New York 10016
Tel.: (212) 286-8585
Fax: (212) 490-8966
**E-Mail: bvandeusen@hpmb.com**

TO: **VIA REGULAR MAIL and
VIA E-MAIL -** *jae@lawjsl.com*
Jae Lee, Esq.
JSL LAW OFFICES, P.C.
Attorneys for Plaintiff
626 RXR Plaza
Uniondale, NY 11556

2497039.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF WESTCHESTER )

**ROSA KULKA,** being sworn, says:

I am not a party to the action, am over 18 years of age and am employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

On November 30, 2021, a true copy of the annexed **NOTICE OF DEPOSITION** via First Class Mail upon the following party at the address designated by said party for that purpose by delivering a true copy of same and enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York

**TO:** **VIA REGULAR MAIL**
Jae Lee, Esq.
JSL LAW OFFICES, P.C.
Attorneys for Plaintiff
626 RXR Plaza
Uniondale, NY 11556

_____
**ROSA KULKA**

Sworn to before me this
30th day of November, 2021

_____
NOTARY PUBLIC

2497039.1