UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MINHYE PARK,

                Plaintiff,

-against-

DAVID DENNIS KIM, M.D.,

                Defendant.

------------------------------------------------------------------------X

Index No.: 1:20-cv-02636

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE** that, the undersigned hereby appears as counsel for Defendant, DAVID DENNIS KIM, M.D., in the above-captioned matter, and hereby requests that copies of all papers, pleadings, and notices be served upon them at the address set forth below.

Dated: White Plains, New York
       December 17, 2021

                              Yours etc.,

                              HEIDELL, PITTONI, MURPHY & BACH, LLP

                By: _____
                              ALEJANDRA R. GIL (AG 7582)
                              81 Main Street
                              White Plains, New York  10601
                              (914) 559-3100
                              agil@hpmb.com

                              Attorney for Defendant
                              DAVID DENNIS KIM, M.D.

TO:   **VIA ECF**

     Jae Lee, Esq
     JSL LAW OFFICES, P.C.
     Attorneys for Plaintiff
     626 RXR Plaza
     Uniondale, New York  11556
     jae@lawjsl.com

2500700.1