UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

MINHYE PARK,                                          Case No. 1:20-cv-02636

                              Plaintiff,      **NOTICE OF APPEAL AND**
                                              **REQUEST PERMISSION TO**
           -against-                          **FILE DISCOVERY MOTION**


DAVID DENNIS KIM, M.D.,

                              Defendant.
--------------------------------------------------------------------X

        Notice is hereby given that Plaintiff MINHYE PARK hereby appeals from the Magistrate
judge's erroneous rulings to the District Judge, entered in this action on the 29th day of
November, 2021.

Dated: Uniondale, New York
        December 20, 2021


                           JSL LAW OFFICE P.C.



                           _____
                                JAE S. LEE
                           626 RXR PLAZA
                           UNIONDALE, NY 11556
                           (718) 461-8000