UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MINHYE PARK,

                Plaintiff,

   -against-

DAVID DENNIS KIM, M.D.,

                Defendant.

------------------------------------------------------------------X

Index No.: 1:20-cv-02636

## NOTICE OF MOTION TO COMPEL

**PLEASE TAKE NOTICE** that upon the accompanying declaration of Alejandra R. Gil, Esq., the exhibits attached hereto, and the accompanying Declaration, Rule 37 Certification, and Memorandum of Law in Support of Defendant's Motion to Compel, dated February 4, 2022, Defendant, David Dennis Kim, M.D., will move on March 4, 2022, for an Order pursuant to Rule 37(b)(2)(A)(v) and Rule 41(b) of the Federal Rules of Civil Procedure granting Defendant's motion to dismiss for failure to comply with Court Orders and Defendant's discovery demands.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's January 13, 2022 Order, Plaintiff's oppositions papers shall be served on or before February 25, 2022.

Dated: White Plains, New York
       February 4, 2022

Respectfully submitted,

HEIDELL, PITTONI, MURPHY & BACH, LLP

By: _____
    Alejandra R. Gil (AG 7582)
    81 Main Street
    White Plains, New York 10601
    Tel: (914) 559-3133
    Fax: (914) 949-1160
    agil@hpmb.com

Attorneys for Defendant
DAVID DENNIS KIM, M.D.

2520355.1

TO: **VIA ECF & E-MAIL - (*jae@lawjsl.com*)**
   Jae Lee, Esq.
   JSL LAW OFFICES, P.C.
   Attorneys for Plaintiff
   626 RXR Plaza
   Uniondale, New York  11556

2520355.1

# Velazquez, Bernice

| | |
|---|---|
| **From:** | Velazquez, Bernice |
| **Sent:** | Friday, February 4, 2022 2:27 PM |
| **To:** | 'jae@lawjsl.com' |
| **Cc:** | Gil, Alejandra R. |
| **Subject:** | Minhye Park v. David Dennis Kim, M.D.; Our File No.:  778-1018; Motion to Dismiss |
| **Attachments:** | Park- Notice of Motion.pdf; Park- Declaration in Support of Motion to Dismiss.pdf; Park- Memo of Law for Motion to Dismiss.pdf; Park- Rule 37 Certification.pdf; Park - Exhibit N -Plaintiff's Expert Report.PDF; PARK -Exhibit O - Defendant's Letter to Plaintiff dated September 17, 2021.PDF; PARK - Exhibit P - Defendant's Responses to Plaintiff's Interrogatories and Demand for Production of Documents.PDF; Park- Exhibit Q - Plaintiff's Letter to Defendant dated January 28, 2022, regarding deficiencies.pdf; PARK - Exhibit R - Defendant's Letter to Plaintiff dated February 1, 2022, responding to deficiency letter and Defendant's Expert Report.PDF |

On behalf of attorney, Alejandra R. Gil, Esq., attached please find the attached as it pertains to the above-referenced matter:

1. Notice of Motion;
2. Declaration in Support of Motion to Dismiss (with Exhibits:  N, O, P, Q, and R);
3. Memo of Law for Motion to Dismiss; and
4. Rule 37 Certification.

Thank you.


Bernice Velazquez
Legal Secretary
Heidell, Pittoni, Murphy & Bach, LLP
81 Main Street
White Plains, NY 10601
Tel:  (914) 559 - 3100
Fax: (914) 949 - 1160
www.hpmb.com

