Case 1:20-cv-02636-PKC-WB Document 37-2 Filed 03/15/22 Page 1 of 3 PageID #: 499



JAE LEE <jae@lawjsl.com>

# 1/28/2022_ Defendant's Deficiencies & Plaintiff's supp responses
1 message

**JAE LEE** <jae@lawjsl.com>  Fri, Jan 28, 2022 at 11:40 PM
To: "Gil, Alejandra R." <agil@hpmb.com>





2 attachments

📄 **Letter to Heidell Pittoni Def deficiencies & P supp resp_ 1.28, 2022 .pdf**
286K

📄 **Expert Report_ John Garofalo_.pdf**
1667K