Certified Original

Page 1

1

2      UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK

3      -------------------------x

4      MINHYE PARK,

5              Plaintiff,              Index No.:

6                                      1:20-cv-02636

       -against-

7      DAVID DENNIS KIM, M.D.,

8              Defendant.

9      -------------------------x

10

11

                January 5, 2022
12              7:33 a.m.

13

14

15     EXAMINATION BEFORE TRIAL of

16     MINHYE PARK, the Plaintiff in the

17     above-captioned matter, held via Zoom

18     videoconference, before a Notary Public

19     of the State of New York.

20

21

22

23                     Alyssa Bochnik,
                       Shorthand Reporter

24

25

```
 1
 2    A P P E A R A N C E S :
 3
 4
          JSL LAW OFFICES, P.C.
 5            Attorneys for Plaintiff
              163-10 Northern Boulevard, #205
 6           Flushing, New York 11354
          BY: JAE S. LEE, ESQ.
 7
 8
 9
          HEIDELL PITTONI MURPHY & BACH, LLP
10            Attorneys for Defendant
              81 Main Street
11            White Plains, New York 10601
          BY: ALEJANDRA R. GIL, ESQ.
12
13
14
          ALSO PRESENT:  Cecilia Lee,
15                        Korean Interpreter
16
17
                         o0o
18
19
20
21
22
23
24
25
```

1

2          IT IS HEREBY STIPULATED AND

3   AGREED, by and between the attorneys for

4   the respective parties hereto, that the

5   sealing and filing of the within

6   deposition be waived; that such

7   deposition may be signed and sworn to

8   before any officer authorized to

9   administer an oath with the same force

10  and effect as if signed and sworn to

11  before a Justice of this Court.

12

13          IT IS FURTHER STIPULATED AND

14  AGREED that all objections, except as to

15  form, are reserved to the time of trial.

16

17          IT IS FURTHER STIPULATED AND

18  AGREED that the within examination and

19  any corrections thereto may be signed

20  before any Notary Public with the same

21  force and effect as if signed and sworn

22  to before this Court.

23

24

25

Page 4

1

2          CECILIA LEE, Korean Interpreter,

3          was first duly sworn by Alyssa

4          Bochnik, a Notary Public within and

5          for the State of New York, to

6          truthfully interpret the testimony

7          of Minhye Park.

8

9                        oOo

10

11              M I N H Y E    P A R K,

12      having been duly sworn by Alyssa Bochnik,

13       a Notary Public within and for the State

14      of New York, was examined and testified

15        through the interpreter as follows:

16

17                        oOo

18

19

20          COURT REPORTER:  State your

21        name and address for the record,

22        please.

23          THE WITNESS:  Minhye Park.  I

24        do not know how to say the address

25        in English.

Page 5

1                    Minhye Park

2              THE INTERPRETER:  It's a

3         Korean address.  Counsel, I could

4         do my best to phonetically write it

5         down for you -- translate it for

6         you, if you would like me to just

7         try to do that.

8              MS. GIL:  Yes.  Just do your

9         best, please.

10             Thank you.

11             (Witness and interpreter

12        speaking in Korean)

13             THE INTERPRETER:  So, the

14        city is Kyungnam Chang Won.  It's

15        K-y-u-n-g-n-a-m, C-h-a-n-g, W-o-n.

16        So, that's the city.  Then, it's in

17        street number 397-11 in Hill State.

18        Hill State, I didn't -- like in

19        English, Hill State.  Atium City is

20        A-t-u- -- A-t-i-u-m City, Number

21        104, Apartment Number 2605.

22             MS. GIL:  Okay.  Thank you.

23        EXAMINATION BY MS. GIL:

24             Q.   Ms. Park, my name is Alejandra

25        Gil.  I'm an attorney at Heidell,

1                    Minhye Park

2    Pittoni, Murphy & Bach, and I represent

3    Dr. Kim.

4             I'm going to be asking you

5    questions today about the lawsuit that

6    you have brought against Dr. Kim.

7             This deposition is being

8    conducted via Zoom videoconference and

9    with the assistance of a Korean

10   interpreter.

11            I need you to make sure that

12   you listen to the interpretation of the

13   Korean interpreter, her complete

14   interpretation, before you start

15   answering any questions.

16            It's very important that you

17   give verbal responses to all of the

18   questions.

19            And if you don't understand a

20   question, please let me know through the

21   interpreter.

22       A.   Okay.

23       Q.   If you don't understand a

24   question, I can repeat it or I can

25   rephrase it so that you understand it.

1                    Minhye Park

2          A.    Okay.

3          Q.    As you know, you were just

4    sworn in.   This deposition is under

5    oath, which means that you must tell the

6    truth.

7          A.    Okay.

8          Q.    If you don't recall or you

9    don't know the answer to one of my

10   questions, then please tell me that you

11   don't recall or that you don't know.

12         A.    Okay.

13         Q.    Please do not guess or

14   speculate as to any of your answers.

15         A.    Okay.

16         Q.    If you need a break for any

17   reason, we can take a break.   But if

18   I've asked you a question, then you'll

19   have to answer it before we take a

20   break.   Do you understand?

21         A.    Okay.

22         Q.    And pursuant to an agreement

23   with your attorney, we will proceed with

24   this deposition until 11:00 a.m. New

25   York time.   And if we need additional

Page 8

1                    Minhye Park

2      time, we will return tomorrow.

3           A.    Okay.

4           Q.    Have you ever testified at a

5      deposition before?

6           A.    No.

7           Q.    Have you ever been involved in

8      a lawsuit before this one?

9           A.    No; this is the first time.

10          Q.    Did you review any documents in

11     preparation for your deposition today?

12          A.    No.

13          Q.    Do you have copies of any of

14     your medical records related to the

15     procedure performed by Dr. Kim in 2017?

16          A.    Oh.   What kind of documents are

17     you talking about?

18          Q.    Any medical records.

19          A.    No, I do not have any records

20     with me.

21          Q.    Do you have any correspondence -

22     any letters or emails - that you may

23     have received either from Dr. Kim or

24     from somebody in his practice?

25          A.    No, I never received such

1                    Minhye Park

2    things.

3         Q.    What is your date of birth?

4         A.    XX/XX/1988.

5         Q.    And where were you born?

6         A.    In Masan, South Korea.

7               THE INTERPRETER:  M-a-s-a-n.

8         Q.    And are you a citizen of

9    South Korea?

10        A.    Yes.

11        Q.    Are you a citizen of any other

12   country?

13        A.    No.

14        Q.    Have you ever lived in the

15   United States?

16        A.    No.

17        Q.    Have you visited the United

18   States?

19        A.    Yes.

20        Q.    When was the last time you were

21   in the United States?

22        A.    In 2017, that was the last time.

23        Q.    And when you say 2017, was that

24   the time that you were treated by Dr. Kim?

25        A.    Yes.

Page 10

1                    Minhye Park

2         Q.    And before that visit, when was

3    the last time before that, that you had

4    been in the United States?

5         A.    I do not remember exactly, but

6    I think it was around 2012 or 2013.

7         Q.    Okay.   What is your highest

8    level of education?

9         A.    High school.

10        Q.    When did you graduate high

11   school?

12        A.    When I was 19.

13        Q.    And did you attend high school

14   in South Korea?

15        A.    Yes.

16        Q.    And after you graduated high

17   school, did you take any college courses

18   anywhere in South Korea?

19        A.    No, I did not go to college.

20        Q.    Did you attend any institution

21   for training for a certain profession?

22        A.    My high school was for beauty.

23        Q.    So, once you completed high

24   school, did you have any further courses

25   or training in beauty?

1                    Minhye Park
2          A.    No; I just worked part time at
3     a beauty salon.
4          Q.    Do you speak English at all?
5          A.    No, I don't.
6          Q.    Do you understand English?
7          A.    No, I don't.
8          Q.    Can you read in English?
9          A.    No, I do not know English.
10         Q.    In high school, were any of
11    your courses taught in English?
12         A.    No; we didn't have any English
13    classes in my school.
14         Q.    Did you ever attend any English
15    classes outside of school?
16         A.    No, I never went to take any
17    English classes.
18         Q.    Okay.  So, you've already told
19    us that your high school was a beauty
20    high school.
21               Have you had any training in
22    any fields other than beauty?
23         A.    No.
24         Q.    Since you graduated high school
25    when you were 19, have you worked?

Page 12

1                    Minhye Park

2          A.    Are you asking if I -- if I --

3     are you asking whether I started working

4     after graduating high school?

5          Q.    Yes.   What jobs have you had

6     since you graduated high school?

7               THE INTERPRETER:   Off the

8          record, Counselor.

9               (Off-the-record discussion)

10         A.    I worked at many different

11    part-time jobs.

12         Q.    And were all of those part-time

13    jobs at beauty salons?

14         A.    No.   I did work at other places

15    part time.

16         Q.    Okay.   Where else did you work?

17         A.    I worked at -- doing online --

18    at an online shopping mall.   I also

19    worked at a coffee shop and also worked

20    selling cosmetics.

21         Q.    Have you ever worked in any

22    type of medical office?

23         A.    No.

24         Q.    Do you have any training in the

25    medical field?

Page 13

```
1                    Minhye Park
2      A.    No.
3      Q.    Do you have any family members
4  that work in the medical field?
5      A.    No.
6      Q.    Do you have any friends that
7  work in the medical field?
8      A.    No.
9      Q.    Do you currently live with
10 anybody?
11     A.    Yes; I live with a friend.
12     Q.    And what is your friend's name?
13     A.    Byun Hyun Bae.
14           THE INTERPRETER:  First name
15     is B-y-u-n, H-y-u-n.  Last name is
16     B-a-e.
17     Q.    And in 2017, in November of
18 2017, were you living with anybody?
19     A.    No; I was living by myself.
20     Q.    How long have you been living
21 with Byun Hyun Bae?
22           MS. LEE:  Objection; relevance.
23     Q.    You can answer the question.
24     A.    About two years, I think.
25     Q.    In 2017, were you working?
```

Page 14

```
 1                   Minhye Park
 2        A.   At that time I had taken some
 3   vacation time and went on a trip.
 4        Q.   Okay.  Was that a trip to the
 5   United States?
 6        A.   Yes.
 7        Q.   So, how long was your vacation
 8   supposed to last?
 9        A.   About three weeks.
10        Q.   When did you start that
11   vacation?
12        A.   I do not remember.
13        Q.   Well, when you went to the
14   United States on vacation, were you
15   employed and you took time off, or were
16   you in between jobs?
17        A.   I took some time off from my
18   job.
19        Q.   And where were you working at
20   the time?
21        A.   At that time I was working at a
22   bar for -- that belonged to a friend of
23   mine.
24        Q.   And what were you doing -- what
25   was your job at the bar?
```

1                    Minhye Park

2          A.   Bartender.

3          Q.   And in 2017, before you took

4    the time off to go on vacation, what was

5    your schedule at the bar?

6          A.   It was from 7:00 p.m. in the

7    evening to 1:00 or 2:00 a.m.

8          Q.   And how many days a week did

9    you work?

10         A.   Three or four days a week.

11         Q.   When you returned to South Korea

12   after your time in the United States,

13   did you return to the bar to work?

14         A.   No; I was not able to work.

15         Q.   Okay.  And why weren't you able

16   to work?

17         A.   Because I wasn't feeling well,

18   that's why I couldn't work.

19         Q.   Did there come a time after you

20   returned to South Korea that you did go

21   back to work?

22         A.   No, not that work.  Not work --

23   not that -- not working over there.

24         Q.   So, did you start working again

25   someplace else?

Page 16

1                    Minhye Park

2       A.    So, for about two years, I was

3    not able to work.  And just recently I

4    started working from home, doing online --

5    an online shopping mall.

6       Q.    When did you start working at

7    the online shopping mall?

8       A.    Last year in May.  Around then.

9       Q.    So, May of 2021?

10      A.    Correct.

11      Q.    So, from approximately December

12   2017 until May of 2021, you didn't work

13   at all?

14      A.    Yes.  Correct, I did not.

15      Q.    You said before that you didn't

16   work because you weren't feeling well.

17            Can you explain why you weren't

18   feeling well.

19      A.    So, basically -- so, after

20   surgery and when I came back, because of

21   the hormone imbalance, I -- my skin was

22   really bad.  I also developed cysts in

23   my -- on my breast -- in my breast.

24   And, also, my liver got really bad.

25      Q.    When you say "after surgery,"

1                    Minhye Park
2    which surgery are you referring to?
3         A.    Well, I had -- the surgery in
4    the United States did not go well; so
5    then, I had another surgery in Korea.
6         Q.    And when was your second --
7    when was the surgery in Korea?
8         A.    After coming back from America.
9    I think it was a week after.
10        Q.    So, was that sometime in
11   December of 2017?
12        A.    Yes.
13        Q.    Okay.  Now, you said that
14   because of the hormones, you had skin
15   issues, cysts in your breasts, and your
16   liver was really bad.
17             Were you taking hormones after
18   the surgery?
19        A.    No; I wasn't taking any
20   medication.
21        Q.    Okay.  So, when you say because
22   of the hormones, can you explain what
23   you mean by that?
24        A.    So, about two years ago when I
25   went to the doctor's and they found the

Page 18

1                    Minhye Park

2    cysts on my breasts, they said that it

3    was due to the female hormones.

4        Q.   So, two years ago.  So, would

5    that have been sometime in 2019?

6        A.   To know the exact date, I would

7    need to look at the records.

8        Q.   So, who told you that you had

9    cysts in your breasts?

10            MS. LEE:   Objection.

11            MS. GIL:   What is the basis

12        of the objection?

13            MS. LEE:   Already asked and

14        answered.

15            MS. GIL:   I did not ask her

16        who found the cysts in her breasts.

17            She can answer the question.

18            MS. LEE:   She said, the doctor.

19        Q.   Which doctor?

20        A.   I do not know the name of the

21    doctor.

22        Q.   Was it an OB/GYN?

23        A.   No.  It was the University

24    Hospital.

25        Q.   Was this some kind of clinic

1                    Minhye Park

2    that you went to?

3         A.   No.  Actually, the -- when we

4    say -- when we say "University Hospital,"

5    it's the biggest hospital in Korea.

6         Q.   So, why were you going to

7    University Hospital for treatment?

8         A.   So, I just went to get an

9    ultrasound, because I was taking a

10   shower one day, and I felt this lump.

11        Q.   Which breast did you feel the

12   lump in?

13        A.   Left.

14        Q.   And when you went to the

15   University Hospital to have the lump

16   examined, you said they had told you

17   that it was because of the hormones?

18        A.   When I asked why I had that

19   lump or cyst, they told me it was

20   because of my female hormones.

21        Q.   And did they explain whether

22   that was your natural female hormones

23   that your body was producing or hormones

24   that you had taken from a medication or

25   something?

Page 20

1                    Minhye Park

2          A.    I had never took any kind of

3      hormone medicine.

4          Q.    Have you ever taken birth

5      control pills?

6          A.    Just when I got the surgery in

7      America.  But after that, I never did.

8          Q.    Okay.  You were taking birth

9      control when you had the surgery in

10     America?

11         A.    No.  After surgery, I took it.

12         Q.    What exactly did you take after

13     surgery?

14         A.    It was a Korean brand birth

15     control pill.

16         Q.    And when did you take that?

17         A.    I -- after the surgery in

18     America and when the doctor told me that

19     everything went well with surgery, I

20     started taking it then.

21         Q.    Was that the doctor who did the

22     surgery in Korea?

23         A.    No; the doctor in America.

24         Q.    Did Dr. Kim prescribe a

25     medication or a birth control to you?

Page 21

1                    Minhye Park

2        A.    No, he did not prescribe any

3   medication or birth control pill, but he

4   just told me to take birth control

5   pills.

6        Q.   Okay.  So, then, you started

7   taking a Korean birth control pill?

8        A.   Yes.

9        Q.   And did you have to get a

10  prescription to get that birth control

11  pill?

12       A.   No; you could just buy it over

13  the counter.

14       Q.   Now, when you were told at

15  University Hospital that you had a lump

16  or a cyst in your breast due to hormones,

17  did you tell them, that doctor, that you

18  had taken birth control sometime in late

19  2017 or after that?

20       A.   No, I did not.

21       Q.   How long did you take the

22  Korean birth control pills for?

23       A.   Just for one week I think.

24  Just about one week.

25       Q.   Do you know what kind of birth

Page 22

1                    Minhye Park

2    control pills they were?

3        A.    I do not know what kind.

4        Q.    And why did you only take them

5    for a week?

6        A.    Because it seemed that the

7    surgery that I got in America was not

8    done well, so I stopped then.

9        Q.    How long after Dr. Kim's

10   procedure did you start taking the birth

11   control pills?

12       A.    I do not remember exactly, but

13   I think it was about a week after.

14       Q.    And you testified earlier that

15   after the surgery by Dr. Kim, you had

16   another surgery in Korea.

17             So, did you take these birth

18   control pills before the surgery in

19   Korea?

20       A.    No, I did not take any birth

21   control pills in Korea.  I just took

22   them while I was in America.

23       Q.    Where did you buy the Korean

24   birth control pills?

25       A.    When I went to the Korean

 1                    Minhye Park

 2    supermarket, there's a section where

 3    they actually sell Korean products,

 4    Korean medical products.

 5         Q.    And was that a Korean

 6    supermarket in the United States?

 7         A.    Yes.

 8         Q.    So, just to clarify:  The only

 9    time you took birth control pills was

10    the time period after Dr. Kim's surgery

11    but before the surgery in Korea; is that

12    correct?

13         A.    Correct.

14         Q.    And the pills that you took,

15    were they to prevent a pregnancy or to

16    terminate a pregnancy?

17         A.    Because I had done surgery

18    already, it was so that I would not have

19    any babies in the future.

20         Q.    When they found a cyst in your

21    breast, was it just in your left breast

22    that they found a cyst?

23         A.    Yes.

24         Q.    And after the ultrasound, did

25    you have any additional studies done on

1                    Minhye Park

2      that left breast cyst?

3          A.    I had surgery to have the cyst

4      or lump removed.

5          Q.    Okay.   And when was that surgery?

6          A.    I think it's been about two

7      years now.

8          Q.    And do you know why the cyst

9      was removed?

10         A.    I -- it was removed because I

11     was told that if I left it, it could

12     turn cancerous.

13         Q.    Do you know if it was cancerous

14     at the time that it was removed?

15         A.    No, it was not cancerous.   But

16     I removed it because if the -- if the

17     lump or cyst got bigger, it could turn

18     cancerous in the future.

19         Q.    And you also mentioned earlier

20     that you were having issues with your

21     liver.

22              Can you explain to me what

23     issues you had with your liver.

24         A.    Hepatitis C.   So, I am getting

25     treatment for that now.

Page 25

1                    Minhye Park
2          Q.   And when were you first
3     diagnosed with hepatitis C?
4          A.   I found out a few months ago.
5          Q.   And what kind of treatment are
6     you undergoing for hepatitis C?
7               THE INTERPRETER:  Counsel,
8          was that liquid, liquid treatment?
9               MS. GIL:  Any kind of
10         treatment she's having, whether
11         it's medication or something else.
12              THE INTERPRETER:  Off the
13         record.
14              (Off-the-record discussion)
15         A.   It's just a treatment with
16    drugs.
17         Q.   And when you were diagnosed
18    with hepatitis C, were you told whether
19    that had anything to do with the
20    procedure that was performed by Dr. Kim
21    in 2017?
22         A.   No; the liver has nothing to do
23    with that.
24         Q.   And when you were diagnosed
25    with the cyst in your left breast, were

Page 26

1                     Minhye Park

2      you told whether that cyst was in any

3      way related to the procedure that was

4      performed by Dr. Kim?

5          A.    That, I am not sure.  I am not

6      sure if that has anything to do with

7      that.

8          Q.    And you testified earlier that

9      you also had skin issues after the

10     surgery by Dr. Kim.

11             What issues were you having

12     with your skin?

13         A.    So, before the procedure, I

14     never had any trouble with my skin; but

15     after the procedure, up to now, I keep

16     having all these skin issues.

17         Q.    And what skin issues are you

18     having?

19         A.    So, I get all these pimples

20     all -- like, constantly.

21         Q.    And have you gone to a doctor

22     about your pimples that you've been

23     having?

24         A.    No, I did not go to a doctor

25     for that.

```
 1                   Minhye Park
 2       Q.    Now, from 2017 until May of
 3   2021 when you started working again,
 4   what was your source of income, if any?
 5       A.    I got help from my boyfriend.
 6       Q.    Have you been with your
 7   boyfriend from 2017 until now?
 8       A.    Are you asking whether I had
 9   met him since then?
10       Q.    Yes.  Well, first of all, are
11   you with your boyfriend currently?
12       A.    Yes.
13       Q.    And how long have you been
14   together with your boyfriend?
15       A.    Over four years, almost five
16   now.
17       Q.    So, in 2017, were you with your
18   current boyfriend?
19       A.    Yes.
20       Q.    And have you been with him
21   continuously until now?
22       A.    Yes.
23       Q.    And during the time that you
24   were not working, did he provide income
25   to you or monetary support, financial
```

Page 28

1               Minhye Park

2   support?

3       A.    Yes.

4       Q.    And has anyone besides your

5   boyfriend provided you financial support

6   since 2017?

7       A.    No.

8       Q.    Do you live with your boyfriend?

9       A.    Yes, we live together now.

10      Q.    So, is your boyfriend the same

11  person that you mentioned before?

12      A.    Yes.

13      Q.    And besides your boyfriend,

14  have you lived with anybody else from

15  2017 until now?

16      A.    No.

17      Q.    And have you and your boyfriend

18  been living together continuously from

19  2017 until now?

20          MS. LEE:   Objection.

21          MS. GIL:   She can answer.

22      A.    No.  We've been living together

23  since two years ago.

24      Q.    And before you started living

25  together, was he paying for your --

Page 29

1                   Minhye Park
2    well, withdrawn.
3              Before you started living
4    together with your boyfriend, were you
5    living alone?
6              MS. LEE:  Objection.
7         Q.   You can answer.
8         A.   Yes.
9         Q.   And were you living in an
10   apartment?
11        A.   No; I was living in a house.
12        Q.   And did you pay rent in that
13   house?
14        A.   Yes; it was -- it was a rent.
15        Q.   And who paid the rent when you
16   weren't working?
17        A.   Because I was not able to pay
18   rent, I used up the -- all the deposit
19   that I had.
20        Q.   Did your boyfriend ever pay for
21   the rent in that house you were living
22   in?
23        A.   No.
24        Q.   Are your parents alive?
25        A.   Yes.

Page 30

1                    Minhye Park
2          Q.   When was the last time that you
3     lived with your parents?
4          A.   Until my early 20s.
5          Q.   And do they provide any type of
6     financial support to you?
7          A.   No.
8          Q.   From the time of Dr. Kim's
9     surgery until May of 2021 when you
10    started working at the online shopping
11    mall, what were the reasons why you
12    didn't work?  What were the specific
13    physical reasons why you couldn't work?
14         A.   And like I mentioned earlier,
15    it was because of my breast issue, my
16    liver.  And also because my skin was
17    very bad, I did not want to go out and
18    meet people.
19         Q.   Has anybody told you that your
20    skin issues were caused by Dr. Kim's
21    surgery?
22         A.   No; other people do not know
23    about this surgery.
24         Q.   And other than your skin
25    issues, the breast cyst, and the

1                    Minhye Park

2    hepatitis C, have you been treated for

3    any other medical conditions since you

4    had your surgery with Dr. Kim in 2017?

5              MS. LEE:  Objection.

6              MS. GIL:  What's the basis of

7         the objection?

8              MS. LEE:  Asked and answered

9         already.

10             MS. GIL:  No, I did not ask

11        her that specific question.

12             MS. LEE:  You did.

13        Q.   You can answer.

14        A.   No, I did not get any other

15   kind of treatment.

16        Q.   And where are you going for

17   treatment for your hepatitis C?

18        A.   The hospital prescribed me some

19   medication; so, that's what I'm taking

20   right now.

21        Q.   And is that University Hospital,

22   where you also went for your breast

23   cyst?

24        A.   No; it's a different hospital.

25        Q.   Okay.  So, which hospital are

```
1              Minhye Park
2  you going to for hepatitis C?
3      A.   I'm just going to a hospital
4  clinic that specializes in hepatitis.
5      Q.   Okay.  What's the name of it?
6      A.   Yon Sae Hospital.
7           THE INTERPRETER:  Y-o-n,
8  S-a-e Hospital.
9           MS. GIL:  Y-o-n, S-a-e
10  Hospital?
11          THE INTERPRETER:  Yes.
12          MS. GIL:  Thank you.
13     Q.   Do you have any children?
14     A.   No.
15     Q.   How many times have you been
16  pregnant?
17     A.   Twice.
18     Q.   Is that including the pregnancy
19  that you went to Dr. Kim for?
20     A.   Yes.
21     Q.   Do you remember reporting to
22  Dr. Kim that you actually had three
23  pregnancies, total?
24     A.   No, I did not say that.
25     Q.   When was the first time that
```

Page 33

1                    Minhye Park

2     you were pregnant?

3          A.    It was early 20s.

4          Q.    And did that pregnancy end at

5     some point?

6          A.    I don't really understand the

7     question.

8          Q.    Did you terminate that pregnancy?

9          A.    You mean, the first one?

10         Q.    Yes.

11         A.    Yes, I did, 'cause I was very

12    young.

13         Q.    How did you terminate that

14    pregnancy?

15         A.    I had surgery done.

16         Q.    And do you know how many weeks

17    pregnant you were when you had that

18    surgery?

19         A.    It was the very beginning.

20         Q.    Can you be more specific than

21    that?

22         A.    About five weeks, I think.

23         Q.    And where did you go to have

24    that surgery?

25         A.    It's in an area called Tong

1              Minhye Park

2    Wang.

3              THE INTERPRETER:  Which is

4       spelled T-o-n-g W-a-n-g.

5       Q.   Do you remember the name of the

6    doctor who did the surgery?

7       A.   I do not remember.

8       Q.   Was it performed in a hospital?

9       A.   Yes.

10      Q.   Do you remember the name of the

11   hospital?

12      A.   It was a long time ago; so, I

13   do not remember.

14      Q.   Do you have any records, medical

15   records related to that procedure?

16      A.   No, I don't.

17      Q.   How did you pay for that

18   procedure?

19      A.   I do not remember.

20      Q.   Did you have medical insurance

21   at the time?

22      A.   Yes, I did.

23      Q.   And what was your medical

24   insurance at the time?

25      A.   It's just called Korea Health

Page 35

1              Minhye Park

2    Insurance.

3        Q.   Do you still have that health

4    insurance?

5        A.   Yes.

6        Q.   And do you know if you used

7    that health insurance to pay for the

8    procedure that you had in your early 20s?

9        A.   No; because that I know of,

10   that surgery is not covered under the

11   insurance.

12       Q.   Do you remember any details

13   about the procedure in terms of where it

14   was done, other than the name of the

15   town?

16       A.   No.

17       Q.   When you learned -- how did you

18   learn that you were pregnant the first

19   time that you were pregnant?

20            MS. LEE:  Objection.

21            MS. GIL:  What's the basis of

22       the objection?

23            MS. LEE:  Relevance.

24            MS. GIL:  It is relevant to a

25       claim --

Page 36

Minhye Park

1

2          MS. LEE:  And privacy.

3          MS. GIL:  No, it's absolutely

4     relevant.  It's a prior pregnancy

5     that was terminated, which is the

6     same nature of the current claim.

7          MS. LEE:  It's not relevant.

8          Q.    You can answer.

9          How did you learn that you were

10    pregnant the first time that you were

11    pregnant?

12         A.    Because my period -- my period

13    did not come; so, I used a test, pregnancy

14    test.

15         Q.    Did you use a home pregnancy

16    test?

17         A.    Yes.

18         Q.    After you used that test, did

19    you go to a doctor about the pregnancy?

20         A.    Yes.

21         Q.    And which doctor did you go to?

22         A.    I do not remember the name of

23    the doctor.

24         Q.    Was it the same doctor that

25    eventually terminated the pregnancy?

Case 1:20-cv-02636-PKC-LB   Document 37-4   Filed 03/15/22   Page 37 of 108 PageID #: 542

1                    Minhye Park

2          A.    Yes.

3          Q.    Okay.  And how many times did

4     you go to this doctor?

5          A.    I think I went twice.

6          Q.    Okay.  Tell me what you

7     remember about the first time you went

8     to the doctor.

9               MS. LEE:  Objection; ambiguous.

10              MS. GIL:  It's not an

11         ambiguous question.

12              She can answer.

13         A.    So, when I got -- when I did

14    the home pregnancy test and it came out

15    positive, I looked for an OB/GYN.  And

16    when I went there to make sure that it

17    was actually a pregnancy, I did an

18    ultrasound.

19         Q.    And based on that ultrasound,

20    did the doctor tell you how pregnant you

21    were, how far along you were?

22         A.    Yes.

23         Q.    And then, what happened after

24    you were told how far along you were?

25         A.    So, after a few days, I called

Page 38

1                    Minhye Park

2    back and I said that I wanted to get the

3    surgery.

4         Q.   During that first appointment,

5    did you discuss having a surgery to

6    terminate the pregnancy?

7         A.   Not the first day.

8         Q.   Okay.  So, after the doctor

9    told you how pregnant you were, how far

10   along you were, what else did you

11   discuss with the doctor?

12        A.   Other than that, we did not

13   discuss anything else with the doctor.

14        Q.   Did you tell the doctor during

15   that first appointment that you wanted

16   to terminate the pregnancy?

17        A.   No, I did not mention it in the

18   beginning.

19        Q.   And you said you called back a

20   few days later and said you wanted the

21   surgery; is that correct?

22        A.   Yes.

23        Q.   During the first appointment,

24   did the doctor tell you that you could

25   have a surgery to terminate the

Page 39

1            Minhye Park

2   pregnancy?

3          MS. LEE:  Objection.

4       Q.   You can answer.

5       A.   Can you repeat the question.

6       Q.   Yes.  During the first

7   appointment, did the doctor tell you

8   that you could have a surgery to

9   terminate the pregnancy?

10      A.   We did not talk about this kind

11   of surgery at all.

12      Q.   Okay.  So, how did you know

13   that the doctor could do a surgery to

14   terminate the pregnancy?

15      A.   I searched on the Internet.

16          MS. GIL:  Okay.  I need to

17      take a five-minute break.

18   (Recess held from 8:48 to 8:59 a.m.)

19  CONTINUED EXAMINATION BY MS. GIL:

20      Q.   So, Ms. Park, you testified

21   that after your first appointment with

22   the doctor, you searched on the Internet

23   for the surgery.

24          Did you learn at that time that

25   the doctor that you went to could

1                    Minhye Park

2      perform a surgery to terminate the

3      pregnancy?

4          A.    Can you repeat the question,

5      please.

6          Q.    Yes.   When you did your search

7      on the Internet, did you learn that the

8      doctor that you went to could terminate

9      the pregnancy with a surgery?

10         A.    No.   When I search on the

11     Internet and I learned that there was

12     such kind of surgery, I called the

13     doctor, the clinic, and asked if he

14     could perform it.

15         Q.    Okay.   And what did they tell

16     you?

17         A.    That it was possible.

18         Q.    Do you know if that surgery was

19     legal in Korea at that time?

20              MS. LEE:   Objection.

21         Q.    You can answer the question.

22         A.    Yeah.   Yeah, at that time it

23     was not illegal.

24         Q.    So, what did they tell you when

25     you called the clinic to ask about

1           Minhye Park

2  performing the surgery?

3           MS. LEE:   Objection.

4      Q.    Did they give you a date when

5  you called, to come in for the procedure?

6      A.    Yes.

7      Q.    And when you called the clinic,

8  did they explain to you during that

9  phone call how the procedure would be

10  performed?

11     A.    I do not remember whether this

12  was explained to me over the phone or

13  once I went there.

14     Q.    Okay.  So, you've told me that

15  during that phone call, they told you

16  that they could do the procedure, and

17  they gave you a date to come in for the

18  procedure.

19           Do you remember them telling

20  you anything else during that phone

21  call?

22     A.    No, no.

23     Q.    And what happened when you went

24  back to the clinic for the procedure?

25     A.    I think I went there, and I

Page 42

1              Minhye Park

2    was -- it was explained to me -- the

3    procedure was explained to me; and then,

4    I got the surgery.

5         Q.   Do you know how long after your

6    first appointment, you returned for the

7    procedure?

8              MS. LEE:   Objection.

9         A.   I do not remember exactly.

10        Q.   Do you know if it was within

11   the same week or a couple of weeks

12   later?

13        A.   I don't think it was over a

14   week after.

15        Q.   When you did your search on the

16   Internet, did you learn if there was any

17   way to terminate the pregnancy besides

18   having surgery?

19             MS. LEE:   Objection.

20             MS. GIL:   What's the basis of

21        the objection?

22             MS. LEE:   Relevance.

23             MS. GIL:   It's absolutely

24        relevant.

25             She can answer the question.

1                    Minhye Park

2          A.    No.

3          Q.    So, when you returned to the

4    clinic for the procedure, what did they

5    explain to you about how it would be

6    performed?

7          A.    That, I do not remember.

8          Q.    Well, what do you remember

9    about anything they told you at the

10   clinic when you went for the procedure?

11         A.    I do not remember.

12         Q.    Do you remember if they told

13   you about any risks associated with the

14   surgery?

15         A.    Yes, I did remember hearing

16   that.

17         Q.    Okay.  What did they tell you

18   about the risks?

19         A.    I do not remember the details.

20         Q.    Do you remember if they told

21   you that there was a chance that they

22   would not be able to actually terminate

23   the pregnancy?

24         A.    No.

25         Q.    Do you remember if they told

                    Minhye Park

1
2   you that there was a risk of infection?
3       A.   I'm not sure.
4       Q.   Do you remember if they told
5   you that there was a risk of excessive
6   bleeding after the surgery?
7       A.   Yes.
8       Q.   Did they explain to you for how
9   long the excessive bleeding could last?
10      A.   No, I do not remember.
11      Q.   Did they tell you whether you
12  could take a medication, instead of
13  having surgery, to terminate the
14  pregnancy?
15      A.   No.
16      Q.   Do you remember if they told
17  you that the surgery might be more
18  successful if you waited a little longer
19  to have it?
20      A.   I don't really understand the
21  question.
22      Q.   Okay.  At the time that you had
23  the surgery, were you about five or
24  six weeks pregnant?
25      A.   Yes.

Page 45

Minhye Park

1

2    Q.    Did they tell you that it would

3    be better if you waited a little longer

4    to have the surgery?

5    A.    No.

6    Q.    Are there any other details

7    that you remember about the conversation

8    you had at the clinic, before you had

9    the surgery, during this second

10   appointment?

11   A.    I do not remember.

12   Q.    Did anybody go with you to the

13   clinic for the surgery?

14   A.    I went with a friend.

15   Q.    And was that friend your

16   boyfriend, your current boyfriend?

17   A.    No.

18   Q.    Tell me what you remember about

19   the surgery, if anything.

20   MS. LEE:   Objection.

21   Q.    You can answer the question.

22   A.    There's nothing I remember.

23   Q.    Do you remember if you were

24   awake or asleep during the procedure?

25   A.    I had anesthesia.

Page 46

Minhye Park

1

2      Q.    Okay.   Were you completely

3  asleep during the procedure?

4      A.    Yes, I was asleep.

5      Q.    Do you know how long the

6  procedure took?

7      A.    I do not know exactly, but I

8  don't think it took very long.

9      Q.    And once you woke up after the

10 procedure, did you talk to the doctor

11 who did it?

12     A.    No.

13     Q.    Did you talk to a nurse or

14 anybody else before you went home?

15     A.    So, I think the nurse gave me

16 some papers of things to be -- to be

17 aware of.

18     Q.    Okay.   And did she explain to

19 you what things you needed to be aware

20 of?

21     A.    Yes.

22     Q.    What did she tell you?

23     A.    That I could bleed; those

24 things.

25     Q.    Okay.   What else, besides that

1                    Minhye Park

2    you could bleed?

3        A.    And not to do anything excessive,

4    and to just rest.

5        Q.    Did she tell you what you

6    should do if you had bleeding?

7        A.    She told me to call the clinic.

8        Q.    And after you had the surgery,

9    did you have any bleeding?

10       A.    It was a long time ago; so, I

11   do not remember.

12       Q.    After the surgery at the

13   clinic, did they tell you if they were

14   able to remove the entire contents of

15   the pregnancy?

16       A.    I did not go to that clinic for

17   the results again.

18       Q.    Okay.   But the day of the

19   procedure, did they tell you whether

20   they had removed all of the products?

21       A.    Yes.

22       Q.    "Yes," they told you that?

23       A.    Yes.

24       Q.    And did they tell you how they

25   knew that they had removed everything?

Page 48

Minhye Park

1
2          MS. LEE:  Objection.
3          MS. GIL:  What's the basis of
4      the objection?
5          MS. LEE:  (No response)
6          MS. GIL:  Okay.  She can
7      answer the question.
8      Q.   Do you need it read back?
9      A.   Yes.  I did not really understand
10     the question.
11     Q.   Okay.  You testified that they
12     told you that they had removed
13     everything from the pregnancy.
14          So, my question is:  Did they
15     tell you how they knew that they had
16     removed everything from the pregnancy?
17     A.   No, they did not explain that.
18     Q.   Okay.  And after you had the
19     surgery, did you have to go to any
20     doctor for any bleeding or any issues
21     that you may have experienced after the
22     surgery?
23     A.   No, I did not have any issues.
24     Q.   After the surgery, did you
25     experience any pain?

1                    Minhye Park

2         A.   Yes; my belly hurt.

3         Q.   And do you know for how long

4    you had belly pain?

5         A.   I think, about two or three days.

6         Q.   And besides the belly pain, do

7    you remember any other pain, bleeding,

8    cramps, anything you had after the

9    surgery?

10        A.   No, I did not have any other

11   symptoms.

12        Q.   And after that surgery, did you

13   take any medications?

14        A.   No, I did not.

15        Q.   And did you take any birth

16   control pills after that surgery?

17        A.   No, I did not.

18        Q.   And after that pregnancy, when

19   was the next time that you became

20   pregnant?

21        A.   In 2017.

22        Q.   And when did you learn that you

23   were pregnant in 2017?

24        A.   Yeah, I found out one day after

25   arriving to the U.S.

Page 50

1              Minhye Park

2        Q.   Do you remember what day you

3    arrived in the U.S.?

4        A.   In order to know, I need to

5    look at my record.

6        Q.   Okay.  And what record are you

7    referring to?  Your medical records?

8        A.   No.  I'd have to look at the

9    plane ticket.

10       Q.   Do you still have that plane

11   ticket?

12       A.   If I look for it, I should be

13   able to find it.

14       Q.   When did you plan your trip to

15   the U.S.?

16       A.   Like a month before.

17       Q.   And what was the purpose of the

18   trip?

19       A.   Because I like America; so, I

20   wanted to come again.

21       Q.   And were you going to stay at a

22   hotel, or were you staying with friends

23   or family?

24       A.   I was going to stay by myself

25   in a place -- something like a hotel.

1                    Minhye Park

2        Q.    Did you have any friends or

3    family in the U.S. when you came to

4    visit?

5        A.    No.

6        Q.    Did you have a hotel reservation?

7        A.    So, it wasn't a hotel, but it's

8    kind of like a guesthouse that's shared

9    by other people, as well.

10       Q.    Did you have to make a

11   reservation at that guesthouse before

12   you arrived?

13       A.    Yes.

14       Q.    And how long were you planning

15   on staying in the U.S.?

16       A.    About three weeks.

17       Q.    And were you going to stay in

18   the guesthouse for those three weeks?

19       A.    Well, I was going to stay here

20   and there, depending on the circumstance.

21       Q.    When you say "here and there,"

22   what do you mean?

23       A.    So, I wanted to get lodging in

24   the places that I was gonna go visit.

25       Q.    Okay.   And where were you going

Page 52

1              Minhye Park

2    to go visit?

3           THE INTERPRETER:   "Where,"

4       did you say, Counsel?

5           MS. GIL:   Yes; "where."

6       A.    So, there was -- I wanted to go

7    to all the famous places in Manhattan,

8    and there were other places, too.  But I

9    had written them down before, but I do

10   not remember now.

11      Q.    Were all the places in New York

12   City?

13      A.    Yes.

14      Q.    And were you travelling by

15   yourself?

16      A.    Yes.

17      Q.    And how did you learn that you

18   were pregnant the day after you arrived?

19      A.    I went to the Korean market and

20   bought the home test kit.

21      Q.    And why did you buy a home test

22   kit?

23      A.    Because my period had not come.

24   It had -- my period due date had passed.

25      Q.    How often would you get your

Page 53

1                    Minhye Park

2  period in 2017?

3       A.    Around like 31 days.

4       Q.    And would you get your period

5  consistently every 31 days?

6       A.    Yes.

7       Q.    When you did the test and saw

8  that you were pregnant, what did you do

9  next?

10      A.    So, I search on the Internet

11  for a clinic in the United States.

12      Q.    And were you looking for a

13  clinic that would do a surgery like the

14  one you had before?

15      A.    No.   First, I looked for a

16  Korean OB/GYN to confirm the pregnancy.

17      Q.    Okay.   And who did you find?

18      A.    So, I went to Dr. Kim.

19      Q.    Was Dr. Kim's office close to

20  where you were staying?

21      A.    Yes, it wasn't too far.

22      Q.    Were you staying -- Well, were

23  you able to walk to Dr. Kim's office?

24      A.    No; I had to take a car,

25  vehicle.

Page 54

1                    Minhye Park

2          Q.   Were you staying in Manhattan

3    or in Queens?

4          A.   I do not know the name of the

5    neighborhood.

6          Q.   Do you know the address?

7          A.   No, I do not know.

8          Q.   Did you tell anybody about your

9    positive pregnancy test?

10         A.   No, I did not.

11         Q.   And besides Dr. Kim, did you

12   find any other Korean OB/GYNs when you

13   did your search?

14         A.   Yes; there were several.

15         Q.   And did you call any of them

16   besides Dr. Kim?

17         A.   No, I did not.

18         Q.   And why did you pick Dr. Kim?

19         A.   He wasn't too far.

20         Q.   So, you picked Dr. Kim based on

21   the location of his office?

22         A.   Yes.

23         Q.   And what happened when you

24   called Dr. Kim's office?

25         A.   Oh, I didn't call; I just went.

Page 55

1                    Minhye Park

2          Q.   So, what happened when you went

3    to his office?

4          A.   So, I got an ultrasound to

5    confirm the pregnancy.

6          Q.   And who performed the ultrasound?

7          A.   The doctor, himself.

8          Q.   Did Dr. Kim speak Korean?

9          A.   No.   The nurse interpreted for

10   me.

11         Q.   And do you remember the nurse's

12   name?

13         A.   No.

14         Q.   Did anyone go with you to

15   Dr. -- to your first appointment with

16   Dr. Kim?

17         A.   No; I went by myself.

18         Q.   And did you fill out paperwork

19   when you first went to Dr. Kim's office?

20         A.   Yes.   The first time I went,

21   yes.

22              MS. GIL:   Okay.   Just give me

23         a second.

24              I'm going to show you a page

25         from the records of Dr. Kim.   These

1                    Minhye Park

2           were previously disclosed to

3           plaintiff's counsel.

4                And for the record, this is

5           Page 2 of the Bates stamped records

6           that were provided.  I'm going to

7           share my screen.

8                (Sharing screen)

9           Q.   Can you see that document,

10     Ms. Park?

11          A.   Yes.

12          Q.   And it has Dr. Kim's name and

13     the address of his office, 143-16

14     Sanford Avenue.

15               And do you see where it says

16     your name?

17          A.   Yes.

18          Q.   Did you fill that form out?  Is

19     that your handwriting?

20          A.   Yes.

21               MS. GIL:  Okay.  We're going

22          to mark this as Defendant's Exhibit A.

23          And, again, it's Page 2 of Dr. Kim's

24          records.

25          Q.   And the date next to your name,

Page 57

```
 1                  Minhye Park
 2    it says 2017/11/16.
 3              Do you see that?
 4         A.   Yes.
 5         Q.   And you filled out that
 6    information?
 7         A.   Yes.
 8         Q.   And then, under "Address" it
 9    says "43-11 220th Street, Bayside,
10    New York 11361."
11              Did you fill that out, as well?
12         A.   Yes, correct.
13         Q.   And was that the address that
14    you were staying at, at the time of this
15    appointment?
16         A.   Yes.
17         Q.   And is that your signature at
18    the bottom of the page?
19         A.   Yes.
20         Q.   Okay. So, your first appointment
21    with Dr. Kim was on November 16, 2017;
22    is that correct?
23         A.   Yes.
24         Q.   So, who did you first speak to
25    when you arrived at Dr. Kim's office
```

1                     Minhye Park

2     that day?

3          A.    With the nurse.

4          Q.    And what did you tell the

5     nurse?

6          A.    That I wanted to get an

7     ultrasound.

8          Q.    And did you have any additional

9     conversation with the nurse?

10         A.    I do not remember.

11         Q.    And then, at some point did

12    Dr. Kim come into the room to perform

13    the ultrasound?

14         A.    Yes.    After speaking to the

15    nurse, I went to the room where the

16    doctor was.

17         Q.    And what conversation did you

18    have with Dr. Kim when you first went

19    into the room with him?

20         A.    That he looked with the

21    machine, and he looked that -- there was

22    something that wasn't very clear, and he

23    wanted to make sure whether it was a

24    pregnancy or not.

25         Q.    Okay.    Before he did the

Page 59

1                    Minhye Park
2     ultrasound, did Dr. Kim do a physical
3     examination?
4         A.    No.
5         Q.    At any point during that
6     appointment, did he perform a vaginal
7     examination?
8         A.    Can you repeat the question.
9         Q.    Sure.   During that first
10    appointment, did Dr. Kim perform a
11    vaginal examination?
12        A.    I'm not exactly sure what the
13    vaginal examination is.
14        Q.    Did Dr. Kim feel around your
15    vaginal area during the appointment?
16        A.    No; he just put the ultrasound
17    through the vagina, but it was not his
18    hands; it was the ultrasound machine.
19        Q.    So, the ultrasound that he
20    performed was through the vagina, not on
21    your abdomen?
22        A.    Yes.
23        Q.    Did Dr. Kim ask you if you had
24    been pregnant in the past?
25        A.    Yes.

Page 60

1                    Minhye Park

2        Q.   And what did you tell him?

3        A.   I said that I was pregnant once

4    before.

5        Q.   So, other than performing the

6    ultrasound through the vagina, did

7    Dr. Kim perform any other physical

8    examination during that appointment?

9        A.   So, because he couldn't see

10   clearly through the ultrasound, he said

11   that it could be because it was too

12   early on in the pregnancy.  So, he said,

13   let's do a blood test.

14       Q.   And did they draw blood during

15   that appointment?

16       A.   Yes.

17       Q.   And did you also have to have a

18   urine test?

19       A.   No.

20       Q.   Did Dr. Kim tell you what he

21   could see on the ultrasound?

22       A.   He said that he couldn't see

23   anything.

24       Q.   Okay.  Earlier, you said that

25   he said there was something, but that it

Page 61

1                    Minhye Park

2      was not very clear.

3               So, what was it:  That it wasn't

4      clear, or he couldn't see anything at

5      all?

6          A.   Oh, no.  What I meant actually

7      was not that the doctor said that it was

8      not clear.  What I meant was that my --

9      the home test kit was not very clear.

10         Q.   So, what did -- could Dr. Kim

11     see anything on the ultrasound?

12         A.   Yes, he couldn't see anything.

13         Q.   Okay.  So, then, you had the

14     blood test done at Dr. Kim's office?

15         A.   Yes.

16         Q.   And were there any other exams

17     done during that visit?

18         A.   No.

19         Q.   And what happened after the

20     ultrasound and the blood test were

21     performed?

22         A.   They said that once the results

23     come back, that they would let me know

24     by phone.

25         Q.   Did they tell you how long it

1                    Minhye Park

2    would take to get the results?

3         A.    I think it took about a week.

4         Q.    After your appointment with

5    Dr. Kim, did you tell anybody back at

6    home that you had gone to him because

7    you thought you were pregnant?

8         A.    I told my boyfriend.

9         Q.    And what did he say?

10        A.    He said to just wait until we

11   know for sure whether it is a pregnancy

12   or not.

13        Q.    Were you using any kind of

14   contraception with your boyfriend?

15        A.    No.

16        Q.    Around the time of your first

17   appointment with Dr. Kim, were you

18   experiencing any nausea?

19        A.    No.

20        Q.    Were you experiencing any

21   vomiting?

22        A.    No.

23        Q.    How did you feel physically?

24   Were you having any illness, or weakness,

25   or anything at the time of your first

Page 63

1                    Minhye Park

2      appointment with Dr. Kim?

3           A.    I didn't have any major

4      symptoms.

5           Q.    Okay.  So, was the only reason

6      that you took the pregnancy test,

7      because you had missed your period?

8           A.    Yes.

9           Q.    Is there anything else you

10     remember about your first appointment

11     with Dr. Kim that you haven't told me

12     about already?

13          A.    No.

14          Q.    Do you smoke cigarettes?

15          A.    Yes.

16          Q.    Were you smoking in 2017?

17          A.    Yes.

18          Q.    How much were you smoking on a

19     daily basis in 2017?

20          A.    About ten.

21          Q.    Ten cigarettes per day?

22          A.    Yes.

23          Q.    And once you took the pregnancy

24     test in 2017, were you still smoking?

25          A.    No, I did not after that.

1                    Minhye Park

2          Q.    So, did you stop smoking once

3     you had the positive pregnancy test at

4     home?

5          A.    Yes.

6          Q.    And did there come a time when

7     you started smoking again?

8          A.    So, yeah; right now, I do not

9     smoke.

10         Q.    So, when was the last time that

11    you smoked?

12         A.    At that time.   That was the

13    last time.

14         Q.    So, when you learned that you

15    were pregnant in 2017, you stopped

16    smoking, and you haven't smoked again

17    since then?

18         A.    Correct.

19         Q.    Do you remember Dr. Kim telling

20    you that when he did the ultrasound, he

21    could see a gestational sac?

22         A.    Not the first time around.

23         Q.    Do you remember speaking to

24    Dr. Kim about different options to

25    terminate the pregnancy during that

Page 65

1                    Minhye Park

2      first appointment?

3          A.    I don't remember exactly, but I

4      don't think it was discussed on that

5      first visit.

6          Q.    After that first visit, did you

7      eventually get a phone call from Dr. Kim

8      regarding your blood results?

9          A.    Yes.

10         Q.    When did they call you?

11         A.    I do not remember the exact

12     date.

13         Q.    What did they tell you when

14     they called you?

15         A.    That it looked like it was a

16     pregnancy.

17         Q.    Okay.  And then, did you

18     schedule an appointment to return to

19     Dr. Kim at that point?

20         A.    I don't think I made an

21     appointment, but they told me to come

22     back.

23         Q.    And then, when did you go back?

24         A.    After I got the phone call, I

25     went right away, a few days after.

Page 66

1                Minhye Park

2         Q.    After you got the phone call,

3    did you tell your boyfriend that they

4    had confirmed the pregnancy with the

5    blood test?

6         A.    Yes.

7         Q.    And what did he say?

8         A.    He said -- he told me to come

9    back to Korea.

10        Q.    Did he say whether he wanted

11   you to terminate the pregnancy?

12              MS. LEE:   Objection.

13        Q.    You can answer.

14        A.    No, he did not say anything

15   like that.

16        Q.    And what did you tell him when

17   you said -- when he told you to go back

18   to Korea?

19        A.    Well, I told him that since I

20   came such a long way to come to America,

21   that I would think about it.

22        Q.    Would think about staying, or

23   returning, or what?

24        A.    Yes, correct.

25        Q.    Okay.   Did you talk to anybody

Page 67

1                    Minhye Park
2      else about your pregnancy besides your
3      boyfriend?
4           A.   No, I did not.
5           Q.   And when did you return to
6      Dr. Kim?
7           A.   After I got the call, a few
8      days after.
9           Q.   Okay.  Tell me about your next
10     appointment with Dr. Kim.
11          A.   So, he said that because it was
12     very early on in the pregnancy, I did
13     get another ultrasound; and he said that
14     now, he could see the sac.
15          Q.   And Dr. Kim performed the
16     ultrasound at this second appointment,
17     too?
18          A.   Yes.
19          Q.   And who served as the interpreter
20     during the second appointment?
21          A.   The nurse.
22          Q.   The same nurse?
23          A.   Yes.
24          Q.   And was Dr. Kim able to tell
25     you how far along you were in the

1                    Minhye Park

2      pregnancy during this second appointment?

3           A.    I think it was about four weeks.

4           Q.    And do you know if that was

5      based on the ultrasound or the blood test?

6           A.    He told me after he did the

7      second ultrasound.

8           Q.    Okay.  Did Dr. Kim perform any

9      additional blood work during the second

10     appointment?

11          A.    No.

12          Q.    Did he perform a physical

13     examination during the second appointment?

14          A.    No.

15          Q.    Between your first and your

16     second appointment with Dr. Kim, did you

17     go to any other clinics or any other

18     doctors?

19          A.    No.

20          Q.    And during your first

21     appointment with Dr. Kim, did he tell

22     you whether he could perform a surgery

23     to terminate the pregnancy?

24              THE INTERPRETER:  Counselor,

25          during the first appointment, you

1             Minhye Park

2       said?

3            MS. GIL:   Yes, during the

4       first appointment.

5            MS. LEE:   Objection.

6       Q.   You can answer the question.

7       A.   Like I mentioned earlier,

8   because the pregnancy had not been

9   confirmed, those -- that topic did not

10  come up.

11      Q.   So, once he confirmed the

12  pregnancy in the second appointment, did

13  you tell him that you wanted to

14  terminate the pregnancy?

15      A.   I just asked if the surgery to

16  terminate the pregnancy was possible.

17      Q.   And what did he tell you?

18      A.   That it was possible.

19      Q.   Did he tell you whether there

20  were any other options to terminate the

21  pregnancy besides the surgery?

22      A.   No.

23      Q.   Did Dr. Kim tell you that you

24  could terminate the pregnancy by taking

25  medication?

1              Minhye Park

2       A.    No, I don't think he mentioned

3   anything like that.

4       Q.    Do you remember Dr. Kim telling

5   you that you could go to a Planned

6   Parenthood clinic to get medication to

7   terminate the pregnancy?

8       A.    No.

9       Q.    Do you remember Dr. Kim telling

10  you that because the pregnancy was still

11  early, that there was a chance he

12  wouldn't be able to remove all of the

13  products of the pregnancy?

14      A.    No.

15      Q.    So, after Dr. Kim confirmed the

16  pregnancy and he told you that he could

17  do the surgery, what else did you

18  discuss with him?

19      A.    I told him that I would think

20  about it and call back.

21      Q.    During this appointment, did

22  Dr. Kim explain to you exactly how he

23  would perform the abortion surgery?

24      A.    Not during the second

25  appointment.

Case 1:20-cv-02636-PKC-LB   Document 37-4   Filed 03/15/22   Page 71 of 108 PageID #: 576

1                    Minhye Park
2           Q.    Did you discuss anything else
3     with Dr. Kim during the second
4     appointment that you haven't told me
5     about already?
6             MS. LEE:   Objection.
7           Q.    You can answer.
8           A.    There's nothing else I remember.
9           Q.    During the second appointment
10    with Dr. Kim, were you having any nausea
11    or vomiting?
12          A.    No.
13          Q.    And did anybody go with you to
14    your second appointment with Dr. Kim?
15          A.    No.
16          Q.    So, when you left Dr. Kim's
17    office after that second visit, was the
18    plan for you to call him back and let
19    him know whether you wanted to go
20    forward with the surgery?
21          A.    I just said that I'll think
22    about it, and I'll give him a call.
23          Q.    Okay.   After the second
24    appointment with Dr. Kim, did you speak
25    to your boyfriend again about your plans

Page 72

1                    Minhye Park

2      for the pregnancy?

3              MS. LEE: Objection.

4          Q.   You can answer.

5          A.   My boyfriend just kept saying

6      that I should come back to Korea.

7          Q.   In between your first and

8      second appointment with Dr. Kim, what

9      were you doing during your travels in

10     New York City?

11         A.   I didn't do anything. I just

12     stayed at the place I was staying.

13         Q.   So, after your second

14     appointment with Dr. Kim, did you speak

15     to any friends or family, other than

16     your boyfriend, about the fact that you

17     were pregnant?

18         A.   No.

19         Q.   Okay. And did there come a

20     time when you called Dr. Kim to tell him

21     that you wanted to go forward with the

22     abortion?

23         A.   Yes.

24         Q.   Who did you speak to?

25         A.   With the nurse.

1                    Minhye Park

2        Q.   And what did the nurse tell

3    you?

4        A.   She told me to come back to the

5    clinic.

6        Q.   Did she give you an appointment?

7        A.   I went to the clinic and made

8    the appointment in person.

9        Q.   And when did you make the

10   appointment for?

11       A.   For the exact date, I would

12   have to look into my records.

13       Q.   Did you have to return to

14   Dr. Kim before the day of the surgery?

15       A.   What do you mean by -- what do

16   you mean?  When?

17       Q.   When you called the nurse to

18   schedule the surgery, did you have to

19   schedule another appointment before the

20   actual surgery, or did you just schedule

21   the surgery?

22       A.   Yes, I did go see the doctor

23   one time before surgery.

24            MS. GIL:  Sorry.  Just give

25       me one second.

Page 74

1                  Minhye Park

2            MS. LEE:  Counselor, can you

3        break for five minutes?

4            MS. GIL:  Yes, sure.

5        (Recess held from 10:17 to 10:26 a.m.)

6    CONTINUED EXAMINATION BY MS. GIL:

7        Q.   Ms. Park, before we get back to

8    your appointments with Dr. Kim, do you

9    recall going to a clinic called Rosemom,

10   in Korea?

11       A.   Yes.

12       Q.   And is that an OB/GYN clinic

13   that you went to before going to the

14   United States?

15       A.   Yes.

16       Q.   And do you remember going to

17   them in early November of 2017?

18       A.   Yes.

19       Q.   And why did you go to that

20   clinic in early November?

21       A.   I went there because I did not

22   get my period.

23       Q.   And did they perform an

24   ultrasound when you went?

25       A.   Yes.

Page 75

1                    Minhye Park

2        Q.    And what did they tell you?

3        A.    That nothing could be seen.

4        Q.    Did anybody go with you to that

5    appointment?

6        A.    No; I went by myself.

7        Q.    And at that point, had you

8    performed a home pregnancy test?

9        A.    Yes.

10       Q.    And what did the home pregnancy

11   test say?

12       A.    At that time, it said it was

13   negative.

14       Q.    When you went to the clinic, to

15   Rosemom, did you tell them that you had

16   been taking birth control pills?

17       A.    No.

18       Q.    The records from Rosemom

19   reflect that you reported using oral

20   contraceptives for years, and that you

21   had stopped taking them a few months

22   before that visit.

23             Do you have any recollection of

24   telling anyone at Rosemom that history?

25             MS. LEE:   Objection.

Case 1:20-cv-02636-PKC-LB   Document 37-4   Filed 03/15/22   Page 76 of 108 PageID #: 581

1                    Minhye Park

2              MS. GIL:  She can answer.

3         A.   I do not remember.

4         Q.   Had you taken oral contraceptives

5    before November of 2017?

6         A.   When I was young.  Yes, when I

7    was young, I did.

8         Q.   When did you take oral

9    contraceptives when you were young?

10             MS. LEE:  Objection.

11             MS. GIL:  What is the basis

12        of the objection?

13             MS. LEE:  Relevancy, privacy.

14             MS. GIL:  Neither one of

15        those are proper objections, first

16        of all; and second of all, it is

17        relevant.

18        Q.   When did you take oral

19   contraceptives, Ms. Park?

20        A.   I took them for a little bit in

21   my mid 20s.

22        Q.   For how long did you take them?

23        A.   For a few months.

24        Q.   Before November of 2017, when

25   was the last time that you had taken

1                    Minhye Park
2    oral contraceptives?
3         A.    That, I do not remember.
4         Q.    Did they do any blood work
5    during that appointment at Rosemom to
6    see if you were pregnant?
7         A.    No, there was no blood test.
8         Q.    And other than Rosemom, did you
9    go to any medical providers or clinics,
10   let's say in October or November of '17,
11   in Korea?
12        A.    Can you repeat the question.
13   When did you ask?
14        Q.    In October and November of
15   2017, did you go to any clinics or
16   medical providers in Korea other than
17   Rosemom?
18        A.    No.
19        Q.    Going back to your appointments
20   with Dr. Kim:  Dr. Kim's records show
21   that you had two appointments with him
22   in his office before he performed the
23   abortion surgery.
24              Are you sure that you had a
25   third appointment with him before the

1                    Minhye Park

2    abortion surgery?

3         A.    You're talking about the clinic

4    in America; right?

5         Q.    Yes.

6         A.    That I remember, it was three

7    times.

8         Q.    Okay.  And, sorry, going back

9    to Rosemom:  When you went to Rosemom in

10   early November of 2017, did they give

11   you a medication that was a contraception

12   to take after intercourse?

13        A.    I do not remember exactly.

14        Q.    Do you remember if they gave

15   you any medications when you went to

16   Rosemom in early November of 2017?

17        A.    No.  I only got the ultrasound,

18   I think.

19        Q.    Did you take any medications

20   after your appointment at Rosemom and

21   before your appointment with Dr. Kim?

22        A.    No, I did not.

23        Q.    Okay.  What happened at your

24   third appointment with Dr. Kim?

25        A.    I was told that surgery would

Page 79

1              Minhye Park
2   be performed somewhere else.
3        Q.    When you say "somewhere else,"
4   do you mean in another office?
5        A.    I was told that it would be in
6   a different place.
7        Q.    During the third appointment at
8   Dr. Kim's office, did you actually see
9   Dr. Kim, or did you see a nurse?
10        A.    I don't remember exactly, but I
11   think I did see the doctor.
12        Q.    And did they tell you where the
13   surgery would be performed?
14        A.    Yes.
15        Q.    Where did they tell you the
16   surgery would be performed?
17        A.    I don't remember the exact
18   address, but it was a building where
19   they had shabu-shabu and it was on,
20   like, one of the top floors.
21        Q.    During this appointment, did
22   Dr. Kim explain to you how the surgery
23   would be performed?
24        A.    No.
25        Q.    At any point did Dr. Kim

Page 80

1          Minhye Park

2    explain to you how the surgery would be

3    performed?

4         A.   No.

5         Q.   What conversation did you have

6    with Dr. Kim during the third appointment?

7         A.   We just set up a date for the

8    surgery.

9         Q.   Did you tell Dr. Kim that you

10   had had an abortion surgery before?

11             MS. LEE:   Objection.

12             MS. GIL:   She can answer.

13        A.   Yes, I think I mentioned it

14   earlier.

15        Q.   Did Dr. Kim, during this third

16   appointment, talk to you about any risks

17   associated with the abortion surgery?

18        A.   No.

19        Q.   At any point before he

20   performed the surgery, did Dr. Kim tell

21   you that there was a risk of excessive

22   bleeding after the surgery?

23        A.   No.

24        Q.   At any point before he

25   performed the surgery, did Dr. Kim talk

Page 81

1              Minhye Park

2     to you about a risk of infection with

3     the surgery?

4          A.    No, I did not hear these things

5     about surgery.

6          Q.    At any point before he

7     performed the surgery, did Dr. Kim tell

8     you that there was a chance that he

9     would not be able to remove all of the

10    products of the pregnancy?

11         A.    No.

12         Q.    At any point prior to performing

13    the surgery, did Dr. Kim tell you that

14    you could terminate the pregnancy by

15    taking medication?

16              MS. LEE:   Objection.

17              MS. GIL:   What's the basis of

18         the objection?

19              MS. LEE:   Asked and answered.

20              MS. GIL:   No.  I previously

21         asked her about during the first

22         two appointments.  Now, I'm asking

23         her at any point up until the

24         surgery.

25         Q.    You can answer the question.

Page 82

```
 1              Minhye Park
 2          MS. LEE:  You asked.
 3      A.   No, he never mentioned anything
 4   like that.
 5      Q.   And at any point prior to when
 6   he performed the surgery, did Dr. Kim
 7   refer you to Planned Parenthood for an
 8   abortion with medication?
 9          MS. LEE:   Objection.
10      Q.   You can answer.
11      A.   No.   This is -- I hear about
12   this for the first time right now, here.
13      Q.   During your third appointment
14   at Dr. Kim's office, was the same nurse
15   interpreting for you as the first two
16   appointments?
17      A.   Yes.
18      Q.   And other than the nurse who
19   interpreted for you and Dr. Kim, did you
20   speak to anybody else at Dr. Kim's
21   office during any of your visits?
22      A.   I don't understand the
23   question.
24      Q.   During the three visits that
25   you had at Dr. Kim's office, you
```

Page 83

1                    Minhye Park
2       testified that you spoke to a nurse who
3       interpreted for you and Dr. Kim.
4                So, I want to know if you spoke
5       to anybody else in his office during
6       those three visits?
7            A.   No.
8            Q.   And can you describe the nurse
9       physically?
10           A.   I don't think I can explain how
11      she looks.
12           Q.   Can you estimate what age she
13      was?
14           A.   I'm not exactly sure, but she
15      was not old.
16           Q.   Do you remember if she was tall
17      or short?
18           A.   Just regular height.
19           Q.   How tall are you?
20           A.   162.
21           Q.   Was she taller or shorter than
22      you?
23           A.   It didn't seem that there was
24      much difference in our height.
25           Q.   So, during your third

1                     Minhye Park
2     appointment with Dr. Kim, you set a date
3     for the surgery, and you were told that
4     it would be performed at a different
5     building.
6               Were you told anything else
7     about the surgery at that time?
8          A.   No.
9          Q.   And then, how soon after that
10    third appointment did you have the
11    surgery?
12         A.   I don't think it was long after
13    that.
14         Q.   Okay.   The records reflect that
15    the abortion surgery was performed on
16    November 27, 2017.
17              Does that refresh your
18    recollection?
19         A.   Yes, I think the 27th is
20    correct.
21         Q.   Do you recognize the name
22    Minji Jeong?
23         A.   No.
24         Q.   During the time between your
25    third appointment with Dr. Kim and when

1                   Minhye Park

2      you went for the abortion surgery, did

3      you do anything during your time in

4      New York?  Did you go anywhere?

5          A.    No.  I just stayed in the place

6      I was staying.

7          Q.    And between the time that you

8      had your first appointment with Dr. Kim

9      and when you had the abortion surgery,

10     did you at any point go to any other

11     clinics or any doctors in New York?

12         A.    No.

13         Q.    And after you scheduled the

14     abortion surgery, did you tell your

15     boyfriend that you were going to have an

16     abortion?

17         A.    I did not tell him before the

18     surgery.

19         Q.    Do you remember what time your

20     appointment was at the surgical center?

21         A.    I think it was in the morning.

22         Q.    And how did you arrive there?

23         A.    I took a cab.

24         Q.    Did you go by yourself?

25         A.    Yes.

1                    Minhye Park

2          Q.    Did any friends or family

3    members know that you were going to have

4    an abortion that day?

5          A.    No.

6          Q.    What happened when you arrived

7    at the surgical center?

8          A.    I talked to the person who was

9    at the counter, and I went -- I just

10   went straight to change my clothes and

11   to the operation room.

12         Q.    When you got to the operation

13   room, was Dr. Kim there?

14         A.    Yes.

15         Q.    And did you have a conversation

16   with him?

17         A.    No.

18         Q.    You didn't speak to him at all?

19         A.    I think he just said, "Okay.

20   Now, we're gonna start."

21         Q.    Did you ask him any questions

22   about how the procedure would be

23   performed?

24         A.    No, because I do not speak

25   English.

Case 1:20-cv-02636-PKC-LB   Document 37-4   Filed 03/15/22   Page 87 of 108 PageID #: 592

1              Minhye Park

2       Q.    Was there an interpreter

3    available at the surgical center?

4       A.    No, there was not.

5       Q.    The person you spoke to at the

6    counter, did that person speak Korean?

7       A.    No.

8       Q.    So, how did you have a

9    conversation with this person at the

10   counter?

11      A.    It was -- I didn't really have

12   a conversation with that person.

13      Q.    So, how did you communicate

14   with that person?

15      A.    So, basically, it was by hand

16   gestures, telling me to go here or

17   there.

18      Q.    So, at any point while you were

19   in the surgical center, were you able to

20   have a conversation with anybody that

21   spoke Korean?

22      A.    No.

23      Q.    Did you request an interpreter

24   at any time while you were at the

25   clinic?

Page 88

1                    Minhye Park

2        A.    No; 'cause I -- there was no

3    one I could say that to.   There was no

4    one that I could say that to.

5        Q.    In the clinic, were there any

6    signs that said, you know, how you could

7    request an interpreter?

8        A.    No.

9        Q.    At any time while you were at

10   the clinic before the surgery started,

11   did you have questions that you would

12   have asked if there had been an

13   interpreter available?

14            MS. LEE:   Objection.

15            MS. GIL:   What is the basis

16       of the objection?

17            MS. LEE:   "If."

18            MS. GIL:   That's not a proper

19       objection.

20            She can answer the question.

21            MS. LEE:   Judge can decide.

22       Q.    Did you have any questions at

23   the time that you were in the clinic

24   that you could not ask, because there

25   was not an interpreter available?

1            Minhye Park

2       A.    If there was an interpreter

3   available, I think I would have asked

4   about any risks of the surgery.

5       Q.    During your appointments with

6   Dr. Kim when there was an interpreter

7   available, did you ask about any risks

8   of the surgery?

9       A.    So, no, not during those

10  appointments, because that topic was not

11  brought up.  But then, the day of the

12  surgery, then I got a little bit scared.

13  So, I'm thinking, if there was an

14  interpreter, I would have asked.

15      Q.    When you had the first abortion

16  in Korea, you were informed of the risks

17  of the surgery; correct?

18      A.    It was such -- so long ago, I

19  do not remember.

20      Q.    Well, you previously testified

21  that you were told about the risks but

22  that you didn't remember the details of

23  that conversation; is that correct?

24      A.    Yes, I did hear about bleeding.

25            MS. GIL:  The time is now

Page 90

1                Minhye Park

2        11:03.  We're going to stop the

3        deposition now, and we will resume

4        tomorrow, January 6th, at 8:00 a.m.

5        New York time.

6             MS. LEE:  Okay.

7             MS. GIL:  I will contact

8        Veritext to let them know about the

9        time change.

10             THE WITNESS:  Okay.

11             (Whereupon, Patient Demographic

12        Insurance Form was deemed marked as

13        Defendant's Exhibit A, for ID.)

14

15                    o0o

16

17             (Time noted:  11:04 a.m.)

18

19

20

21

22

23

24

25

Page 91

```
 1
 2    STATE OF NEW YORK          )
 3                                )    ss:
 4     COUNTY OF NEW YORK        )
 5
 6
 7              I, Minhye Park, the witness
 8    herein, having read the foregoing
 9    testimony of the pages of this deposition,
10    do hereby certify it to be a true and
11    correct transcript, subject to the
12    corrections, if any, shown on the
13    attached page.
14
15
16                    o0o
17
18
19
20                         Minhye Park
21
22     Subscribed and sworn to before me
23     this _____ day of _____, 20  .
24
25
```

Page 92

1

2                    C E R T I F I C A T E

3       STATE OF NEW YORK            )

4                                    )

5       COUNTY OF ROCKLAND           )

6

7             I, ALYSSA BOCHNIK, a Notary Public

8       for and within the State of New York, do

9       hereby certify:

10             That the witness whose examination

11      is hereinbefore set forth was duly sworn

12      and that such examination is a true

13      record of the testimony given by that

14      witness.

15             I further certify that I am not

16      related to any of the parties to this

17      action by blood or by marriage and that I

18      am in no way interested in the outcome of

19      this matter.

20             IN WITNESS WHEREOF, I have

21      hereunto set my hand this 24th day of

22      January, 2022.

23

24             _alyssa Bochnik_

25      ------------------------------
                 ALYSSA BOCHNIK

Page 93

```
 1
 2              ***I N D E X***
 3                     PAGE#          LINE#
 4     EXAMINATION BY:
 5     Ms. Gil              5            23
 6
       DOCUMENT/DATA REQUESTED:
 7
       NONE
 8
 9
       PLAINTIFF'S EXHIBITS:
10
       NONE
11
12
       DEFENDANT'S EXHIBITS:
13
       Exhibit A - Patient Demographic Insurance Form
14                      90            11
15
16     RULINGS CONTEMPLATED:
17     NONE
18
19
20
21
22
23
24
25
```

Page 94

1

2                    CORRECTION SHEET

3

4   Re:  Minhye Park -ag- David Dennis

5   Kim, M.D.

6          The following corrections,

7   additions or deletions were noted on the

8   transcript of the testimony which

9   I gave in the above-captioned matter,

10  held on January 5, 2022.

11

12   PAGE(S)   LINE(S)   SHOULD READ

13        *         *

14        *         *

15        *         *

16        *         *

17        *         *

18        *         *

19        *         *

20        *         *

21

22                          Minhye Park

23   Subscribed and sworn to before me

24   this    day of              20  .

25

[& - appointments]                                                                Page 1

| & |
| --- |
| **&**  2:9 6:2 |

| **0** |
| --- |
| **02636**  1:6 |

| **1** |
| --- |
| **104**  5:21 |
| **10601**  2:11 |
| **10:17**  74:5 |
| **10:26**  74:5 |
| **11**  93:14 |
| **11354**  2:6 |
| **11361**  57:10 |
| **11:00**  7:24 |
| **11:03**  90:2 |
| **11:04**  90:17 |
| **143-16**  56:13 |
| **16**  57:21 |
| **162**  83:20 |
| **163-10**  2:5 |
| **17**  77:10 |
| **19**  10:12 11:25 |
| **1988**  9:4 |
| **1:00**  15:7 |
| **1:20**  1:6 |

| **2** |
| --- |
| **2**  56:5,23 |
| **20**  91:23 94:24 |
| **2012**  10:6 |
| **2013**  10:6 |
| **2017**  8:15 9:22,23 |
| 13:17,18,25 15:3 |
| 16:12 17:11 21:19 |
| 25:21 27:2,7,17 |
| 28:6,15,19 31:4 |
| 49:21,23 53:2 |
| 57:21 63:16,19,24 |
| 64:15 74:17 76:5 |
| 76:24 77:15 78:10 |
| 78:16 84:16 |

| **2017/11/16**  57:2 |
| --- |
| **2019**  18:5 |
| **2021**  16:9,12 27:3 |
| 30:9 |
| **2022**  1:11 92:22 |
| 94:10 |
| **205**  2:5 |
| **20s**  30:4 33:3 35:8 |
| 76:21 |
| **220th**  57:9 |
| **23**  93:5 |
| **24414**  92:24 |
| **24th**  92:21 |
| **2605**  5:21 |
| **27**  84:16 |
| **27th**  84:19 |
| **2:00**  15:7 |

| **3** |
| --- |
| **31**  53:3,5 |
| **397-11**  5:17 |

| **4** |
| --- |
| **43-11**  57:9 |

| **5** |
| --- |
| **5**  1:11 93:5 94:10 |

| **6** |
| --- |
| **6th**  90:4 |

| **7** |
| --- |
| **7:00**  15:6 |
| **7:33**  1:12 |

| **8** |
| --- |
| **81**  2:10 |
| **8:00**  90:4 |
| **8:48**  39:18 |
| **8:59**  39:18 |

| **9** |
| --- |
| **90**  93:14 |

| **a** |
| --- |
| **a.m.**  1:12 7:24 |
| 15:7 39:18 74:5 |
| 90:4,17 |
| **abdomen**  59:21 |
| **able**  15:14,15 16:3 |
| 29:17 43:22 47:14 |
| 50:13 53:23 67:24 |
| 70:12 81:9 87:19 |
| **abortion**  70:23 |
| 72:22 77:23 78:2 |
| 80:10,17 82:8 |
| 84:15 85:2,9,14,16 |
| 86:4 89:15 |
| **absolutely**  36:3 |
| 42:23 |
| **action**  92:17 |
| **actual**  73:20 |
| **additional**  7:25 |
| 23:25 58:8 68:9 |
| **additions**  94:7 |
| **address**  4:21,24 |
| 5:3 54:6 56:13 |
| 57:8,13 79:18 |
| **administer**  3:9 |
| **ag**  94:4 |
| **age**  83:12 |
| **ago**  17:24 18:4 |
| 25:4 28:23 34:12 |
| 47:10 89:18 |
| **agreed**  3:3,14,18 |
| **agreement**  7:22 |
| **alejandra**  2:11 |
| 5:24 |
| **alive**  29:24 |
| **alyssa**  1:23 4:3,12 |
| 92:7,25 |
| **ambiguous**  37:9 |
| 37:11 |
| **america**  17:8 20:7 |
| 20:10,18,23 22:7 |

| 22:22 50:19 66:20 |
| --- |
| 78:4 |
| **anesthesia**  45:25 |
| **answer**  7:9,19 |
| 13:23 18:17 28:21 |
| 29:7 31:13 36:8 |
| 37:12 39:4 40:21 |
| 42:25 45:21 48:7 |
| 66:13 69:6 71:7 |
| 72:4 76:2 80:12 |
| 81:25 82:10 88:20 |
| **answered**  18:14 |
| 31:8 81:19 |
| **answering**  6:15 |
| **answers**  7:14 |
| **anybody**  13:10,18 |
| 28:14 30:19 45:12 |
| 46:14 54:8 62:5 |
| 66:25 71:13 75:4 |
| 82:20 83:5 87:20 |
| **apartment**  5:21 |
| 29:10 |
| **appointment**  38:4 |
| 38:15,23 39:7,21 |
| 42:6 45:10 55:15 |
| 57:15,20 59:6,10 |
| 59:15 60:8,15 |
| 62:4,17 63:2,10 |
| 65:2,18,21 67:10 |
| 67:16,20 68:2,10 |
| 68:13,16,21,25 |
| 69:4,12 70:21,25 |
| 71:4,9,14,24 72:8 |
| 72:14 73:6,8,10,19 |
| 75:5 77:5,25 |
| 78:20,21,24 79:7 |
| 79:21 80:6,16 |
| 82:13 84:2,10,25 |
| 85:8,20 |
| **appointments** |
| 74:8 77:19,21 |

[appointments - clinic]

81:22 82:16 89:5
89:10
**approximately**
16:11
**area** 33:25 59:15
**arrive** 85:22
**arrived** 50:3 51:12
52:18 57:25 86:6
**arriving** 49:25
**asked** 7:18 18:13
19:18 31:8 40:13
69:15 81:19,21
82:2 88:12 89:3
89:14
**asking** 6:4 12:2,3
27:8 81:22
**asleep** 45:24 46:3
46:4
**assistance** 6:9
**associated** 43:13
80:17
**atium** 5:19
**attached** 91:13
**attend** 10:13,20
11:14
**attorney** 5:25 7:23
**attorneys** 2:5,10
3:3
**authorized** 3:8
**available** 87:3
88:13,25 89:3,7
**avenue** 56:14
**awake** 45:24
**aware** 46:17,19

**b**

**b** 13:15,16
**babies** 23:19
**bach** 2:9 6:2
**back** 15:21 16:20
17:8 38:2,19
41:24 48:8 61:23

62:5 65:22,23
66:9,17 70:20
71:18 72:6 73:4
74:7 77:19 78:8
**bad** 16:22,24
17:16 30:17
**bae** 13:13,21
**bar** 14:22,25 15:5
15:13
**bartender** 15:2
**based** 37:19 54:20
68:5
**basically** 16:19
87:15
**basis** 18:11 31:6
35:21 42:20 48:3
63:19 76:11 81:17
88:15
**bates** 56:5
**bayside** 57:9
**beauty** 10:22,25
11:3,19,22 12:13
**beginning** 33:19
38:18
**belly** 49:2,4,6
**belonged** 14:22
**best** 5:4,9
**better** 45:3
**bigger** 24:17
**biggest** 19:5
**birth** 9:3 20:4,8,14
20:25 21:3,4,7,10
21:18,22,25 22:10
22:17,20,24 23:9
49:15 75:16
**bit** 76:20 89:12
**bleed** 46:23 47:2
**bleeding** 44:6,9
47:6,9 48:20 49:7
80:22 89:24

**blood** 60:13,14
61:14,20 65:8
66:5 68:5,9 77:4,7
92:17
**bochnik** 1:23 4:4
4:12 92:7,25
**body** 19:23
**born** 9:5
**bottom** 57:18
**bought** 52:20
**boulevard** 2:5
**boyfriend** 27:5,7
27:11,14,18 28:5,8
28:10,13,17 29:4
29:20 45:16,16
62:8,14 66:3 67:3
71:25 72:5,16
85:15
**brand** 20:14
**break** 7:16,17,20
39:17 74:3
**breast** 16:23,23
19:11 21:16 23:21
23:21 24:2 25:25
30:15,25 31:22
**breasts** 17:15 18:2
18:9,16
**brought** 6:6 89:11
**building** 79:18
84:5
**buy** 21:12 22:23
52:21
**byun** 13:13,21

**c**

**c** 2:2 5:15 24:24
25:3,6,18 31:2,17
32:2 92:2,2
**cab** 85:23
**call** 41:9,15,21
47:7 54:15,25
65:7,10,24 66:2

67:7 70:20 71:18
71:22
**called** 33:25 34:25
37:25 38:19 40:12
40:25 41:5,7
54:24 65:14 72:20
73:17 74:9
**cancerous** 24:12
24:13,15,18
**captioned** 1:17
94:9
**car** 53:24
**cause** 33:11 88:2
**caused** 30:20
**cecilia** 2:14 4:2
**center** 85:20 86:7
87:3,19
**certain** 10:21
**certify** 91:10 92:9
92:15
**chance** 43:21
70:11 81:8
**chang** 5:14
**change** 86:10 90:9
**children** 32:13
**cigarettes** 63:14
63:21
**circumstance**
51:20
**citizen** 9:8,11
**city** 5:14,16,19,20
52:12 72:10
**claim** 35:25 36:6
**clarify** 23:8
**classes** 11:13,15
11:17
**clear** 58:22 61:2,4
61:8,9
**clearly** 60:10
**clinic** 18:25 32:4
40:13,25 41:7,24

[clinic - documents]                                                        Page 3

43:4,10 45:8,13
47:7,13,16 53:11
53:13 70:6 73:5,7
74:9,12,20 75:14
78:3 87:25 88:5
88:10,23
**clinics** 68:17 77:9
77:15 85:11
**close** 53:19
**clothes** 86:10
**coffee** 12:19
**college** 10:17,19
**come** 15:19 36:13
41:5,17 50:20
52:23 58:12 61:23
64:6 65:21 66:8
66:20 69:10 72:6
72:19 73:4
**coming** 17:8
**communicate**
87:13
**complete** 6:13
**completed** 10:23
**completely** 46:2
**conditions** 31:3
**conducted** 6:8
**confirm** 53:16
55:5
**confirmed** 66:4
69:9,11 70:15
**consistently** 53:5
**constantly** 26:20
**contact** 90:7
**contemplated**
93:16
**contents** 47:14
**continued** 39:19
74:6
**continuously**
27:21 28:18

**contraception**
62:14 78:11
**contraceptives**
75:20 76:4,9,19
77:2
**control** 20:5,9,15
20:25 21:3,4,7,10
21:18,22 22:2,11
22:18,21,24 23:9
49:16 75:16
**conversation** 45:7
58:9,17 80:5
86:15 87:9,12,20
89:23
**copies** 8:13
**correct** 16:10,14
23:12,13 38:21
57:12,22 64:18
66:24 84:20 89:17
89:23 91:11
**correction** 94:2
**corrections** 3:19
91:12 94:6
**correspondence**
8:21
**cosmetics** 12:20
**counsel** 5:3 25:7
52:4 56:3
**counselor** 12:8
68:24 74:2
**counter** 21:13
86:9 87:6,10
**country** 9:12
**county** 91:4 92:5
**couple** 42:11
**courses** 10:17,24
11:11
**court** 1:2 3:11,22
4:20
**covered** 35:10

**cramps** 49:8
**current** 27:18 36:6
45:16
**currently** 13:9
27:11
**cv** 1:6
**cyst** 19:19 21:16
23:20,22 24:2,3,8
24:17 25:25 26:2
30:25 31:23
**cysts** 16:22 17:15
18:2,9,16

**d**

**d** 93:2
**daily** 63:19
**data** 93:6
**date** 9:3 18:6 41:4
41:17 52:24 56:25
65:12 73:11 80:7
84:2
**david** 1:7 94:4
**day** 19:10 38:7
47:18 49:24 50:2
52:18 58:2 63:21
73:14 86:4 89:11
91:23 92:21 94:24
**days** 15:8,10 37:25
38:20 49:5 53:3,5
65:25 67:8
**december** 16:11
17:11
**decide** 88:21
**deemed** 90:12
**defendant** 1:8
2:10
**defendant's** 56:22
90:13 93:12
**deletions** 94:7
**demographic**
90:11 93:13

**dennis** 1:7 94:4
**depending** 51:20
**deposit** 29:18
**deposition** 3:6,7
6:7 7:4,24 8:5,11
90:3 91:9
**describe** 83:8
**details** 35:12
43:19 45:6 89:22
**developed** 16:22
**diagnosed** 25:3,17
25:24
**difference** 83:24
**different** 12:10
31:24 64:24 79:6
84:4
**disclosed** 56:2
**discuss** 38:5,11,13
70:18 71:2
**discussed** 65:4
**discussion** 12:9
25:14
**district** 1:2,2
**doctor** 18:18,19,21
20:18,21,23 21:17
26:21,24 34:6
36:19,21,23,24
37:4,8,20 38:8,11
38:13,14,24 39:7
39:13,22,25 40:8
40:13 46:10 48:20
55:7 58:16 61:7
73:22 79:11
**doctor's** 17:25
**doctors** 68:18
85:11
**document** 56:9
93:6
**documents** 8:10
8:16

[doing - gil]

Page 4

doing  12:17 14:24
  16:4 72:9
dr  6:3,6 8:15,23
  9:24 20:24 22:9
  22:15 23:10 25:20
  26:4,10 30:8,20
  31:4 32:19,22
  53:18,19,23 54:11
  54:16,18,20,24
  55:8,15,16,19,25
  56:12,23 57:21,25
  58:12,18 59:2,10
  59:14,23 60:7,20
  61:10,14 62:5,17
  63:2,11 64:19,24
  65:7,19 67:6,10,15
  67:24 68:8,16,21
  69:23 70:4,9,15,22
  71:3,10,14,16,24
  72:8,14,20 73:14
  74:8 77:20,20
  78:21,24 79:8,9,22
  79:25 80:6,9,15,20
  80:25 81:7,13
  82:6,14,19,20,25
  83:3 84:2,25 85:8
  86:13 89:6
draw  60:14
drugs  25:16
due  18:3 21:16
  52:24
duly  4:3,12 92:11

e

e  2:2,2 4:11 13:16
  32:8,9 92:2,2 93:2
earlier  22:14
  24:19 26:8 30:14
  60:24 69:7 80:14
early  30:4 33:3
  35:8 60:12 67:12
  70:11 74:17,20

78:10,16
eastern  1:2
education  10:8
effect  3:10,21
either  8:23
emails  8:22
employed  14:15
english  4:25 5:19
  11:4,6,8,9,11,12
  11:14,17 86:25
entire  47:14
esq  2:6,11
estimate  83:12
evening  15:7
eventually  36:25
  65:7
exact  18:6 65:11
  73:11 79:17
exactly  10:5 20:12
  22:12 42:9 46:7
  59:12 65:3 70:22
  78:13 79:10 83:14
examination  1:15
  3:18 5:23 39:19
  59:3,7,11,13 60:8
  68:13 74:6 92:10
  92:12 93:4
examined  4:14
  19:16
exams  61:16
excessive  44:5,9
  47:3 80:21
exhibit  56:22
  90:13 93:13
exhibits  93:9,12
experience  48:25
experienced  48:21
experiencing
  62:18,20
explain  16:17
  17:22 19:21 24:22

41:8 43:5 44:8
  46:18 48:17 70:22
  79:22 80:2 83:10
explained  41:12
  42:2,3

f

f  92:2
fact  72:16
family  13:3 50:23
  51:3 72:15 86:2
famous  52:7
far  37:21,24 38:9
  53:21 54:19 67:25
feel  19:11 59:14
  62:23
feeling  15:17
  16:16,18
felt  19:10
female  18:3 19:20
  19:22
field  12:25 13:4,7
fields  11:22
filing  3:5
fill  55:18 56:18
  57:11
filled  57:5
financial  27:25
  28:5 30:6
find  50:13 53:17
  54:12
first  4:3 8:9 13:14
  25:2 27:10 32:25
  33:9 35:18 36:10
  37:7 38:4,7,15,23
  39:6,21 42:6
  53:15 55:15,19,20
  57:20,24 58:18
  59:9 62:16,25
  63:10 64:22 65:2
  65:5,6 68:15,20,25
  69:4 72:7 76:15

81:21 82:12,15
  85:8 89:15
five  27:15 33:22
  39:17 44:23 74:3
floors  79:20
flushing  2:6
following  94:6
follows  4:15
force  3:9,21
foregoing  91:8
form  3:15 56:18
  90:12 93:13
forth  92:11
forward  71:20
  72:21
found  17:25 18:16
  23:20,22 25:4
  49:24
four  15:10 27:15
  68:3
friend  13:11 14:22
  45:14,15
friend's  13:12
friends  13:6 50:22
  51:2 72:15 86:2
further  3:13,17
  10:24 92:15
future  23:19 24:18

g

g  5:15,15 34:4,4
gestational  64:21
gestures  87:16
getting  24:24
gil  2:11 5:8,22,23
  5:25 18:11,15
  25:9 28:21 31:6
  31:10 32:9,12
  35:21,24 36:3
  37:10 39:16,19
  42:20,23 48:3,6
  52:5 55:22 56:21

69:3 73:24 74:4,6
76:2,11,14 80:12
81:17,20 88:15,18
89:25 90:7 93:5
give   6:17 41:4
55:22 71:22 73:6
73:24 78:10
given   92:13
go   10:19 15:4,20
17:4 26:24 30:17
33:23 36:19,21
37:4 45:12 47:16
48:19 51:24 52:2
52:6 55:14 65:23
66:17 68:17 70:5
71:13,19 72:21
73:22 74:19 75:4
77:9,15 85:4,10,24
87:16
going   6:4 19:6
31:16 32:2,3
50:21,24 51:17,19
51:25 55:24 56:6
56:21 74:9,13,16
77:19 78:8 85:15
86:3 90:2
gonna   51:24 86:20
graduate   10:10
graduated   10:16
11:24 12:6
graduating   12:4
guess   7:13
guesthouse   51:8
51:11,18
gyn   18:22 37:15
53:16 74:12
gyns   54:12

**h**

h   4:11 5:15 13:15
hand   87:15 92:21

hands   59:18
handwriting
56:19
happened   37:23
41:23 54:23 55:2
61:19 78:23 86:6
health   34:25 35:3
35:7
hear   81:4 82:11
89:24
hearing   43:15
heidell   2:9 5:25
height   83:18,24
held   1:17 39:18
74:5 94:10
help   27:5
hepatitis   24:24
25:3,6,18 31:2,17
32:2,4
hereinbefore
92:11
hereto   3:4
hereunto   92:21
high   10:9,10,13,16
10:22,23 11:10,19
11:20,24 12:4,6
highest   10:7
hill   5:17,18,19
history   75:24
home   16:4 36:15
37:14 46:14 52:20
52:21 61:9 62:6
64:4 75:8,10
hormone   16:21
20:3
hormones   17:14
17:17,22 18:3
19:17,20,22,23
21:16
hospital   18:24
19:4,5,7,15 21:15

31:18,21,24,25
32:3,6,8,10 34:8
34:11
hotel   50:22,25
51:6,7
house   29:11,13,21
hurt   49:2
hyun   13:13,21

**i**

illegal   40:23
illness   62:24
imbalance   16:21
important   6:16
including   32:18
income   27:4,24
index   1:5
infection   44:2 81:2
information   57:6
informed   89:16
institution   10:20
insurance   34:20
34:24 35:2,4,7,11
90:12 93:13
intercourse   78:12
interested   92:18
internet   39:15,22
40:7,11 42:16
53:10
interpret   4:6
interpretation
6:12,14
interpreted   55:9
82:19 83:3
interpreter   2:15
4:2,15 5:2,11,13
6:10,13,21 9:7
12:7 13:14 25:7
25:12 32:7,11
34:3 52:3 67:19
68:24 87:2,23
88:7,13,25 89:2,6

89:14
interpreting   82:15
involved   8:7
issue   30:15
issues   17:15 24:20
24:23 26:9,11,16
26:17 30:20,25
48:20,23

**j**

jae   2:6
january   1:11 90:4
92:22 94:10
jeong   84:22
job   14:18,25
jobs   12:5,11,13
14:16
jsl   2:4
judge   88:21
justice   3:11

**k**

k   4:11 5:15
keep   26:15
kept   72:5
kim   1:7 6:3,6 8:15
8:23 9:24 20:24
22:15 25:20 26:4
26:10 31:4 32:19
32:22 53:18 54:11
54:16,18,20 55:8
55:16,25 57:21
58:12,18 59:2,10
59:14,23 60:7,20
61:10 62:5,17
63:2,11 64:19,24
65:7,19 67:6,10,15
67:24 68:8,16,21
69:23 70:4,9,15,22
71:3,10,14,24 72:8
72:14,20 73:14
74:8 77:20 78:21

78:24 79:9,22,25
80:6,9,15,20,25
81:7,13 82:6,19
83:3 84:2,25 85:8
86:13 89:6 94:5
**kim's** 22:9 23:10
30:8,20 53:19,23
54:24 55:19 56:12
56:23 57:25 61:14
71:16 77:20 79:8
82:14,20,25
**kind** 8:16 18:25
20:2 21:25 22:3
25:5,9 31:15
39:10 40:12 51:8
62:13
**kit** 52:20,22 61:9
**knew** 47:25 48:15
**know** 4:24 6:20
7:3,9,11 11:9 18:6
18:20 21:25 22:3
24:8,13 30:22
33:16 35:6,9
39:12 40:18 42:5
42:10 46:5,7 49:3
50:4 54:4,6,7
61:23 62:11 68:4
71:19 83:4 86:3
88:6 90:8
**korea** 9:6,9 10:14
10:18 15:11,20
17:5,7 19:5 20:22
22:16,19,21 23:11
34:25 40:19 66:9
66:18 72:6 74:10
77:11,16 89:16
**korean** 2:15 4:2
5:3,12 6:9,13
20:14 21:7,22
22:23,25 23:3,4,5
52:19 53:16 54:12

55:8 87:6,21
**kyungnam** 5:14

**l**

**late** 21:18
**law** 2:4
**lawsuit** 6:5 8:8
**learn** 35:18 36:9
39:24 40:7 42:16
49:22 52:17
**learned** 35:17
40:11 64:14
**lee** 2:6,14 4:2
13:22 18:10,13,18
28:20 29:6 31:5,8
31:12 35:20,23
36:2,7 37:9 39:3
40:20 41:3 42:8
42:19,22 45:20
48:2,5 66:12 69:5
71:6 72:3 74:2
75:25 76:10,13
80:11 81:16,19
82:2,9 88:14,17,21
90:6
**left** 19:13 23:21
24:2,11 25:25
71:16
**legal** 40:19
**letters** 8:22
**level** 10:8
**line** 93:3 94:12
**liquid** 25:8,8
**listen** 6:12
**little** 44:18 45:3
76:20 89:12
**live** 13:9,11 28:8,9
**lived** 9:14 28:14
30:3
**liver** 16:24 17:16
24:21,23 25:22
30:16

**living** 13:18,19,20
28:18,22,24 29:3,5
29:9,11,21
**llp** 2:9
**location** 54:21
**lodging** 51:23
**long** 13:20 14:7
21:21 22:9 27:13
34:12 42:5 44:9
46:5,8 47:10 49:3
51:14 61:25 66:20
76:22 84:12 89:18
**longer** 44:18 45:3
**look** 18:7 50:5,8
50:12 73:12
**looked** 37:15
53:15 58:20,21
65:15
**looking** 53:12
**looks** 83:11
**lump** 19:10,12,15
19:19 21:15 24:4
24:17

**m**

**m** 4:11 5:15,20 9:7
**m.d.** 1:7 94:5
**machine** 58:21
59:18
**main** 2:10
**major** 63:3
**mall** 12:18 16:5,7
30:11
**manhattan** 52:7
54:2
**mark** 56:22
**marked** 90:12
**market** 52:19
**marriage** 92:17
**masan** 9:6
**matter** 1:17 92:19
94:9

**mean** 17:23 33:9
51:22 73:15,16
79:4
**means** 7:5
**meant** 61:6,8
**medical** 8:14,18
12:22,25 13:4,7
23:4 31:3 34:14
34:20,23 50:7
77:9,16
**medication** 17:20
19:24 20:25 21:3
25:11 31:19 44:12
69:25 70:6 78:11
81:15 82:8
**medications** 49:13
78:15,19
**medicine** 20:3
**meet** 30:18
**members** 13:3
86:3
**mention** 38:17
**mentioned** 24:19
28:11 30:14 69:7
70:2 80:13 82:3
**met** 27:9
**mid** 76:21
**mine** 14:23
**minhye** 1:4,16 4:7
4:23 5:1 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1

[minhye - park]

42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:7,20 94:4
94:22
**minji** 84:22
**minute** 39:17
**minutes** 74:3
**missed** 63:7
**monetary** 27:25
**month** 50:16
**months** 25:4 75:21
76:23
**morning** 85:21
**murphy** 2:9 6:2

**n**

**n** 2:2 4:11 5:15,15
5:15,15 9:7 13:15
13:15 32:7,9 34:4
34:4 93:2
**name** 4:21 5:24
13:12,14,15 18:20
32:5 34:5,10
35:14 36:22 54:4
55:12 56:12,16,25
84:21
**natural** 19:22

**nature** 36:6
**nausea** 62:18
71:10
**need** 6:11 7:16,25
18:7 39:16 48:8
50:4
**needed** 46:19
**negative** 75:13
**neighborhood**
54:5
**neither** 76:14
**never** 8:25 11:16
20:2,7 26:14 82:3
**new** 1:2,19 2:6,11
4:5,14 7:24 52:11
57:10 72:10 85:4
85:11 90:5 91:2,4
92:3,8
**northern** 2:5
**notary** 1:18 3:20
4:4,13 92:7
**noted** 90:17 94:7
**november** 13:17
57:21 74:17,20
76:5,24 77:10,14
78:10,16 84:16
**number** 5:17,20
5:21
**nurse** 46:13,15
55:9 58:3,5,9,15
67:21,22 72:25
73:2,17 79:9
82:14,18 83:2,8
**nurse's** 55:11

**o**

**o** 5:15 32:7,9 34:4
**o0o** 2:17 4:9,17
90:15 91:16
**oath** 3:9 7:5
**ob** 18:22 37:15
53:16 54:12 74:12

**objection** 13:22
18:10,12 28:20
29:6 31:5,7 35:20
35:22 37:9 39:3
40:20 41:3 42:8
42:19,21 45:20
48:2,4 66:12 69:5
71:6 72:3 75:25
76:10,12 80:11
81:16,18 82:9
88:14,16,19
**objections** 3:14
76:15
**october** 77:10,14
**office** 12:22 53:19
53:23 54:21,24
55:3,19 56:13
57:25 61:14 71:17
77:22 79:4,8
82:14,21,25 83:5
**officer** 3:8
**offices** 2:4
**oh** 8:16 54:25 61:6
**okay** 5:22 6:22 7:2
7:7,12,15,21 8:3
10:7 11:18 12:16
14:4 15:15 17:13
17:21 20:8 21:6
24:5 31:25 32:5
37:3,6 38:8 39:12
39:16 40:15 41:14
43:17 44:22 46:2
46:18,25 47:18
48:6,11,18 50:6
51:25 53:17 55:22
56:21 57:20 58:25
60:24 61:13 63:5
65:17 66:25 67:9
68:8 71:23 72:19
78:8,23 84:14
86:19 90:6,10

**old** 83:15
**once** 10:23 41:13
46:9 60:3 61:22
63:23 64:2 69:11
**online** 12:17,18
16:4,5,7 30:10
**operation** 86:11
86:12
**options** 64:24
69:20
**oral** 75:19 76:4,8
76:18 77:2
**order** 50:4
**outcome** 92:18
**outside** 11:15

**p**

**p** 2:2,2 4:11
**p.c.** 2:4
**p.m.** 15:6
**page** 55:24 56:5,23
57:18 91:13 93:3
94:12
**pages** 91:9
**paid** 29:15
**pain** 48:25 49:4,6
49:7
**papers** 46:16
**paperwork** 55:18
**parenthood** 70:6
82:7
**parents** 29:24 30:3
**park** 1:4,16 4:7,23
5:1,24 6:1 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1

34:1 35:1 36:1
37:1 38:1 39:1,20
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1,10 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1,7 75:1
76:1,19 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:7,20 94:4,22
**part** 11:2 12:11,12
12:15
**parties** 3:4 92:16
**passed** 52:24
**patient** 90:11
93:13
**pay** 29:12,17,20
34:17 35:7
**paying** 28:25
**people** 30:18,22
51:9
**perform** 40:2,14
58:12 59:6,10
60:7 68:8,12,22
70:23 74:23
**performed** 8:15
25:20 26:4 34:8
41:10 43:6 55:6
59:20 61:21 67:15
75:8 77:22 79:2
79:13,16,23 80:3

**performing** 41:2
60:5 81:12
**period** 23:10
36:12,12 52:23,24
53:2,4 63:7 74:22
**person** 28:11 73:8
86:8 87:5,6,9,12
87:14
**phone** 41:9,12,15
41:20 61:24 65:7
65:24 66:2
**phonetically** 5:4
**physical** 30:13
59:2 60:7 68:12
**physically** 62:23
83:9
**pick** 54:18
**picked** 54:20
**pill** 20:15 21:3,7
21:11
**pills** 20:5 21:5,22
22:2,11,18,21,24
23:9,14 49:16
75:16
**pimples** 26:19,22
**pittoni** 2:9 6:2
**place** 50:25 72:12
79:6 85:5
**places** 12:14 51:24
52:7,8,11
**plains** 2:11
**plaintiff** 1:5,16 2:5
**plaintiff's** 56:3
93:9
**plan** 50:14 71:18
**plane** 50:9,10
**planned** 70:5 82:7

**planning** 51:14
**plans** 71:25
**please** 4:22 5:9
6:20 7:10,13 40:5
**point** 33:5 58:11
59:5 65:19 75:7
79:25 80:19,24
81:6,12,23 82:5
85:10 87:18
**positive** 37:15
54:9 64:3
**possible** 40:17
69:16,18
**practice** 8:24
**pregnancies** 32:23
**pregnancy** 23:15
23:16 32:18 33:4
33:8,14 36:4,13,15
36:19,25 37:14,17
38:6,16 39:2,9,14
40:3,9 42:17
43:23 44:14 47:15
48:13,16 49:18
53:16 54:9 55:5
58:24 60:12 62:11
63:6,23 64:3,25
65:16 66:4,11
67:2,12 68:2,23
69:8,12,14,16,21
69:24 70:7,10,13
70:16 72:2 75:8
75:10 81:10,14
**pregnant** 32:16
33:2,17 35:18,19
36:10,11 37:20
38:9 44:24 49:20
49:23 52:18 53:8
59:24 60:3 62:7
64:15 72:17 77:6
**preparation** 8:11

**prescribe** 20:24
21:2
**prescribed** 31:18
**prescription** 21:10
**present** 2:14
**prevent** 23:15
**previously** 56:2
81:20 89:20
**prior** 36:4 81:12
82:5
**privacy** 36:2 76:13
**procedure** 8:15
22:10 25:20 26:3
26:13,15 34:15,18
35:8,13 41:5,9,16
41:18,24 42:3,7
43:4,10 45:24
46:3,6,10 47:19
86:22
**proceed** 7:23
**producing** 19:23
**products** 23:3,4
47:20 70:13 81:10
**profession** 10:21
**proper** 76:15
88:18
**provide** 27:24
30:5
**provided** 28:5
56:6
**providers** 77:9,16
**public** 1:18 3:20
4:4,13 92:7
**purpose** 50:17
**pursuant** 7:22
**put** 59:16

**q**

**queens** 54:3
**question** 6:20,24
7:18 13:23 18:17
31:11 33:7 37:11

[question - show]                                                                 Page 9

39:5 40:4,21
42:25 44:21 45:21
48:7,10,14 59:8
69:6 77:12 81:25
82:23 88:20
**questions**  6:5,15
6:18 7:10 86:21
88:11,22

**r**

**r**  2:2,11 4:11 92:2
**read**  11:8 48:8
91:8 94:12
**really**  16:22,24
17:16 33:6 44:20
48:9 87:11
**reason**  7:17 63:5
**reasons**  30:11,13
**recall**  7:8,11 74:9
**received**  8:23,25
**recess**  39:18 74:5
**recognize**  84:21
**recollection**  75:23
84:18
**record**  4:21 12:8,9
25:13,14 50:5,6
56:4 92:13
**records**  8:14,18,19
18:7 34:14,15
50:7 55:25 56:5
56:24 73:12 75:18
77:20 84:14
**refer**  82:7
**referring**  17:2
50:7
**reflect**  75:19 84:14
**refresh**  84:17
**regarding**  65:8
**regular**  83:18
**related**  8:14 26:3
34:15 92:16

**relevance**  13:22
35:23 42:22
**relevancy**  76:13
**relevant**  35:24
36:4,7 42:24
76:17
**remember**  10:5
14:12 22:12 32:21
34:5,7,10,13,19
35:12 36:22 37:7
41:11,19 42:9
43:7,8,11,12,15,19
43:20,25 44:4,10
44:16 45:7,11,18
45:22,23 47:11
49:7 50:2 52:10
55:11 58:10 63:10
64:19,23 65:3,11
70:4,9 71:8 74:16
76:3 77:3 78:6,13
78:14 79:10,17
83:16 85:19 89:19
89:22
**remove**  47:14
70:12 81:9
**removed**  24:4,9,10
24:14,16 47:20,25
48:12,16
**rent**  29:12,14,15
29:18,21
**repeat**  6:24 39:5
40:4 59:8 77:12
**rephrase**  6:25
**reported**  75:19
**reporter**  1:23 4:20
**reporting**  32:21
**represent**  6:2
**request**  87:23 88:7
**requested**  93:6
**reservation**  51:6
51:11

**reserved**  3:15
**respective**  3:4
**response**  48:5
**responses**  6:17
**rest**  47:4
**results**  47:17
61:22 62:2 65:8
**resume**  90:3
**return**  8:2 15:13
65:18 67:5 73:13
**returned**  15:11,20
42:6 43:3
**returning**  66:23
**review**  8:10
**right**  31:20 64:8
65:25 78:4 82:12
**risk**  44:2,5 80:21
81:2
**risks**  43:13,18
80:16 89:4,7,16,21
**rockland**  92:5
**room**  58:12,15,19
86:11,13
**rosemom**  74:9
75:15,18,24 77:5,8
77:17 78:9,9,16,20
**rulings**  93:16

**s**

**s**  2:2,6 9:7 32:8,9
94:12,12
**sac**  64:21 67:14
**sae**  32:6
**salon**  11:3
**salons**  12:13
**sanford**  56:14
**saw**  53:7
**saying**  72:5
**says**  56:15 57:2,9
**scared**  89:12
**schedule**  15:5
65:18 73:18,19,20

**scheduled**  85:13
**school**  10:9,11,13
10:17,22,24 11:10
11:13,15,19,20,24
12:4,6
**screen**  56:7,8
**sealing**  3:5
**search**  40:6,10
42:15 53:10 54:13
**searched**  39:15,22
**second**  17:6 45:9
55:23 67:16,20
68:2,7,9,13,16
69:12 70:24 71:3
71:9,14,17,23 72:8
72:13 73:25 76:16
**section**  23:2
**see**  56:9,15 57:3
60:9,21,22 61:4,11
61:12 64:21 67:14
73:22 77:6 79:8,9
79:11
**seen**  75:3
**sell**  23:3
**selling**  12:20
**served**  67:19
**set**  80:7 84:2 92:11
92:21
**shabu**  79:19,19
**share**  56:7
**shared**  51:8
**sharing**  56:8
**sheet**  94:2
**shop**  12:19
**shopping**  12:18
16:5,7 30:10
**short**  83:17
**shorter**  83:21
**shorthand**  1:23
**show**  55:24 77:20

[shower - terminated]

**shower** 19:10
**shown** 91:12
**signature** 57:17
  92:24
**signed** 3:7,10,19
  3:21
**signs** 88:6
**six** 44:24
**skin** 16:21 17:14
  26:9,12,14,16,17
  30:16,20,24
**smoke** 63:14 64:9
**smoked** 64:11,16
**smoking** 63:16,18
  63:24 64:2,7,16
**somebody** 8:24
**someplace** 15:25
**soon** 84:9
**sorry** 73:24 78:8
**source** 27:4
**south** 9:6,9 10:14
  10:18 15:11,20
**speak** 11:4 55:8
  57:24 71:24 72:14
  72:24 82:20 86:18
  86:24 87:6
**speaking** 5:12
  58:14 64:23
**specializes** 32:4
**specific** 30:12
  31:11 33:20
**speculate** 7:14
**spelled** 34:4
**spoke** 83:2,4 87:5
  87:21
**ss** 91:3
**stamped** 56:5
**start** 6:14 14:10
  15:24 16:6 22:10
  86:20

**started** 12:3 16:4
  20:20 21:6 27:3
  28:24 29:3 30:10
  64:7 88:10
**state** 1:19 4:5,13
  4:20 5:17,18,19
  91:2 92:3,8
**states** 1:2 9:15,18
  9:21 10:4 14:5,14
  15:12 17:4 23:6
  53:11 74:14
**stay** 50:21,24
  51:17,19
**stayed** 72:12 85:5
**staying** 50:22
  51:15 53:20,22
  54:2 57:14 66:22
  72:12 85:6
**stipulated** 3:2,13
  3:17
**stop** 64:2 90:2
**stopped** 22:8
  64:15 75:21
**straight** 86:10
**street** 2:10 5:17
  57:9
**studies** 23:25
**subject** 91:11
**subscribed** 91:22
  94:23
**successful** 44:18
**supermarket** 23:2
  23:6
**support** 27:25
  28:2,5 30:6
**supposed** 14:8
**sure** 6:11 26:5,6
  37:16 44:3 58:23
  59:9,12 62:11
  74:4 77:24 83:14

**surgery** 16:20,25
  17:2,3,5,7,18 20:6
  20:9,11,13,17,19
  20:22 22:7,15,16
  22:18 23:10,11,17
  24:3,5 26:10 30:9
  30:21,23 31:4
  33:15,18,24 34:6
  35:10 38:3,5,21,25
  39:8,11,13,23 40:2
  40:9,12,18 41:2
  42:4,18 43:14
  44:6,13,17,23 45:4
  45:9,13,19 47:8,12
  48:19,22,24 49:9
  49:12,16 53:13
  68:22 69:15,21
  70:17,23 71:20
  73:14,18,20,21,23
  77:23 78:2,25
  79:13,16,22 80:2,8
  80:10,17,20,22,25
  81:3,5,7,13,24
  82:6 84:3,7,11,15
  85:2,9,14,18 88:10
  89:4,8,12,17
**surgical** 85:20
  86:7 87:3,19
**sworn** 3:7,10,21
  4:3,12 7:4 91:22
  92:11 94:23
**symptoms** 49:11
  63:4

| **t** |

**t** 5:20,20 34:4 92:2
  92:2
**take** 7:17,19 10:17
  11:16 20:12,16
  21:4,21 22:4,17,20
  39:17 44:12 49:13
  49:15 53:24 62:2

76:8,18,22 78:12
  78:19
**taken** 14:2 19:24
  20:4 21:18 76:4
  76:25
**talk** 39:10 46:10
  46:13 66:25 80:16
  80:25
**talked** 86:8
**talking** 8:17 78:3
**tall** 83:16,19
**taller** 83:21
**taught** 11:11
**tell** 7:5,10 21:17
  37:6,20 38:14,24
  39:7 40:15,24
  43:17 44:11 45:2
  45:18 46:22 47:5
  47:13,19,24 48:15
  54:8 58:4 60:2,20
  61:25 62:5 65:13
  66:3,16 67:9,24
  68:21 69:13,17,19
  69:23 72:20 73:2
  75:2,15 79:12,15
  80:9,20 81:7,13
  85:14,17
**telling** 41:19 64:19
  70:4,9 75:24
  87:16
**ten** 63:20,21
**terminate** 23:16
  33:8,13 38:6,16,25
  39:9,14 40:2,8
  42:17 43:22 44:13
  64:25 66:11 68:23
  69:14,16,20,24
  70:7 81:14
**terminated** 36:5
  36:25

| | | | |
|---|---|---|---|
| **terms** 35:13 | 10:3 11:2 12:11 | **training** 10:21,25 | **understand** 6:19 |
| **test** 36:13,14,16,18 | 12:12,15 14:2,3,15 | 11:21 12:24 | 6:23,25 7:20 11:6 |
| 37:14 52:20,21 | 14:17,20,21 15:4 | **transcript** 91:11 | 33:6 44:20 48:9 |
| 53:7 54:9 60:13 | 15:12,19 23:9,10 | 94:8 | 82:22 |
| 60:18 61:9,14,20 | 24:14 27:23 30:2 | **translate** 5:5 | **united** 1:2 9:15,17 |
| 63:6,24 64:3 66:5 | 30:8 32:25 34:12 | **travelling** 52:14 | 9:21 10:4 14:5,14 |
| 68:5 75:8,11 77:7 | 34:21,24 35:19 | **travels** 72:9 | 15:12 17:4 23:6 |
| **testified** 4:14 8:4 | 36:10 37:7 39:24 | **treated** 9:24 31:2 | 53:11 74:14 |
| 22:14 26:8 39:20 | 40:19,22 44:22 | **treatment** 19:7 | **university** 18:23 |
| 48:11 83:2 89:20 | 47:10 49:19 55:20 | 24:25 25:5,8,10,15 | 19:4,7,15 21:15 |
| **testimony** 4:6 91:9 | 57:14 62:16,25 | 31:15,17 | 31:21 |
| 92:13 94:8 | 64:6,10,12,13,22 | **trial** 1:15 3:15 | **urine** 60:18 |
| **thank** 5:10,22 | 72:20 73:23 75:12 | **trip** 14:3,4 50:14 | **use** 36:15 |
| 32:12 | 76:25 82:12 84:7 | 50:18 | |
| **thereto** 3:19 | 84:24 85:3,7,19 | **trouble** 26:14 | **v** |
| **things** 9:2 46:16 | 87:24 88:9,23 | **true** 91:10 92:12 | **vacation** 14:3,7,11 |
| 46:19,24 81:4 | 89:25 90:5,9,17 | **truth** 7:6 | 14:14 15:4 |
| **think** 10:6 13:24 | **times** 32:15 37:3 | **truthfully** 4:6 | **vagina** 59:17,20 |
| 17:9 21:23 22:13 | 78:7 | **try** 5:7 | 60:6 |
| 24:6 33:22 37:5 | **today** 6:5 8:11 | **turn** 24:12,17 | **vaginal** 59:6,11,13 |
| 41:25 42:13 46:8 | **told** 11:18 18:8 | **twice** 32:17 37:5 | 59:15 |
| 46:15 49:5 62:3 | 19:16,19 20:18 | **two** 13:24 16:2 | **vehicle** 53:25 |
| 65:4,20 66:21,22 | 21:4,14 24:11 | 17:24 18:4 24:6 | **verbal** 6:17 |
| 68:3 70:2,19 | 25:18 26:2 30:19 | 28:23 49:5 77:21 | **veritext** 90:8 |
| 71:21 78:18 79:11 | 37:24 38:9 41:14 | 81:22 82:15 | **videoconference** |
| 80:13 83:10 84:12 | 41:15 43:9,12,20 | **type** 12:22 30:5 | 1:18 6:8 |
| 84:19 85:21 86:19 | 43:25 44:4,16 | | **visit** 10:2 51:4,24 |
| 89:3 | 47:7,22 48:12 | **u** | 52:2 61:17 65:5,6 |
| **thinking** 89:13 | 62:8 63:11 65:21 | **u** 5:15,20,20 13:15 | 71:17 75:22 |
| **third** 77:25 78:24 | 66:8,17,19 68:6 | 13:15 | **visited** 9:17 |
| 79:7 80:6,15 | 70:16,19 71:4 | **u.s.** 49:25 50:3,15 | **visits** 82:21,24 |
| 82:13 83:25 84:10 | 73:4 78:25 79:5 | 51:3,15 | 83:6 |
| 84:25 | 84:3,6 89:21 | **ultrasound** 19:9 | **vomiting** 62:21 |
| **thought** 62:7 | **tomorrow** 8:2 | 23:24 37:18,19 | 71:11 |
| **three** 14:9 15:10 | 90:4 | 55:4,6 58:7,13 | |
| 32:22 49:5 51:16 | **tong** 33:25 | 59:2,16,18,19 60:6 | **w** |
| 51:18 78:6 82:24 | **top** 79:20 | 60:10,21 61:11,20 | **w** 5:15 34:4 |
| 83:6 | **topic** 69:9 89:10 | 64:20 67:13,16 | **wait** 62:10 |
| **ticket** 50:9,11 | **total** 32:23 | 68:5,7 74:24 | **waited** 44:18 45:3 |
| **time** 3:15 7:25 8:2 | **town** 35:15 | 78:17 | **waived** 3:6 |
| 8:9 9:20,22,24 | | **undergoing** 25:6 | **walk** 53:23 |

**[wang - zoom]**

**wang** 34:2
**want** 30:17 83:4
**wanted** 38:2,15,20
  50:20 51:23 52:6
  58:6,23 66:10
  69:13 71:19 72:21
**way** 26:3 42:17
  66:20 92:18
**we've** 28:22
**weakness** 62:24
**week** 15:8,10 17:9
  21:23,24 22:5,13
  42:11,14 62:3
**weeks** 14:9 33:16
  33:22 42:11 44:24
  51:16,18 68:3
**went** 11:16 14:3
  14:13 17:25 19:2
  19:8,14 20:19
  22:25 31:22 32:19
  37:5,7,16 39:25
  40:8 41:13,23,25
  43:10 45:14 46:14
  52:19 53:18 54:25
  55:2,17,19,20
  58:15,18 65:25
  73:7 74:13,21,24
  75:6,14 78:9,15
  85:2 86:9,10
**whereof** 92:20
**white** 2:11
**withdrawn** 29:2
**witness** 4:23 5:11
  90:10 91:7 92:10
  92:14,20
**woke** 46:9
**won** 5:14
**work** 12:14,16
  13:4,7 15:9,13,14
  15:16,18,21,22,22
  16:3,12,16 30:12

  30:13 68:9 77:4
**worked** 11:2,25
  12:10,17,19,19,21
**working** 12:3
  13:25 14:19,21
  15:23,24 16:4,6
  27:3,24 29:16
  30:10
**write** 5:4
**written** 52:9

**x**

**x** 1:3,9 93:2
**xx** 9:4,4

**y**

**y** 4:11 5:15 13:15
  13:15 32:7,9
**yeah** 40:22,22
  49:24 64:8
**year** 16:8
**years** 13:24 16:2
  17:24 18:4 24:7
  27:15 28:23 75:20
**yon** 32:6
**york** 1:2,19 2:6,11
  4:5,14 7:25 52:11
  57:10 72:10 85:4
  85:11 90:5 91:2,4
  92:3,8
**young** 33:12 76:6
  76:7,9

**z**

**zoom** 1:17 6:8

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.