## CERTIFICATION OF RECORDS

I hereby certify that the attached medical records are a complete, true and authentic reproduction of records made in the regular course of business at the office of Dr. David Kim concerning the following patient:

Minhye Park
(Patient's Name)

December 15, 1988
(Date of Birth)

These records were created at the time of the condition, act, transaction, occurrence or event or within a reasonable time thereafter.

Date: _Nov. 25, 2020_

_____
(Signature)

Alice Park / Secretary
(Print name/title)

 Dr. David Dennis Kim

143-16 Sanford Avenue,
Flushing, New York 11355
(Provider's Name & Address)

2312964.1
2049454.1

**David D. Kim, MD**
**Obstetrics and Gynecology**
**143-16 Sanford Ave., 1st Floor**
**Flushing, NY 11355**

**Tel. 718-445-1700**
**Fax. 718-445-3097**

## Patient Demographic Insurance Form

Name(이름) : _Park Min hye_ Date(날짜): _2017. 11. 16_

Address(주소): _43-11 220St Bayside NY 11361_

City: _____ State: _____ Zip Code: _____

Date of Birth (생년월일): ___8812 15___ Cell Phone(전화번호): _017 883 3535_
Home Phone: _____
Work Phone: _____

Primary Insurance Carrier: _____

Insurance ID #: _____ Date Insurance Started: _____

Reason for Visit: _____

Referring Doctor / Friend: _____

Would you like to have a female present as a chaperone during your exam?     YES   (NO)
(검사도중 여성분이 같이 계시길 원하시나요?)

Would you like to have a Korean translator?(한국어 통역이 필요하신가요?)     (YES)   NO

May Dr. Kim's office call you and leave a message? (음성메세지를 남겨도 괜찮은가요?)     (YES)   NO

The provider (David D. Kim, MD) may release to governmental agencies, insurance carriers, or their designated agents or the legal or financial departments representing me or the provider, all information needed to substantiate payment for my medical care and permit representative thereof to examine and make copies of records in relation to such care and treatment.

I hereby assign, transfer and set over to David Kim, MD monies and/or benefits to which I may be entitled from governmental agencies, and insurance carriers or others who are financially liable for my hospitalization and/or medical care to cover the costs of treatment rendered to myself or dependent I will contact David Kim, MD in writing within 30 days of any changes to my insurance and; or of the above information and agree to pay him in full any deductible and co-payment my insurance requires me to pay.

Signature of Patient(서명): _____ Date(날짜): _2017. 11. 16_

QuestQuanum™

**David D. Kim, MD**
**Obstetrics and Gynecology**
**143-16 Sanford Ave., 1st Floor**                                    **Tel.  718-445-1700**
**Flushing, NY 11355**                                                **Fax. 718-445-3097**

## Patient Consent Form

Our Notice of Privacy Practices provides information about how we may use and disclosed protected health information about you. The Notice contains a Patient Rights section describing your rights under the law. You have the right to review our Notice before signing this Consent. The terms of our Notice may change. If we change our Notice you may obtain a revised copy by contacting our office.

You have the right to request that we restrict how the protected health information about you is used or disclosed for treatment, payment, or health care operation. We are not required to agree to this restriction, but if we do, we shall honor that agreement.

By signing this form you consent to our use and disclosure of protected health information about you for treatment, payment, and healthcare operations. You have the right to revoke this Consent, in writing, signed by you. However, such a revocation shall not affect any disclosures we have made in reliance on your prior Consent. The Practice provides this form to comply with the Health Insurance Portability and Accountability Act of 1996 (HIPPA).

The Patient understands that :

1.   Protected health information my be disclosed or used for treatment, payment, or healthcare operations.
2.   The Practice has a Notice of Privacy Practices and that the patient has the opportunity to review this Notice
3.   The practice reserves that right to change the Notice of Privacy Practices.
4.   The patient has the right to restrict the uses of their information but the Practice does not have to agree to those restrictions.
5.   The Patient may revoke this Consent in writing at any time and all future disclosures will then cease
6.   The Practice may condition receipt of treatment upon the execution of this Consent.

This consent was signed by        Park  Min  hye                    11/16/17

(printed name of patient or representative)

Signature (I have received a copy of the privacy notices)        Date

Witness:                                                              2010. 11./6

(Printed name of Practice representative )        Date

Signature        Date

000003

QuestQuanum™

환자분께서는 의료보험이 현재 유효한지
환자분께서 직접 확인하시고 진찰에
임하셔야 됩니다.
만료된 의료보험으로 진찰을 받으실 경우,
환자분께서 **PAY** 하셔야 합니다.

IT IS YOUR RESPONSIBILITY TO
CHECK THE ELIGIBILITY OF YOUR
INSURANCE BEFORE THE VISIT. IF
YOUR INSURANCE IS NOT ACTIVE AT
THE TIME OF SERVICE, YOU HAVE
TO PAY FOR THE VISIT.

SIGNATURE OF PATIENT: _____

DATE: _____ 2017 . 11 . 16 _____

QuestQuanum™

# 린치증후군 및 유전성 유방암 및 난소암 증후군에 대한위험 평가

환자 이름: _Park Min hye_          담당 의사: _____

생년월일: _681215_          작성 일자: _11/16/17_

지침: 귀하와/또는 귀하 가족 (모계(어머니) 또는 부계(아버지)쪽 모두)에 해당하는 경우 Y에 동그라미 표시를 하십시오. 각 내용 다음에, 귀하와의 관계 및 진단 연령을 적으십시오. 귀하 및 다음과 같은 가족 구성원이 해당됩니다:

부모, 형제, 자매, 아들, 딸, 조부모, 손자녀, 숙모, 숙부, 조카, 질녀,
배다른 형제, 사촌, 증조부 및 증손자녀

각각의 항목은 개별적으로 답변하여야 합니다; 질문에 답할 때 동일한 암 진단을 한 번 이상 적을 수 있습니다. 본 설문지는 유전성 유방 및 난소암 증후군의 일반적인 양상에 대한 선별검사 도구입니다. 이 내용을 귀하의 의료진과 공유하여 귀하의 유전성 암 위험을 판정하는데 도움이 되도록 하십시오.

| | 대장 및 자궁암 | 자신 | 가족 | 진단 시 연령 |
|---|---|---|---|---|
| 예 (아니오) | 50세 이전에 자궁(자궁내막) 암 | | | |
| 예 (아니오) | 50세 이전에 대장암 | | | |
| 예 (아니오) | 동일인 또는 부계 또는 모계 쪽에서 2건 이상의 린치 증후군* | | | |

*다음을 포함한 린치 증후군 관련 암: 대장/직장, 자궁/자궁내막, 난소, 위, 신장/요도, 담관, 수장, 췌장, 뇌, 그리고 피지 선종/암종

| | 유방 및 난소 암 | 자신 | 가족 | 진단 시 연령 |
|---|---|---|---|---|
| 예 (아니오) | 50세 이전에 유방암 | | | |
| (예) 아니오 | 난소암 | | | |
| 예 (아니오) | 동일인 또는 부계 또는 모계 쪽에서 2건의 원발성(무관한) 유방암* | | | |
| (예) 아니오 | 남성 유방암 | | | |
| 예 (아니오) | 삼중 음성 유방암† (병리검사상 ER-, PR-, HER2-) | | | |
| 예 (아니오) | 모든 연령대에서 3건 이상의 HBOC 관련 암§§ | | | |
| 예 (아니오) | 모든 연령대에서 HBOC 관련 암의 아시케나지 유대인(Ashkenazi Jewish) 조상 및 개인 또는 가족력§§ | | | |

†HBOC 관련 암은 유방(DCIS 포함), 난소, 췌장, 그리고 공격성 전립선 암을 포함합니다.
§§가족은 부계 및 모계의 1, 2, 3차 직계 존/비속을 포함합니다.

| | |
|---|---|
| 예 (아니오) | 귀하나 귀하의 가족 중에 유전성 암 위험에 대한 검사를 받은 사람이 있습니까? 있는 경우 기록해 주십시오: |

환자 서명 _____   일자 _11/16/17_

## 설문 검사자 용

□ 추가적인 위험 평가 및/또는 유전자 검사 대상자:  ○ 린치   ○ HBOC
□ 검토를 위해 환자에게 알린 정보
□ 추적관찰 내원 일정          날짜: _____

□ 환자에게 유전자 검사 제안 결과:
   ○ 수락   ○ 거절

의료진 서명 _____   일자 _11/16/17_

† 삼중 음성 유방암에 대해 자세히 아시려면 귀하의 의료진에 물어 보십시오.
의료 협회 가이드라인에 근거한 평가 기준. 개별 협회 가이드라인에 대해서는 웹사이트를 방문하십시오
Myriad 및 Myriad 로고는 미국 및 기타 법적 관할지에서 Myriad Genetics, Inc.의 상표 또는 등록 상표입니다. ©2013

PCRA/09-13    MYRIAD®

David D. Kim, MD

Obstetrics and Gynecology

143-16 Sanford Ave., Flushing, NY 11355

Tel. 718.445.1700    Fax. 718.445.3097

Patient Name:    MIN HYE PARK
QuestQuantum™

Date of Birth:    12/15/1988

D.O.S.

-----------------------------------------------------------------------

Page 1 of 4

Age    Gravida:    Para:    LMP    QuestQuanum™

Chief Complaint:

☐ Annual GYN visit
☐ Vaginal discharge
☐ Vaginal itch
☐ Missed period
☐ Irregular menses
☐ Pregnancy
☐ Birth control
☐ Infertility
☐ Medicine refill
☐ Patient recalled

dos 11/16/2017 28 year old g3p0020 lmp 10/16/2017 Patient here to request to have an elective termination of pregnancy. Patient denies any nausea, vomitting, pelvic pain, or vaginal bleeding.

HPI:    ht 161cm wt 51kg

Medical History:
☑ Patient denies the medical conditions below except for those checked in the box.
☐ Hypertension
☐ Asthma
☐ Diabetes
☐ Thyroid disorder
☐ Anemia
☐ Blood dyscrasia

Surgical History:
☐ Patient denies any history of surgical procedures.
    1st trimester etop x 2 in korea

Family History:
☑ Patient denies family history of any known gynecologic cancer or breast cancer.

Obstetrical History:
☑ Patient denies any obstetrical history.

Gynecologic History:
☑ **Patient denies any history of gynecologic**

Social History:
Marital status:                                          Occupational status:
☑ **Single**   ☐ **Married**   ☐ **Divorced**   ☐ **Widowed**        ☑ **Denies**   ☐ **Employed**   ☐ **Student**

Toxic habits:
☐ **Denies toxic habits**        1/2 ppd
☑ **Smokes cigarrettes**
☐ **Drinks alcohol**
☐ **Uses recreational drugs**

Medications:    no

Allergies:
☑ **NKDA**

QuestQuanum™

**Chaparrone present**
| CELIA ASHLEY – Secretary
| JASMIN KIM – Secretary
| SHARON – Secretary
| EILEEN KIM – Manager
| ALSO AS KOREAN TRANSLATOR

**Height:** inches ___ **Wieght** ___ lbs.

**PULSE:** ___ beats per min
**BP:** / ___ mmHg
**RR:** ___ breaths per min
**TEMP:** ___ °F

**HEENT:** 
☐ NCAT
☐ PERRLA
☐ Throat clear/supple. No palpable goiter.

General appearance: No apparent distress.

**Cardiac:** 
☑ S1S2
☑ Regular rate and rhythm.
☑ No murmurs appreciated
Vital signs: P 70 BP 110/70 RR 18

**Lungs:** ☑ Clear to ausculatation bilaterally

Breast exam: no palpable masses, tenderness, nipple discharge or lymphadenopathy bilaterally.

**Abdomen:** 
☑ Soft
☑ +Bowel sounds
☑ Non Tender
☑ No palpable masses

☐ Tender
☐ Generalized tenderness
☐ Right lower quadrant
☐ Left lower quadrant
☐ Right upper quadrant
☐ Left upper quadrant

Guarding ☐ NO ☐ YES
Rebound ☐ NO ☐ YES
Rigidity ☐ NO ☐ YES

**Extremities:** 
☑ No calf tenderness bilaterally
☑ No edema bilaterally

**Skin:** 
☑ No visible skin lesions
☑ Normal skin turgor

**Pelvic:** 
External Female Genitalia:
☑ Normal external female genitalia
Vagina:
☑ Normal appearing rugae
☑ No visible discharge
Cervix:
☑ No cervical motion tenderness
☑ No obvious cervical lesions
Uterus:
☑ AV ☐ Mid Position ☐ Retroverted
☑ Non Tender
☐ Gravid
Adnexae:
☐ No adnexal tenderness bilaterally
☐ No palpable masses bilaterally
Rectovaginal:
☐ No palpable masses
☐ Normal sphincter tone

Page 3 of 4

Assessment & Plan
QuestQuanum™

Patient for elective termination of pregnancy.
UCG was positive in my office today.
By LMP of 10/16/2017 patient has a pregnancy with a gestational age of 4 weeks and 3 days.

**Tests Performed/Ordered**

☐ PAP Smear

☐ Genprobe

☐ Mammogram

☐ Dexa Scan

Page 4 of 4

Assessment & Plan
QuestQuanum™

Bedside sonogram reveals a gestational sac, but no fetal pole or yolk sac seen. Patient advised to
wait and repeat sonogram next week until the pregnancy grows.
Blood was drawn to check hcg and progesterone levels

**Tests Performed/Ordered**

☐ **PAP Smear**

☐ **Genprobe**

☐ **Mammogram**

☐ **Dexa Scan**

Page 4 of 4

**Assessment & Plan**
QuestQuanum

Blood was drawn to check hcg and progesterone levels.
Patient was informed of the risks and benefits of options (medical vs surgical) for elective
termination of pregnancy. Patient was informed that I do not perform medical termination of

**Tests Performed/Ordered**

☐ **PAP Smear**

☐ **Genprobe**

☐ **Mammogram**

☐ **Dexa Scan**

Page 4 of 4

Assessment&Plan
QuestQuanum™

termination of pregnancy.  Patient was informed that I do not perform medical termination of pregnancy, but that I do perform surgical termination of pregnancy. And that I could refer her to Planned Parenthood if she would like to have a medical termination of pregnancy. Patient was

**Tests Performed/Ordered**

◻ PAP Smear

◻ Genprobe

◻ Mammogram

◻ Dexa Scan

Page 4 of 4

Assessment & Plan
QuestQuanum™

informed of the risks of medical termination of pregnancy (including but not limited to pain, bleeding, and/or incomplete explosion of products of conception). Patient was also informed of the risks of a surgical termination of pregnancy (including but not limited to pain, bleeding,

## Tests Performed/Ordered

☐ PAP Smear

☐ Genprobe

☐ Mammogram

☐ Dexa Scan

Page 4 of 4

Assessment & Plan
QuestQuanum™

infection, perforation of the uterus, retained products of conception, and/or cervical laceration.).
Patient understands and all questions were answered.
Minji Jeong (secretary) was present as a korean translator and chaperone.

## Tests Performed/Ordered

☐ PAP Smear

☐ Genprobe

☐ Mammogram

☐ Dexa Scan

Page 4 of 4

QuestQuanum™

FINAL

# Shiel
Medical Laboratory

**Brooklyn Navy Yard, Building 292**
**63 Flushing Avenue, Brooklyn, New York 11205**
**718-552-1000   Fax 718-552-1022**

**Medical Director**
Patricia R Romano, M D

*Patricia R. Romano, M. D.*

| Patient Information |
|---|
| PARK,MIN HYE |
| SSN: |
| DOB: 12/15/1988 |
| Patient Id: 16735-1 |
| Phone: 917-683-3535 |

| Account Information |
|---|
| David Kim MD |
| 143-16 Sanford Avenue |
| Flushing, NY  11355 |
| Kim,David  M.D. |

| Specimen # | Lab # | Date Collected | Date Received | Date Reported | Sex | Age |
|---|---|---|---|---|---|---|
| LC512036108 | 212191 | 11/16/2017 04:14PM | 11/16/2017 | 11/17/2017 | F | 28 |

Lab Notes: Non Fasting

| TESTS | RESULTS | REFERENCE VALUES |
|---|---|---|

## *Endocrinology*

```
HCG, Quantitative                       H 256            <5              mIU/mL
    up to  1 week  5 - 50                       1 - 2 weeks  50 -100
    2 - 3  weeks 100 - 5000              3 - 4 weeks  500-10000
    4 - 5  weeks 1000 - 50000       5 - 6 weeks 10000-100000
    6 - 8  weeks 15000 - 200000    2 - 3 months 10000-100000
Progesterone                    28.72                               ng/mL
    Expected Results Males < 1.29 ng/mL Normal Females follicular phase <1.0 ng/mL
    luteal phase 2.65 - 21.1 ng/mL mid luteal phase 2.70 -21.25 ng/mL post menopausal
    <1.0 ng/mL Pregnant Females first trimester 4.08 - 33.9 ng/mL second trimester 24.0
    - 76.0 ng/mL third trimester 52.0 - 302.0 ng/mL
```

David D. Kim, MD

Patient Name: MIN HYE

QuestQuantum™

Obstetrics and Gynecology

Date of Birth:   12/15/1988

143-16 Sanford Ave., Flushing, NY 11355

Tel. 718.445.1700   Fax. 718.445.3097

D.O.S.

Page 1 of 4

Age    Gravida:    Para:    LMP:    QuestQuanum™

Chief Complaint:

- Annual GYN visit
- Vaginal discharge
- Vaginal itch
- Missed period
- Irregular menses
- Pregnancy
- Birth control
- Infertility
- Medicine refill
- Patient recalled

dos 11/21/2017 29 year old female g3p0020 here for follow up visit to have elective termination of pregnancy. LMP 10/16/2017. Patient denies any complaints. No nausea, vomitting, pelvic pain or vaginal bleeding.

HPI:    see progress note from 11/16/2017

Medical History:
    Patient denies the medical conditions below except for those checked in the box.
- Hypertension
- Asthma
- Diabetes
- Thyroid disorder
- Anemia
- Blood dyscrasia

Surgical History:
    Patient denies any history of surgical procedures.

Family History:
    Patient denies family history of any known gynecologic cancer or breast cancer.

Obstetrical History:
    Patient denies any obstetrical history.

Gynecologic History:
    **Patient denies any history of gynecologic**

Social History:
    Marital status:                                          Occupational status:
- **Single**    Married    Divorced    Widowed          **Denies**    Employed    Student

    Toxic habits:
- **Denies toxic habits**
- **Smokes cigarrettes**
- **Drinks alcohol**
- **Uses recreational drugs**

Medications:

Allergies:
    **NKDA**

**PHYSCIAL EXAM:**

QuestQuanum™

Chaparrone present

| CELIA ASHLEY – Secretary
| JASMIN KIM – Secretary
| SHARON – Secretary
| EILEEN KIM – Manager
| ALSO AS KOREAN TRANSLATOR

Height: _____ inches   Wieght _____ lbs.   PULSE: _____ beats per min
BP: _____ / _____ mmHg
RR: _____ breaths per min
TEMP: _____ 'F

HEENT: | NCAT
| PERRLA
| Throat clear/supple. No palpable goiter.
General appearance: No apparent distress.

Cardiac: ☑ S1S2
☑ Regular rate and rhythm.
☑ No murmurs appreciated
Vitals P80  BP 118/71 RR18

Lungs: ☑ Clear to ausculatation bilaterally

Abdomen: ☑ Soft      | Tender   | Generalized tenderness      Guarding   | NO   | YES
☑ +Bowel sounds              | Right lower quadrant       Rebound    | NO   | YES
☑ Non Tender                 | Left lower quadrant        Rigidity   | NO   | YES
☑ No palpable masses         | Right upper quadrant
                             | Left upper quadrant

Extremities: ☑ No calf tenderness bilaterally
☑ No edema bilaterally

Skin: | No visible skin lesions
| Normal skin turgor

Pelvic:   External Female Genitalia:
☑ Normal external female genitalia
Vagina:
☑ Normal appearing rugae
☑ No visible discharge
Cervix:
☑ No cervical motion tenderness
☑ No obvious cervical lesions
Uterus:
☑ AV   | Mid Position | Retroverted
☑ Non Tender
| Gravid
Adnexae:
☑ No adnexal tenderness bilaterally
☑ No palpable masses bilaterally
Rectovaginal:
| No palpable masses
| Normal sphincter tone

Page 3 of 4

**Assessment & Plan**
QuestQuanum™

Patient for elective termination of pregnancy.
Gestational age by LMP of 10/16/2017 is 5 weeks and 1 day today.
Labs (11/16/2017) hcg 256 and progesterone 28.72.

## Tests Performed/Ordered

☐ **PAP Smear**

☐ **Genprobe**

☐ **Mammogram**

☐ **Dexa Scan**

Page 4 of 4

Assessment & Plan
QuestQuanum™

Bedside sonogram reveals Intrauterine pregnancy with a gestational sac and yolk sac present.No feral pole or fetal heart was visualized.
Risks and benefits of options (surgical vs medical) for termination of pregnancy was discussed

**Tests Performed/Ordered**

☐ PAP Smear

☐ Genprobe

☐ Mammogram

☐ Dexa Scan

Page 4 of 4

**Assessment & Plan**
QuestQuanum™

with patient. Patient declined surgical option and elects to have a medical termination of pregnancy. I informed the patient that I do not offer medical termination of pregnancy, but can refer her to a clinic to follow up that option. I told the patient that I can offer her surgical option

**Tests Performed/Ordered**

☐ PAP Smear

☐ Genprobe

☐ Mammogram

☐ Dexa Scan

Page 4 of 4

**Assessment & Plan**
QuestQuanum™

for termination of pregnancy by suction dilatation and curettage. I informed the patient of the risks of this procedure that would include but not be limited to bleeding, pain, infection, retained products of conception, perforation of the uterus, and/or cervical laceration.

## Tests Performed/Ordered

☐ PAP Smear

☐ Genprobe

☐ Mammogram

☐ Dexa Scan

Page 4 of 4

**Assessment & Plan**
QuestQuanum

Patient requests to go to Planned Parenthood for medical termination of pregnancy. Patient was advised that the option for medical termination of pregnancy should be done less than 70 days from the first day of her last menstrual period. Patient understands and all questions were

## Tests Performed/Ordered

☐ PAP Smear

☐ Genprobe

☐ Mammogram

☐ Dexa Scan

Page 4 of 4

**Assessment & Plan**
QuestQuanum™

from the first day of her last menstrual period. Patient understands and all questions were answered.

Minji (secretary) present as chaperone and korean translator.

## Tests Performed/Ordered

☐ **PAP Smear**

☐ **Genprobe**

☐ **Mammogram**

☐ **Dexa Scan**

000024



MIN  ITZO PAMC
DOB  12/15/03
DOS  4/21/17



| Patient #:16735-1 | | Date:11/21/2017 |
|---|---|---|

| Primary | Employer | Primary's Insurance |
|---|---|---|
| MIN HYE PARK<br>43-11 220TH STREET<br>BAYSIDE, NY 11361<br>917-683-3535 (Home) | FOllOW UP<br><br>— Sono. | Signature is on file |

| Secondary | Employer | Secondary's Insurance |
|---|---|---|
| | | |

| Patient #16735-1 | Referrals | Statement Message |
|---|---|---|
| MIN HYE PARK<br>43-11 220TH STREET<br>BAYSIDE, NY 11361<br>917-683-3535 (Home) | | |

| Patient Insurance 1 | Patient Insurance 2 |
|---|---|
| | |

| Misc Patient Information | Custom Reference Info. |
|---|---|
| Birth Date: 12/15/1988<br>Sex: Female<br>SSN:<br>Prov: DAVID KIM<br>Chart#: | |

| Relation to Primary | Relation to Secondary |
|---|---|
| Self | Spouse |

David D. Kim, MD

Patient Name: MIN HYE PARK
QuestQuantum™

Obstetrics and Gynecology

Date of Birth:   12/15/1988

143-16 Sanford Ave., Flushing, NY 11355

Tel. 718.445.1700   Fax. 718.445.3097

D.O.S.

Page 1 of 4

'Age          Gravida:          Para:          LMP          QuestQuanum™

Chief Complaint:

☐ Annual GYN visit
☐ Vaginal discharge
☐ Vaginal itch
☐ Missed period
☐ Irregular menses
☐ Pregnancy
☐ Birth control
☐ Infertility
☐ Medicine refill
☐ Patient recalled

DOS 12/13/2017 Patient was recalled by my office to review the results of the pathology report from her procedure on 11/27/2017. Patient denies any complaints of fever, chills, abdominal/pelvic pain or vaginal bleeding.

HPI:          see progress notes from 11/16/2017 and 11/21/2017.

Medical History:
☐ Patient denies the medical conditions below except for those checked in the box.
    ☐ Hypertension
    ☐ Asthma
    ☐ Diabetes
    ☐ Thyroid disorder
    ☐ Anemia
    ☐ Blood dyscrasia

Surgical History:
☐ Patient denies any history of surgical procedures.

Family History:
☐ Patient denies family history of any known gynecologic cancer or breast cancer.

Obstetrical History:
☐ Patient denies any obstetrical history.

Gynecologic History:
☐ **Patient denies any history of gynecologic**

Social History:
Marital status:
☐ **Single**     ☐ **Married**     ☐ **Divorced**     ☐ **Widowed**

Occupational status:
☐ **Denies**     ☐ **Employed**     ☐ **Student**

Toxic habits:
☐ **Denies toxic habits**
    ☐ **Smokes cigarrettes**
    ☐ **Drinks alcohol**
    ☐ **Uses recreational drugs**

Medications:

Allergies:
☐ **NKDA**

**PHYSCIAL EXAM:**

QuestQuanum™

Chaparrone present

| Height: | inches | Wieght | lbs. | PULSE: | beats per min | | CELIA ASHLEY – Secretary |
| | | | | BP: | / mmHg | | JASMIN KIM – Secretary |
| | | | | RR: | breaths per min | | SHARON – Secretary |

HEENT:  ☐ NCAT
☐ PERRLA
☐ Throat clear/supple. No palpable goiter.
General appearance: No apparent distess.

EILEEN KIM – Manager
☐ ALSO AS KOREAN TRANSLATOR

TEMP:  °F

Cardiac:  ☑ S1S2
☑ Regular rate and rhythm.
☑ No murmurs appreciated
Vitals: p 76 bp 110/62 rr 18

Lungs:  ☑ Clear to ausculatation bilaterally

Abdomen: ☑ Soft          ☐ Tender   ☐ Generalized tenderness      Guarding   ☐ NO   ☐ YES
☑ +Bowel sounds                ☐ Right lower quadrant       Rebound   ☐ NO   ☐ YES
☑ Non Tender                   ☐ Left lower quadrant        Rigidity  ☐ NO   ☐ YES
☑ No palpable masses           ☐ Right upper quadrant
☐ Left upper quadrant

Extremities: ☑ No calf tenderness bilaterally
☑ No edema bilaterally

Skin:  ☑ No visible skin lesions
☑ Normal skin turgor

Pelvic:  **External Female Genitalia:**
☑ Normal external female genitalia
Vagina:
☑ Normal appearing rugae
☑ No visible discharge
Cervix:
☑ No cervical motion tenderness        Cervical OS: closed and no bleeding.
☑ No obvious cervical lesions
Uterus:
☑ AV  ☐ Mid Position ☐ Retroverted
☑ Non Tender
☐ Gravid
Adnexae:
☑ No adnexal tenderness bilaterally
☑ No palpable masses bilaterally
Rectovaginal:
☐ No palpable masses
☐ Normal sphincter tone

Page 3 of 4

Assessment & Plan
QuestQuanum™

Patient was recalled to review the results of the termination of pregnancy on 11/27/2017.
Patient reports to have occasional nausea, but denies any fever chills, pelvic pain or vaginal
bleeding. The result of the pathology report reported decidua with reactive changes. No villi

**Tests Performed/Ordered**

☐ PAP Smear

☐ Genprobe

☐ Mammogram

☐ Dexa Scan

Page 4 of 4

Assessment & Plan
QuestQuanum™

seen. . Pelvic exam: non tender uterus and the cervical os was closed without any bleeding
visualized.  Bedside sonogram: small fetus with movement visualized. Gestational age by LMP of
11/16/2017 is 8 weeks and 3 day. I explained to the patient that the pregnancy was still present

**Tests Performed/Ordered**

☐ **PAP Smear**

☐ **Genprobe**

☐ **Mammogram**

☐ **Dexa Scan**

Assessment & Plan
QuestQuanum™

with the gestational sac intact with the fetus present inside of it. I offered to perform a suction dilation and curettage for her without any fee. Patient declined to have this procedure with me and elects to go to Korea the last week of December to have this procedure.

**Tests Performed/Ordered**

☐ PAP Smear

☐ Genprobe

☐ Mammogram

☐ Dexa Scan

**Assessment & Plan**
QuestQuanum™

2. Patient has been smoking 1/2 ppd and taking birth control pills since the day of her
procedure. Patient reports taking the birth control pills (from korea) for contraception. Patient
was informed of the risk of smoking and taking birth control pills that would include

## Tests Performed/Ordered

☐ PAP Smear

☐ Genprobe

☐ Mammogram

☐ Dexa Scan

**Assessment & Plan**
QuestQuanum™

thromboembolic events (including but not limited to deep vein thrombosis, pulmonary embolism and/or myocardial infarction), and the possibility of death from these events. Patient understands, but she declines to stop either smoking or taking birth control.

## Tests Performed/Ordered

☐ **PAP Smear**

☐ **Genprobe**

☐ **Mammogram**

☐ **Dexa Scan**

000034

Assessment & Plan
QuestQuanum™

Patient demanded a refund for her procedure, and I agreed to return the full amount back to the patient. Patient to return to pick up her payment.
Minji Jeong (secretary) was present as a korean translator and chaperone throughout the entire

**Tests Performed/Ordered**

☐ **PAP Smear**

☐ **Genprobe**

☐ **Mammogram**

☐ **Dexa Scan**

Page 4 of 4

Assessment & Plan
QuestQuanum™

patient. Patient to return to pick up her payment.
Minji Jeong (secretary) was present as a korean translator and chaperone throughout the entire
visit today.

## Tests Performed/Ordered

☐ PAP Smear

☐ Genprobe

☐ Mammogram

☐ Dexa Scan

000036

QuestQuanum™

QSCA LLC                                                                Date: November 27, 2017

136-20 38TH Ave., Flushing, NY 11354

Tel. 718-939-9200

OPERATIVE REPORT

Name of patient:                    MINHYE PARK .

Patient date of birth:              12/15/1988

Preoperative Diagnosis:             ELECTIVE TERMINATION OF PREGNANCY

Procedure:                          SUCTION DILATATION AND CURETTAGE

Postoperative Diagnosis:            ELECTIVE TERMINATION OF PREGNANCY

Surgeon:          David Kim, MD              Assistant:      None

Anesthesiologist: Gou, MD                    Anesthesia:     MAC

Complications:          None.

Estimated Blood Loss:   20 mL

Specimen(s):            PRODUCTS OF CONCEPTION.

Description of Operative Procedure:

After risks and benefits of options were discussed with the patient, informed consent was signed and obtained. Patient understands and accepts possible risks of suction dilatation and currettage, including but not limited to bleeding, perforation of the uterus, infection, perforation of the uterus (with or without possible injury to organs surrounding the uterus (including but not limited to the urinary bladder and/or the bowel), cervical laceration, Asherman's syndrome, and/or pain. Informed consent was signed and obtained. Patient voided urine in the bathroom, and then was transferred to the operating room.

MAC anesthesia was given by Dr. Gou. Patient was then placed in the dorsal lithotomy position, then prepped and draped in sterile fashion. Sterile heavy weighted speculum was placed in the posterior portion of the vaginal vault. A Sims speculum was placed in the anterior portion of the vaginal vault. An Allis clamp was used to grasp the anterior lip of the cervix. The endocervical canal was gently and gradually dilated with Hanks dilators. A 6 mm suction curette was used to perform a suction curettage. A sharp curettage was then gently performed throughout the endometrial cavity until a gritty texture was appreciated. A suction curettage was repeated to remove the remaining products of conception. All instruments were then removed from the vagina. Excellent hemostasis was visualized. Instrument and sponge count were correct times two. Patient was transferred to the recovery room in stable condition.

Discharge Instructions:

1.      Pelvic rest: No sex, no tampons, no douche, and no tub baths for 3 weeks.

2.      Call Dr. Kim and go immediately to NY Hospital of Queens ER if fever, severe abdominal pain, or heavy vaginal bleeding.

3.      Advil 400mg po q 6 hours with food for 3 days prn pain.

4.      Follow up with Dr. Kim in the office in 3 weeks.

QuestQuanum™

DR D KIM 11-27-17
PARK, MINHYE
F, DOB 12/15/1988







# WOMEN'S HEALTH PATHOLOGY REPORT



42-11 Parsons Boulevard, 1ST FL., Flushing, NY 11355
Phone 718-321-1108; Fax 718-321-0158

| PATIENT | PHYSICIAN | SPECIMEN |
|---|---|---|
| **PARK,MINHYE**<br>Age: 28    DOB:   12/15/1988<br>Sex: Female | DAVID KIM, M.D.<br>136-20 38th Avenue 5l<br>Flushing, NY 11354<br>Tel #:  718-939-9200    Fax#:  718-939-7474 | Accession #: **S17-10254**<br>Date Collected: **11/27/2017**<br>Date Received: **11/27/2017**<br>Date Reported: **12/04/2017**<br># of Jars received:   1<br>Service type:    **GLOBAL** |

## FINAL DIAGNOSIS:

PRODUCT OF CONCEPTION, CURETTAGE

- **Decidua with reactive changes. No villi seen.**
  *Note: Report faxed to Dr. Kim's office (12/03/2017).*

## GROSS DESCRIPTION:

Product of conception, curettage received in formalin, is multiple fragment[s] of tan, soft tissue measuring 20x20x20 mm with possible villi but no fetal parts
The specimen is entirely submitted in 2 cassettes.

**PATHOLOGIST:**

Jianyou Tan, M.D., Ph.D./ Electronically Signed

CPT:  88305
ICD10: Z33.2

Page 1 of 1