# Rosemom  OBGY  CLINIC

원본대조필

No. __42313__  진료실 3

| | | |
|---|---|---|
| 기 호 | 1 | |
| 번 호 | 30026659587 | |
| 기관명칭 | | |
| 주민등록 번 호 | 881215-2821814 | |
| 피보험자 | 박민혜 | 자격취득일  2016-04-06 |

Date : 2017. 06.

Name : 박민혜   Age : 28

Address : 경상남도 창원시 의창구 평산로131번길 7 (서상동)

010-5895-538
(055) -

IMPRESSION :

비혼   r-Hrus (+)   Last 경관  2016년 (정시)   Last 초음파  2016년

C.C   Pap. TVS, 사후피임약처방

MENS : LMP  6/12   PMP   EDC

PARITY : ☆ —  ♀ —  (NSVD / C/S)   last D/C :

PH :   Medical   Hypertension   DM.   Hepatic.   Renal.   Tbc.   others :

Operation

Drug hypersensitivity :

Physical exam :   Ht :   Wt :   BP :   P / R

General

HUMANGATE T:02-798-3119

E.N.T.   백신 (—)

BJC00325H15749

Heart & Lungs

abdomen

Extremities

others

Pelvic exam :

| Date | Progress & Treatment | Dr. sign |
|---|---|---|

**2017. 08. 22**

Veg. spotting
몇일간 COC 복용하다 일찍 끊음

( LMP : 6.12 (?)
( pmp : R

USG (TV)
Ut : n.s ∈ n-triple line
Adn : Neg both
Rt – DF
Cx : n.s ⚥ ⊕
V.D : spotty (−)

Rec) 도리날 1.  L-Pap.

**2017. 11. 04**   LMP 10/12   OBMthoS   기b

LAP / leukorrhea / foul odor

USG ; N−S          } tender (+)
Cx HT (+)        9
V.D ; yellowish ↓↓

Rec) p.o × 5d .

**3.**   LMP 10/13   11주? 일부 내민 (+)    기b   인산까?   상당 want

12주 NP

5]kg    (11/29)  DC  (미루미시)   시술후 2주고 0년명   USG
        (마취X)                              경남 창원시 의창구 명신로 96
CRL  8 + 4                          웰빙프라자3층 306,310호
        → EDC  2일 11.21    로즈맘여성산부인과의원
FUT OK                          전 화기원U.  ⊕

 이원의료재단
EONE Laboratories
검사기관기호  41341473



본 검사실은 대한진단검사의학회(KSLM) 및 CAP의 신임 인증을
받은 우수검사실로서 검사결과의 정확성 및 신뢰도를 보증합니다.

인천광역시 연수구 하모니로 291 TEL 1600-0021 FAX (032)210-2233 www.eonelab.co.kr  eone-LR001(Rev.B) 2017.4

| 결재자 | 서한익 | MT | (3577) |
| 보고자 | 이정수 | MD | (542) |
| 보고자 | 오귀영 | MD | (607) |

# LABORATORY REPORT

CB Lab

| □ 외래  ■ 병실 | | | | | | | |
|---|---|---|---|---|---|---|---|
| 발행일자 20 10 년 12월 1□ 일 | | 생년월일 | 88 1215 — | | □ STAT | | □ ROUTINE |
| 등록번호 (1320) | | | | 1과 | 2과 | 3과 | ⑤과 |
| 성   명 | | LMP | 몸 무 게 | | | | |
| | | 보 고 일 시  20 | 보 고 자 | | | | kg |

| 01 HEMATOLOGY | 03 URINALYSIS | 05 | CHEMISTRY | 07 W/S & Gram Stain |
|---|---|---|---|---|

| 01 HEMATOLOGY | |
|---|---|
| WBC(4.91~12.3) | 11.4 ×10³/㎕ |
| RBC(3.80~5.05) | 4.63 ×10⁶/㎕ |
| Hb(11.93~14.3) | 13.0 g/㎗ |
| Hct(36.81~43.71) | 44.7 % |
| MCV(83.89~100.66) | fL |
| MCH(27.21~33.27) | pg |
| MCHC(31.85~33.87) | g/㎗ |
| Plt(202.39~323.95) | 3.20 ×10³/㎕ |
| Seg(52.84~78.53) | 70 % |
| Lym(18.65~41.01) | 12 % |
| Mono(2.48~6.15) | 5 % |

| 2 Blood Group | |
|---|---|
| ABO Group | |
| RH type | |

| 03 URINALYSIS | |
|---|---|
| Glucose | — |
| Protein | ± |
| PH | 6.0 |
| Occult blood | — |
| WBC | 3-5 /HPF |
| RBC | ○ /HPF |
| Yeast | |
| Trichomonas | |

| 04 SEROLOG & E/A | |
|---|---|
| HBsAg | NEGATIVE |
| HBsAb | |
| AIDS | NEGATIVE |
| β-HCG(CLIA) | mIu/mL |

| 05 | CHEMISTRY | |
|---|---|---|
| GTT(50g) | | |
| GTT(100g) | FBS(95mg/dl) | mg/dl |
| | 1hr(180mg/dl) | mg/dl |
| | 2hr(155mg/dl) | mg/dl |
| | 3hr(140mg/dl) | mg/dl |
| | | mg/dl |

RBC non reactive

| 06 | CHEMISTRY | |
|---|---|---|
| GOT(AST) | 16 | 0~31 u/l |
| GPT(ALT) | 56 | 0~32 u/l |
| T.Protein | 7.8 | 6.2~8.4 g/dl |
| Albumin | 4.4 | 3.5~5.0 g/dl |
| BUN | 10 | 4.6~23.3 mg/dl |
| Creatine | 0.7 | 0.5~0.9 mg/dl |
| Glucose | 86 | 55~115 mg/dl |

| 07 W/S & Gram Stain | |
|---|---|
| WBC | /HPF |
| Yeast | /HPF |
| Trichomonas | /HPF |
| Gram(+) cocci or rods | |
| Gram(-) cocci or rods | |
| Gram(-) diplococci intra or extra | |

요양기관번호 : 38330776, 검사 및 결과문의 : 0552085-9914, 결과조회 : www.han-lab.co.kr
51431 경상남도 창원시 의창구 용지로 225 3층 304호(용호동, 롯데마파트상가)



한병리과의원 · Han Pathology Clinic
의료법인 이원의료재단

| | | | | |
|---|---|---|---|---|
| 수 인 자명 | 박민혜 (F/29) | 의뢰과 병동 | 산부인과/ | 결 과 보고일 2017-12-20 |
| 생년월일 | 881215-2****** | 의 뢰 의 | 조지혜 | 결과보고일 2017-12-21 07:32 |
| 차 트 번 호 | 42313 | 접수번호 | 43-20171220-0457 | 기   타 |
| 검체 종류 | S:Serum | | | |

| 보험코드 | 검 사 명 | 결 과 | 판정 | 참 고 치 | 검체 |
|---|---|---|---|---|---|
| CY170003 | 25-OH Vitamin D,Total | 9.06 | | 성인<br>Deficiency < 10.00<br>Insufficiency 10.00~30.00<br>Sufficiency 30.01~100.00<br>Toxicity > 100.00 ng/mL<br>소아<br>Severe deficiency ≤ 5.00<br>Deficiency ≤ 15.00<br>Insufficiency 15.01~20.00<br>Sufficiency 20.01~100.00<br>Excess > 100.00<br>Toxicity > 150.00 ng/mL | S |
| C4861003 | HAV Ab IgG | Negative(0.11) | | Negative < 1.0 S/co | S |
| C4862003 | HAV Ab IgM | Negative(0.24) | | Negative < 0.8<br>Equivocal 0.8 ~ <1.2<br>Positive ≥ 1.2 S/CO | S |
| C468241C | Rubella IgG | Positive(15.05) | | Negative < 5.00<br>Equivocal 5.00~9.99<br>Positive > 9.99 IU/mL | S |
| C468341C | Rubella IgM | Negative(0.11) | | Negative < 1.20<br>Equivocal 1.20~1.59<br>Positive > 1.59 Index | S |
| C360003 | TSH (Pregnancy) | 0.430 | | 1st Trimester 0.1~2.5<br>2nd Trimester 0.2~3.0<br>3rd Trimester 0.3~3.5 mIU/L | S |

상기항목 중 * 표시된 검사항목은 전문의가 검증하였습니다.

검사보고 완료입니다.



이원의료재단
EONE Laboratories
검사기관기호 41341473

본 검사실은 대한진단검사의학회(KSLM) 및 CAP의 신빌 인증을
한은 우수검사실로서 검사결과의 정확성 및 신뢰도를 보증합니다.

| 검씨자 | 서한익 | MT | (3577) |
|---|---|---|---|
| 보고자 | 이정수 | MD | (542) |
| 보고자 | 우권열 | MD | (607) |

인천광역시 연수구 화운1로 291 TEL 1600-0021 FAX (032)210-....