| 진료실 | | 예진. 상담 기록부 | | 원본대조필 2017-12-19 |
|---|---|---|---|---|

| 등록번호 | 70167 | 종별 | 국민건강보험 | 보험조합명 | |
|---|---|---|---|---|---|
| 환자 성명 | 박민혜 | 성별/년령 | F  29 | 피보험자 기호 | |
| 주민등록번호 | 881215-2821814 | | | 번호 | 30026659587 |
| 주소 | 경남 창원시 의창구 평산로131번길 7 (서상동) | | | 성명 | 박민혜 |
| 자격취득일 | 2016-04-06 | 전화 | | 주민등록번호 | |
| E-mail | | | | | |

보호자 이름: 배병현

직업:

연락처 010-7605-7662

주 호소(C. C): flushing
11/27 마동에서 D&C 하심
7주차에 sono상 위가 낮았다고 다시 D&C 해야 된다고 함.
vag bleeding (-)

박민혜
27세

**Prenatal care:** Local,    Hospital,    None

| | 성명 | 직업 | 혈액형 | 키 | 체중 |
|---|---|---|---|---|---|
| 산모 | | | O+ | 161 cm | 51 kg |
| 남편 | (만   세) | | | cm | kg |

활력징후 Bp 114/75   Pulse    Temp

| | |
|---|---|
| LMP | 10/13 |
| PMP | |
| EDC | |
| Onset | |
| Interval | reg |
| Duration | 4일 |
| Amount | Mod |
| Dysmenorrhea | |
| Menarche | |
| Menopause | |
| Contraception | |

결혼력 (S), M, W, D, Sep, Yrs Married)

Parity  G: 3   P:    Prem:
        AA: 3   SA:    Alive:

| 가족력 | 과거력 |
|---|---|
| 신 장 병 | |
| 심 장 병 | |
| 고 혈 압 | |
| 결 핵 | |
| 성 병 | |
| 갑상선 기능장애 | |
| 당 뇨 병 | |
| 현재복용중인 약 | |
| 천 식 | |
| 간 질 | |
| 정신과 질환 | |
| 혈 액 질 환 | |
| 수 혈 | |
| 수술 및 사고 | |
| 주사및약물부작용 | |
| 기 타 | |

**산과력**

| 임신중독증( ) | 제왕절개술( 회) | 산후출혈( ) | 염색체검사( ) |
|---|---|---|---|
| 자궁근종수술( ) | 자궁경관무력증( ) | 양수과다증( ) | 태아발육지연( ) |
| 다태임신( ) | 알레르기반응( ) | 기형(태아)( ) | 기타: |

**분만력**

| 분만년도 | 임신기간 | 진통시간 | 태아상태 | 분만방법 | 성별 | 출생시 체중 | Remarks |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MR-43

미래산부인과·소아과

| Pelv. ex | | | | | | P.P. : | FHR : |
|---|---|---|---|---|---|---|---|
| Ext. Gen | | | | | | O.S. : | Station : |
| Vag | | | | | | Effacement : | Memb : |
| Cx. | | | | | | | |
| Ut. | Posit. | Av. | T. | Rv | | | |
| | Size | | | | | | |
| | Consi. | S. | F. | | | | |
| | Mob. | Good | Fair | Poor | | | |
| | Tend | mild | mod. | sev | | | |
| Adnexa | Rt. | | | | | | |
| | Lt. | | | | | | |
| Gul-de-sac | | | | | | | |
| Rec. Ex | | | | | | | |





Abd.ex



**IMPRESSION**

| 날짜 | 진 료 내 역 | 서 명 |
|---|---|---|
| 2017. 12. 19 | by sno  ad ( R: cyst 3x4cm<br>L : nor<br>( CX 2.0 → 8+5m3 | (signature) |





