UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------ x

MINHYE PARK,

                   Plaintiff,

       -against-

DAVID DENNIS KIM, M.D.,

                 Defendant.

------------------------------------------------ x


       DEPOSITION of the Defendant, DAVID DENNIS

KIM, M.D, taken by the Plaintiff, pursuant to order,

held remotely via Zoom/LegalView Videoconferencing,

on January 26, 2022, at 10:03 a.m., before a Notary

Public of the State of New York.

**************************************************

```
 1    A P P E A R A N C E S:
 2              JAE LEE LAW P.C.
 3                   Attorneys for Plaintiff
 4                   626 RXR Plaza
 5                   Uniondale, New York 11556
 6
 7              BY:   CAROL STONE, ESQ.
 8
 9
10              HEIDELL PITTONI MURPHY & BACH, LLP
11                   Attorneys for Defendant
12                   99 Park Avenue
13                   New York, New York 10016
14              BY:   ALEJANDRA GIL, ESQ.
15
16
                          xxxxx
17
18
19
20
21
22
23
24
25
```

```
 1
 2                   S T I P U L A T I O N S
 3    IT IS HEREBY STIPULATED AND AGREED by and between.
 4    the attorneys for the respective parties herein,
 5    that filing, sealing and certification, and the same
 6    are, hereby waived.
 7
 8             IT IS FURTHER STIPULATED AND AGREED that all
 9    objections except as to the form of the question,
10    shall be reserved to the time of the trial.
11
12             IT IS FURTHER STIPULATED AND AGREED that the
13    within deposition may be signed and sworn to by an
14    officer authorized to administer an oath, with the
15    same force and effect as if signed and sworn to
16    before the Court.
17
18
19                           xxxxx
20
21
22
23
24
25
```

1
2          IT IS FURTHER STIPULATED AND AGREED by
3   and between counsel for all parties present that
    Pursuant to CPLR section 3113(d) this deposition is
4   being conducted by video conference, that the court
    reporter, all counsel, and the witness are all in
5   separate remote locations and participating via
    Videoconferencing (LegalView/Zoom) meeting under the
6   control of Lexitas Court Reporting Service, that the
    officer administering the oath to the witness need
7   not be in the place of the deposition and the
    witness shall be sworn in remotely by the court
8   reporter after confirming the witnesses identity,
    that this video conference will not be recorded in
9   any manner and that any recording without the
    express written consent of all parties shall be
10  considered unauthorized, in violation of law, and
    shall not be used for any purpose in this litigation
11  or otherwise.
12
13         IT IS FURTHER STIPULATED that exhibits may be
    marked by the attorney presenting the exhibit to the
14  witness, and that a copy of any exhibit, presented
    to a witness shall be emailed to or otherwise in
15  possession of all counsel prior to any questioning
    of a witness regarding the exhibit in question.  All
16  parties shall bear their own costs in the conduct of
    this deposition by video conference, notwithstanding
17  the obligation by CPLR to supply a copy of the
    transcript to the deposed party by the taking party
18  in civil litigation matters.
19
20                         xxxxx
21
22
23
24
25

```
 1                    Dr. D. Kim
 2   D A V I D   D E N N I S   K I M ,
 3        having been first duly sworn before a Notary
 4        Public of the State of New York, was examined
 5        and testified as follows:
 6   BY REPORTER:
 7   Q     State your name for the record.
 8   A     David Dennis Kim.
 9   Q     What is your address?
10   A     Work address:  143-16 Sanford Avenue,
11   Flushing, New York 11355.
12   EXAMINATION
13   BY MS. STONE:
14   Q     Good morning, Doctor.  My name is
15   Carol Stone.  I am questioning you in this
16   deposition on behalf of the plaintiff, Minhye
17   Park and her lawyer is Jae Lee, Esquire.  I'm
18   counsel to that firm.
19        I'm going to ask you some questions
20   this morning.  Have you ever been deposed
21   before, doctor?
22   A     Yes.
23   Q     How many times have you been deposed
24   before?
25   A     Four.
```

```
 1                    Dr. D. Kim
 2   Q      Were you deposed as a defendant or
 3   something else?
 4   A      Defendant.
 5   Q      When was the last time you were
 6   deposed before today in other cases, I'm
 7   assuming?
 8   A      One year ago.
 9   Q      The four times that you were deposed
10   before today, were those four different cases
11   or something else?
12   A      They were four different cases.
13   Q      Were you the defendant in each of
14   those four cases?
15   A      Yes.
16   Q      Did any of those cases resolve?
17   A      Yes.
18   Q      Were they medical malpractice cases?
19   A      Yes.
20   Q      Were you found neglect in any one of
21   those cases?
22   A      No.
23   Q      Did any of the cases go to trial?
24   A      Yes.
25   Q      Is it your testimony that there was
```

```
 1                    Dr. D. Kim
 2   not a finding during the trial of a departure
 3   from the standard of care against you?
 4   A       Can you repeat the question please.
 5                    (At this point in time, the
 6             requested portion of the record was
 7             read back by the reporter.)
 8   A       Yes.
 9                    MS. GIL:  Objection to form,
10             but you answered.
11   Q       How long have you been at the address
12   you testified to, Doctor?
13   A       Since 2003.
14   Q       Doctor, by the way, since you've been
15   deposed before, I'm not going to go through
16   all the rules.  I'm just going to ask you to
17   allow me to finish my question and then to
18   answer it verbally.  Also, if you need a
19   break at anytime just let me know.  I ask
20   that if there's an open question you do your
21   best to answer the open question and anytime
22   you can have a break after that.  Is that
23   acceptable to you, Doctor?
24   A       Yes.
25   Q       Where did you attend medical school?
```

```
 1                    Dr. D. Kim
 2   A      St. George's University Medical
 3   School.
 4   Q      Where is that located?
 5   A      In New York and in the Caribbean.
 6   Q      Is there a particular country in the
 7   Caribbean where that school was located?
 8   A      Grenada and St. Vincent's.
 9   Q      Did you successfully complete your
10   study at that school?
11   A      Yes.
12   Q      What year did you graduate?
13   A      1996.
14   Q      Doctor, do you speak any other
15   language besides English?
16   A      A little.
17   Q      What other language do you speak a
18   little besides English?
19   A      Spanish and Korean.
20   Q      Incidentally, is there one Korean
21   language or are there different types?  Sort
22   of like China has different languages in
23   different areas, do you know that or not?
24   A      I don't know.
25   Q      How did you learn Korean?
```

```
 1                    Dr. D. Kim
 2    A      My parents are both Korean.  And I've
 3    gone to Korean schools throughout my life.
 4    Q      When did you attend Korean school?
 5    A      I don't recall the exact years but
 6    when I was in middle school and high school.
 7    Q      Is there any one else practicing
 8    medicine at the address that you put on the
 9    record, Doctor?  Do you have any partners,
10    associates?  Et cetera.
11    A      Not at this time.
12    Q      In 2017 did you have any partners or
13    associates in your practice at that time?
14    A      No.
15    Q      You were a solo practitioner then in
16    2017?
17    A      Yes.
18    Q      Doctor, after graduating medical
19    school, did you serve a residency?
20    A      Yes.
21    Q      Where was that?
22    A      In 1996 to 1997 I attended a residency
23    at Albert Einstein in the Bronx.
24    Q      In what area of medicine did you study
25    during that time?
```

```
 1                    Dr. D. Kim
 2    A      Internal medicine.
 3    Q      After studying internal medicine, did
 4    you go on to study any other area of
 5    medicine?
 6    A      Yes.
 7    Q      I'm sorry.  In a residency?
 8    A      Yes.
 9    Q      Where was that?
10    A      At Flushing Hospital Medical Center.
11    Q      What years did you study at Flushing
12    Hospital?
13    A      From 1998 to 2003.
14    Q      And what area of medicine did you
15    study and train in at that time?
16    A      Obstetrics & gynecology.
17    Q      Did you successfully complete your
18    residency in obstetrics & gynecology at
19    Flushing Hospital Medical Center?
20    A      Yes.
21    Q      Are you board certified in any area of
22    medicine?
23    A      Yes.
24    Q      What area of medicine are you board
25    certified in?
```

```
 1                    Dr. D. Kim
 2    A      Obstetrics & gynecology.
 3    Q      When did you become so certified?
 4    A      2009.
 5    Q      Between 2009 and 2017, have you been
 6  continuously board certified in the area of
 7  obstetrics & gynecology?
 8    A      Yes.
 9    Q      Are you licensed to practice medicine
10  in the State of New York?
11    A      Yes.
12    Q      What year did you become so licensed?
13    A      I believe it was 2003.
14    Q      Have you been continuously licensed in
15  the State of New York in medicine since 2003?
16    A      Yes.
17    Q      Are there any other states that you
18  are licensed to practice medicine in?
19    A      No.
20    Q      Did you start any fellowships in the
21  area of obstetrics & gynecology after
22  completing your residency?
23    A      No.
24    Q      What year did you begin your practice?
25  In other words, you already testified as to
```

```
 1                    Dr. D. Kim
 2    your business address.
 3          Was that your first office as a
 4    privately practicing OB/GYN?
 5    A     Yes.
 6    Q     When did that begin?
 7    A     2003.
 8    Q     In 2003 did you have any privileges at
 9    any hospital or medical center?
10    A     Yes.
11    Q     Which one or ones?
12    A     Flushing Hospital Medical Center.
13    Q     Do you have any teaching appointments
14    at any hospital or medical center?
15    A     Not at this time.
16    Q     In 2017 did you have any teaching
17    appointments at a medical center or hospital?
18    A     No.
19    Q     Did there come a time that you
20    rendered medical care and treatment to the
21    plaintiff, Minhye Park?
22    A     Yes.
23    Q     Did you review any records prior to
24    this deposition regarding Miss Park?
25    A     Yes.
```

```
 1                    Dr. D. Kim
 2   Q    Can you tell me what medical records
 3   you reviewed?
 4   A    The medical records from my medical
 5   office and the medical records from the
 6   Ambulatory Surgical Care Center..
 7             MS. STONE:  Ms. Torres, can we
 8        mark the medical records as
 9        Plaintiff's 1 for identification, and
10        the Ambulatory Surgical Care Center
11        record as Plaintiff's 2.
12             (At this point in time, medical
13        records was marked as Plaintiff's
14        Exhibit 1, for identification, as of
15        this date.)
16             (At this point in time,
17        Ambulatory Surgical Care Center record
18        was marked as Plaintiff's Exhibit 2,
19        for identification, as of this date.)
20   Q    Did reviewing the chart prior to this
21   deposition refresh your recollection
22   regarding Miss Park?
23   A    Yes.
24   Q    Do you also have an independent
25   recollection of treating Miss Park?
```

```
 1                    Dr. D. Kim
 2    A      Yes.
 3    Q      Can you tell me the date that you
 4    first met Miss Park.
 5    A      November 16, 2017.
 6    Q      Do you know how Miss Park came to your
 7    care?  Was she referred to you or something
 8    else?
 9    A      I don't recall.
10    Q      Did Miss Park speak English?
11    A      I don't recall.
12    Q      Did you have an assistance or a nurse
13    or somebody working for you that was fluent
14    in Korean?
15    A      Yes.
16    Q      And who would that be?
17    A      Minji Jeong, Rachel Nham, Victoria
18    Cho.  There might have been a fourth, but I
19    don't recall if she was working at that time.
20    Q      But the other three were working in
21    2017?
22    A      Yes.
23    Q      Is there a reason that you had three
24    and possibly four people employed that were
25    fluent in Korean?
```

```
 1                    Dr. D. Kim
 2   A      Yes.
 3   Q      Can you tell me what that reason is?
 4   A      They were all part-time employees and
 5   could not offer to work full time.
 6   Q      Did you have mostly a Korean
 7   population that came to your office?
 8   A      Yes.
 9   Q      What were Miss Park's complaints at
10   the first visit?
11   A      On November 16, 2017 she presented to
12   my office to request to have an elective
13   termination of pregnancy.
14   Q      Did you perform any tests on her at
15   that time?
16   A      Yes.
17   Q      What test did you perform?
18   A      I performed a physical examination.  I
19   drew blood for blood tests, and performed a
20   bedside sonogram.
21   Q      Did you do a pregnancy test, Doctor?
22   A      Yes.
23   Q      What were the results of the pregnancy
24   test?
25   A      The urine pregnancy test on that day
```

```
 1                     Dr. D. Kim
 2   was positive for pregnancy.  And the blood
 3   test was also drawn that day to check her
 4   pregnancy hormone.
 5                MS. STONE:  Just to let you
 6           know, my internet connection is going
 7           in and out all morning.  I've tried to
 8           deal with the company that provides
 9           me, so it may happen again and
10           hopefully not but I can't do much
11           better other than try to fix it.
12   Q     Did you obtain the date of Miss Park's
13   last period?
14   A     Yes.
15   Q     And when was that?
16   A     The first day of her last period was
17   October 16, 2017.
18   Q     Based on that, how many weeks pregnant
19   was Miss Park when you first encountered her?
20   A     By her last menstrual period of
21   October 16, 2017, she was four weeks and
22   three days on November 16, 2017.
23   Q     Now, Doctor, you stated that you did a
24   bedside sonogram.
25           Were you able to visualize the
```

```
 1                    Dr. D. Kim
 2   pregnancy from the sonogram?
 3   A       The bedside sonogram did show evidence
 4   of a gestational sac.
 5   Q       Was that evidence of a pregnancy?
 6   A       The evidence of a pregnancy was
 7   confirmed by the urine pregnancy test that
 8   was positive that day.
 9   Q       Did you have a conversation with
10   Miss Park with respect to her desire to have
11   an elective termination of pregnancy?
12   A       Yes.
13   Q       What was the sum and substance of that
14   conversation?
15   A       I explained to her the risks and
16   benefits of her option to terminate her
17   pregnancy.
18   Q       What options did you explain to her?
19   A       That she can terminate the pregnancy
20   by medicine or by surgery.
21   Q       What was the risk of terminating the
22   pregnancy by medicine that you explained to
23   Miss Park?
24   A       Pain.  Bleeding and/or retained
25   products of conception.
```

```
 1                     Dr. D. Kim
 2   Q      What was the other option that you
 3   discussed with Miss Park?
 4   A      Surgery.
 5   Q      What were the risks that you advised
 6   her for having an abortion?
 7   A      Pain.  Bleeding.  Infection.
 8   Perforation of the uterus.  Retained products
 9   of conception and/or cervical laceration.
10   Q      Doctor, is it fair to say that there
11   are less risks of a medical abortion at the
12   stage of pregnancy that Miss Park was in when
13   you first met her over a surgical abortion?
14              MS. GIL:  Objection to form.
15              You can answer.
16   A      Can you repeat the question please.
17              MS. STONE:  Can you read it
18              back, Miss Torres.
19              (At this point in time, the
20              requested portion of the record was
21              read back by the reporter.)
22   A      Yes.
23   Q      Did you offer her a medical abortion?
24   A      No.
25   Q      Why is it that you did not offer her a
```

```
 1                    Dr. D. Kim
 2   medical abortion?
 3   A        I explained to the patient I don't
 4   provide medical termination of pregnancies
 5   for a few reasons:  Number one, I'm not a
 6   prescriber for Mifepristone which is one
 7   medication that's given to patients for
 8   medical terminations of pregnancies.
 9            Number two, it's unpredictable when a
10   patient will respond to the medical
11   medications that they take for the
12   termination of pregnancy.  And if the patient
13   was to have any complications of heavy
14   bleeding or severe abdominal pain, it's very
15   hard for a lot of patients to be assessed
16   quickly either in the hospital emergency room
17   or my office.
18            Number three, if the patient doesn't
19   have medical insurance they sometimes will be
20   less likely or willing to go to the emergency
21   room for any complications in fear of medical
22   bills that they would incur.
23   Q        Did Miss Park have co-insurance, if
24   you know?
25   A        No.
```

```
 1                    Dr. D. Kim
 2    Q      She did not.  Okay.
 3           This third reason for not providing
 4    the medical abortion, did you discuss the
 5    cost, medical cost had she had a medical
 6    abortion and had complications, did you
 7    discuss with her the cost of that in the
 8    emergency room?
 9    A      It's my custom and practice to explain
10    that I do not provide medical terminations of
11    pregnancies.  If there were to be any
12    complications from a medical termination,
13    that that would need to be discussed with the
14    provider offering that service.
15           I explained to the patient if she was
16    to have a medical termination of pregnancy
17    and had any complications, that I would not
18    be able to help her and that she would need
19    to call the provider who was offering that
20    service, and if she had a problem and could
21    not reach that provider, she would need to go
22    to the nearest emergency room.
23    Q      Did you discuss with her the cost of
24    emergency room treatment for a person without
25    medical insurance?
```

```
 1                     Dr. D. Kim
 2   A       I don't recall.
 3   Q       In terms of Miss Park's history, did
 4   she give you any history that was significant
 5   to her pregnancy at the time that you met
 6   her?
 7   A       I don't understand your question.  I'm
 8   sorry.
 9   Q       Her medical history, were you aware of
10   her medical history?
11   A       Yes.
12   Q       What was that?
13   A       She reports to have had two first
14   trimester cervical terminations in the past.
15   She also mentioned that she smoked about a
16   half a pack of cigarettes a day.  She denied
17   any mental history.  She denied any previous
18   deliveries of pregnancies and reported no
19   drug allergies.
20   Q       Did she inform you that she was on
21   birth control?
22   A       Not on November 16, 2017.
23   Q       Did she tell you about what years her
24   previous two terminations of pregnancy were?
25   A       I don't recall.
```

```
 1                    Dr. D. Kim
 2    Q     Did you consider that that part of her
 3    history to be any factor in whether she could
 4    have a surgical termination pregnancy with
 5    this pregnancy?
 6    A     Yes.
 7    Q     You did?  Can you explain that.
 8    A     If the patient had had two prior
 9    surgical terminations of pregnancies, that
10    with each subsequent surgery of the uterus,
11    there might be an increased risk of
12    developing scar tissue.
13    Q     Was there any evidence of scar tissue
14    during your examination of Miss Park that
15    day?
16    A     No.
17    Q     Did Miss Park ask for a termination of
18    pregnancy on that first date that she saw
19    you?
20    A     Yes.
21    Q     And what was your response to that?
22    A     That I would have to first confirm
23    that she was pregnant, obtain a history, and
24    perform physical exam and perform a sonogram.
25    Q     And is that what you did on that day?
```

```
 1                    Dr. D. Kim
 2   A      Yes.
 3   Q      Was there a reason that you did not
 4   perform the surgical abortion after
 5   performing all those tests?
 6   A      Yes.
 7   Q      Can you explain that.
 8   A      By her last menstrual period she was
 9   about four weeks and three days pregnant.
10   And after performing a bedside sonogram, I
11   only saw gestational sac.  I could not
12   determine at the time if the pregnancy was
13   growing inside the uterus or outside the
14   uterus or if she was early in her pregnancy
15   or at the end of her pregnancy.
16   Q      When you say "end of her pregnancy,"
17   can you explain that?
18   A      Possible miscarriage.
19   Q      Was there also a possibility of an
20   ectopic pregnancy at that time?
21   A      Yes.
22   Q      Did the sonogram that you performed on
23   her eliminate the possibility of an ectopic
24   pregnancy?
25   A      There is no evidence of an ectopic
```

```
 1                    Dr. D. Kim
 2   pregnancy on the bedside sonogram.
 3   Q       After performing this test, did you
 4   tell Miss Park that she would have to return
 5   for the surgical abortion?
 6   A       No.
 7   Q       What happened?  Did you have a
 8   conversation with her?
 9   A       Yes.
10   Q       Doctor, incidentally before we go on,
11   at that time was Eileen Kim, was she the
12   manager of your office?
13   A       No.
14   Q       Did she work in your office?
15   A       Not at this time.
16   Q       Doctor, I'm just going to have you
17   look at page three of four.  It says on the
18   top right "chaperone present."  Do you see
19   that?
20   A       What page?
21   Q       Page three of four.
22   A       Yes.  Number eight, is that it?
23   Q       Yes.
24   A       Okay.
25   Q       Do you see the names -- first it says
```

```
 1                    Dr. D. Kim
 2    "chaperone present" and then it has four
 3    names.  Do you see that?
 4    A      Yes.
 5    Q      Does that mean that someone aside from
 6    yourself and Miss Park were in the
 7    examination room together?
 8    A      Not the names that are listed on that
 9    document.
10    Q      Someone else other than these names?
11    A      Yes.
12    Q      Can you tell me what name of the
13    person that was present?
14    A      It was Minji Jeong.
15    Q      And did Miss Jeong act as a Korean
16    translator as well?
17    A      Yes.
18    Q      At that time during that visit with
19    Miss Park, do you have a recollection as to
20    Miss Jeong translating for you with
21    Miss Park?
22    A      I don't understand the question.  I'm
23    sorry.  Can you repeat it please?
24    Q      Do you recall if Ms. Jeong acted as a
25    translator on that date with Miss Park?
```

```
 1                      Dr. D. Kim
 2    A      She was a translator on that date.
 3    Q      Did she translate for Miss Park during
 4    your examination and discussion with
 5    Miss Park about her options?
 6    A      Yes.
 7    Q      Doctor, did you then advise Miss Park
 8    to come back for a surgical abortion?
 9    A      No.
10    Q      How did the visit to your office, how
11    did it come about?
12    A      After I explained the risks and
13    benefits of her options to terminate the
14    pregnancy, I asked the patient to return to
15    my office the following week.
16    Q      Did she do so?
17    A      Yes.
18    Q      What was the date that you saw her the
19    second time?
20    A      November 21st, 2017.
21    Q      And did you see her in your office
22    that day?
23    A      Yes.
24    Q      Did you examine Miss Park that day?
25    A      Yes.
```

```
 1                    Dr. D. Kim
 2   Q      What kind of tests did you perform?
 3   A      I performed a physical exam and a
 4   bedside sonogram.
 5   Q      What were the results of the tests?
 6   A      That her physical examination was
 7   unremarkable, and that her bedside sonogram
 8   showed gestational sac inside the uterus and
 9   a yolk sac, but that there was no fetal pole
10   or fetal heartbeat visualized.
11   Q      How many weeks pregnant was she at
12   that time?
13   A      Five weeks and one day.
14   Q      Did you have a discussion with
15   Miss Park that day?
16   A      Yes.
17   Q      And what was the sum and substance?
18   A      I reviewed the lab results of the
19   blood test that were performed on
20   November 16th.  I reviewed the risks and
21   benefits of her option to terminate her
22   pregnancy.
23   Q      What were the results of her blood
24   test that day, Doctor?
25   A      Her hcg on November 16th was 256, and
```

```
 1                     Dr. D. Kim
 2   her progesterone level was 28.
 3   Q      What did those results signify to you,
 4   if anything?
 5   A      The blood tests confirmed that she was
 6   pregnant and that there is a very good chance
 7   this pregnancy would be a viable pregnancy.
 8   Q      What was your plan of treatment at
 9   that time, Doctor?
10   A      The patient requested to have a
11   medical termination of pregnancy.  I
12   explained to the patient that I do not
13   provide medical termination of pregnancies.
14          I offered her to go to Planned
15   Parenthood where they do perform that
16   service, and that I only perform surgical
17   terminations of pregnancy.
18   Q      When you so advised her, what was her
19   response to that?
20   A      Advised her about what?
21   Q      About a medical termination and that
22   you only did surgical termination.
23   A      I did not tell Miss Park to have
24   either a medical or surgical termination of
25   pregnancy.  It was her choice and she decided
```

```
 1                    Dr. D. Kim
 2   to have a medical termination of pregnancy.
 3   And for that reason I gave her the contact
 4   information for Planned Parenthood.
 5   Q      So did there come another time that
 6   you saw Miss Park?
 7   A      Yes.
 8   Q      And when was that?
 9   A      November 27, 2017.
10   Q      Where did you see Miss Park on
11   11/27/17?  Did you see her in your office or
12   somewhere else?
13   A      Somewhere else.
14   Q      Where did you see her?
15   A      At the Surgical Care Center.
16   Q      Did Miss Park change her mind about
17   the medical termination or something else?
18   A      She changed her mind.
19   Q      Did she tell you that in a phonecall,
20   something else?
21   A      I do recall she called my office to
22   inform me that she changed her mind about
23   having a medical termination of pregnancy.
24          She expressed that she wanted to have
25   surgical to terminate the pregnancy and after
```

```
 1                    Dr. D. Kim
 2   being given that message I told the secretary
 3   to tell the patient I can do the surgery --
 4   perform the surgery on November 27, 2017.
 5   Q      So that was at a surgical center,
 6   Doctor?
 7   A      Yes.
 8   Q      And where is that center located?
 9   A      136-20 38th Avenue, suite 5-I,
10   Flushing, New York 11354.
11   Q      Is that a surgical center that you
12   have privileges at or that you use somehow or
13   you have some kind of relation with the
14   people that are there?  Can you explain that?
15   A      I have privileges at that Surgical
16   Care Center.
17   Q      Is there a person or entity or a party
18   that owns that surgical center?
19   A      Yes.
20   Q      Do you know who that is?
21   A      I believe her name is Christine.
22   Q      Do you know her last name?
23   A      I don't recall.
24   Q      If we leave a space in the record you
25   can provide that?
```

```
 1                    Dr. D. Kim
 2   A      Yes.
 3   Q      You'll provide it to your attorney and
 4   then she'll provide it to us.
 5   A      Yes.
 6                    MS. STONE:  Just leave a space.
 7   REQUEST:
 8   Q      Doctor, is that the location that you
 9   customarily perform surgical abortions?
10   A      Yes.
11   Q      Do you have a particular schedule
12   there or is it an "as needed" schedule or
13   something else?
14   A      I don't have any scheduled time, but
15   if I do have a patient to request that
16   surgery, I will call them to set up an
17   appointment.
18   Q      So, on that day 11/27/17 did you meet
19   Miss Park at the surgical center?
20   A      Yes.
21   Q      Doctor, did Miss Park ever sign an
22   informed consent form either at your office
23   or at the surgical center?
24   A      Yes.
25   Q      Is it contained in the record?
```

```
 1                          Dr. D. Kim
 2    A      Yes.
 3    Q      Which place did she sign an informed
 4    consent?
 5    A      At the Surgical Care Center.
 6    Q      Can you tell me what page that is and
 7    possibly hold it up for me.
 8    A      This is from the Surgical Care Center.
 9    Q      Is your signature on it?
10    A      Yes.
11                  MS. STONE:  I'm going to need a
12           copy of that.  I did not receive that.
13    REQUEST:
14    Q      Where did you sign that?
15    A      It's on the bottom of the page.
16    Q      When did you sign that?
17    A      On November 27, 2017.
18    Q      And were you present when Miss Park
19    signed hers?
20    A      Yes.
21    Q      Can you point out Miss Park's
22    signature by holding it up?
23    A      Right by my finger (indicating).
24                  MS. GIL:  Informed consent was
25           marked as an exhibit at the
```

```
 1                    Dr. D. Kim
 2              Plaintiff's deposition, and I provided
 3              it to the court reporter, so, it
 4              should be part of that transcript.
 5                    MS. STONE:  Oh, thank you.
 6     Q      Was the form in English or Korean or
 7     both?
 8     A      English.
 9     Q      Was any translation in writing done on
10     that form in Korean?
11     A      No.
12     Q      Did someone at the surgical center, if
13     you know, verbally translate that form to
14     Miss Park?
15     A      Yes.
16     Q      Who is that?
17     A      Her name is also Christine.
18     Q      Do you know her last name?
19     A      No.
20     Q      Is she still working there?
21     A      Yes.
22     Q      So if we leave a space in the
23     transcript you can provide her last name?
24     A      Yes.
25     REQUEST:
```

```
 1                    Dr. D. Kim
 2   Q      Were you present when she translated
 3   the form to Miss Park?
 4   A      Yes.
 5   Q      Now, Doctor, did you perform an
 6   examination of Miss Park before the surgical
 7   abortion occurred?
 8   A      Yes.
 9   Q      What test did you perform?
10   A      A bedside sonogram.
11   Q      Do you have the results of the
12   sonogram in the record?
13              MS. STONE:  It looks like this
14         (indicating).
15   A      Yes.
16   Q      Was that done before the abortion took
17   place?
18   A      Yes.
19   Q      What were your findings from that
20   sonogram?
21   A      That there was an intrauterine
22   pregnancy with a gestational sac and a yolk
23   sac.
24   Q      And is that in the top image on that
25   page here, the one we're looking at right
```

```
 1                          Dr. D. Kim
 2    now?
 3    A       No.
 4    Q       Is the pregnancy the bottom image?
 5    A       Yes.
 6    Q       In other words, before the abortion
 7    the bottom image shows the pregnancy?
 8    A       Yes.
 9    Q       Did you do any blood test that day?
10    A       A blood test was performed on that
11    day.
12                  MS. GIL:  Hold on.  I want to
13            clarify the record.  The pictures
14            you're referring to are page 38 of
15            Plaintiff's Exhibit 1.
16    Q       Where is that from?
17    A       It is my record in my office, the
18    sonogram was performed at the surgical center
19    on the day of the surgery.
20    Q       Doctor, how many surgical abortions
21    have you performed in your career,
22    approximately?
23    A       Hundreds, probably close to 1000.
24    Q       Now, Doctor, can you describe how you
25    proceeded after taking the ultrasound of
```

1                  Dr. D. Kim
2     Miss Park that day?
3     A      Do you want me to explain the surgical
4     procedure to you?
5     Q      Yes.
6     A      The patient was in the operating room
7     when the sonogram was performed, and after
8     the sonogram the anesthesiologist had already
9     spoken to the patient regarding the risks and
10    benefits of anesthesia, he initiated
11    anesthesia to the patient.
12          The patient was placed in a dorsal
13    lithotomy position.  She was prepped and
14    draped in sterile fashion.  A sterile heavy
15    weighted speculum was placed in the posterior
16    portion of the patient's vagina.  A Sims
17    speculum was placed in the anterior portion
18    of the patient's vagina.  An Allis clamp was
19    used to grasp the anterior lip of the cervix.
20    The endocervical canal was gently and
21    gradually dilated with Hank's dilators.   A
22    6-millimeter suction curette was used to
23    perform a suction curettage.  A sharp
24    curettage was then gently performed
25    throughout the endometrial cavity until a

```
  1                    Dr. D. Kim
  2   gritty texture was appreciated.  A suction
  3   curettage was repeated to remove the
  4   remaining products of conception.  All
  5   instruments were removed from the vagina.
  6   Excellent hemostasis was visualized.
  7   Q      Now, Doctor, with respect to that
  8   testimony, you were reading it from the
  9   operative report; is that correct?
 10   A      Yes.
 11   Q      Referring to page 37, that's your
 12   operative report of this termination of
 13   pregnancy, correct?
 14   A      Yes.
 15   Q      Did you sign this report anywhere?
 16   A      I have not my signature but I write a
 17   little note, a little circle on the top right
 18   corner of the document.
 19   Q      So that's your --
 20   A      Not my signature but just a notation
 21   that I reviewed the record.
 22   Q      Doctor, after the termination was
 23   completed, did you then do a sonogram?
 24   A      Yes.
 25   Q      Was it during the time that Miss Park
```

```
 1                    Dr. D. Kim
 2   was still in the surgery suite?
 3   A      Yes.
 4   Q      So it was right after you finished?
 5   A      Yes.
 6   Q      How long did the procedure take
 7   approximately?
 8   A      Approximately of seven to ten minutes.
 9   Q      And then you performed another
10   ultrasound?
11   A      Yes.
12   Q      Proceed to page 38, again, Doctor.
13   The image on the top there, is that the
14   ultrasound from the post termination?
15   A      Yes.
16   Q      What findings did you make on that
17   ultrasound?
18   A      That the previous gestational sac and
19   yolk sac that was seen prior to the surgery
20   was no longer seen inside the uterus.
21   Q      Doctor, did you examine physically,
22   visually, the products of conception after
23   the term?
24   A      I recall seeing tissue pass through
25   the suction curette when that was being
```

```
 1                    Dr. D. Kim
 2    performed, and some tissue from the sharp
 3    curettage and that specimen was sent to the
 4    pathology lab.
 5    Q      When you say you recall seeing it, did
 6    you examine it?  Did you visually examine it?
 7    A      I visualized it but I did not perform
 8    any pathological examination of it.
 9    Q      Did you see any fetal products in the
10    products that came out with the abortion?
11    A      I recall seeing tissue passing through
12    the suction curette into the suction
13    canister, and tissue from the sharp curettage
14    that was performed.
15    Q      What kind of tissue was that?
16    A      It appeared to be products of
17    conception.
18    Q      Doctor, did the surgical center have
19    some kind of backlight to give a visual of
20    the products of conception?
21    A      No.
22    Q      When you say that you recall seeing
23    some tissue in the curettage, correct, that
24    was the tube leading out of the vagina and
25    into somewhere else?
```

```
 1                    Dr. D. Kim
 2   A       The tissue that I saw was from the
 3   suction curette attached to a plastic tube
 4   that was attached to a suction device.
 5   Q       So where did that product end up at
 6   the end?
 7   A       There is a canister that collects that
 8   tissue.
 9   Q       Did you observe any of that tissue in
10   the canister?
11   A       I saw that tissue was collected in the
12   cannister.
13   Q       Did you visualize it in the cannister?
14   A       I saw that there was tissue in the
15   cannister.
16   Q       Did you visually examine it in the
17   cannister?
18   A       I did not do anything more than
19   visualize the tissue in the cannister.
20   Q       Did you or did you not visualize it in
21   the cannister?
22   A       I saw that there was tissue in the
23   cannister.
24   Q       Did you examine the tissue visually
25   while it was in the cannister?
```

```
 1                     Dr. D. Kim
 2                MS. GIL:  Objection to form.
 3           You can answer.
 4    A      I did not perform any exam of that
 5    tissue that was in the cannister.
 6    Q      Did you then send the products of the
 7    surgical abortion to pathology?
 8    A      Yes.
 9    Q      Is this New Path Diagnostics?
10    A      Yes.
11    Q      Did you send the products of
12    conception on 11/27/17 the date of the
13    surgical abortion?
14    A      Yes.
15    Q      Doctor, I'm looking now at the
16    pathology report.  It's the last page of
17    the -- well, for me it's the last page of the
18    surgical center.  I'm not really sure if it's
19    part of your record or part of the surgical
20    center's record, Surgical Center's record.
21    Maybe if you clarify that for me.
22    A      There is a copy of the pathology
23    report on the last page of the records from
24    the surgical center.  And I believe there's
25    one in my medical records as well.
```

```
 1                    Dr. D. Kim
 2    Q      When was it that you received that
 3    report, Doctor?
 4    A      The report mentions that it was faxed
 5    to my office on December 3rd.
 6    Q      Doctor, considering that the pathology
 7    had the specimen as of 11/27/2017, did you
 8    consider it to be a prolonged period of time
 9    before the report was received?
10                    MS. GIL:  Objection to form.
11    A      I don't know if there is a schedule
12    amount of time that the pathologist tried to
13    return the reports of the specimen.  It's
14    hard for me to comment if it was a long
15    period of time.  There just is no standard
16    time that the pathologists usually send the
17    reports.
18    Q      Doctor, when you received this report
19    by fax, did you read it?
20    A      Yes.
21    Q      What day did you read it?
22    A      Probably the same day that it was sent
23    or the next business day.
24    Q      Doctor, under "gross description" can
25    you just read that into the record.
```

```
 1                    Dr. D. Kim
 2    A     (Reading): Product of conception.
 3    Curettage received in formalin in multiple
 4    fragments of tan soft tissue measuring 20 x
 5    20 x 20 millimeters with possible villi but
 6    no fetal parts.  The specimen is entirely
 7    submitted in two cassettes.
 8                    MS. STONE:  Off the record.
 9                    (At this point in time, a brief
10          recess was taken.)
11    BY MS. STONE:
12    Q     Doctor, on this pathology report sort
13    of the top right there's a little circular
14    mark; is that your mark?
15    A     Yes.
16    Q     And you put that there to indicate
17    that you reviewed that report?
18    A     Yes.
19    Q     Did you speak with the pathologist
20    after that?
21    A     I don't recall.
22    Q     Doctor, were you concerned at all
23    about the patient after seeing that report?
24    A     Yes.
25    Q     Can you tell me the basis of your
```

```
 1                    Dr. D. Kim
 2   concern?
 3   A       Whether or not there was retained
 4   products of conception or not.
 5   Q       Did that report signify that there
 6   were retained products of conception?
 7   A       I'm sorry, you broke up a little bit.
 8   Can you repeat that?
 9   Q       Did that report signify that there
10   were retained products of conception?
11   A       No.  Well, it's not clear.  I'll
12   rephrase.  It's not clear.  The report stated
13   that there was decidua with reactive changes
14   but no villi was seen.  However, in the gross
15   description it's reported that there were
16   possible villi.
17           So it wasn't quite clear whether or
18   not there was tissue collected in that
19   specimen from the products of conception or
20   not.
21   Q       Doctor, in the latter part of the
22   report when it says, "no fetal parts," does
23   that indicate that whatever came out of
24   Miss Park on the date of the surgical
25   abortion did not include the parts of the
```

```
 1                    Dr. D. Kim
 2   fetus that would ordinarily be seen in the
 3   residual products?
 4   A      I don't understand the question.  I'm
 5   sorry.
 6   Q      What does "no fetal parts" mean?
 7   A      That the pathologist didn't see any
 8   gross fetal parts.
 9   Q      So would that signify if there were no
10   fetal parts in the pathology, that they were
11   retained by Miss Park?
12   A      Not necessarily.
13   Q      Then what does it mean if the
14   pathology comes back "no fetal parts"?
15   A      You would have to ask the pathologist
16   that question.
17   Q      Let me ask it a different way:  What
18   was the significance to you of the report
19   that said "no fetal parts"?
20   A      It's not common to see fetal parts
21   when a surgical termination is performed that
22   early in the pregnancy.  And, so, what was
23   concerning was that no villi was seen and
24   that prompted me to tell my secretary to call
25   the patient to come back.
```

```
 1                     Dr. D. Kim
 2    Q      Were they told to inform the patient
 3    that there was this concern about the
 4    pathology report?
 5    A      It's my custom and practice to tell my
 6    staff not to discuss any medical issues with
 7    patients over the phone but to alert this
 8    patient that I wanted to talk to her, I was
 9    concerned about the pathology report and I
10    would want to discuss this report with her
11    and to see how she's doing.
12    Q      So when was that phonecall made,
13    Doctor?
14    A      I don't recall.
15    Q      Can you approximate in any way, a day
16    after, a few days after, something like that?
17    A      Either that day or the following
18    business day when it was received.
19    Q      Did Miss Park return to your office?
20    A      She did.
21    Q      What date did she return?
22    A      On December 13, 2017.
23    Q      Doctor, was Miss Park told or advised
24    to return to the office as soon as possible
25    during this phonecall to her?
```

1          Dr. D. Kim

2     A     I didn't make the phonecall, so, I

3     don't recall the exact conversation, but my

4     secretaries were told to call the patient to

5     inform her that I need to speak to her -- and

6     she her about her pathology report.

7     Q     Was any urgency given to that message?

8     Did you instruct your secretary or your

9     assistant to indicate to some sort of urgency

10    to Miss Park to return to your office?

11    A     It would be my custom and practice if

12    there was anything of concern such as this,

13    that I would tell my secretary to call the

14    patient now at the time of the receipt of the

15    report.

16    Q     Would it be your custom and practice

17    to indicate to the patient that either they

18    should not wait too long to come back, or

19    that there's some urgency in terms of you

20    having to examine her?

21    A     It depends on the situation.

22    Q     On this situation, Doctor, would that

23    be your custom and practice?

24    A     It would be my custom and practice to

25    tell the patient that she needs to come in to

```
 1                    Dr. D. Kim
 2    review this report with me and to be further
 3    evaluated.
 4    Q      Would that include any sort of urgency
 5    to come in and not wait too long?
 6    A      It depends on the situation.
 7    Q      In this situation, Doctor, would you
 8    consider it a rather urgent situation to see
 9    the patient as soon as possible?
10    A      I would not say that it was an
11    emergency.
12    Q      Would you consider it an urgent
13    situation?
14    A      That depends on how you define
15    "urgent."
16    Q      Doctor, did you consider Miss Park to
17    possibly have retained products of conception
18    in her womb after seeing the pathology
19    report?
20    A      That was a concern of mine.
21    Q      Was that an urgent concern of yours?
22    A      I can say it was a concern of mine.
23    Q      You can't say that it was an urgent
24    concern then?
25    A      I would say that it would be
```

```
 1                    Dr. D. Kim
 2   important.
 3   Q      Okay.
 4          Doctor, what happens to a woman who
 5   has retained products of conception after an
 6   abortion, is she at a high risk for an
 7   infection or something else?
 8   A      There are different complications that
 9   can arise with a patient who has retained
10   products of conception.
11   Q      Can you tell me what they are?
12   A      It can range from an absence of any
13   complaints.  Patient can have vaginal
14   bleeding, pelvic pain, fever, foul-smelling
15   vaginal odor or discharge.
16   Q      If the products of conception are not
17   removed surgically, can the person be at risk
18   of an infection?
19   A      It's possible.
20   Q      Can the person be at risk of a severe
21   infection?
22   A      It depends on your definition of
23   "severe."
24   Q      Can the person be at risk of losing
25   their uterus?
```

```
 1                    Dr. D. Kim
 2   A     I'm not aware of any cases where that
 3   has happened.
 4   Q     Doctor, on this pathology report there
 5   is also a circle on the bottom right, if you
 6   look at it, and with some numbers and some
 7   letters above the numbers.  Do you see that?
 8   A     I do.
 9   Q     Do you recognize what that is?
10   A     Yes.
11   Q     Can you tell me?
12   A     It's my signature with my writing
13   where I wrote "discussed with patient
14   12/13/17. "
15   Q     So when the patient came to your
16   office on 12/13 you had a discussion with
17   her?
18   A     Yes.
19   Q     What was the sum and substance of your
20   discussion?
21   A     I asked her if she had any complaints
22   of fever, chills, abdominal, pelvic pain or
23   vaginal bleeding; she denied.
24         I also explained -- I also did a
25   physical exam which was unremarkable.  I
```

| 1  | Dr. D. Kim |
|----|------------|
| 2  | reviewed the results of the pathology report |
| 3  | and expressed to the patient that I was |
| 4  | concerned about the possibility of retaining |
| 5  | products of conception, and that I would like |
| 6  | to perform a pelvic sonogram to check her |
| 7  | uterus. |
| 8  | Q      Did you then perform the pelvic |
| 9  | sonogram? |
| 10 | A      Yes. |
| 11 | Q      And was it on that date, 12/13/17? |
| 12 | A      Yes. |
| 13 | Q      What were the results of the pelvic |
| 14 | sonogram? |
| 15 | A      That there was a small fetus seen in |
| 16 | the uterus with movement visualized.  And by |
| 17 | her last menstrual period that would make her |
| 18 | at eight weeks and three days pregnant. |
| 19 | Q      Do your records contain a copy of that |
| 20 | sonogram? |
| 21 | A      No. |
| 22 | Q      Why is that, Doctor? |
| 23 | A      I do not know but it is my custom and |
| 24 | practice to have a copy of the sonograms done |
| 25 | on the patients in the chart. |

| 1 | | Dr. D. Kim |
|---|---|---|
| 2 | Q | Did you inform Miss Park that she had |
| 3 | an alive fetus in her uterus at that time? | |
| 4 | A | Yes. |
| 5 | Q | Did the fetus have arms or legs? |
| 6 | A | Yes. |
| 7 | Q | Did the fetus have a head? |
| 8 | A | Yes. |
| 9 | Q | What was Miss Park's reaction to |
| 10 | learning that she was carrying a live fetus? | |
| 11 | A | She was very upset. |
| 12 | Q | What did she say? |
| 13 | A | She declined my offer to perform the |
| 14 | surgery the following day.  She demanded a | |
| 15 | refund of the money that she paid for the | |
| 16 | surgery.  She said that she is going to have | |
| 17 | the surgery in Korea in the month of | |
| 18 | December. | |
| 19 | Q | Doctor, how much had Miss Park paid |
| 20 | you for your services? | |
| 21 | A | $750 for the surgery. |
| 22 | Q | How much did you refund her? |
| 23 | A | $750. |
| 24 | Q | Did you apologize to Miss Park? |
| 25 | A | I don't recall. |

```
 1                   Dr. D. Kim
 2    Q       Did any of your staff apologize to
 3    Miss Park?
 4    A       I don't recall.
 5    Q       Do you know why Miss Park refused to
 6    have a second surgical abortion the next day
 7    from you?
 8    A       She didn't say.
 9    Q       Is there a reason why you refunded her
10    her money?
11    A       Because I didn't do the surgery that
12    was intended to be done.  It wasn't
13    successful.
14    Q       Did you advise Miss Park against going
15    to Korea for the surgical abortion to remove
16    the fetus?
17    A       I remember I did offer to do the
18    surgery the next day, or at her earliest
19    convenience, and she was very upset and
20    refused that offer.
21    Q       Did you advise her against going to
22    Korea for the surgical termination?
23    A       I don't recall.
24    Q       Did Miss Park have any complaints with
25    regard to having a retained fetus?  In other
```

```
 1                    Dr. D. Kim
 2  words, any complaint of pain, bleeding, fever
 3  or anything like that?
 4  A      She denied having any fever, chills,
 5  abdominal or pelvic pain or vaginal bleeding.
 6  I do believe she did say that she had nausea.
 7  She reported occasional nausea, but that was
 8  the only complaint that she had at the time.
 9  Q      Doctor, after she left your office
10  that day, did you ever hear from Miss Park
11  again?
12  A      She returned to my office the
13  following day to pick up her money but did
14  not talk to me at that time.
15  Q      After that, did you ever hear from her
16  again?
17  A      No.
18  Q      Did you ever review the records of her
19  surgical abortion that occurred in Korea?
20  A      No.
21  Q      Doctor, have you ever reviewed any
22  records to any prior abortion of Miss Park?
23  A      No.
24  Q      Doctor, are you aware of any evidence
25  that Miss Park was contributorily neglect in
```

```
 1                    Dr. D. Kim
 2    the abortion or the incident that occurred
 3    here?
 4                 MS. GIL: Objection.  That
 5              question is calling for a legal
 6              conclusion.
 7    Q     Are you aware of any evidence of facts
 8    that would lead to the conclusion that
 9    somehow Miss Park's actions or inactions had
10    caused or partially caused the incomplete
11    abortion here?
12                 MS. GIL: Objection to form.
13              You can answer, if you understand.
14    A     Can you repeat the question.
15                 MS. STONE: Can you read it
16              back, Vilma.
17                 (At this point in time, the
18              requested portion of the record was
19              read back by the reporter.)
20    A     I don't know.
21    Q     Do you have an opinion as to what
22    caused the retained fetus in this case?
23    A     I don't know.
24    Q     Doctor, with respect to the four times
25    that you had been deposed as a defendant in a
```

```
 1                    Dr. D. Kim
 2    medical malpractice case, do you have the
 3    index number of those cases?
 4    A      I do not.
 5    Q      Do you have the venue of those cases?
 6    A      Not with me, no.
 7    Q      Well, do you have them somewhere in
 8    your office?
 9    A      I could obtain that for you.
10                    MS. STONE:  So you'll give it
11            to your lawyer and she can give it to
12            us.
13    REQUEST:
14    Q      Doctor, are you a citizen of the
15    United States?
16    A      Yes.
17    Q      Are you a citizen of any other
18    country?
19
20
21
22                    (Continued on the next page
23              to accommodate the jurat.)
24
25
```

```
 1                    Dr. D. Kim
 2    A       No.
 3                    MS. STONE:  I have no further
 4            questions.  Thank you.
 5                    (Time noted:  11:45 p.m.)
 6
 7            _____
 8                    DAVID DENNIS KIM, M.D
 9
10    Subscribed and Sworn to before me
11    this       day of        , 2022.
12    _____
13    Notary Public
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                          I N D E X

 2

 3    EXAMINATION BY                               PAGE

 4    MS. STONE                                    5

 5

 6                        E X H I B I T S

 7

 8      PLAINTIFF'S

 9    FOR IDENTIFICATION     DESCRIPTION           PAGE

10    1    Medical records                         13

11    2  Ambulatory Surgical Care Center record    13

12

13

14                      R E Q U E S T S

15

16                        DESCRIPTION              PAGE

17    Full name of the owner of the surgical       31

18    center

19

20    Informed consent from Surgical Care          32

21    Center

22

23    Name of translator                           33

24

25    Venue of medical malpractice cases           56
```

```
1              C E R T I F I C A T E

2

3              I, VILMA TORRES, hereby certify that the

4    Deposition held before me on the 26th day of

5    January, 2022; that said witness was duly sworn

6    before the commencement of  testimony; that the

7    testimony was taken stenographically by myself and

8    then transcribed by myself; that the party was

9    represented by counsel as appears herein;

10             That the within transcript is a true record

11   of the Deposition of said witness;

12             That I am not connected by blood or marriage

13   with any of the parties; that I am not interested

14   directly or indirectly in the outcome of this

15   matter; that I am not in the employ of any of the

16   counsel.

17             IN WITNESS WHEREOF, I have hereunto set my

18   hand this 2nd day of February, 2022.

19

20   _____

21             VILMA TORRES,RPR,CSR

22

23

24

25
```

```
 1   ERRATA SHEET FOR: DAVID DENNIS KIM
 2       DAVID DENNIS KIM, being duly sworn, deposes and
 3       says: I have reviewed the transcript of my
 4       proceeding taken on 01/26/2022. The following
 5       changes are necessary to correct my testimony.
 6   _____
 7   PAGE LINE   CHANGE                    REASON
 8   ----|----|--------------------|--------------
 9   ----|----|--------------------|--------------
10   ----|----|--------------------|--------------
11   ----|----|--------------------|--------------
12   ----|----|--------------------|--------------
13   ----|----|--------------------|--------------
14   ----|----|--------------------|--------------
15   ----|----|--------------------|--------------
16   ----|----|--------------------|--------------
17   ----|----|--------------------|--------------
18   ----|----|--------------------|--------------
19   ----|----|--------------------|--------------
20   ----|----|--------------------|--------------
21           Witness Signature:_____
22   Subscribed and sworn to, before me
23   this ___ day of _____, 20 ___.
24   _____    _____
25   (NOTARY PUBLIC)            MY COMMISSION EXPIRES
```

| A | against- (1) | appears (1) | authorized (1) | 19:22 |
|---|---|---|---|---|
| a.m (1) | 1:6 | 59:9 | 3:14 | birth (1) |
| 1:14 | ago (1) | appointment... | Avenue (3) | 21:21 |
| abdominal (3) | 6:8 | 31:17 | 2:12 5:10 30:9 | bit (1) |
| 19:14 50:22 | AGREED (4) | appointment... | aware (4) | 44:7 |
| 54:5 | 3:3,8,12 4:2 | 12:13,17 | 21:9 50:2 | bleeding (7) |
| able (2) | Albert (1) | appreciated (... | 54:24 55:7 | 17:24 18:7 |
| 16:25 20:18 | 9:23 | 37:2 | | 19:14 49:14 |
| abortion (24) | ALEJANDR... | approximate... | **B** | 50:23 54:2,5 |
| 18:6,11,13,23 | 2:14 | 46:15 | B (1) | blood (9) |
| 19:2 20:4,6 | alert (1) | approximate... | 58:6 | 15:19,19 16:2 |
| 23:4 24:5 | 46:7 | 35:22 38:7,8 | BACH (1) | 27:19,23 28:5 |
| 26:8 34:7,16 | alive (1) | area (7) | 2:10 | 35:9,10 59:12 |
| 35:6 39:10 | 52:3 | 9:24 10:4,14 | back (9) | board (3) |
| 41:7,13 44:25 | allergies (1) | 10:21,24 11:6 | 7:7 18:18,21 | 10:21,24 11:6 |
| 49:6 53:6,15 | 21:19 | 11:21 | 26:8 45:14,25 | bottom (4) |
| 54:19,22 55:2 | Allis (1) | areas (1) | 47:18 55:16 | 32:15 35:4,7 |
| 55:11 | 36:18 | 8:23 | 55:19 | 50:5 |
| abortions (2) | allow (1) | arms (1) | backlight (1) | break (2) |
| 31:9 35:20 | 7:17 | 52:5 | 39:19 | 7:19,22 |
| absence (1) | Ambulatory ... | aside (1) | Based (1) | brief (1) |
| 49:12 | 13:6,10,17 | 25:5 | 16:18 | 43:9 |
| acceptable (1) | 58:11 | asked (2) | basis (1) | broke (1) |
| 7:23 | amount (1) | 26:14 50:21 | 43:25 | 44:7 |
| accommodat... | 42:12 | assessed (1) | bear (1) | Bronx (1) |
| 56:23 | and/or (2) | 19:15 | 4:16 | 9:23 |
| act (1) | 17:24 18:9 | assistance (1) | bedside (8) | business (3) |
| 25:15 | anesthesia (2) | 14:12 | 15:20 16:24 | 12:2 42:23 |
| acted (1) | 36:10,11 | assistant (1) | 17:3 23:10 | 46:18 |
| 25:24 | anesthesiolo... | 47:9 | 24:2 27:4,7 | |
| actions (1) | 36:8 | associates (2) | 34:10 | **C** |
| 55:9 | answer (5) | 9:10,13 | behalf (1) | C (3) |
| address (5) | 7:18,21 18:15 | assuming (1) | 5:16 | 2:1 59:1,1 |
| 5:9,10 7:11 9:8 | 41:3 55:13 | 6:7 | believe (4) | call (5) |
| 12:2 | answered (1) | attached (2) | 11:13 30:21 | 20:19 31:16 |
| administer (1) | 7:10 | 40:3,4 | 41:24 54:6 | 45:24 47:4,13 |
| 3:14 | anterior (2) | attend (2) | benefits (4) | called (1) |
| administerin... | 36:17,19 | 7:25 9:4 | 17:16 26:13 | 29:21 |
| 4:6 | anytime (2) | attended (1) | 27:21 36:10 | calling (1) |
| advise (3) | 7:19,21 | 9:22 | best (1) | 55:5 |
| 26:7 53:14,21 | apologize (2) | attorney (2) | 7:21 | canal (1) |
| advised (4) | 52:24 53:2 | 4:13 31:3 | better (1) | 36:20 |
| 18:5 28:18,20 | appeared (1) | attorneys (3) | 16:11 | canister (3) |
| 46:23 | 39:16 | 2:3,11 3:4 | bills (1) | 39:13 40:7,10 |

| | | | | |
|---|---|---|---|---|
| **cannister (9)** | **certification ...** | 56:14,17 | **complication...** | **considered (1)** |
| 40:12,13,15,17 | 3:5 | **civil (1)** | 19:13,21 20:6 | 4:10 |
| 40:19,21,23 | **certified (4)** | 4:18 | 20:12,17 49:8 | **considering (1)** |
| 40:25 41:5 | 10:21,25 11:3 | **clamp (1)** | **conception (...** | 42:6 |
| **care (12)** | 11:6 | 36:18 | 17:25 18:9 | **contact (1)** |
| 7:3 12:20 13:6 | **certify (1)** | **clarify (2)** | 37:4 38:22 | 29:3 |
| 13:10,17 14:7 | 59:3 | 35:13 41:21 | 39:17,20 | **contain (1)** |
| 29:15 30:16 | **cervical (2)** | **clear (3)** | 41:12 43:2 | 51:19 |
| 32:5,8 58:11 | 18:9 21:14 | 44:11,12,17 | 44:4,6,10,19 | **contained (1)** |
| 58:20 | **cervix (1)** | **close (1)** | 48:17 49:5,10 | 31:25 |
| **career (1)** | 36:19 | 35:23 | 49:16 51:5 | **Continued (1)** |
| 35:21 | **cetera (1)** | **co-insurance...** | **concern (7)** | 56:22 |
| **Caribbean (2)** | 9:10 | 19:23 | 44:2 46:3 | **continuously...** |
| 8:5,7 | **chance (1)** | **collected (2)** | 47:12 48:20 | 11:6,14 |
| **Carol (2)** | 28:6 | 40:11 44:18 | 48:21,22,24 | **contributoril...** |
| 2:7 5:15 | **change (2)** | **collects (1)** | **concerned (3)** | 54:25 |
| **carrying (1)** | 29:16 60:7 | 40:7 | 43:22 46:9 | **control (2)** |
| 52:10 | **changed (2)** | **come (8)** | 51:4 | 4:6 21:21 |
| **case (2)** | 29:18,22 | 12:19 26:8,11 | **concerning (1)** | **convenience ...** |
| 55:22 56:2 | **changes (2)** | 29:5 45:25 | 45:23 | 53:19 |
| **cases (12)** | 44:13 60:5 | 47:18,25 48:5 | **conclusion (2)** | **conversation...** |
| 6:6,10,12,14 | **chaperone (2)** | **comes (1)** | 55:6,8 | 17:9,14 24:8 |
| 6:16,18,21,23 | 24:18 25:2 | 45:14 | **conduct (1)** | 47:3 |
| 50:2 56:3,5 | **chart (2)** | **commencem...** | 4:16 | **copy (6)** |
| 58:25 | 13:20 51:25 | 59:6 | **conducted (1)** | 4:14,17 32:12 |
| **cassettes (1)** | **check (2)** | **comment (1)** | 4:4 | 41:22 51:19 |
| 43:7 | 16:3 51:6 | 42:14 | **conference (3)** | 51:24 |
| **caused (3)** | **chills (2)** | **COMMISSI...** | 4:4,8,16 | **corner (1)** |
| 55:10,10,22 | 50:22 54:4 | 60:25 | **confirm (1)** | 37:18 |
| **cavity (1)** | **China (1)** | **common (1)** | 22:22 | **correct (4)** |
| 36:25 | 8:22 | 45:20 | **confirmed (2)** | 37:9,13 39:23 |
| **center (27)** | **Cho (1)** | **company (1)** | 17:7 28:5 | 60:5 |
| 10:10,19 12:9 | 14:18 | 16:8 | **confirming (1)** | **cost (4)** |
| 12:12,14,17 | **choice (1)** | **complaint (2)** | 4:8 | 20:5,5,7,23 |
| 13:6,10,17 | 28:25 | 54:2,8 | **connected (1)** | **costs (1)** |
| 29:15 30:5,8 | **Christine (2)** | **complaints (4)** | 59:12 | 4:16 |
| 30:11,16,18 | 30:21 33:17 | 15:9 49:13 | **connection (1)** | **counsel (6)** |
| 31:19,23 32:5 | **cigarettes (1)** | 50:21 53:24 | 16:6 | 4:3,4,15 5:18 |
| 32:8 33:12 | 21:16 | **complete (2)** | **consent (5)** | 59:9,16 |
| 35:18 39:18 | **circle (2)** | 8:9 10:17 | 4:9 31:22 32:4 | **country (2)** |
| 41:18,24 | 37:17 50:5 | **completed (1)** | 32:24 58:20 | 8:6 56:18 |
| 58:11,18,21 | **circular (1)** | 37:23 | **consider (5)** | **court (6)** |
| **center's (2)** | 43:13 | **completing (1)** | 22:2 42:8 48:8 | 1:1 3:16 4:4,6 |
| 41:20,20 | **citizen (2)** | 11:22 | 48:12,16 | 4:7 33:3 |

| | | | | |
|---|---|---|---|---|
| **CPLR (2)** | 58:1 | 49:22 | 8:22,23 45:17 | **doing (1)** |
| 4:3,17 | **date (12)** | **deliveries (1)** | 49:8 | 46:11 |
| **curettage (7)** | 13:15,19 14:3 | 21:18 | **dilated (1)** | **dorsal (1)** |
| 36:23,24 37:3 | 16:12 22:18 | **demanded (1)** | 36:21 | 36:12 |
| 39:3,13,23 | 25:25 26:2,18 | 52:14 | **dilators (1)** | **Dr (53)** |
| 43:3 | 41:12 44:24 | **denied (4)** | 36:21 | 5:1 6:1 7:1 8:1 |
| **curette (4)** | 46:21 51:11 | 21:16,17 50:23 | **directly (1)** | 9:1 10:1 11:1 |
| 36:22 38:25 | **David (6)** | 54:4 | 59:14 | 12:1 13:1 |
| 39:12 40:3 | 1:7,11 5:8 57:8 | **Dennis (6)** | **discharge (1)** | 14:1 15:1 |
| **custom (7)** | 60:1,2 | 1:7,11 5:8 57:8 | 49:15 | 16:1 17:1 |
| 20:9 46:5 | **day (32)** | 60:1,2 | **discuss (5)** | 18:1 19:1 |
| 47:11,16,23 | 15:25 16:3,16 | **departure (1)** | 20:4,7,23 46:6 | 20:1 21:1 |
| 47:24 51:23 | 17:8 21:16 | 7:2 | 46:10 | 22:1 23:1 |
| **customarily (...** | 22:15,25 | **depends (4)** | **discussed (3)** | 24:1 25:1 |
| 31:9 | 26:22,24 | 47:21 48:6,14 | 18:3 20:13 | 26:1 27:1 |
| | 27:13,15,24 | 49:22 | 50:13 | 28:1 29:1 |
| **D** | 31:18 35:9,11 | **deposed (8)** | **discussion (4)** | 30:1 31:1 |
| **D (57)** | 35:19 36:2 | 4:17 5:20,23 | 26:4 27:14 | 32:1 33:1 |
| 5:1,2,2,2 6:1 | 42:21,22,23 | 6:2,6,9 7:15 | 50:16,20 | 34:1 35:1 |
| 7:1 8:1 9:1 | 46:15,17,18 | 55:25 | **DISTRICT (2)** | 36:1 37:1 |
| 10:1 11:1 | 52:14 53:6,18 | **deposes (1)** | 1:1,2 | 38:1 39:1 |
| 12:1 13:1 | 54:10,13 | 60:2 | **doctor (49)** | 40:1 41:1 |
| 14:1 15:1 | 57:11 59:4,18 | **deposition (11)** | 5:14,21 7:12 | 42:1 43:1 |
| 16:1 17:1 | 60:23 | 1:11 3:13 4:3,7 | 7:14,23 8:14 | 44:1 45:1 |
| 18:1 19:1 | **days (4)** | 4:16 5:16 | 9:9,18 15:21 | 46:1 47:1 |
| 20:1 21:1 | 16:22 23:9 | 12:24 13:21 | 16:23 18:10 | 48:1 49:1 |
| 22:1 23:1 | 46:16 51:18 | 33:2 59:4,11 | 24:10,16 26:7 | 50:1 51:1 |
| 24:1 25:1 | **deal (1)** | **describe (1)** | 27:24 28:9 | 52:1 53:1 |
| 26:1 27:1 | 16:8 | 35:24 | 30:6 31:8,21 | 54:1 55:1 |
| 28:1 29:1 | **December (3)** | **description (4)** | 34:5 35:20,24 | 56:1 57:1 |
| 30:1 31:1 | 42:5 46:22 | 42:24 44:15 | 37:7,22 38:12 | **draped (1)** |
| 32:1 33:1 | 52:18 | 58:9,16 | 38:21 39:18 | 36:14 |
| 34:1 35:1 | **decided (1)** | **desire (1)** | 41:15 42:3,6 | **drawn (1)** |
| 36:1 37:1 | 28:25 | 17:10 | 42:18,24 | 16:3 |
| 38:1 39:1 | **decidua (1)** | **determine (1)** | 43:12,22 | **drew (1)** |
| 40:1 41:1 | 44:13 | 23:12 | 44:21 46:13 | 15:19 |
| 42:1 43:1 | **declined (1)** | **developing (1)** | 46:23 47:22 | **drug (1)** |
| 44:1 45:1 | 52:13 | 22:12 | 48:7,16 49:4 | 21:19 |
| 46:1 47:1 | **defendant (7)** | **device (1)** | 50:4 51:22 | **duly (3)** |
| 48:1 49:1 | 1:8,11 2:11 6:2 | 40:4 | 52:19 54:9,21 | 5:3 59:5 60:2 |
| 50:1 51:1 | 6:4,13 55:25 | **Diagnostics (1)** | 54:24 55:24 | |
| 52:1 53:1 | **define (1)** | 41:9 | 56:14 | **E** |
| 54:1 55:1 | 48:14 | **different (7)** | **document (2)** | **E (9)** |
| 56:1 57:1 | **definition (1)** | 6:10,12 8:21 | 25:9 37:18 | 2:1,1 5:2 58:1 |

| | | | | |
|---|---|---|---|---|
| 58:6,14,14 | **English (5)** | **exhibits (1)** | 45:2 51:15 | 3:15 |
| 59:1,1 | 8:15,18 14:10 | 4:13 | 52:3,5,7,10 | **form (11)** |
| **earliest (1)** | 33:6,8 | **EXPIRES (1)** | 53:16,25 | 3:9 7:9 18:14 |
| 53:18 | **entirely (1)** | 60:25 | 55:22 | 31:22 33:6,10 |
| **early (2)** | 43:6 | **explain (7)** | **fever (4)** | 33:13 34:3 |
| 23:14 45:22 | **entity (1)** | 17:18 20:9 | 49:14 50:22 | 41:2 42:10 |
| **EASTERN (1)** | 30:17 | 22:7 23:7,17 | 54:2,4 | 55:12 |
| 1:2 | **ERRATA (1)** | 30:14 36:3 | **filing (1)** | **formalin (1)** |
| **ectopic (3)** | 60:1 | **explained (7)** | 3:5 | 43:3 |
| 23:20,23,25 | **ESQ (2)** | 17:15,22 19:3 | **finding (1)** | **foul-smelling...** |
| **effect (1)** | 2:7,14 | 20:15 26:12 | 7:2 | 49:14 |
| 3:15 | **Esquire (1)** | 28:12 50:24 | **findings (2)** | **found (1)** |
| **eight (2)** | 5:17 | **express (1)** | 34:19 38:16 | 6:20 |
| 24:22 51:18 | **Et (1)** | 4:9 | **finger (1)** | **four (12)** |
| **Eileen (1)** | 9:10 | **expressed (2)** | 32:23 | 5:25 6:9,10,12 |
| 24:11 | **evaluated (1)** | 29:24 51:3 | **finish (1)** | 6:14 14:24 |
| **Einstein (1)** | 48:3 | | 7:17 | 16:21 23:9 |
| 9:23 | **evidence (7)** | **F** | **finished (1)** | 24:17,21 25:2 |
| **either (5)** | 17:3,5,6 22:13 | **F (1)** | 38:4 | 55:24 |
| 19:16 28:24 | 23:25 54:24 | 59:1 | **firm (1)** | **fourth (1)** |
| 31:22 46:17 | 55:7 | **factor (1)** | 5:18 | 14:18 |
| 47:17 | **exact (2)** | 22:3 | **first (11)** | **fragments (1)** |
| **elective (2)** | 9:5 47:3 | **facts (1)** | 5:3 12:3 14:4 | 43:4 |
| 15:12 17:11 | **exam (4)** | 55:7 | 15:10 16:16 | **full (2)** |
| **eliminate (1)** | 22:24 27:3 | **fair (1)** | 16:19 18:13 | 15:5 58:17 |
| 23:23 | 41:4 50:25 | 18:10 | 21:13 22:18 | **further (6)** |
| **emailed (1)** | **examination ...** | **fashion (1)** | 22:22 24:25 | 3:8,12 4:2,13 |
| 4:14 | 5:12 15:18 | 36:14 | **Five (1)** | 48:2 57:3 |
| **emergency (6)** | 22:14 25:7 | **fax (1)** | 27:13 | |
| 19:16,20 20:8 | 26:4 27:6 | 42:19 | **fix (1)** | **G** |
| 20:22,24 | 34:6 39:8 | **faxed (1)** | 16:11 | **gently (2)** |
| 48:11 | 58:3 | 42:4 | **fluent (2)** | 36:20,24 |
| **employ (1)** | **examine (7)** | **fear (1)** | 14:13,25 | **George's (1)** |
| 59:15 | 26:24 38:21 | 19:21 | **Flushing (6)** | 8:2 |
| **employed (1)** | 39:6,6 40:16 | **February (1)** | 5:11 10:10,11 | **gestational (5)** |
| 14:24 | 40:24 47:20 | 59:18 | 10:19 12:12 | 17:4 23:11 |
| **employees (1)** | **examined (1)** | **fellowships (1)** | 30:10 | 27:8 34:22 |
| 15:4 | 5:4 | 11:20 | **following (5)** | 38:18 |
| **encountered ...** | **Excellent (1)** | **fetal (11)** | 26:15 46:17 | **GIL (9)** |
| 16:19 | 37:6 | 27:9,10 39:9 | 52:14 54:13 | 2:14 7:9 18:14 |
| **endocervical ...** | **exhibit (7)** | 43:6 44:22 | 60:4 | 32:24 35:12 |
| 36:20 | 4:13,14,15 | 45:6,8,10,14 | **follows (1)** | 41:2 42:10 |
| **endometrial ...** | 13:14,18 | 45:19,20 | 5:5 | 55:4,12 |
| 36:25 | 32:25 35:15 | **fetus (9)** | **force (1)** | **give (4)** |

21:4 39:19
56:10,11
**given (3)**
19:7 30:2 47:7
**go (7)**
6:23 7:15 10:4
19:20 20:21
24:10 28:14
**going (9)**
5:19 7:15,16
16:6 24:16
32:11 52:16
53:14,21
**good (2)**
5:14 28:6
**gradually (1)**
36:21
**graduate (1)**
8:12
**graduating (1)**
9:18
**grasp (1)**
36:19
**Grenada (1)**
8:8
**gritty (1)**
37:2
**gross (3)**
42:24 44:14
45:8
**growing (1)**
23:13
**gynecology (5)**
10:16,18 11:2
11:7,21

**H**

**H (1)**
58:6
**half (1)**
21:16
**hand (1)**
59:18
**Hank's (1)**

36:21
**happen (1)**
16:9
**happened (2)**
24:7 50:3
**happens (1)**
49:4
**hard (2)**
19:15 42:14
**hcg (1)**
27:25
**head (1)**
52:7
**hear (2)**
54:10,15
**heartbeat (1)**
27:10
**heavy (2)**
19:13 36:14
**HEIDELL (1)**
2:10
**held (2)**
1:13 59:4
**help (1)**
20:18
**hemostasis (1)**
37:6
**hereunto (1)**
59:17
**high (2)**
9:6 49:6
**history (7)**
21:3,4,9,10,17
22:3,23
**hold (2)**
32:7 35:12
**holding (1)**
32:22
**hopefully (1)**
16:10
**hormone (1)**
16:4
**hospital (8)**
10:10,12,19

12:9,12,14,17
19:16
**Hundreds (1)**
35:23

**I**

**identificatio...**
13:9,14,19
58:9
**identity (1)**
4:8
**image (4)**
34:24 35:4,7
38:13
**important (1)**
49:2
**inactions (1)**
55:9
**incident (1)**
55:2
**incidentally (...**
8:20 24:10
**include (2)**
44:25 48:4
**incomplete (1)**
55:10
**increased (1)**
22:11
**incur (1)**
19:22
**independent ...**
13:24
**index (1)**
56:3
**indicate (4)**
43:16 44:23
47:9,17
**indicating (2)**
32:23 34:14
**indirectly (1)**
59:14
**infection (4)**
18:7 49:7,18
49:21

**inform (5)**
21:20 29:22
46:2 47:5
52:2
**information ...**
29:4
**informed (4)**
31:22 32:3,24
58:20
**initiated (1)**
36:10
**inside (3)**
23:13 27:8
38:20
**instruct (1)**
47:8
**instruments ...**
37:5
**insurance (2)**
19:19 20:25
**intended (1)**
53:12
**interested (1)**
59:13
**internal (2)**
10:2,3
**internet (1)**
16:6
**intrauterine ...**
34:21
**issues (1)**
46:6

**J**

**Jae (2)**
2:2 5:17
**January (2)**
1:14 59:5
**Jeong (5)**
14:17 25:14,15
25:20,24
**jurat (1)**
56:23

**K**

**K (1)**
5:2
**Kim (60)**
1:7,12 5:1,8
6:1 7:1 8:1
9:1 10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1,11 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1
54:1 55:1
56:1 57:1,8
60:1,2
**kind (4)**
27:2 30:13
39:15,19
**know (15)**
7:19 8:23,24
14:6 16:6
19:24 30:20
30:22 33:13
33:18 42:11
51:23 53:5
55:20,23
**Korea (4)**
52:17 53:15,22

| | | | | |
|---|---|---|---|---|
| 54:19 | 50:7 | 34:13 | 28:11,13,21 | **Minji (2)** |
| **Korean (12)** | **level (1)** | **losing (1)** | 28:24 29:2,17 | 14:17 25:14 |
| 8:19,20,25 9:2 | 28:2 | 49:24 | 29:23 41:25 | **minutes (1)** |
| 9:3,4 14:14 | **Lexitas (1)** | **lot (1)** | 46:6 56:2 | 38:8 |
| 14:25 15:6 | 4:6 | 19:15 | 58:10,25 | **miscarriage (...** |
| 25:15 33:6,10 | **licensed (4)** | | **medication (1)** | 23:18 |
| | 11:9,12,14,18 | **M** | 19:7 | **money (3)** |
| **L** | **life (1)** | **M (1)** | **medications ...** | 52:15 53:10 |
| **L (1)** | 9:3 | 5:2 | 19:11 | 54:13 |
| 3:2 | **LINE (1)** | **M.D (3)** | **medicine (13)** | **month (1)** |
| **lab (2)** | 60:7 | 1:7,12 57:8 | 9:8,24 10:2,3,5 | 52:17 |
| 27:18 39:4 | **lip (1)** | **malpractice (...** | 10:14,22,24 | **morning (3)** |
| **laceration (1)** | 36:19 | 6:18 56:2 | 11:9,15,18 | 5:14,20 16:7 |
| 18:9 | **listed (1)** | 58:25 | 17:20,22 | **movement (1)** |
| **language (3)** | 25:8 | **manager (1)** | **meet (1)** | 51:16 |
| 8:15,17,21 | **lithotomy (1)** | 24:12 | 31:18 | **multiple (1)** |
| **languages (1)** | 36:13 | **manner (1)** | **meeting (1)** | 43:3 |
| 8:22 | **litigation (2)** | 4:9 | 4:5 | **MURPHY (1)** |
| **law (2)** | 4:10,18 | **mark (3)** | **menstrual (3)** | 2:10 |
| 2:2 4:10 | **little (6)** | 13:8 43:14,14 | 16:20 23:8 | |
| **lawyer (2)** | 8:16,18 37:17 | **marked (4)** | 51:17 | **N** |
| 5:17 56:11 | 37:17 43:13 | 4:13 13:13,18 | **mental (1)** | **N (5)** |
| **lead (1)** | 44:7 | 32:25 | 21:17 | 2:1 3:2 5:2,2 |
| 55:8 | **live (1)** | **marriage (1)** | **mentioned (1)** | 58:1 |
| **leading (1)** | 52:10 | 59:12 | 21:15 | **name (10)** |
| 39:24 | **LLP (1)** | **matter (1)** | **mentions (1)** | 5:7,14 25:12 |
| **learn (1)** | 2:10 | 59:15 | 42:4 | 30:21,22 |
| 8:25 | **located (3)** | **matters (1)** | **message (2)** | 33:17,18,23 |
| **learning (1)** | 8:4,7 30:8 | 4:18 | 30:2 47:7 | 58:17,23 |
| 52:10 | **location (1)** | **mean (3)** | **met (3)** | **names (4)** |
| **leave (3)** | 31:8 | 25:5 45:6,13 | 14:4 18:13 | 24:25 25:3,8 |
| 30:24 31:6 | **locations (1)** | **measuring (1)** | 21:5 | 25:10 |
| 33:22 | 4:5 | 43:4 | **middle (1)** | **nausea (2)** |
| **Lee (2)** | **long (5)** | **medical (46)** | 9:6 | 54:6,7 |
| 2:2 5:17 | 7:11 38:6 | 6:18 7:25 8:2 | **Mifepristone...** | **nearest (1)** |
| **left (1)** | 42:14 47:18 | 9:18 10:10,19 | 19:6 | 20:22 |
| 54:9 | 48:5 | 12:9,12,14,17 | **millimeters (1)** | **necessarily (1)** |
| **legal (1)** | **longer (1)** | 12:20 13:2,4 | 43:5 | 45:12 |
| 55:5 | 38:20 | 13:4,5,8,12 | **mind (3)** | **necessary (1)** |
| **LegalView/Z...** | **look (2)** | 18:11,23 19:2 | 29:16,18,22 | 60:5 |
| 4:5 | 24:17 50:6 | 19:4,8,10,19 | **mine (2)** | **need (7)** |
| **legs (1)** | **looking (2)** | 19:21 20:4,5 | 48:20,22 | 4:6 7:18 20:13 |
| 52:5 | 34:25 41:15 | 20:5,10,12,16 | **Minhye (3)** | 20:18,21 |
| **letters (1)** | **looks (1)** | 20:25 21:9,10 | 1:4 5:16 12:21 | 32:11 47:5 |

| | | | | |
|---|---|---|---|---|
| needed (1) | 12:4 | 3:14 4:6 | 24:17,20,21 | 22:2 33:4 |
| 31:12 | Objection (6) | Oh (1) | 32:6,15 34:25 | 41:19,19 |
| needs (1) | 7:9 18:14 41:2 | 33:5 | 35:14 37:11 | 44:21 |
| 47:25 | 42:10 55:4,12 | Okay (3) | 38:12 41:16 | part-time (1) |
| neglect (2) | objections (1) | 20:2 24:24 | 41:17,23 | 15:4 |
| 6:20 54:25 | 3:9 | 49:3 | 56:22 58:3,9 | partially (1) |
| New (12) | obligation (1) | ones (1) | 58:16 60:7 | 55:10 |
| 1:2,15 2:5,13 | 4:17 | 12:11 | paid (2) | participating... |
| 2:13 5:4,11 | observe (1) | open (2) | 52:15,19 | 4:5 |
| 8:5 11:10,15 | 40:9 | 7:20,21 | pain (7) | particular (2) |
| 30:10 41:9 | obstetrics (5) | operating (1) | 17:24 18:7 | 8:6 31:11 |
| Nham (1) | 10:16,18 11:2 | 36:6 | 19:14 49:14 | parties (5) |
| 14:17 | 11:7,21 | operative (2) | 50:22 54:2,5 | 3:4 4:3,9,16 |
| Notary (4) | obtain (3) | 37:9,12 | Parenthood (... | 59:13 |
| 1:14 5:3 57:13 | 16:12 22:23 | opinion (1) | 28:15 29:4 | partners (2) |
| 60:25 | 56:9 | 55:21 | parents (1) | 9:9,12 |
| notation (1) | occasional (1) | option (3) | 9:2 | parts (9) |
| 37:20 | 54:7 | 17:16 18:2 | Park (56) | 43:6 44:22,25 |
| note (1) | occurred (3) | 27:21 | 1:4 2:12 5:17 | 45:6,8,10,14 |
| 37:17 | 34:7 54:19 | options (3) | 12:21,24 | 45:19,20 |
| noted (1) | 55:2 | 17:18 26:5,13 | 13:22,25 14:4 | party (4) |
| 57:5 | October (2) | order (1) | 14:6,10 16:19 | 4:17,17 30:17 |
| notwithstand... | 16:17,21 | 1:12 | 17:10,23 18:3 | 59:8 |
| 4:16 | odor (1) | ordinarily (1) | 18:12 19:23 | pass (1) |
| November (10) | 49:15 | 45:2 | 22:14,17 24:4 | 38:24 |
| 14:5 15:11 | offer (6) | outcome (1) | 25:6,19,21,25 | passing (1) |
| 16:22 21:22 | 15:5 18:23,25 | 59:14 | 26:3,5,7,24 | 39:11 |
| 26:20 27:20 | 52:13 53:17 | outside (1) | 27:15 28:23 | Path (1) |
| 27:25 29:9 | 53:20 | 23:13 | 29:6,10,16 | 41:9 |
| 30:4 32:17 | offered (1) | owner (1) | 31:19,21 | pathological ... |
| number (5) | 28:14 | 58:17 | 32:18 33:14 | 39:8 |
| 19:5,9,18 | offering (2) | owns (1) | 34:3,6 36:2 | pathologist (4) |
| 24:22 56:3 | 20:14,19 | 30:18 | 37:25 44:24 | 42:12 43:19 |
| numbers (2) | office (22) | | 45:11 46:19 | 45:7,15 |
| 50:6,7 | 12:3 13:5 15:7 | **P** | 46:23 47:10 | pathologists ... |
| nurse (1) | 15:12 19:17 | P (3) | 48:16 52:2,19 | 42:16 |
| 14:12 | 24:12,14 | 2:1,1 3:2 | 52:24 53:3,5 | pathology (14) |
| | 26:10,15,21 | P.C (1) | 53:14,24 | 39:4 41:7,16 |
| **O** | 29:11,21 | 2:2 | 54:10,22,25 | 41:22 42:6 |
| O (1) | 31:22 35:17 | p.m (1) | Park's (6) | 43:12 45:10 |
| 3:2 | 42:5 46:19,24 | 57:5 | 15:9 16:12 | 45:14 46:4,9 |
| oath (2) | 47:10 50:16 | pack (1) | 21:3 32:21 | 47:6 48:18 |
| 3:14 4:6 | 54:9,12 56:8 | 21:16 | 52:9 55:9 | 50:4 51:2 |
| OB/GYN (1) | officer (2) | page (17) | part (5) | patient (29) |

| | | | |
|---|---|---|---|
| 19:3,10,12,18 | person (6) | 18:19 32:21 | 15:13,21,23,25 | 20:20 |
| 20:15 22:8 | 20:24 25:13 | 43:9 55:17 | 16:2,4 17:2,5 | procedure (2) |
| 26:14 28:10 | 30:17 49:17 | pole (1) | 17:6,7,11,17 | 36:4 38:6 |
| 28:12 30:3 | 49:20,24 | 27:9 | 17:19,22 | Proceed (1) |
| 31:15 36:6,9 | phone (1) | population (1) | 18:12 19:12 | 38:12 |
| 36:11,12 | 46:7 | 15:7 | 20:16 21:5,24 | proceeded (1) |
| 43:23 45:25 | phonecall (4) | portion (5) | 22:4,5,18 | 35:25 |
| 46:2,8 47:4 | 29:19 46:12,25 | 7:6 18:20 | 23:12,14,15 | proceeding (1) |
| 47:14,17,25 | 47:2 | 36:16,17 | 23:16,20,24 | 60:4 |
| 48:9 49:9,13 | physical (5) | 55:18 | 24:2 26:14 | product (2) |
| 50:13,15 51:3 | 15:18 22:24 | position (1) | 27:22 28:7,7 | 40:5 43:2 |
| patient's (2) | 27:3,6 50:25 | 36:13 | 28:11,17,25 | products (20) |
| 36:16,18 | physically (1) | positive (2) | 29:2,23,25 | 17:25 18:8 |
| patients (4) | 38:21 | 16:2 17:8 | 34:22 35:4,7 | 37:4 38:22 |
| 19:7,15 46:7 | pick (1) | possession (1) | 37:13 45:22 | 39:9,10,16,20 |
| 51:25 | 54:13 | 4:15 | pregnant (6) | 41:6,11 44:4 |
| pelvic (6) | pictures (1) | possibility (3) | 16:18 22:23 | 44:6,10,19 |
| 49:14 50:22 | 35:13 | 23:19,23 51:4 | 23:9 27:11 | 45:3 48:17 |
| 51:6,8,13 | PITTONI (1) | possible (6) | 28:6 51:18 | 49:5,10,16 |
| 54:5 | 2:10 | 23:18 43:5 | prepped (1) | 51:5 |
| people (2) | place (3) | 44:16 46:24 | 36:13 | progesterone... |
| 14:24 30:14 | 4:7 32:3 34:17 | 48:9 49:19 | prescriber (1) | 28:2 |
| Perforation (1) | placed (3) | possibly (3) | 19:6 | prolonged (1) |
| 18:8 | 36:12,15,17 | 14:24 32:7 | present (6) | 42:8 |
| perform (18) | plaintiff (5) | 48:17 | 4:3 24:18 25:2 | prompted (1) |
| 15:14,17 22:24 | 1:5,12 2:3 5:16 | post (1) | 25:13 32:18 | 45:24 |
| 22:24 23:4 | 12:21 | 38:14 | 34:2 | provide (7) |
| 27:2 28:15,16 | Plaintiff's (7) | posterior (1) | presented (2) | 19:4 20:10 |
| 30:4 31:9 | 3:9,11,13,18 | 36:15 | 4:14 15:11 | 28:13 30:25 |
| 34:5,9 36:23 | 33:2 35:15 | practice (11) | presenting (1) | 31:3,4 33:23 |
| 39:7 41:4 | 58:8 | 9:13 11:9,18 | 4:13 | provided (1) |
| 51:6,8 52:13 | plan (1) | 11:24 20:9 | previous (3) | 33:2 |
| performed (1... | 28:8 | 46:5 47:11,16 | 21:17,24 38:18 | provider (3) |
| 15:18,19 23:22 | Planned (2) | 47:23,24 | prior (6) | 20:14,19,21 |
| 27:3,19 35:10 | 28:14 29:4 | 51:24 | 4:15 12:23 | provides (1) |
| 35:18,21 36:7 | plastic (1) | practicing (2) | 13:20 22:8 | 16:8 |
| 36:24 38:9 | 40:3 | 9:7 12:4 | 38:19 54:22 | providing (1) |
| 39:2,14 45:21 | Plaza (1) | practitioner ... | privately (1) | 20:3 |
| performing (3) | 2:4 | 9:15 | 12:4 | Public (4) |
| 23:5,10 24:3 | please (3) | pregnancies ... | privileges (3) | 1:15 5:4 57:13 |
| period (7) | 7:4 18:16 | 19:4,8 20:11 | 12:8 30:12,15 | 60:25 |
| 16:13,16,20 | 25:23 | 21:18 22:9 | probably (2) | purpose (1) |
| 23:8 42:8,15 | point (7) | 28:13 | 35:23 42:22 | 4:10 |
| 51:17 | 7:5 13:12,16 | pregnancy (4... | problem (1) | pursuant (2) |

| | | | | |
|---|---|---|---|---|
| 1:12 4:3 | 29:3 53:9 | 54:18,22 | 37:9,12,15 | 19:10 |
| **put (2)** | 60:7 | 58:10 | 41:16,23 42:3 | **response (2)** |
| 9:8 43:16 | **reasons (1)** | **referred (1)** | 42:4,9,18 | 22:21 28:19 |
| | 19:5 | 14:7 | 43:12,17,23 | **results (8)** |
| **Q** | **recall (19)** | **referring (2)** | 44:5,9,12,22 | 15:23 27:5,18 |
| **question (13)** | 9:5 14:9,11,19 | 35:14 37:11 | 45:18 46:4,9 | 27:23 28:3 |
| 3:9 4:15 7:4,17 | 21:2,25 25:24 | **refresh (1)** | 46:10 47:6,15 | 34:11 51:2,13 |
| 7:20,21 18:16 | 29:21 30:23 | 13:21 | 48:2,19 50:4 | **retained (11)** |
| 21:7 25:22 | 38:24 39:5,11 | **refund (2)** | 51:2 | 17:24 18:8 |
| 45:4,16 55:5 | 39:22 43:21 | 52:15,22 | **reported (3)** | 44:3,6,10 |
| 55:14 | 46:14 47:3 | **refunded (1)** | 21:18 44:15 | 45:11 48:17 |
| **questioning (2)** | 52:25 53:4,23 | 53:9 | 54:7 | 49:5,9 53:25 |
| 4:15 5:15 | **receipt (1)** | **refused (2)** | **reporter (7)** | 55:22 |
| **questions (2)** | 47:14 | 53:5,20 | 4:4,8 5:6 7:7 | **retaining (1)** |
| 5:19 57:4 | **receive (1)** | **regard (1)** | 18:21 33:3 | 51:4 |
| **quickly (1)** | 32:12 | 53:25 | 55:19 | **return (7)** |
| 19:16 | **received (5)** | **regarding (4)** | **Reporting (1)** | 24:4 26:14 |
| **quite (1)** | 42:2,9,18 43:3 | 4:15 12:24 | 4:6 | 42:13 46:19 |
| 44:17 | 46:18 | 13:22 36:9 | **reports (3)** | 46:21,24 |
| | **recess (1)** | **relation (1)** | 21:13 42:13,17 | 47:10 |
| **R** | 43:10 | 30:13 | **represented (...** | **returned (1)** |
| **R (3)** | **recognize (1)** | **remaining (1)** | 59:9 | 54:12 |
| 2:1 58:14 59:1 | 50:9 | 37:4 | **request (6)** | **review (3)** |
| **Rachel (1)** | **recollection (3)** | **remember (1)** | 15:12 31:7,15 | 12:23 48:2 |
| 14:17 | 13:21,25 25:19 | 53:17 | 32:13 33:25 | 54:18 |
| **range (1)** | **record (20)** | **remote (1)** | 56:13 | **reviewed (8)** |
| 49:12 | 5:7 7:6 9:9 | 4:5 | **requested (4)** | 13:3 27:18,20 |
| **reach (1)** | 13:11,17 | **remotely (2)** | 7:6 18:20 | 37:21 43:17 |
| 20:21 | 18:20 30:24 | 1:13 4:7 | 28:10 55:18 | 51:2 54:21 |
| **reaction (1)** | 31:25 34:12 | **remove (2)** | **reserved (1)** | 60:3 |
| 52:9 | 35:13,17 | 37:3 53:15 | 3:10 | **reviewing (1)** |
| **reactive (1)** | 37:21 41:19 | **removed (2)** | **residency (5)** | 13:20 |
| 44:13 | 41:20,20 | 37:5 49:17 | 9:19,22 10:7 | **right (7)** |
| **read (8)** | 42:25 43:8 | **rendered (1)** | 10:18 11:22 | 24:18 32:23 |
| 7:7 18:17,21 | 55:18 58:11 | 12:20 | **residual (1)** | 34:25 37:17 |
| 42:19,21,25 | 59:10 | **repeat (5)** | 45:3 | 38:4 43:13 |
| 55:15,19 | **recorded (1)** | 7:4 18:16 | **resolve (1)** | 50:5 |
| **reading (2)** | 4:8 | 25:23 44:8 | 6:16 | **risk (6)** |
| 37:8 43:2 | **recording (1)** | 55:14 | **respect (3)** | 17:21 22:11 |
| **really (1)** | 4:9 | **repeated (1)** | 17:10 37:7 | 49:6,17,20,24 |
| 41:18 | **records (12)** | 37:3 | 55:24 | **risks (6)** |
| **reason (7)** | 12:23 13:2,4,5 | **rephrase (1)** | **respective (1)** | 17:15 18:5,11 |
| 14:23 15:3 | 13:8,13 41:23 | 44:12 | 3:4 | 26:12 27:20 |
| 20:3 23:3 | 41:25 51:19 | **report (26)** | **respond (1)** | 36:9 |

| | | | | |
|---|---|---|---|---|
| **room (7)** | **secretary (4)** | 17:3 | 51:14,20 | 56:15 |
| 19:16,21 20:8 | 30:2 45:24 | **showed (1)** | **sonograms (1)** | **stenographic...** |
| 20:22,24 25:7 | 47:8,13 | 27:8 | 51:24 | 59:7 |
| 36:6 | **section (1)** | **shows (1)** | **soon (2)** | **sterile (2)** |
| **rules (1)** | 4:3 | 35:7 | 46:24 48:9 | 36:14,14 |
| 7:16 | **see (13)** | **sign (5)** | **sorry (5)** | **STIPULAT...** |
| **RXR (1)** | 24:18,25 25:3 | 31:21 32:3,14 | 10:7 21:8 | 3:3,8,12 4:2,13 |
| 2:4 | 26:21 29:10 | 32:16 37:15 | 25:23 44:7 | **Stone (16)** |
| | 29:11,14 39:9 | **signature (6)** | 45:5 | 2:7 5:13,15 |
| **S** | 45:7,20 46:11 | 32:9,22 37:16 | **sort (4)** | 13:7 16:5 |
| **S (7)** | 48:8 50:7 | 37:20 50:12 | 8:21 43:12 | 18:17 31:6 |
| 2:1 3:2,2 5:2 | **seeing (6)** | 60:21 | 47:9 48:4 | 32:11 33:5 |
| 58:6,14,14 | 38:24 39:5,11 | **signed (3)** | **space (3)** | 34:13 43:8,11 |
| **sac (8)** | 39:22 43:23 | 3:13,15 32:19 | 30:24 31:6 | 55:15 56:10 |
| 17:4 23:11 | 48:18 | **significance (...** | 33:22 | 57:3 58:4 |
| 27:8,9 34:22 | **seen (6)** | 45:18 | **Spanish (1)** | **study (5)** |
| 34:23 38:18 | 38:19,20 44:14 | **significant (1)** | 8:19 | 8:10 9:24 10:4 |
| 38:19 | 45:2,23 51:15 | 21:4 | **speak (5)** | 10:11,15 |
| **Sanford (1)** | **send (3)** | **signify (4)** | 8:14,17 14:10 | **studying (1)** |
| 5:10 | 41:6,11 42:16 | 28:3 44:5,9 | 43:19 47:5 | 10:3 |
| **saw (8)** | **sent (2)** | 45:9 | **specimen (5)** | **submitted (1)** |
| 22:18 23:11 | 39:3 42:22 | **Sims (1)** | 39:3 42:7,13 | 43:7 |
| 26:18 29:6 | **separate (1)** | 36:16 | 43:6 44:19 | **Subscribed (2)** |
| 40:2,11,14,22 | 4:5 | **situation (6)** | **speculum (2)** | 57:10 60:22 |
| **says (4)** | **serve (1)** | 47:21,22 48:6 | 36:15,17 | **subsequent (1)** |
| 24:17,25 44:22 | 9:19 | 48:7,8,13 | **spoken (1)** | 22:10 |
| 60:3 | **service (4)** | **small (1)** | 36:9 | **substance (3)** |
| **scar (2)** | 4:6 20:14,20 | 51:15 | **St (2)** | 17:13 27:17 |
| 22:12,13 | 28:16 | **smoked (1)** | 8:2,8 | 50:19 |
| **schedule (3)** | **services (1)** | 21:15 | **staff (2)** | **successful (1)** |
| 31:11,12 42:11 | 52:20 | **soft (1)** | 46:6 53:2 | 53:13 |
| **scheduled (1)** | **set (2)** | 43:4 | **stage (1)** | **successfully (...** |
| 31:14 | 31:16 59:17 | **solo (1)** | 18:12 | 8:9 10:17 |
| **school (8)** | **seven (1)** | 9:15 | **standard (2)** | **suction (8)** |
| 7:25 8:3,7,10 | 38:8 | **somebody (1)** | 7:3 42:15 | 36:22,23 37:2 |
| 9:4,6,6,19 | **severe (3)** | 14:13 | **start (1)** | 38:25 39:12 |
| **schools (1)** | 19:14 49:20,23 | **sonogram (21)** | 11:20 | 39:12 40:3,4 |
| 9:3 | **sharp (3)** | 15:20 16:24 | **State (5)** | **suite (2)** |
| **sealing (1)** | 36:23 39:2,13 | 17:2,3 22:24 | 1:15 5:4,7 | 30:9 38:2 |
| 3:5 | **she'll (1)** | 23:10,22 24:2 | 11:10,15 | **sum (3)** |
| **second (2)** | 31:4 | 27:4,7 34:10 | **stated (2)** | 17:13 27:17 |
| 26:19 53:6 | **SHEET (1)** | 34:12,20 | 16:23 44:12 | 50:19 |
| **secretaries (1)** | 60:1 | 35:18 36:7,8 | **states (3)** | **supply (1)** |
| 47:4 | **show (1)** | 37:23 51:6,9 | 1:1 11:17 | 4:17 |

| | | | | |
|---|---|---|---|---|
| **sure (1)** | 46:8 54:14 | **testified (3)** | 43:4 44:18 | **true (1)** |
| 41:18 | **tan (1)** | 5:5 7:12 11:25 | **today (2)** | 59:10 |
| **surgery (15)** | 43:4 | **testimony (5)** | 6:6,10 | **try (1)** |
| 17:20 18:4 | **teaching (2)** | 6:25 37:8 59:6 | **told (4)** | 16:11 |
| 22:10 30:3,4 | 12:13,16 | 59:7 60:5 | 30:2 46:2,23 | **tube (2)** |
| 31:16 35:19 | **tell (17)** | **tests (6)** | 47:4 | 39:24 40:3 |
| 38:2,19 52:14 | 13:2 14:3 15:3 | 15:14,19 23:5 | **top (5)** | **two (5)** |
| 52:16,17,21 | 21:23 24:4 | 27:2,5 28:5 | 24:18 34:24 | 19:9 21:13,24 |
| 53:11,18 | 25:12 28:23 | **texture (1)** | 37:17 38:13 | 22:8 43:7 |
| **surgical (44)** | 29:19 30:3 | 37:2 | 43:13 | **types (1)** |
| 13:6,10,17 | 32:6 43:25 | **thank (2)** | **Torres (3)** | 8:21 |
| 18:13 22:4,9 | 45:24 46:5 | 33:5 57:4 | 13:7 18:18 | |
| 23:4 24:5 | 47:13,25 | **third (1)** | 59:3 | **U** |
| 26:8 28:16,22 | 49:11 50:11 | 20:3 | **TORRES,R...** | **U (2)** |
| 28:24 29:15 | **ten (1)** | **three (8)** | 59:21 | 3:2 58:14 |
| 29:25 30:5,11 | 38:8 | 14:20,23 16:22 | **train (1)** | **ultrasound (4)** |
| 30:15,18 31:9 | **term (1)** | 19:18 23:9 | 10:15 | 35:25 38:10,14 |
| 31:19,23 32:5 | 38:23 | 24:17,21 | **transcribed (1)** | 38:17 |
| 32:8 33:12 | **terminate (5)** | 51:18 | 59:8 | **unauthorize...** |
| 34:6 35:18,20 | 17:16,19 26:13 | **time (38)** | **transcript (5)** | 4:10 |
| 36:3 39:18 | 27:21 29:25 | 3:10 6:5 7:5 | 4:17 33:4,23 | **understand (4)** |
| 41:7,13,18,19 | **terminating (...** | 9:11,13,25 | 59:10 60:3 | 21:7 25:22 |
| 41:20,24 | 17:21 | 10:15 12:15 | **translate (2)** | 45:4 55:13 |
| 44:24 45:21 | **termination (...** | 12:19 13:12 | 26:3 33:13 | **Uniondale (1)** |
| 53:6,15,22 | 15:13 17:11 | 13:16 14:19 | **translated (1)** | 2:5 |
| 54:19 58:11 | 19:4,12 20:12 | 15:5,15 18:19 | 34:2 | **United (2)** |
| 58:17,20 | 20:16 22:4,17 | 21:5 23:12,20 | **translating (1)** | 1:1 56:15 |
| **surgically (1)** | 28:11,13,21 | 24:11,15 | 25:20 | **University (1)** |
| 49:17 | 28:22,24 29:2 | 25:18 26:19 | **translation (1)** | 8:2 |
| **sworn (8)** | 29:17,23 | 27:12 28:9 | 33:9 | **unpredictabl...** |
| 3:13,15 4:7 5:3 | 37:12,22 | 29:5 31:14 | **translator (4)** | 19:9 |
| 57:10 59:5 | 38:14 45:21 | 37:25 42:8,12 | 25:16,25 26:2 | **unremarkab...** |
| 60:2,22 | 53:22 | 42:15,16 43:9 | 58:23 | 27:7 50:25 |
| | **terminations...** | 47:14 52:3 | **treating (1)** | **upset (2)** |
| **T** | 19:8 20:10 | 54:8,14 55:17 | 13:25 | 52:11 53:19 |
| **T (6)** | 21:14,24 22:9 | 57:5 | **treatment (3)** | **urgency (4)** |
| 3:2,2 58:6,14 | 28:17 | **times (3)** | 12:20 20:24 | 47:7,9,19 48:4 |
| 59:1,1 | **terms (2)** | 5:23 6:9 55:24 | 28:8 | **urgent (5)** |
| **take (2)** | 21:3 47:19 | **tissue (19)** | **trial (3)** | 48:8,12,15,21 |
| 19:11 38:6 | **test (12)** | 22:12,13 38:24 | 3:10 6:23 7:2 | 48:23 |
| **taken (4)** | 15:17,21,24,25 | 39:2,11,13,15 | **tried (2)** | **urine (2)** |
| 1:12 43:10 | 16:3 17:7 | 39:23 40:2,8 | 16:7 42:12 | 15:25 17:7 |
| 59:7 60:4 | 24:3 27:19,24 | 40:9,11,14,19 | **trimester (1)** | **use (1)** |
| **talk (2)** | 34:9 35:9,10 | 40:22,24 41:5 | 21:14 | 30:12 |

| | | | | |
|---|---|---|---|---|
| usually (1) | 16:25 40:13,19 | woman (1) | **Z** | 21:22 |
| 42:16 | 40:20 | 49:4 | Zoom/Legal... | 16th (2) |
| uterus (10) | visualized (4) | womb (1) | 1:13 | 27:20,25 |
| 18:8 22:10 | 27:10 37:6 | 48:18 | | 1996 (2) |
| 23:13,14 27:8 | 39:7 51:16 | words (3) | **0** | 8:13 9:22 |
| 38:20 49:25 | visually (4) | 11:25 35:6 | 01/26/2022 (1) | 1997 (1) |
| 51:7,16 52:3 | 38:22 39:6 | 54:2 | 60:4 | 9:22 |
| | 40:16,24 | work (3) | | 1998 (1) |
| **V** | | 5:10 15:5 | **1** | 10:13 |
| V (1) | **W** | 24:14 | 1 (4) | |
| 5:2 | wait (2) | working (4) | 13:9,14 35:15 | **2** |
| vagina (4) | 47:18 48:5 | 14:13,19,20 | 58:10 | 2 (3) |
| 36:16,18 37:5 | waived (1) | 33:20 | 10:03 (1) | 13:11,18 58:11 |
| 39:24 | 3:6 | write (1) | 1:14 | 20 (4) |
| vaginal (4) | want (3) | 37:16 | 1000 (1) | 43:4,5,5 60:23 |
| 49:13,15 50:23 | 35:12 36:3 | writing (2) | 35:23 | 2003 (6) |
| 54:5 | 46:10 | 33:9 50:12 | 10016 (1) | 7:13 10:13 |
| venue (2) | wanted (2) | written (1) | 2:13 | 11:13,15 12:7 |
| 56:5 58:25 | 29:24 46:8 | 4:9 | 11/27/17 (3) | 12:8 |
| verbally (2) | wasn't (2) | wrote (1) | 29:11 31:18 | 2009 (2) |
| 7:18 33:13 | 44:17 53:12 | 50:13 | 41:12 | 11:4,5 |
| viable (1) | way (3) | | 11/27/2017 (1) | 2017 (16) |
| 28:7 | 7:14 45:17 | **X** | 42:7 | 9:12,16 11:5 |
| Victoria (1) | 46:15 | x (6) | 11:45 (1) | 12:16 14:5,21 |
| 14:17 | we're (1) | 1:3,9 43:4,5 | 57:5 | 15:11 16:17 |
| video (3) | 34:25 | 58:1,6 | 11354 (1) | 16:21,22 |
| 4:4,8,16 | week (1) | xxxxx (3) | 30:10 | 21:22 26:20 |
| Videoconfer... | 26:15 | 2:16 3:19 4:20 | 11355 (1) | 29:9 30:4 |
| 1:13 4:5 | weeks (6) | | 5:11 | 32:17 46:22 |
| villi (4) | 16:18,21 23:9 | **Y** | 11556 (1) | 2022 (4) |
| 43:5 44:14,16 | 27:11,13 | year (4) | 2:5 | 1:14 57:11 |
| 45:23 | 51:18 | 6:8 8:12 11:12 | 12/13 (1) | 59:5,18 |
| Vilma (3) | weighted (1) | 11:24 | 50:16 | 21st (1) |
| 55:16 59:3,21 | 36:15 | years (3) | 12/13/17 (2) | 26:20 |
| Vincent's (1) | WHEREOF ... | 9:5 10:11 | 50:14 51:11 | 256 (1) |
| 8:8 | 59:17 | 21:23 | 13 (3) | 27:25 |
| violation (1) | willing (1) | yolk (3) | 46:22 58:10,11 | 26 (1) |
| 4:10 | 19:20 | 27:9 34:22 | 136-20 (1) | 1:14 |
| visit (3) | witness (10) | 38:19 | 30:9 | 26th (1) |
| 15:10 25:18 | 4:4,6,7,14,14 | York (11) | 143-16 (1) | 59:4 |
| 26:10 | 4:15 59:5,11 | 1:2,15 2:5,13 | 5:10 | 27 (3) |
| visual (1) | 59:17 60:21 | 2:13 5:4,11 | 16 (6) | 29:9 30:4 |
| 39:19 | witnesses (1) | 8:5 11:10,15 | 14:5 15:11 | 32:17 |
| visualize (4) | 4:8 | 30:10 | 16:17,21,22 | 28 (1) |

| 28:2<br>**2nd (1)**<br>59:18 | **99 (1)**<br>2:12 | | | |
|---|---|---|---|---|
| **3** | | | | |
| **31 (1)**<br>58:17<br>**3113(d) (1)**<br>4:3<br>**32 (1)**<br>58:20<br>**33 (1)**<br>58:23<br>**37 (1)**<br>37:11<br>**38 (2)**<br>35:14 38:12<br>**38th (1)**<br>30:9<br>**3rd (1)**<br>42:5 | | | | |
| **4** | | | | |
| **5** | | | | |
| **5 (1)**<br>58:4<br>**5-I (1)**<br>30:9<br>**56 (1)**<br>58:25 | | | | |
| **6** | | | | |
| **6-millimeter ...**<br>36:22<br>**626 (1)**<br>2:4 | | | | |
| **7** | | | | |
| **750 (2)**<br>52:21,23 | | | | |
| **8** | | | | |
| **9** | | | | |