# JSL LAW OFFICES, P.C.
**626 RXR PLAZA, UNIONDALE, NEW YORK 11556**
Tel: (718) 461-8000
Fax: (866) 449-8003

---

May 9, 2022

**By ECF**
Hon. Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: 1:20-cv-02636-PKC-LB ( PARK v. KIM)

Dear Magistrate Bloom:

     We represent Plaintiff MINHYE PARK in the above referenced matter. We request an extension of time to file Plaintiff's objection to R&R due to unforeseen circumstances. By the Order dated April 25, 2022, Plaintiff's objection to R&R should be filed by May 9, 2022. Counsel for Plaintiff was unexpectedly called out of country due to a family emergency. Thus, we request that the deadline of the Plaintiff's objection to R&R be extended to May 23, 2022. No previous extension was requested.

     We thank the Court for its attention to the foregoing.

Respectfully submitted,

/S/ *Jae S. Lee*
_____
Jae S. Lee

Attorney for Plaintiff

Case 1:20-cv-02636-PKC-LB   Document 41   Filed 05/09/22   Page 2 of 2 PageID #: 825

Case 1:20-cv-02636-PKC-LB   Document 41   Filed 05/09/22   Page 2 of 2 PageID #: 825