

JAE LEE <jae@lawjsl.com>

## PARK, MINYE V. DAVID DENNIS KIM, M.D.

**Newman, Hayley B.** <hnewman@hpmb.com>                           Fri, Sep 17, 2021 at 2:58 PM
To: JAE LEE <jae@lawjsl.com>, Celine Frank <celine.frank@lexitaslegal.com>
Cc: "McDermott, Linda" <lmcdermott@hpmb.com>, NY Tri-State Video Conference <nyvideoconference@lexitaslegal.com>

Ms. Lee,

We have to conduct the deposition during the Court's business hours in the event that we have an issue that requires a phone call to chambers. The hours you suggest do not align with the Court's hours. She chose to file a lawsuit in the United States and your client was directed by the Court to make herself available for the deposition. I can agree to start at 9:30 a.m., if the reporter and interpreter are available, and we are entitled to take her deposition for 7 hours under the federal rules, as you are well aware.

Thank you,

Hayley Newman

Partner

Heidell, Pittoni, Murphy & Bach

99 Park Avenue

New York, NY 10016

Tel:  (212) 286 - 8585

Fax: (212) 490 - 8966

www.hpmb.com



**From:** JAE LEE <jae@lawjsl.com>
**Sent:** Friday, September 17, 2021 2:47 PM
**To:** Celine Frank <celine.frank@lexitaslegal.com>

5/23/22, 9:14 PM   LAW OFFICES - Mail - Re: PARK, MINYE V. DAVID DENNIS KIM, M.D.

Case 1:20-cv-02636-PKC-LB Document 42-1 Filed 05/24/22 Page 2 of 2 PageID #: 841

**Cc:** Newman, Hayley B. <hnewman@hpmb.com>; McDermott, Linda <lmcdermott@hpmb.com>; NY Tri-State Video Conference <nyvideoconference@lexitaslegal.com>
**Subject:** Re: PARK, MINYE V. DAVID DENNIS KIM, M.D.

**CAUTION:** This email originated from outside the HPMB network. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

**HPM&B has converted to a paperless office environment. We request that no paper mail, including correspondence, legal documents, transcripts, or discovery materials, be sent to our offices in hard copy form except by prior agreement or unless required by law. All mail should be sent to us in digital format only, using the general email addresses listed below. Your mail be will be sorted and routed internally by our virtual mailrooms. Mail addressed to our New York office should be sent to NY@hpmb.com. Mail addressed to our White Plains office should be sent to WP@hpmb.com. Mail addressed to Garden City office should be emailed to LI@hpmb.com. Mail addressed to our Bridgeport office should be emailed to CT@hpmb.com.**

**We understand that certain items cannot be transmitted digitally. If you have a question or concern, kindly direct your inquiry to any of the above email addresses or by contacting the attorney or legal assistant handling your matter. You may also email Calendar@hpmb.com for general assistance.**

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and may contain confidential information intended only for the person(s) to whom this email message is addressed. This message may also contain Protected Health Information covered under HIPAA Rules and HITECH Standards. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 212-286-8585. Thank you.