

JAE LEE <jae@lawjsl.com>

## Park EBTS for Jan 5th & 6th
2 messages

**McDermott, Linda** <lmcdermott@hpmb.com>	Tue, Jan 4, 2022 at 11:43 AM
To: "jae@lawjsl.com" <jae@lawjsl.com>
Cc: "Gil, Alejandra R." <agil@hpmb.com>

Good morning Ms. Lee

I an reconfirming deposition of Plaintiff for Jan 5th & 6th @ 7:00 am. I have ordered Diamond / Veritext reporters. The both links went out yesterday. I wanted to make sure you have them

Thank you,

Linda

*Linda McDermott*

Calendar Department Supervisor

Heidell, Pittoni, Murphy & Bach, LLP

99 Park Avenue

New York, NY 10016

Tel: (212) 471-4649

Fax: (212) 490 – 8966

Email : lmcdermott@hpmb.com

www.hpmb.com



**HPM&B has converted to a paperless office environment. We request that no paper mail, including correspondence, legal documents, transcripts, or discovery materials, be sent to our offices in hard copy form except by prior agreement or unless required by law. All mail should be sent to us in digital format only, using the general email addresses listed below. Your mail be will be sorted and routed internally by our virtual mailrooms. Mail addressed to our New York office should be sent to NY@hpmb.com. Mail addressed to our White Plains office should be sent to WP@hpmb.com. Mail addressed to Garden City office should be emailed to LI@hpmb.com. Mail addressed to our Bridgeport office should be emailed to CT@hpmb.com.**

**We understand that certain items cannot be transmitted digitally. If you have a question or concern, kindly direct your inquiry to any of the above email addresses or by contacting the attorney or legal assistant handling your matter. You may also email Calendar@hpmb.com for general assistance.**

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and may contain confidential information intended only for the person(s) to whom this email message is addressed. This message may also contain Protected Health Information covered under HIPAA Rules and HITECH Standards. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 212-286-8585. Thank you.

**McDermott, Linda** <lmcdermott@hpmb.com>  Wed, Jan 5, 2022 at 2:09 PM
To: "jae@lawjsl.com" <jae@lawjsl.com>, "Gil, Alejandra R." <agil@hpmb.com>

Here is the link for 1-6-22 @ 8:00 am

## *Linda McDermott*

Calendar Department Supervisor

Heidell, Pittoni, Murphy & Bach, LLP

99 Park Avenue

New York, NY 10016

Tel:  (212) 471-4649

Fax: (212) 490 – 8966

Email：lmcdermott@hpmb.com

www.hpmb.com



[Quoted text hidden]
[Quoted text hidden]

---------- Forwarded message ----------
From: "calendar-ny@veritext.com" <calendar-ny@veritext.com>
To: "McDermott, Linda" <lmcdermott@hpmb.com>
Cc:
Bcc:
Date: Wed, 5 Jan 2022 19:01:53 +0000
Subject: Your Remote Proceeding Starts Soon | Park, Minhye v. Kim, David Dennis MD | 1/6/2022 | 5015997 | Minhye Park

**CAUTION:** This email originated from outside the HPMB network. Do not click links or open attachments unless you recognize the sender and know the content is safe.



**Your assignment #5015997 is confirmed to take place via Veritext Virtual.**

## PROCEEDING DETAILS:

- **CASE:** Park, Minhye v. Kim, David Dennis MD
- **WITNESS:** Minhye Park
- **DATE & TIME:** Thursday, Jan 6 2022 8:00AM (Eastern Time (US & Canada))
- **ASSIGNMENT #:** 5015997

## MEETING LINK:

**Please forward the following meeting link to all participants that do not already have access to this session.** If you have already provided Veritext with the name and email addresses of other participants, they will receive this link directly in a separate email from Veritext.

**https://proceedings.veritext.com/?token=8add9fda17338981ff6f7342d7d1bcd6**

**Participating via Meeting ID/Password, Video Teleconference or Conference Call:**

If you would like to participate via Meeting ID/Password, Video Teleconference or Conference call, click the link above within an hour of the scheduled start time, identify yourself, and click **Show My Meeting ID/Password and Additional Session Details**. Sharing the meeting link with non-parties or unaffiliated individuals could affect the security of the session.

## TECHNICAL SUPPORT:

- **FOR TECHNICAL SUPPORT BEFORE OR DURING THE PROCEEDING:**

  855-440-4861 | remote@veritext.com

- **FOR QUESTIONS REGARDING YOUR UPCOMING VERITEXT VIRTUAL SESSION:**

  800-727-6396 | calendar-ny@veritext.com

- **TEST THE EQUIPMENT:**

We strongly encourage participants to test the actual equipment and Internet connection that they will be using in advance of the remote proceeding. The self test takes approximately 3 minutes to complete.

**TEST THE SYSTEM**

Thank you for choosing Veritext for your upcoming proceeding.

**HAVE YOU ORDERED REALTIME?**

If you ordered Remote Realtime, you will receive a separate email with instructions on how to connect to Remote Realtime. Please contact your local Veritext office for additional instructions.

Thank you for choosing Veritext for your upcoming proceeding.

Version 1 | 4/27/21

View as webpage

📄 **Your Remote Proceeding Starts Soon | Park, Minhye v. Kim, David Dennis MD | 1/6/2022 | 5015997 | Minhye Park.eml**
101K