

Jae S. Lee <jslee.esq@gmail.com>

# Park v. Kim
4 messages

**Jae S. Lee** <jslee.esq@gmail.com>  Tue, Dec 14, 2021 at 2:32 AM
To: hnewman@hpmb.com

--

Jae Lee, Esq.
**JSL Law Offices, P.C.**
16807 Northern Blvd
Flushing, NY 11358
Tel: (718) 461-8000
Fax: (866)-449-8003

*Confidentiality Note: This e-mail and any attachments transmitted with it are intended solely for the use of the addressee and may contain information that is privileged and confidential. If you are not the intended recipient, please notify the sender by return e-mail, and delete or destroy this e-mail and any attachments. Any unauthorized disclosure, use, distribution, or reproduction of this e-mail or any attachments is prohibited and may be unlawful.*

**4 attachments**

- **3rd_Notice of deposition on Def_ 1.7,2022.pdf**
  99K
- **P demand & inspection.pdf**
  245K
- **P First set of interrogatories (Park).pdf**
  153K
- **P second set of interrogatories.pdf**
  240K

**Jae S. Lee** <jslee.esq@gmail.com>  Mon, Dec 20, 2021 at 4:36 PM
To: bvandeusen@hpmb.com

[Quoted text hidden]

**4 attachments**

- **3rd_Notice of deposition on Def_ 1.7,2022.pdf**
  99K
- **P demand & inspection.pdf**
  245K
- **P First set of interrogatories (Park).pdf**
  153K
- **P second set of interrogatories.pdf**
  240K

**Jae S. Lee** <jslee.esq@gmail.com>  Tue, Jan 25, 2022 at 12:37 PM



To: jae@lawjsl.com

[Quoted text hidden]

**4 attachments**

- 3rd_Notice of deposition on Def_ 1.7,2022.pdf — 99K
- P demand & inspection.pdf — 245K
- P First set of interrogatories (Park).pdf — 153K
- P second set of interrogatories.pdf — 240K

---

**Jae S. Lee** <jslee.esq@gmail.com>  Fri, Feb 25, 2022 at 4:10 AM
To: FANIA JEAN <jae@lawjsl.com>

---------- Forwarded message ---------
From: **Jae S. Lee** <jslee.esq@gmail.com>
Date: Tue, Dec 14, 2021, 2:32 AM
Subject: Park v. Kim
To: <hnewman@hpmb.com>

[Quoted text hidden]

**4 attachments**

- 3rd_Notice of deposition on Def_ 1.7,2022.pdf — 99K
- P demand & inspection.pdf — 245K
- P First set of interrogatories (Park).pdf — 153K
- P second set of interrogatories.pdf — 240K