5/23/22, 8:23 PM 03/28/2022_Defendant's Deficiencies & Plaintiff's supp responses - jae@lawjsl.com - JSL LAW OFFICES, P.C. Mail

 Gmail

HPMB.COM

Compose

Mail

Inbox 1,411
Starred
Snoozed
Sent
Drafts 33

agent@lawjsl.com
hr@lawjsl.com
keetick@lawjsl.com
mustafa@lawjsl.com
office@lawjsl.com
suzzane@lawjsl.com

Chat
Spaces
Meet