

JAE LEE <jae@lawjsl.com>

# Minhye Park; Index No.: 1:20-cv-02636; Our File No.: 778-1018
2 messages

**Kulka, Rosa** <rkulka@hpmb.com>   Wed, Feb 2, 2022 at 11:42 AM
To: "jae@lawjsl.com" <jae@lawjsl.com>
Cc: "Gil, Alejandra R." <agil@hpmb.com>, "Van Deusen, Bianca M." <bvandeusen@hpmb.com>

Dear Counselor:

On behalf of Bianca Van Deusen, please see the attached Response and Expert Report with respect to the above matter.

Thank you.

| Citrix Attachments | Expires March 4, 2022 |
|---|---|
| HPMB_NY1-#2518036-v1-PARK_-_Respons...ter.PDF | 690.1 KB |
| HPMB_NY1-#2518893-v1-Park_-_Expert_Report.PDF | 38.7 MB |

Download Attachments

Rosa Kulka uses Citrix Files to share documents securely.

**HPM&B has converted to a paperless office environment. We request that no paper mail, including correspondence, legal documents, transcripts, or discovery materials, be sent to our offices in hard copy form except by prior agreement or unless required by law. All mail should be sent to us in digital format only, using the general email addresses listed below. Your mail be will be sorted and routed internally by our virtual mailrooms. Mail addressed to our New York office should be sent to NY@hpmb.com. Mail addressed to our White Plains office should be sent to WP@hpmb.com. Mail addressed to Garden City office should be emailed to LI@hpmb.com. Mail addressed to our Bridgeport office should be emailed to CT@hpmb.com.**

**We understand that certain items cannot be transmitted digitally. If you have a question or concern, kindly direct your inquiry to any of the above email addresses or by contacting the attorney or legal assistant handling your matter. You may also email Calendar@hpmb.com for general assistance.**

NOTE: This e-mail message (including attachments) is subject to attorney-client privilege and may contain confidential information intended only for the person(s) to whom this email message is addressed. This message may also contain Protected Health Information covered under HIPAA Rules and HITECH Standards. If you have received this e-mail

message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Our telephone number is 212-286-8585. Thank you.


**Attachments.html**
5K

---

**JAE LEE** <jae@lawjsl.com>                                                                                      Fri, Feb 25, 2022 at 3:28 AM
To: "Kulka, Rosa" <rkulka@hpmb.com>
Cc: "Gil, Alejandra R." <agil@hpmb.com>, "Van Deusen, Bianca M." <bvandeusen@hpmb.com>

Again, you failed to serve discovery responses on time as well as the attempted attachments are blank or unable to download. No instruction was provided to open, either. We consider you failed to respond to Plaintiff's discovery demands.

[Quoted text hidden]