# EXHIBIT A



**81 Main Street   White Plains, NY  10601-1711**
Tel: (914) 559-3100   Fax: (914) 949-1160
www.hpmb.com

**Bianca M. Van Deusen**
Associate
bvandeusen@hpmb.com

March 4, 2022

Jae Lee, Esq.
JSL Law Offices, P.C.
626 RXR Plaza
Uniondale, New York 11556

    Re:    Minhye Park v. David Dennis Kim, M.D.
           Index No.:  1:20-cv-02636-PKC-LB
           <u>Our File No.:  778-1018</u>

Dear Ms. Lee:

As you are aware, our firm represents Dr. David Dennis Kim in this action.

Attached please find our Response to your January 28 Discovery Demand and the Expert Report of Dr. Dias Martin, which was served on February 2, 2022 via electronic mail.

Thank you for your attention to this matter.

                              Very truly yours,

                              Bianca M. Van Deusen

Enclosures

2531083.1

**HEIDELL, PITTONI, MURPHY & BACH, LLP**

New York | Connecticut | Westchester | Long Island

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF WESTCHESTER     )

**ROSA KULKA,** being sworn, says:

I am not a party to the action, am over 18 years of age and am employed by **HEIDELL, PITTONI, MURPHY & BACH, LLP.**

On March 4, 2022, a true copy of the annexed **CORRESPONDENCE TO PLAINTIFF** via First Class Mail upon the following party at the address designated by said party for that purpose by delivering a true copy of same and enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York

TO:  Jae Lee, Esq.
     JSL Law Offices, P.C.
     626 RXR Plaza
     Uniondale, New York 11556

_____
ROSA KULKA

Sworn to before me this
4th day of March, 2022

_____
NOTARY PUBLIC

ELIZABETH PERSAMPIERI
Notary Public - State of New York
No. 01TO6361855
Qualified in Westchester County
My Commission Expires July 17, 2025

2569784.1