# EXHIBIT A

# Heidell, Pittoni, Murphy & Bach
## 0778-01018 - February 1, 2022 - August 31, 2022

| Date | Timekeeper | Matter ID/Client Sort / Matter Description / Narrative | Activity Code | Component / Task Code | Price | Stmn Units | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Date: 2/2/2022** | | | | | | | |
| 02/02/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Initial file review and case law review for motion to dismiss. (Approx 100 + pages) | A104 | T<br>L240 | 245.00 | 0.70 | $171.50 |
| **Date: 2/3/2022** | | | | | | | |
| 02/03/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Draft motion to dismiss approx 20 pages total. | A103 | T<br>L240 | 245.00 | 6.00 | $1,470.00 |
| **Date: 2/4/2022** | | | | | | | |
| 02/04/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Finalize motion to dismiss. (Approx 20 pages total) | A103 | T<br>L240 | 245.00 | 4.00 | $980.00 |
| **Date: 2/28/2022** | | | | | | | |
| 02/28/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Review plaintiff's opposition to our motion to dismiss. Approx 20 pages) | A104 | T<br>L240 | 245.00 | 0.50 | $122.50 |
| **Date: 3/3/2022** | | | | | | | |
| 03/03/2022 | BMV | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Review and analyze plaintiff's opposition papers in preparation of drafting reply in support of motion to dismiss (20 pages) | A104 | T<br>L240 | 200.00 | 0.40 | $80.00 |
| 03/03/2022 | BMV | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Research re: case law supporting argument that plaintiff must produce tax returns and other documentation regarding lost earnings in preparation of drafting reply for motion to dismiss | A102 | T<br>L240 | 200.00 | 0.50 | $100.00 |

# Heidell, Pittoni, Murphy & Bach
# 0778-01018 - February 1, 2022 - August 31, 2022

| Date | Initials | Matter | Code | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 03/03/2022 | BMV | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Research re: New York Worker's compensation law to rebut plaintiff's argument that law provides basis of compensation for lost earnings in medical malpractice claim in preparation of drafting reply for motion to dismiss | A102 | T L240 | 200.00 | 0.50 | $100.00 |
| 03/03/2022 | BMV | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Draft reply declaration in further support of motion to dismiss (8 pages) | A103 | T L240 | 200.00 | 4.70 | $940.00 |

**Date: 3/4/2022**

| Date | Initials | Matter | Code | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 03/04/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Review and revise reply memo of law for motion to dismiss drafted by associate Bianca Van Deusen. (10 pages) | A103 | T L240 | 245.00 | 0.80 | $196.00 |

**Date: 3/15/2022**

| Date | Initials | Matter | Code | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 03/15/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Review opposition filed by plaintiff and compare to opposition sent to us directly and discuss further handling with associate Bianca Van Deusen. (Approx 20 pages total) | A104 | T L240 | 245.00 | 0.80 | $196.00 |
| 03/15/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Review letter filed by plaintiff with the court requesting leave to file motion for sanctions with various exhibits. (Approx 100 + pages) | A104 | T L240 | 245.00 | 0.50 | $122.50 |
| 03/15/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Review and revise letter to the court drafted by associate Bianca Van Deusen regarding plaintiff's untimely oppositions. (2 pages) | A103 | T L240 | 245.00 | 0.30 | $73.50 |
| 03/15/2022 | BMV | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Review plaintiff's second opposition to defendant's motion to dismiss and compare to the previously served opposition papers to identify differences between same in preparation of drafting correspondence to Court regarding request to disregard opposition or provide briefing schedule to respond (30 pages) | A104 | T L240 | 200.00 | 0.60 | $120.00 |
| 03/15/2022 | BMV | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Draft correspondence to Judge Bloom re: plaintiff's opposition papers and request to disregard (2 pages) | A103 | T L240 | 200.00 | 1.10 | $220.00 |

# Heidell, Pittoni, Murphy & Bach
# 0778-01018 - February 1, 2022 - August 31, 2022

| Date | Tkpr | Matter / Description | Task | Activity | Rate | Hours | Amount | Payment |
|---|---|---|---|---|---|---|---|---|
| 03/15/2022 | BMV | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE  / DAVID DENNIS KIM, M.D.<br>Review prior Court orders and briefing schedule re: motion for sanctions and plaintiff's opposition papers in preparation of drafting correspondence to Court re: plaintiff's untimely papers (10 pages) | A104 | T L240 | 200.00 | 0.20 | $40.00 | |
| | | | | | | | | $4,932.00 Pd. Via MedPro Invoice #1245260 |
| **Date: 4/25/2022** | | | | | | | | |
| 04/25/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE  / DAVID DENNIS KIM, M.D.<br>Review court's report and recommendation on our motion to dismiss. (22 pages) | A104 | T L240 | 245.00 | 0.50 | $122.50 | |
| | | | | | | | | $3,121.50 Not Pd. |
| 04/25/2022 | BMV | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE  / DAVID DENNIS KIM, M.D.<br>Review and analyze Magistrate Judge's decision and order re: motion to dismiss and determine necessary next steps | A104 | T L120 | 200.00 | 0.50 | $100.00 | |
| **Date: 5/9/2022** | | | | | | | | |
| 05/09/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE  / DAVID DENNIS KIM, M.D.<br>Communicate with plaintiff's counsel regarding her request for extension for filing objections to report and recommendation. | A108 | T L240 | 245.00 | 0.20 | $49.00 | |
| 05/09/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE  / DAVID DENNIS KIM, M.D.<br>Review judge's rules and report and recommendation on motion in preparation for making recommendation to client to withhold consent for extension of time. (APprox 15 pages) | A104 | T L120 | 245.00 | 0.20 | $49.00 | |
| 05/09/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE  / DAVID DENNIS KIM, M.D.<br>Communicate with client regarding plaintiff's request for extension of time for objection to report and recommendation. | A106 | T L240 | 245.00 | 0.20 | $49.00 | |
| 05/09/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE  / DAVID DENNIS KIM, M.D.<br>Review plaintiff's letter to the court requesting additional time to file objection to report and recommendation. | A104 | T L240 | 245.00 | 0.10 | $24.50 | |
| 05/09/2022 | BMV | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE  / DAVID DENNIS KIM, M.D.<br>Review plaintiff's letter motion request for extension of time to file objections to report and recommendation (2 pages) | A104 | T L110 | 200.00 | 0.10 | $20.00 | |
| **Date: 5/10/2022** | | | | | | | | |
| 05/10/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE  / DAVID DENNIS KIM, M.D.<br>Review correspondence from the court granting plaintiff's request for additional time for objections. (1 page) | A104 | T L240 | 245.00 | 0.10 | $24.50 | |

# Heidell, Pittoni, Murphy & Bach
# 0778-01018 - February 1, 2022 - August 31, 2022

| Date | Initials | Matter | Code | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 05/10/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE PARK, MINHYE / DAVID DENNIS KIM, M.D. Communicate with MedPro regarding court granting extension of time for plaintiff's objections. | A106 | T L240 | 245.00 | 0.20 | $49.00 |
| 05/10/2022 | BMV | 0778-01018/ MEDPRO / PRINCETON INSURANCE PARK, MINHYE / DAVID DENNIS KIM, M.D. Review correspondence from Court re: plaintiff's request for extension of time (1 page) | A104 | T L110 | 200.00 | 0.10 | $20.00 |

**Date: 5/24/2022**

| Date | Initials | Matter | Code | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 05/24/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE PARK, MINHYE / DAVID DENNIS KIM, M.D. Review correspondence from the court regarding deadline to submit response to plaintiff's objections. | A104 | T L120 | 245.00 | 0.10 | $24.50 |
| 05/24/2022 | BMV | 0778-01018/ MEDPRO / PRINCETON INSURANCE PARK, MINHYE / DAVID DENNIS KIM, M.D. Review and analyze plaintiff's opposition papers to magistrate judge's report and recommendation (21 pages) | A104 | T L110 | 200.00 | 0.30 | $60.00 |
| 05/24/2022 | BMV | 0778-01018/ MEDPRO / PRINCETON INSURANCE PARK, MINHYE / DAVID DENNIS KIM, M.D. Review correspondence from court re: response time for defendants' to respond to plaintiff's objections to report and recommendatio (1 page) | A104 | T L110 | 200.00 | 0.10 | $20.00 |

**Date: 5/25/2022**

| Date | Initials | Matter | Code | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 05/25/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE PARK, MINHYE / DAVID DENNIS KIM, M.D. Review plaintiff's rule 72 objection papers in conjunction with motion papers in preparation for drafting response. (Approx 40 + pages) | A104 | T L240 | 245.00 | 1.50 | $367.50 |
| 05/25/2022 | BMV | 0778-01018/ MEDPRO / PRINCETON INSURANCE PARK, MINHYE / DAVID DENNIS KIM, M.D. Intra-office conference with partner to analyze strategy for responding to plaintiff's objections to magistrate judge recommendations and report | A105 | T L110 | 200.00 | 0.30 | $60.00 |

**Date: 6/7/2022**

| Date | Initials | Matter | Code | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 06/07/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE PARK, MINHYE / DAVID DENNIS KIM, M.D. Draft response to plaintiff's rule 72 objections to report and recommendation, (7 pages). | A103 | T L240 | 245.00 | 4.00 | $980.00 |
| 06/07/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE PARK, MINHYE / DAVID DENNIS KIM, M.D. Conduct additional legal research for opposition to plaintiff's rule 72 objections. | A102 | T L240 | 245.00 | 1.00 | $245.00 |
| | | | | Date: 6/7/2022 | | 5.00 | |

**Date: 6/8/2022**

| Date | Initials | Matter | Code | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 06/08/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE PARK, MINHYE / DAVID DENNIS KIM, M.D. Finalize response to plaintiff's rule 72 objections with exhibits. (8 pages) | A103 | T L240 | 245.00 | 1.80 | $441.00 |

# Heidell, Pittoni, Murphy & Bach
# 0778-01018 - February 1, 2022 - August 31, 2022

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | **Date: 6/8/2022** | | 1.80 | |
| **Date: 8/24/2022** | | | | | | | |
| 08/24/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Review decision on motion. (9 pages) | A104 | T<br>L240 | 260.00 | 0.30 | $78.00 |
| **Date: 8/25/2022** | | | | | | | |
| 08/25/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Legal research regarding application for attorneys fees. | A102 | T<br>L240 | 260.00 | 0.50 | $130.00 |
| **Date: 8/26/2022** | | | | | | | |
| 08/26/2022 | ARG | 0778-01018/ MEDPRO / PRINCETON INSURANCE<br>PARK, MINHYE / DAVID DENNIS KIM, M.D.<br>Legal research regarding submission of accounting of fees for motion to dismiss. | A102 | T<br>L240 | 260.00 | 0.80 | $208.00 |
| | | | | **Grand Total:** | | 46.30 | $8,053.50 |