# EXHIBIT B

# Alejandra R. Gil

**BAR ADMISSIONS**
- New York State, Third Department, March 2007
- United States District Court, Southern and Eastern Districts of New York, June 2016

**EDUCATION**

**Albany Law School of Union University,** Albany, NY
Juris Doctor - May 2006
- *Editor-in-Chief*, Albany Law Journal of Science and Technology

**Barnard College, Columbia University,** New York, NY
B.A. in Sociology - May 2001

**LEGAL EXPERIENCE**

**Heidell, Pittoni, Murphy & Bach, LLP,** White Plains, NY
*Partner.*  January 2020 - Present
- Manage medical malpractice and civil rights cases from inception to trial.
- Defend clients at depositions, participate in mediation, attend court conferences, develop defense strategy with clients, conduct expert meetings, and draft dispositive motions.
- Supervise junior associates by reviewing written work and providing guidance throughout litigation.

*Associate Attorney.*  November 2015 - January 2020
- Participated in all aspects of civil litigation in the area of medical malpractice defense.
- Conducted depositions, drafted motions, prepared discovery responses, and appeared at court mandated conferences.

**Feldman, Kleidman, Coffey, Sappe & Regenbaum, LLP,** Fishkill, NY
*Associate Attorney.*  February 2013 - October 2015
- Worked closely with partners in all aspects of civil litigation in the area of medical malpractice defense.

**Bronx County District Attorney's Office,** Bronx, NY
*General Crimes Division, Trial Bureau, Felony Trial Assistant.* June 2009 - January 2013
- Served as lead Assistant District Attorney during several felony jury trials, including attempted murder, robbery, and driving while under the influence of drugs/alcohol.
- Prepared cases for trial, including discovery, plea bargain negotiations, witness interviews, legal motions and orders, and evidentiary hearings.
- Conducted videotaped interviews of defendants, drafted felony complaints, conducted calendar calls in court parts.

*Intake Bureau, Grand Jury Assistant.* February 2008 - June 2009
- Handled hundreds of cases in the Grand Jury, including preparation and presentation of witnesses and plea bargain negotiations.
- Conducted questioning of defendants before the Grand Jury under waivers of immunity.

*Criminal Court Bureau, Misdemeanor Assistant, Team Leader.*  September 2006 - February 2008
- Prosecuted misdemeanor cases from arrest through trial.

**Roemer Wallens & Mineaux, LLP,** Albany, NY
*Summer Associate.*  May 2005 - April 2006

**Whiteman Osterman & Hanna, LLP,** Albany, NY
*Law Clerk.*  January 2005 - April 2005

**New York County District Attorney's Office, Investigation Division Central,** New York, NY
*Trial Preparation Assistant.*  July 2001 - June 2003

OTHER LEGAL EXPERIENCE:
- *Legal Intern*, **Government Law Center**, **Albany Law School**, Albany, NY, September 2004 - January 2005
- *Legal Intern,* **Office of the State Comptroller**, Albany, NY, June 2004 - August 2004

**LANGUAGE**
- Spanish (fluent)

## Bianca M. Van Deusen

████████████████████████████

**BAR ADMISSIONS**

*New York – In Good Standing, Eastern District of New York – In Good Standing*

**WORK EXPERIENCE**

**HEIDELL, PITTONI, MURPHY & BACH, LLP**                                                        White Plains, NY

*Associate*                                                                                   September 2019-Present

Represent medical professionals, staff, and institutions in complex medical malpractice litigation. Review medical records, institution policies and procedures, and medical practice guidelines/bulletins and assess effect of same on case strategy.  Conduct client and witness interviews.  Appear for court conferences and oral arguments. Take and defend depositions.  Draft discovery, dispositive, and trial motions.  Regularly communicate and confer with claims representatives and insured clients to provide timely case status updates and render clear legal advice.

**HECHT LAW GROUP**                                                                       West Hempstead, NY

*Legal Intern*                                                                              April 2018-August 2019

Drafted pleadings and dispositive motions for landlord-tenant and real property cases.  Researched and analyzed New York landlord-tenant laws, real property laws, and applicable case law and summarized research in concise memoranda to supervising attorney.  Effectively and independently managed assignments and deadlines while working remotely.

**LEONARD ZACK & ASSOCIATES**                                                                New York, NY

*Legal Intern*                                                                               May 2018-May 2019

Drafted pleadings and motions with a focus on plaintiff's side medical malpractice and personal injury cases.  Conducted client interviews, assisted in witness preparation, and completed discovery review in an efficient and timely manner.  Researched case law and drafted memoranda.

**EDUCATION**

**FORDHAM UNIVERSITY SCHOOL OF LAW,**                                                         New York, NY

May 2019

HONORS: *Fordham International Law Journal* ● Fordham Law Merit Scholarship ● Mark W. Kenny Memorial Scholarship ● Brendan Moore Trial Advocate ● Brendan Moore Trial Advocacy Intraschool Competition Semi-Finalist (Fall 2017) ● William M. Tendy Federal Criminal Trial Advocacy Competition Semi-Finalist (Spring 2018) ● Red-Ram Trial Advocacy Challenge Finalist (Spring 2019)

**ARIZONA STATE UNIVERSITY**,                                                                    Tempe, AZ

B.A. in Political Science; Minors: Russian; Economics

December 2015

HONORS: Dean's List (*3.5+ semester GPA*)—7 of 7 semesters, Regents High Honors Scholarship

STUDY ABROAD:   with Arizona State's Melikian Center Critical Languages Institute

in Kazan, Russia—Summer 2013; in St. Petersburg, Russia—Summer 2015

**INTERESTS**

Russian and Spanish language studies, Arizona Cardinals Football, and photography