UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MINHYE PARK,                                             Case No.1:20-cv-02636

                                    Plaintiff,

      -against-

DAVID DENNIS KIM, M.D.,

                                  Defendant.
------------------------------------------------------------------X

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that plaintiff MINHYE PARK, in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from an Order on August 24, 2022 and Judgment entered in this action on August 25, 2022, for each and every Order, including but not limited to, granting Defendant's motion to dismiss, denying Plaintiff's motion for sanctions against Defendant and his counsel(s).

Dated: Uniondale, New York
September 18, 2022

JSLLAW OFFICE P.C.

_____
JAE S. LEE
626 RXR PLAZA
UNIONDALE, NY 11556
(718) 461-8000